UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | C.A. 05-4188<br><br>Hon. Ronald M. Whyte |

### APPENDIX TO MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| **Description** | **Tab** |
|---|---|
| Declaration of Crossan R. Andersen | 1 |
| Declaration of Ted Price | 2 |
| Declaration of Douglas Lowenstein | 3 |
| Declaration of Jaime Borasi | 4 |
| Declaration of Brad Carraway | 5 |
| Declaration of Ken Chan | 6 |
| Declaration of Rey Jimenez | 7 |
| Declaration of Genevieve Waldman | 8 |
| Declaration of David Rosen | 9 |