GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05 4188<br><br>DECLARATION OF JAIME BORASI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF JAIME BORASI | CASE NO. C 05 4188

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | C.A. 05-4188 |

## DECLARATION OF JAIME BORASI

Pursuant to 28 U.S.C. § 1746, I, Jaime Borasi, under penalty of perjury state as follows:

1. I am currently employed as Senior Manager, Corporate Communications at Ubisoft Entertainment ("Ubisoft"). I have held this position since November 15, 2004. As a result of my duties as Senior Manager, Corporate Communications, I have personal knowledge of the facts stated in this declaration.

2. Ubisoft is a developer and publisher of interactive entertainment software both for personal computers and advanced entertainment systems, such as Microsoft Xbox, Sony

PlayStation 2 and PlayStation Portable, and Nintendo GameCube, Game Boy Advance and DS. Ubisoft is a publicly traded company based in Paris, France.

3. One of the video games that Ubisoft designed is entitled "*Tom Clancy's Rainbow Six 3*." A true and accurate copy of the Playstation 2 version of *Tom Clancy's Rainbow Six 3*, in its entirety and final form, is attached as Exhibit A to this Declaration. A videotape of *Tom Clancy's Rainbow Six 3* being played is attached as Exhibit B to this Declaration. I certify that Exhibit B is a true, accurate, and representative sample of *Tom Clancy's Rainbow Six 3*.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 10, 2005.

_____
Jaime Borasi

**Exhibits A (video game "Tom Clancy's Rainbow Six 3") & B (videotape of "Tom Clancy's Rainbow Six 3") to the Declaration of Jaime Borasi are enclosed in a separately filed envelope.**