```
 1  GIBSON, DUNN & CRUTCHER LLP
    THEODORE J. BOUTROUS, JR., SBN 132099
 2  H. MARK LYON, SBN 162061
    ETHAN D. DETTMER, SBN 196046
 3  1881 Page Mill Road
    Palo Alto, California 94304
 4  Telephone: (650) 849-5300
    Facsimile: (650) 849-5333
 5
    JENNER & BLOCK LLP
 6  PAUL M. SMITH (pro hac vice application pending)
    KATHERINE A. FALLOW (pro hac vice application pending)
 7  AMY L. TENNEY (pro hac vice application pending)
    601 13th Street, N.W., Suite 1200
 8  Washington, D.C. 20005
    Telephone: (202) 639-6000
 9  Facsimile: (202) 639-6066

10  Attorneys for Plaintiffs
    VIDEO SOFTWARE DEALERS ASSOCIATION
11  and ENTERTAINMENT SOFTWARE ASSOCIATION
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>              Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>              Defendants. | CASE NO. C 05 4188<br><br>DECLARATION OF BRAD CARRAWAY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF BRAD CARRAWAY                                 CASE NO. C 05 4188

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. 05-4188 |

## DECLARATION OF BRAD CARRAWAY

Pursuant to 28 U.S.C. § 1746, I, Brad Carraway, under penalty of perjury state as follows:

1. I am currently employed as a senior global brand manager at THQ Inc. ("THQ"). I have held this position since July, 2004. As a result of my duties as a senior global brand manager, I have personal knowledge of the facts stated in this declaration.

2. THQ is a developer and publisher of interactive entertainment software both for personal computers and advanced entertainment systems, such as Microsoft Xbox, Sony

PlayStation 2 and PlayStation Portable, and Nintendo GameCube, Game Boy Advance and DS. THQ is headquartered in Los Angeles County, California.

3.   One of the video games that THQ publishes is entitled "*Full Spectrum Warrior*." A true and accurate copy of the Xbox version of *Full Spectrum Warrior*, in its entirety and final form, is attached as Exhibit A to this Declaration. A videotape of *Full Spectrum Warrior* being played is attached as Exhibit B to this Declaration. I certify that Exhibit B is a true, accurate, and representative sample of *Full Spectrum Warrior*.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 10, 2005.

Brad Carraway

**Exhibits A (video game "Full Spectrum Warrior") & B (videotape of "Full Spectrum Warrior") to the Declaration of Brad Carraway are enclosed in a separately filed envelope.**