GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05 4188<br><br>DECLARATION OF KEN CHAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | C.A.. 05-4188 |

## DECLARATION OF KEN CHAN

Pursuant to 28 U.S.C. § 1746, I, Ken Chan, under penalty of perjury state as follows:

1. I am currently employed as a marketing specialist at Sony Computer Entertainment America Inc. ("SCEA"). I have held this position since Spring 1996. As a result of my duties as a marketing specialist, I have personal knowledge of the facts stated in this declaration.

2. SCEA is a publisher, developer and distributor of interactive entertainment software. SCEA publishes video games for the PS one console, the PlayStation® 2 computer

entertainment system, and the PSP™ (PlayStation® Portable). SCEA is based in Foster City, California, and serves as headquarters for all North American operations. SCEA is a wholly owned subsidiary of Sony Computer Entertainment Inc.

3.     One of the video games that SCEA publishes is entitled "*God of War.*" A true and accurate copy of the PlayStation 2 version of *God of War*, in its entirety and final form, is attached as Exhibit A to this Declaration. A videotape of *God of War* being played is attached as Exhibit B to this Declaration. I certify that Exhibit B is a true, accurate, and representative sample of *God of War*.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 10, 2005.

_____
Ken Chan

**Exhibits A (video game "God of War") & B (videotape of "God of War") to the Declaration of Ken Chan are enclosed in a separately filed envelope.**