| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | THEODORE J. BOUTROUS, JR., SBN 132099 |
| 2 | H. MARK LYON, SBN 162061 |
| | ETHAN D. DETTMER, SBN 196046 |
| 3 | 1881 Page Mill Road |
| | Palo Alto, California 94304 |
| 4 | Telephone: (650) 849-5300 |
| | Facsimile: (650) 849-5333 |
| 5 | |
| | JENNER & BLOCK LLP |
| 6 | PAUL M. SMITH (*pro hac vice* application pending) |
| | KATHERINE A. FALLOW (*pro hac vice* application pending) |
| 7 | AMY L. TENNEY (*pro hac vice* application pending) |
| | 601 13th Street, N.W., Suite 1200 |
| 8 | Washington, D.C. 20005 |
| | Telephone: (202) 639-6000 |
| 9 | Facsimile: (202) 639-6066 |
| 10 | Attorneys for Plaintiffs |
| | VIDEO SOFTWARE DEALERS ASSOCIATION |
| 11 | and ENTERTAINMENT SOFTWARE ASSOCIATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, | CASE NO. C 05 4188 RMW |
| Plaintiffs, | EXHIBIT A: VIDEOGAME |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, | |
| Defendants. | |

/ / /

/ / /

1

MANUAL FILING NOTIFICATION – EXH A TO DECL OF KEN CHAN        CASE No. C 05 4188

**MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT A to the DECLARATION OF KEN CHAN

This filing is in paper or physical form only, and is being maintained in the case filed in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Question (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description):    Exhibit A:  Videogame "God of War"

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: October 19, 2005 | Respectfully Submitted, |
| 2 | | GIBSON, DUNN & CRUTCHER LLP |
| 3 | | THEODORE J. BOUTROUS, JR.<br>H. MARK LYON |
| 4 | | ETHAN D. DETTMER |
| 5 | | By: ___/s/ H. Mark Lyon_____ |
| 6 | | H. Mark Lyon |
| 7 | | JENNER & BLOCK LLP |
| 8 | | PAUL M. SMITH<br>KATHERINE A. FALLOW |
| 9 | | AMY L. TENNEY<br>601 13th Street, N.W., Suite 1200 |
| 10 | | Washington, DC 20005<br>Telephone: (202) 639-6000 |
| 11 | | Facsimile: (202) 639-6066 |
| 12 | | Attorneys for Plaintiffs<br>VIDEO SOFTWARE DEALERS ASSOCIATION and |
| 13 | | ENTERTAINMENT SOFTWARE ASSOCIATION |

45075499_1.DOC