GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05 4188<br><br>DECLARATION OF REY JIMENEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. 05-4188 |

## DECLARATION OF REY JIMENEZ

Pursuant to 28 U.S.C. § 1746, I, Rey Jimenez, under penalty of perjury state as follows:

1.      I am currently employed as an Associate Publishing Project Manager at Capcom Entertainment, Inc. ("Capcom"). I have held this position since May, 2003. As a result of my duties as an Associate Publishing Project Manager, I have personal knowledge of the facts stated in this declaration.

2.      Capcom is an independent developer and publisher of interactive entertainment software both for personal computers and advanced entertainment systems, such as Microsoft

Xbox, Sony PlayStation 2 and PlayStation Portable, and Nintendo GameCube, Game Boy Advance and DS.  Capcom's headquarters in North America is located in Sunnyvale, California.

3.    One of the video games that Capcom designed is entitled "*Resident Evil 4.*"  A true and accurate copy of the GameCube version of *Resident Evil 4*, in its entirety and final form, is attached as Exhibit A to this Declaration.  A videotape of *Resident Evil 4* being played is attached as Exhibit B to this Declaration.  I certify that Exhibit B is a true, accurate, and representative sample of *Resident Evil 4*.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 10, 2005.

_____
Rey Jimenez

**Exhibits A (video game "Resident Evil IV") & B (videotape of "Resident Evil IV") to the Declaration of Rey Jimenez are enclosed in a separately filed envelope.**