1  GIBSON, DUNN & CRUTCHER LLP
   THEODORE J. BOUTROUS, JR., SBN 132099
2  H. MARK LYON, SBN 162061
   ETHAN D. DETTMER, SBN 196046
3  1881 Page Mill Road
   Palo Alto, California 94304
4  Telephone: (650) 849-5300
   Facsimile: (650) 849-5333
5
   JENNER & BLOCK LLP
6  PAUL M. SMITH (*pro hac vice* application pending)
   KATHERINE A. FALLOW (*pro hac vice* application pending)
7  AMY L. TENNEY (*pro hac vice* application pending)
   601 13th Street, N.W., Suite 1200
8  Washington, D.C. 20005
   Telephone: (202) 639-6000
9  Facsimile: (202) 639-6066

10 Attorneys for Plaintiffs
   VIDEO SOFTWARE DEALERS ASSOCIATION
11 and ENTERTAINMENT SOFTWARE ASSOCIATION

12

13                        UNITED STATES DISTRICT COURT

14                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT | CASE NO. C 05 4188 RMW |
| 17  SOFTWARE ASSOCIATION, | EXHIBIT B:  VIDEOTAPE |
| 18              Plaintiffs, | |
| 19       v. | |
| 20  ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; | |
| 21  BILL LOCKYER, in his official capacity as Attorney General of the State of California; | |
| 22  GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD | |
| 23  DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER | |
| 24  RAVEL, in her official capacity as County Counsel for the County of Santa Clara, | |
| 25              Defendants. | |
| 26 | |

27 / / /

28 / / /

Gibson, Dunn &
Crutcher LLP

1

MANUAL FILING NOTIFICATION – EXH B TO DECL OF R. JIMENEZ          CASE NO. C 05 4188

**MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT A to the DECLARATION OF REY JIMENEZ

This filing is in paper or physical form only, and is being maintained in the case filed in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Question (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description):   Exhibit B:  Videotape "Resident Evil IV"

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: October 19, 2005

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.
H. MARK LYON
ETHAN D. DETTMER

By:  /s/ H. Mark Lyon
        H. Mark Lyon

JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
AMY L. TENNEY
601 13th Street, N.W., Suite 1200
Washington, DC  20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION and
ENTERTAINMENT SOFTWARE ASSOCIATION

45075502_1.DOC