GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, <br><br> Defendants. | CASE NO. C 05 4188 <br><br> DECLARATION OF GENEVIEVE WALDMAN <br> IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
|---|---|

Gibson, Dunn &
Crutcher LLP

DECLARATION OF GENEVIEVE WALDMAN                                   CASE NO. C 05 4188

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, </br></br>Plaintiffs, </br></br>vs. </br></br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, </br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. 05-4188 |

## DECLARATION OF GENEVIEVE WALDMAN

Pursuant to 28 U.S.C. § 1746, I, Genevieve Waldman, under penalty of perjury state as follows:

1. I am currently employed as Global Group PR Manager at Microsoft Corporation ("Microsoft"). I have held this position since October 2002. As a result of my duties as Global Group PR Manager, I have personal knowledge of the facts stated in this declaration.

2. Microsoft is a publisher, developer and distributor of computer software, including interactive entertainment software. Microsoft publishes video games for play on

personal computers, and for play on Microsoft's Xbox game console. Microsoft is a publicly traded company listed on the NASDAQ stock market. Microsoft is headquartered in Redmond, Washington.

3.  One of the video games that Microsoft publishes is entitled "*Jade Empire*." A true and accurate copy of the Xbox version of the game, in its entirety and final form, is attached as Exhibit A to this Declaration. A videotape of *Jade Empire* being played is attached as Exhibit B to this Declaration. I certify that Exhibit B is a true, accurate, and representative sample of *Jade Empire*.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 10, 2005.

_____
Genevieve Waldman

**Exhibits A (video game "Jade Empire") & B (videotape of "Jade Empire") to the Declaration of Genevieve Waldman are enclosed in a separately filed envelope.**