GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, | CASE NO. C 05 4188 RMW |
| Plaintiffs, | EXHIBIT B:  VIDEOTAPE |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, | |
| Defendants. | |

/ / /

/ / /

Gibson, Dunn &
Crutcher LLP

1

Dockets.Justia.com

1

## **MANUAL FILING NOTIFICATION**

2   Regarding:    EXHIBIT B to the DECLARATION OF GENEVIEVE WALDMAN

3

4   This filing is in paper or physical form only, and is being maintained in the case filed in the Clerk's

5   office.

6   If you are a participant on this case, this filing will be served in hard-copy shortly.

7   For information on retrieving this filing directly from the court, please see the court's main web site

8   at http://www.cand.uscourts.gov under Frequently Asked Question (FAQ).

9   This filing was not efiled for the following reason(s):

10  ___ Voluminous Document (PDF file size larger than efiling system allowances)

11  ___ Unable to Scan Documents

12  ___Physical Object (description):   __Exhibit B:  Videotape "Jade Empire"_____

13  _____

14  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15  ___ Item Under Seal

16  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

17  ___ Other (description): _____

18  _____

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  Dated:  October 19, 2005            Respectfully Submitted,

2                                      GIBSON, DUNN & CRUTCHER LLP
                                       THEODORE J. BOUTROUS, JR.
3                                      H. MARK LYON
                                       ETHAN D. DETTMER
4

5                                      By:    /s/ H. Mark Lyon
                                                  H. Mark Lyon
6

7                                      JENNER & BLOCK LLP
                                       PAUL M. SMITH
8                                      KATHERINE A. FALLOW
                                       AMY L. TENNEY
9                                      601 13th Street, N.W., Suite 1200
                                       Washington, DC  20005
10                                     Telephone:  (202) 639-6000
                                       Facsimile:  (202) 639-6066
11
                                       Attorneys for Plaintiffs
12                                     VIDEO SOFTWARE DEALERS ASSOCIATION and
                                       ENTERTAINMENT SOFTWARE ASSOCIATION
13

14
     45075505_1.DOC
15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION – EXH B TO DECL OF G. WALDMAN            CASE NO. C 05 4188