GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05 4188<br><br>DECLARATION OF DAVID ROSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF DAVID ROSEN                                                    CASE NO. C 05 4188

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. 05-4188 |

## **DECLARATION OF DAVID ROSEN**

Pursuant to 28 U.S.C. § 1746, I, David Rosen, under penalty of perjury state as follows:

1.  I am currently employed as a Product Manager at Electronic Arts Inc. (hereinafter "EA"). I have been employed at EA since July 2002. I have personal knowledge of the facts stated in this declaration.

1

2.          EA is an independent developer and publisher of interactive entertainment software products for video game console systems such as Microsoft's Xbox, Sony PlayStation 2 and Nintendo GameCube, personal computers, mobile video devices and the Internet. EA headquarters is located in Redwood City, California. EA employs approximately 6,000 people worldwide.

3.          One of the games that EA developed, marketed and published is *Medal of Honor Frontline*. A true and accurate copy of the PlayStation 2 version of the game, in its entirety and final form, is attached as Exhibit A. A videotape of *Medal of Honor Frontline* being played is attached as Exhibit B. I certify that Exhibit B is a true, accurate, and representative sample of *Medal of Honor Frontline*.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 12, 2005 at ___Redwood City, CA___

David Rosen

**Exhibits A (video game "Medal of Honor Frontline") & B (videotape of "Medal of Honor Frontline") to the Declaration of David Rosen are enclosed in a separately filed envelope**