GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, <br><br> Defendants. | CASE NO. C 05 4188 RMW <br><br> EXHIBIT A:  VIDEOGAME |

/ / /

/ / /

Gibson, Dunn &
Crutcher LLP

1

MANUAL FILING NOTIFICATION – EXH A TO DECL OF D. ROSEN     CASE NO. C 05 4188

**MANUAL FILING NOTIFICATION**

Regarding:     EXHIBIT A to the DECLARATION OF DAVID ROSEN


This filing is in paper or physical form only, and is being maintained in the case filed in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Question (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___Physical Object (description):    Exhibit A:  Videogame "Medal of Honor Frontline"

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gibson, Dunn & Crutcher LLP

MANUAL FILING NOTIFICATION – EXH A TO DECL OF D. ROSEN     CASE NO. C 05 4188

1   Dated:  October 19, 2005               Respectfully Submitted,

2

3                                     GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.
H. MARK LYON
ETHAN D. DETTMER

5

6                                     By:    /s/ H. Mark Lyon
                                         H. Mark Lyon

7                                     JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
AMY L. TENNEY
601 13th Street, N.W., Suite 1200
Washington, DC  20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION and
ENTERTAINMENT SOFTWARE ASSOCIATION

45075506_1.DOC

Gibson, Dunn &
Crutcher LLP

MANUAL FILING NOTIFICATION – EXH A TO DECL OF D. ROSEN        CASE No. C 05 4188