| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | THEODORE J. BOUTROUS, JR., SBN 132099 |
| 2 | H. MARK LYON, SBN 162061 |
| | ETHAN D. DETTMER, SBN 196046 |
| 3 | 1881 Page Mill Road |
| | Palo Alto, California 94304 |
| 4 | Telephone: (650) 849-5300 |
| | Facsimile: (650) 849-5333 |
| 5 | |
| | JENNER & BLOCK LLP |
| 6 | PAUL M. SMITH (*pro hac vice* application pending) |
| | KATHERINE A. FALLOW (*pro hac vice* application pending) |
| 7 | AMY L. TENNEY (*pro hac vice* application pending) |
| | 601 13th Street, N.W., Suite 1200 |
| 8 | Washington, D.C. 20005 |
| | Telephone: (202) 639-6000 |
| 9 | Facsimile: (202) 639-6066 |
| 10 | Attorneys for Plaintiffs |
| | VIDEO SOFTWARE DEALERS ASSOCIATION |
| 11 | and ENTERTAINMENT SOFTWARE ASSOCIATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, | | CASE NO. C 05-4188 RMW (RS) |
| | Plaintiffs, | DECLARATION OF SERVICE OF PLAINTIFFS' OPPOSITION TO EX PARTE MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION; DECLARATION OF ETHAN D. DETTMER IN SUPPORT THEREOF |
| | vs. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, | | |
| | Defendants. | |

Declaration of Service of Plaintiffs' Opposition to Ex Parte Application;
Declaration of Ethan D. Dettmer                                                   Case No. C 05-4188 RMW (RS)

I, Ethan D. Dettmer, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, Telesis Tower, San Francisco, California, 94104, in said County and State. On November 8, 2005, I served the foregoing **PLAINTIFFS' OPPOSITION TO EX PARTE MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION; DECLARATION OF ETHAN D. DETTMER IN SUPPORT THEREOF** by placing a true copy thereof in an envelope addressed to the persons named below at the address shown:

> Ronald Doyle
> Office of the San Jose City Attorney
> 200 East Santa Clara Street
> San Jose, CA  95113
> Facsimile:  (408) 998-3131

☑ **BY MAIL**:  I placed a true copy in a sealed envelope, addressed as indicated above, with postage fully prepaid for First Class mail on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE**:  I placed a true copy of each document in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☑ **BY FACSIMILE**:  From facsimile machine telephone number (415) 393-8304, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐ **BY OVERNIGHT MAIL**:  I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight mail.  Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to an overnight mail courier service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher, that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, that I am employed in the office of a member of the bar of this Court at whose direction this service was made, and that this Declaration of Service was executed by me on November 8, 2005, at San Francisco, California.

/s/
Ethan D. Dettmer

40218829_1.DOC

1

Declaration of Service of Plaintiffs' Opposition to Ex Parte Application;
Declaration of Ethan D. Dettmer                                                          Case No. C 05-4188 RMW (RS)