```
 1  BILL LOCKYER
    Attorney General of the State of California
 2  LOUIS R. MAURO
    Senior Assistant Attorney General
 3  CHRISTOPHER E. KRUEGER
    Supervising Deputy Attorney General
 4  SUSAN K. LEACH
    Deputy Attorney General
 5  ZACKERY P. MORAZZINI, State Bar No. 204237
    Deputy Attorney General
 6    1300 I Street, Suite 125
      P.O. Box 944255
 7    Sacramento, CA 94244-2550
      Telephone: (916) 445-8226
 8    Fax: (916) 324-5567
      Email: Zackery.Morazzini@doj.ca.gov
 9
    Attorneys for Defendants
10  Governor Arnold Schwarzenegger and
    Attorney General Bill Lockyer
11
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,**<br><br>Defendants. | CASE NO. C 05 4188 RMW RS<br><br>**NOTIFICATION OF MANUAL FILING** |

NOTIFICATION OF ELECTRONIC FILING                                      VSDA v. Schwarzenegger, et at.
                                                                       Case No. C 05 4188 RMW RS

1

1       Pursuant to General Order No. 45 VII, notification is hereby given that the following materials are being manually filed with the Court:

     1.    Video Cassette titled ":Video Game Violence Sampler  TRT: 5min";

     2.    Appendix A;

     3.    Appendix B;

     4.    Appendix C;

     5.    Appendix  D; and

     6.    Appendix E.

      These materials are being manually filed with the Court for the following reasons: Item 1 is a physical object incapable of being electronically filed; items 2-6, if scanned into PDF format for electronic filing, would result in individual electronic files larger than 3.0 MB.

Dated:  November 9, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

LOUIS R. MAURO
Senior Assistant Attorney General

CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General

SUSAN K. LEACH
Deputy Attorney General


   /s/ Zackery P. Morazzini
ZACKERY P. MORAZZINI
Deputy Attorney General
Attorneys for Defendants

10203175.wpd

NOTIFICATION OF ELECTRONIC FILING                 VSDA v. Schwarzenegger, et at.
                                                                         Case No. C 05 4188 RMW RS