BILL LOCKYER
Attorney General of the State of California
LOUIS R. MAURO
Senior Assistant Attorney General
CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General
SUSAN K. LEACH
Deputy Attorney General
ZACKERY P. MORAZZINI, State Bar No. 204237
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8226
 Fax: (916) 324-5567
 Email: Zackery.Morazzini@doj.ca.gov

Attorneys for Defendants
Governor Arnold Schwarzenegger and
Attorney General Bill Lockyer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,**<br><br>Defendants. | CASE NO. C 05 4188 RMW RS<br><br>**REQUEST FOR JUDICIAL NOTICE** |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Governor Arnold Schwarzenegger and Attorney General Bill Lockyer respectfully request the Court take judicial

REQUEST FOR JUDICIAL NOTICE         VSDA v. Schwarzenegger, et al.
                                    Case No. C 05 4188 RMW RS

1

Dockets.Justia.com

notice of the following materials, true and correct copies of which are attached hereto as Exhibits 1-6:

    1.    Senate Judiciary Committee analysis of AB 1179 for September 8, 2005 hearing;

    2.    Senate Rules Committee, Office of Floor Analyses analysis of AB 1179 on September 23, 2005;

    3.    Senate Floor role call for AB 1179 on September 8, 2005;

    4.    Assembly Floor Concurrence in Senate Amendments of AB 1179 on September 8, 2005;

    5.    Assembly Floor role call for AB 1179 on September 8, 2005;

    6.    Complete Bill History for AB 1179;

    7.    Complete Bill History for AB 450.

True and correct copies of each item were obtained from the State of California's Legislative Counsel's web site on November 8, 2005. See http://www.leginfo.ca.gov.

The legislative history of statutes "constitute judicial facts sufficiently capable of accurate and ready determination" and are properly subject to judicial notice. *Palmer v. Stassinos*, 348 F. Supp. 2d 1070, 1077 (N.D. Cal. 2004).

Dated: November 10, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

LOUIS R. MAURO
Senior Assistant Attorney General

CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General

SUSAN K. LEACH
Deputy Attorney General


   /s/   Zackery P. Morazzini
ZACKERY P. MORAZZINI
Deputy Attorney General
Attorneys for Defendants

10203193.wpd

REQUEST FOR JUDICIAL NOTICE                    VSDA v. Schwarzenegger, et al.
                                                      Case No. C 05 4188 RMW RS