EXHIBIT 3

```
            VOTES - ROLL CALL
MEASURE: AB 1179
AUTHOR:  Yee
TOPIC:   Violent video games: sales to minors.
DATE:    09/08/2005
LOCATION:          SEN. FLOOR
MOTION:  Assembly 3rd Supp 2 AB1179 Yee By Kuehl
         (AYES  22. NOES   9.)  (PASS)


            AYES
            ****

Aanestad  Alarcon   Alquist   Bowen
Cedillo   Chesbro   Denham    Dunn
Escutia   Figueroa  Florez    Kehoe
Kuehl     Maldonado           Margett   Migden
Ortiz     Perata    Scott     Soto
Speier    Torlakson


            NOES
            ****

Ackerman  Ashburn   Battin    Campbell
Cox       Dutton    Hollingsworth       McClintock
Runner


            ABSENT, ABSTAINING, OR NOT VOTING
            *********************************

Ducheny   Lowenthal           Machado   Morrow
Murray    Poochigian          Romero    Simitian
Vincent
```