EXHIBIT 6

Dockets.Justia.com

```
                    COMPLETE BILL HISTORY


BILL NUMBER  : A.B. No. 1179
AUTHOR       : Yee
TOPIC        : Violent video games: sales to minors.

TYPE OF BILL :
                Inactive
                Non-Urgency
                Non-Appropriations
                Majority Vote Required
                Non-State-Mandated Local Program
                Non-Fiscal
                Non-Tax Levy

BILL HISTORY
2005
Oct.  7   Chaptered by Secretary of State - Chapter  638, Statutes of  2005.
Oct.  7   Approved by the Governor.
Sept. 19  Enrolled and to the Governor at  1:45 p.m.
Sept. 8   In Assembly.  Concurrence in Senate amendments pending.  Senate
          amendments concurred in.  To enrollment.  (Ayes 66. Noes  7. Page
          3643.)
Sept. 8   From committee:  Do pass.  (Ayes  4. Noes  0.).  Read second time.
          To third reading.  Joint Rule 61(a)(14) suspended.  Read third time
          and amended.  Read third time, passed, and to Assembly.  (Ayes 22.
          Noes  9. Page  2759.)
Sept. 6   Re-referred to Com. on RLS. pursuant to Senate Rule 29.10.
          Re-referred to Com. on JUD. pursuant to Senate Rule 29.10.
Sept. 2   Read third time, amended, and returned to third reading.
Sept. 1   Read second time.  To third reading.
Aug. 31   From committee:  Be placed on second reading file pursuant to Senate
          Rule 28.8.
Aug. 24   Read second time.  To third reading.  Re-referred to Com. on APPR.
          pursuant to Joint Rule 10.5.
Aug. 23   Read second time.  To third reading.  Read third time, amended.  To
          second reading.
Aug. 22   From inactive file.  To second reading.
July 5    To inactive file on motion of Senator  Machado.
June 30   Read second time, amended, and to Consent Calendar.
June 29   From committee:  Amend, and do pass as amended.  To Consent
          Calendar.
June 14   From committee:  Do pass, and re-refer to Com. on  HEALTH with
          recommendation:  To Consent Calendar.  Re-referred.  (Ayes  7. Noes
          0.).
May 19    Referred to Coms. on  HUMAN S. and  HEALTH
May 5     In Senate.  Read first time.  To Com. on RLS. for assignment.
May 5     Read third time, passed, and to Senate.  (Ayes 73. Noes  0. Page
          1405.)
Apr. 28   Read second time.  To Consent Calendar.
Apr. 27   From committee:  Do pass.  To Consent Calendar.   (April  26).
Apr. 13   Re-referred to Com. on  HUM. S.
Apr. 12   From committee chair, with author's amendments:  Amend, and re-refer
          to Com. on  HUM. S. Read second time and amended.
Apr.  4   Re-referred to Com. on  HUM. S.
Mar. 31   From committee chair, with author's amendments:  Amend, and re-refer
          to Com. on  HUM. S. Read second time and amended.
Mar. 30   Referred to Com. on  HUM. S.
Feb. 24   From printer.  May be heard in committee  March  26.
Feb. 22   Read first time.  To print.
```