EXHIBIT 7

```
                  COMPLETE BILL HISTORY


BILL NUMBER : A.B. No. 450
AUTHOR      : Yee
TOPIC       : Violent video games: sales to minors.

TYPE OF BILL :
                  Inactive
                  Non-Urgency
                  Non-Appropriations
                  Majority Vote Required
                  Non-State-Mandated Local Program
                  Non-Fiscal
                  Non-Tax Levy

BILL HISTORY
2005
Sept. 1   To inactive file on motion of Assembly Member  Yee.
Aug. 15   From inactive file.  To third reading.
July 13   Notice of intention to remove from inactive file given by Assembly
          Member  Yee.
June 2    To inactive file on motion of Assembly Member  Yee.
May 9     Read second time.  To third reading.
May 5     From committee: Do pass. (Ayes  6. Noes  4.) (May   5).
May 5     Joint Rule 62(a), file notice waived.  (Ayes 43. Noes 28. Page
          1389.)
May 3     Re-referred to Com. on  A.,E.,S.,T., & I.M.  In committee:  Set
          first hearing.  Failed passage.  Reconsideration granted.
May 2     From committee chair, with author's amendments:  Amend, and re-refer
          to Com. on  A.,E.,S.,T., & I.M. Read second time and amended.
Apr. 25   Re-referred to Com. on  A.,E.,S.,T., & I.M.
Apr. 21   Read second time and amended.
Apr. 20   From committee:  Amend, do pass as amended, and re-refer to Com. on
          A.,E.,S.,T., & I.M. (Ayes  8. Noes  0.) (April  19).
Mar. 30   Referred to Coms. on  JUD. and  A.,E.,S.,T., & I.M.
Feb. 16   From printer.  May be heard in committee  March  18.
Feb. 15   Read first time.  To print.
```