1  BILL LOCKYER
   Attorney General of the State of California
2  LOUIS R. MAURO
   Senior Assistant Attorney General
3  CHRISTOPHER E. KRUEGER
   Supervising Deputy Attorney General
4  SUSAN K. LEACH
   Deputy Attorney General
5  ZACKERY P. MORAZZINI, State Bar No. 204237
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 445-8226
8    Fax: (916) 324-5567
     Email: Zackery.Morazzini@doj.ca.gov
9
   Attorneys for Defendants
10 Governor Arnold Schwarzenegger and
   Attorney General Bill Lockyer
11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15 
   VIDEO SOFTWARE DEALERS and                CASE NO. C 05 4188 RMW RS
16 ENTERTAINMENT SOFTWARE ASSOCIATION,
                                             DECLARATION OF ADAM
17                              Plaintiffs,  KEIGWIN

18              v.

19 ARNOLD SCHWARZENEGGER, in his official
   capacity as Governor of the State of California;
20 BILL LOCKYER, in his official capacity as
   Attorney General of the State of California; et al.,
21
                                Defendants.
22

23

24      I, ADAM KEIGWIN, declare as follows:

25      1. I have personal knowledge of the following and if asked to testify thereto could do so

26 competently. I am presently employed as a Special Assistant to Assembly Member Leland Yee.

27 I have held this employment since October of 2003. As part of my employment I regularly attend

28 committee hearings on bills authored by or of interest to Assembly Member Yee. I also handle

KEIGWIN DECLARATION                           VSDA v. Schwarzenegger, et al.
                                              Case No. C 05 4188 RMW RS

Dockets.Justia.com

1 | all communication and media matters for Assembly Member Yee.

2 |     2. I was personally present on February 19, 2005, at the Assembly Judiciary Committee
3 | hearing on AB 450. At the request of Assembly Member Yee, the video tape titled " Video
4 | Game Violence Sampler TRT: 5min.," [sic] which I provided to the Committee on behalf of
5 | Assembly Member Yee, was played for the members present at the hearing.

6 |     3. On or about October 25, 2005, Zackery Morazzini personally appeared at Assembly
7 | Member Yee's office at the State Capitol where I am employed. I personally delivered to Mr.
8 | Morazzini a true and correct copy of the video tape played at the February 19, 2005, Assembly
9 | Judiciary Committee hearing on AB 450, titled ":Video Game Violence Sampler TR..: 5min."

10 |     I declare under penalty of perjury that the foregoing is true and correct, executed this /0 day
11 | of November, 2005, at San Francisco, California.

_[signature]_
ADAM KEIGWIN

19 | 10203019.wpd

KEIGWIN DECLARATION

VSDA v. Schwarzenegger, et al.
Case No. C 05 4 88 RMW RS

2