1    BILL LOCKYER
Attorney General of the State of California
2    LOUIS R. MAURO
Senior Assistant Attorney General
3    CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General
4    SUSAN K. LEACH
Deputy Attorney General
5    ZACKERY P. MORAZZINI, State Bar No. 204237
Deputy Attorney General
6      1300 I Street, Suite 125
     P.O. Box 944255
7      Sacramento, CA 94244-2550
     Telephone: (916) 445-8226
8      Fax: (916) 324-5567
     Email: Zackery.Morazzini@doj.ca.gov
9

Attorneys for Defendants
10    Governor Arnold Schwarzenegger and
Attorney General Bill Lockyer
11

12                  IN THE UNITED STATES DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>                     Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; et al.,<br><br>                     Defendants. | CASE NO. C 05 4188 RMW RS<br><br>**DECLARATION OF ADAM KEIGWIN** |

I, ADAM KEIGWIN, declare as follows:

    1.    I have personal knowledge of the following and if asked to testify thereto could do so competently. I am presently employed as a Special Assistant to Assembly Member Leland Yee. I have held this employment since October of 2003. As part of my employment I regularly attend committee hearings on bills authored by or of interest to Assembly Member Yee. I also handle

KEIGWIN DECLARATION            VSDA v. Schwarzenegger, et al.
                                                                                                        Case No. C 05 4188 RMW RS

1

1  all communication and media matters for Assembly Member Yee.

2.  I was personally present on February 19, 2005, at the Assembly Judiciary Committee hearing on AB 450. At the request of Assembly Member Yee, the video tape titled "Video Game Violence Sampler TRT: 5min.," [sic] which I provided to the Committee on behalf of Assembly Member Yee, was played for the members present at the hearing.

3.  On or about October 25, 2005, Zackery Morazzini personally appeared at Assembly Member Yee's office at the State Capitol where I am employed. I personally delivered to Mr. Morazzini a true and correct copy of the video tape played at the February 19, 2005, Assembly Judiciary Committee hearing on AB 450, titled ":Video Game Violence Sampler TRT: 5min."

I declare under penalty of perjury that the foregoing is true and correct, executed this 10 day of November, 2005, at San Francisco, California.

_____
ADAM KEIGWIN

10203019.wpd

| KEIGWIN DECLARATION | VSDA v. Schwarzenegger, et al. Case No. C 05 4 88 RMW RS |

2