BILL LOCKYER
Attorney General of the State of California
LOUIS R. MAURO
Senior Assistant Attorney General
CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General
SUSAN K. LEACH
Deputy Attorney General
ZACKERY P. MORAZZINI, State Bar No. 204237
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-8226
  Fax:  (916) 324-5567
  Email:  Zackery.Morazzini@doj.ca.gov

Attorneys for Defendants
Governor Arnold Schwarzenegger and
Attorney General Bill Lockyer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; et al.,**<br><br>Defendants. | CASE NO. C 05 4188 RMW RS<br><br>**DECLARATION OF ZACKERY P. MORAZZINI** |

I, ZACKERY P. MORAZZINI, declare as follows:

1. I am an attorney at law, duly admitted to all courts of the State of California and before the United States District Court for the Northern District of California, and am one of the attorneys of record for Governor Arnold Schwarzenegger and Attorney General Bill Lockyer, named as defendants in this action. I have personal knowledge of the following and if asked to

MORAZZINI DECLARATION                                              VSDA v. Schwarzenegger, et al.
                                                                   Case No. C 05 4188 RMW RS

1

1  testify thereto could do so competently.

2      2.    On or about October 25, 2005, I obtained a copy of a video tape, titled ":Video Game Violence Sampler TRT: 5min.," containing clips of various video games from Adam J. Keigwin of Assembly Member Leland Yee's office at the State Capitol. See Declaration of Adam Keigwin, filed concurrently herewith. A true and correct copy of said tape is being lodged herewith as Exhibit A.

7      3.    Between the dates of November 3 through November 4, 2005, I personally traveled to the Senate Judiciary Committee office, Assembly Judiciary Committee office, and the Assembly Committee on Arts, Entertainment, Sports, Tourism, and Internet Media office. I obtained the committee files for AB 1179 and AB 450 from each individual office. I personally copied, or caused to have copied in my presence, materials relevant to the present proceedings obtained from the following files, true and correct copies of which are bates stamped and included in Appendices A-C, as follows:

- Appendix A consists of material copied from the Assembly Judiciary Committee file on AB 450;
- Appendix B consists of material copied from the Senate Judiciary Committee file on AB 450;
- Appendix C consists of material copied from the Assembly Committee on Arts, Entertainment, Sports, Tourism, and Internet Media file on AB 450.

20      4.    The following materials had missing pages in the original legislative files, apparently due to photocopying errors, likely due to the double sided originals copied. Therefore, copies of these materials in their entirety are included in Appendix D, as follows:

- Assembly Judiciary Committee file on AB 450, Gentile, et al., *The Effects of Violent Video Game Habits on Adolescent Hostility, Aggressive Behaviors, and School Performance*, Journal of Adolescence 27 (2004) 5-22;
- Senate Judiciary Committee file on AB 450, Uhlmann & Swanson, *Exposure to Violent Video Games Increases Automatic Aggressiveness*, Journal of Adolescence, 27 (2004) 41-52;

5. Material obtained from the Assembly Judiciary Committee file on AB 450 shows that the Legislature was referred to additional articles and studies relevant to the issues presented in this matter. See Appendix A, A014, ""Violent Video Game Bibliography." True and correct copies of relevant materials cited therein are included in Appendix E.

I declare under penalty of perjury that the foregoing is true and correct, executed this 10th day of November, 2005, at Sacramento, California.

      /s/ Zackery P. Morazzini
ZACKERY P. MORAZZINI

10202939.wpd

MORAZZINI DECLARATION

VSDA v. Schwarzenegger, et al.
Case No. C 05 4188 RMW RS