**E-FILED on** 11/10/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION, and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose; and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | No. C-05-04188 RMW<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION<br><br>**[Re Docket No. 19, 20]** |

Defendants George Kennedy, Santa Clara County District Attorney, and Ann Ravel, Santa Clara County Counsel (the "county defendants"), move to continue the hearing on plaintiffs' motion for a preliminary injunction from December 2 to December 9, 2005. The court reluctantly grants the motion.

On October 7, 2005, Arnold Schwarzenegger, Governor of California, signed into law Assembly Bill 1179, which is to take effect on January 1, 2006, and will restrict the sale and rental of certain violent

ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION—No. C-05-04188 RMW
JAH

1  video games to minors. On October 17, the plaintiffs filed a complaint, and two days later, a motion for a
2  preliminary injunction, seeking to prevent enforcement of this new law. When plaintiffs filed their motion for
3  preliminary injunction, the briefing schedule was set.
4      The county defendants state that the attorney who is handling this matter for them, Kathryn J.
5  Zoglin, is unavailable on December 2, 2005, and thus request the hearing date be continued to December
6  9. The other defendants do not oppose this request, but the plaintiffs do. The plaintiffs claim that they will
7  have insufficient time to either appeal an adverse decision of this court or comply with the new law if the
8  hearing is continued a week.
9      While cognizant of the position the plaintiffs are in, as well as their diligence in prosecuting the case,
10 the court feels that justice requires it to accommodate Ms. Zoglin's schedule. The hearing on the plaintiffs'
11 motion for a preliminary injunction is continued to December 9, 2005, at 9:00 a.m.

15 DATED:    11/10/05                              /s/ Ronald M. Whyte
                                                  RONALD M. WHYTE
16                                                United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Theodore J. Boutrous, Jr.
Amy L. Tenney
Ethan D. Dettmer            edettmer@gibsondunn.com
H. Mark Lyon                mlyon@gibsondunn.com
Katherine A. Fallow
Paul M. Smith

**Counsel for Defendants:**

Zackery P. Morazzini        zackery.morazzini@doj.ca.gov
Kathryn J. Zoglin           kathryn_zoglin@mail.cco.co.santa-clara.ca.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      11/10/05                            /s/ JH
                                                **Chambers of Judge Whyte**