# SUPPLEMENTAL DECLARATION OF SERVICE

Case Name    :   **Video Software Dealers, et al. v. Arnold Schwarzenegger, et al.**
Case No.     :   C 05 4188 RMW RS
Court        :   United States District Court - Northern District

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled case.

On the date indicated below, I served the following:

**Appendices A through E; Exhibit A, video cassette tape**

Addressed as follows:

| | |
|---|---|
| **H. Mark Lyon**<br>**Gibson, Dunn & Crutcher LLP**<br>**1881 Page Mill Road**<br>**Palo Alto, CA 94304**<br><br>**Counsel for Plaintiffs Video Software Dealers Association and Entertainment Software Association**<br><br>VIA CALIFORNIA OVERNIGHT | **Amy L. Tenney**<br>**Jenner & Block LLP**<br>**601 13th Street, N.W.**<br>**Suite 1200**<br>**Washington, DC 20005**<br><br>**Counsel for Plaintiffs Video Software Dealers Association and Entertainment Software Association**<br><br>VIA FEDERAL EXPRESS |

" **U.S. MAIL:** I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

" **FACSIMILE TRANSMISSION:** On the date below from facsimile machine number (916) 324-5567, I personally transmitted to the above-named person(s) to the facsimile number(s) shown above, pursuant to California Rules of Court 2003-2008. A true copy of the above-described document(s) were transmitted by facsimile transmission and the transmission was reported as complete and without error. A copy of the transmission report issued by the transmitting machine is attached to this proof of service.

X **OTHER SERVICE:** I caused such envelope(s)
" to be delivered to the office of the addressee(s) listed above by:
    X   Federal Express
    9   Golden State Overnight
    X   California Overnight
    9   Messenger

" **PERSONAL SERVICE:** By causing a true copy of the above-described documents to be hand delivered to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **November 15, 2005**, at Sacramento, California.

                                                     /s/ Lynn Hills (original retained by counsel)
                                                          LYNN HILLS