```
11/07/2005 14:07 FAX 4084914292         County Counsel JSO                    ☑003
```

ANN MILLER RAVEL, County Counsel (S.B. #62139)
KATHRYN J. ZOGLIN, Deputy County Counsel (S.B. #121187)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants Santa Clara County
District Attorney George Kennedy and Santa
Clara County Counsel Ann Miller Ravel, in
their Official Capacities

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/21/05*

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, <br><br> Defendants. | No. C05-4188 RMW (RS) <br><br> STIPULATION AND ORDER |

WHEREAS, plaintiffs Video Software Dealers Association and Entertainment Software Association filed their Complaint in the above-entitled action on October 17, 2005; and

WHEREAS counsel for the defendants Santa Clara County District Attorney George Kennedy and County Counsel Ann Miller Ravel ("Santa Clara County defendants") recently was assigned to handle this action;

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California
95110-1770

Stipulation & Order                 1                 No. C05-4188 RMW (RS)

Dockets.Justia.com

1  IT IS HEREBY STIPULATED by plaintiffs Video Software Dealers Association and
2  Entertainment Software Association and the Santa Clara County defendants, through their
3  respective counsel, as follows:
4  The Santa Clara County defendants shall have up to and through November 15, 2005, to
5  file an answer or responsive pleadings in the above-entitled case.

7  Dated: November 8, 2005

Ethan Dettmer, Esq.
Gibson, Dunn & Crutcher LLP

Attorney for Plaintiffs Video Software
Dealers Association and Entertainment
Software Association

12  Dated: November 10, 2005

Kathryn J. Zoglin
Deputy County Counsel

Attorneys for Defendants Santa Clara
County District Attorney George Kennedy
and Santa Clara County Counsel Ann
Miller Ravel, in their Official Capacities

## ORDER

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED.

Dated: 11/21/05

/S/ RONALD M. WHYTE

Honorable Ronald Whyte
United States District Court Judge

S:\Main\HumanServices\Zoglin\Video Game\Stip & Order.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California
95110-1770

Stipulation & Order                2                No. C05-4188 RMW (RS)