11/07/2005 14:07 FAX 4084914292        County Counsel JSO                         ☒003

1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   KATHRYN J. ZOGLIN, Deputy County Counsel (S.B. #121187)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants Santa Clara County
   District Attorney George Kennedy and Santa
6  Clara County Counsel Ann Miller Ravel, in
   their Official Capacities

7

8
                       UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                                          *E-FILED - 11/21/05*

11  VIDEO SOFTWARE DEALERS              )   No. C05-4188 RMW (RS)
    ASSOCIATION and ENTERTAINMENT       )
12  SOFTWARE ASSOCIATION,               )   STIPULATION AND ORDER
                                        )
13          Plaintiffs,                 )
                                        )
14  v.                                  )
                                        )
15                                      )
    ARNOLD SCHWARZENEGGER, in            )
16  his official capacity as Governor of the,)
    State of California; BILL LOCKYER,  )
17  in his official capacity as Attorney )
    General of the State of California; )
18  GEORGE KENNEDY, in his official     )
    capacity as Santa Clara County District)
19  Attorney, RICHARD DOYLE, in his     )
    official capacity as City Attorney for )
20  the City of San Jose, and ANN MILLER )
    RAVEL, in her official capacity as  )
21  County Counsel for the County of    )
    Santa Clara,                        )
22                                      )
            Defendants.                 )
23  _____)

24      WHEREAS, plaintiffs Video Software Dealers Association and Entertainment Software

25  Association filed their Complaint in the above-entitled action on October 17, 2005; and

26      WHEREAS counsel for the defendants Santa Clara County District Attorney George

27  Kennedy and County Counsel Ann Miller Ravel ("Santa Clara County defendants") recently was

28  assigned to handle this action;

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California
95110-1770

Stipulation & Order                          1              No. C05-4188 RMW (RS)

Case 5:05-cv-04188-RMW   Document 39   Filed 11/21/05   Page 2 of 2

11/07/2005 14:07 FAX 4084814282    County Counsel JSO    ☒004

IT IS HEREBY STIPULATED by plaintiffs Video Software Dealers Association and Entertainment Software Association and the Santa Clara County defendants, through their respective counsel, as follows:

The Santa Clara County defendants shall have up to and through November 15, 2005, to file an answer or responsive pleadings in the above-entitled case.

Dated: November 8, 2005

_____
Ethan Dettmer, Esq.
Gibson, Dunn & Crutcher LLP

Attorney for Plaintiffs Video Software Dealers Association and Entertainment Software Association

Dated: November 10, 2005

_____
Kathryn J. Zoglin
Deputy County Counsel

Attorneys for Defendants Santa Clara County District Attorney George Kennedy and Santa Clara County Counsel Ann Miller Ravel, in their Official Capacities

## ORDER

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED.

Dated: 11/21/05

/S/ RONALD M. WHYTE
_____
Honorable Ronald Whyte
United States District Court Judge

S:\Main\HumanServices\Zoglin\Video Game\Stip & Order.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California
95110-1770

Stipulation & Order        2        No. C05-4188 RMW (RS)