GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE |

Plaintiffs Video Software Dealers Association and Entertainment Software Association respectfully request that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

1. The Order Granting Plaintiffs' Motion for Preliminary Injunction in *Entertainment Software Assoc.*, *et al. v. Granholm*, *et al.*, No. 05-CV-73634, 2005 WL 3008584 (E.D. Mich. Nov. 9, 2005). "Judicial notice is properly taken of orders and decisions made by other courts or administrative agencies." *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n.5 (9th Cir. 1995), *rev'd on other grounds*, 520 U.S. 548 (1997); *see also Miles v. California*, 320 F.3d 986, 987 n.1 (9th Cir. 2003).

2. The Report of the California Senate Judiciary Committee on Assembly Bill 1179. Cal. Sen. Judiciary Comm. Report, AB 1179 (2005). Legislative history of California statutes is subject to judicial notice. *Chaker v. Crogan*, __ F.3d __, 2005 WL 2978600 at n.8 (9th Cir. Nov. 3, 2005).

3. A transcript of proceedings on November 14, 2005, in *Entertainment Software Association*, *et al. v. Blogojevich*, *et al.*, No. 05 C 4265 (N.D. Ill. Nov. 14, 2005) ("*Blogojevich*"). A transcript of proceedings before a different tribunal are properly subject to judicial notice. *Biggs v. Terhune*, 334 F.3d 910, 915 n.3 (9th Cir. 2003).

4. A transcript of proceedings on November 15, 2005, also in *Blogojevich*. *See Biggs*, 334 F.3d at 915 n.3.

5. The declaration of Jeffrey H. Goldstein, and exhibit A thereto, filed in *Blogojevich*. The records of a court in a different lawsuit are properly subject to judicial notice. *Mullis v. United States Bank. Ct.*, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987).

6. The declaration of Dmitri Williams, and exhibit A thereto, filed in *Blogojevich*. *See Mullis*, 828 F.2d at 1388 n.9.

7. A transcript of proceedings on November 16, 2005, also in *Blogojevich*. *See Biggs*, 334 F.3d at 915 n.3.

8. The declaration of Howard C. Nusbaum, and exhibit A thereto, filed in *Blogojevich*. *See Mullis*, 828 F.2d at 1388 n.9.

1 | True and correct copies of the documents listed above are attached hereto as Exhibits one through 8, respectively.

Respectfully submitted.

DATED: November 23, 2005.

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.
H. MARK LYON
ETHAN D. DETTMER


By: _____/s/_____
            Ethan D. Dettmer


JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
AMY L. TENNEY
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION