UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188RMW (RS)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Matthew S. Hellman, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Jenner & Block LLP, 601 13th Street, NW, Suite 1200 South, Washington, DC 20005, (202) 639-6861, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Video Software Dealers Association and Entertainment Software Association,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
                                                                    United States District Judge