RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for RICHARD DOYLE, in his official capacity
as City Attorney for the City of San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose; and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | Case Number: C05-04188 RMW<br><br>**NOTICE OF JOINDER OF SAN JOSE CITY ATTORNEY RICK DOYLE IN OPPOSITIONS TO MOTION FOR PRELIMINARY INJUNCTIONS** |

PLEASE TAKE NOTICE that Defendant Richard Doyle hereby joins in the Oppositions of Defendants George Kennedy, Ann Ravel, Arnold Schwarzenegger, and Bill Lockyer to Plaintiffs' Motion for Preliminary Injunction, which oppositions papers were filed on November

-1-

-2-

1  10, 2005.  The arguments and supporting papers included in such Oppositions are hereby
2  incorporated by reference as though fully set forth herein.
3
4  Dated:   December 2, 2005                              RICHARD DOYLE, City Attorney
5
6                                                          By:  /s/ Robert Fabela
                                                                ROBERT FABELA
7                                                               Sr. Deputy City Attorney
8                                                          Attorneys for RICHARD DOYLE, in his
                                                           official capacity as City Attorney for the City
9                                                          of San Jose