GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
MATTHEW S. HELLMAN (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose,  and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>STATEMENT OF RECENT DECISION |

Plaintiffs Video Software Dealers Association and Entertainment Software Association respectfully submit this Statement of Recent Decision pursuant to this Court's Local Rule 7-3(d).

On December 2, 2005, following a trial on the merits, the United States District Court for the Northern District of Illinois issued a permanent injunction against the implementation and enforcement of Illinois's Violent Video Games Law. *Entertainment Software Ass'n*, *et al. v. Blagojevich*, *et al.*, No. 05 C 4265 (N.D. Ill. Dec. 2, 2005). The Court held, among other things, that Illinois's Violent Video Game Law was subject to strict scrutiny (slip opn. at 32-33), and that it could not pass muster under this standard because, 1) "defendants have failed to present substantial evidence showing that playing violent video games causes minors to have aggressive feelings or engage in aggressive behavior" (*id*. at 36); 2) the state's interest "in preventing developmental or psychological harm to minors . . . does not provide a basis for restricting expression protected by the First Amendment" (*id*. at 38); and 3) the statute was not narrowly tailored to serve its purported purposes.

A true and correct copy of the opinion in *Blogojevich* is attached hereto for the convenience of the Court.

DATED:  December 5, 2005.

Respectfully submitted.

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.
H. MARK LYON
ETHAN D. DETTMER


By: _____/s/_____
               Ethan D. Dettmer

JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
AMY L. TENNEY
MATTHEW S. HELLMAN
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION