1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  KATHRYN J. ZOGLIN, Deputy County Counsel (S.B. #121187)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5

6  Attorneys for Defendants
   SANTA CLARA COUNTY DISTRICT
7  ATTORNEY GEORGE KENNEDY AND
   SANTA CLARA COUNTY COUNSEL
8  ANN MILLER RAVEL, IN THEIR
   OFFICIAL CAPACITIES
9

10                         UNITED STATES DISTRICT COURT

11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  VIDEO SOFTWARE DEALERS            )  No. C05-4188 RMW (RS)
    ASSOCIATION and ENTERTAINMENT     )
13  SOFTWARE ASSOCIATION,             )  **NOTICE OF RE-ASSIGNMENT**
                                      )  **OF ATTORNEY**
14              Plaintiffs,           )
                                      )
15       v.                           )
                                      )
16  ARNOLD SCHWARZENEGGER, in         )
    his official capacity as Governor of the, )
17  State of California; BILL LOCKYER, )
    in his official capacity as Attorney )
18  General of the State of California; )
    GEORGE KENNEDY, in his official   )
19  capacity as Santa Clara County District )
    Attorney, RICHARD DOYLE, in his   )
20  official capacity as City Attorney for )
    the City of San Jose, and ANN MILLER )
21  RAVEL, in her official capacity as )
    County Counsel for the County of  )
22  Santa Clara,                      )
                                      )
23              Defendants.           )
                                      )
24

25  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26       PLEASE TAKE NOTICE that Deputy County Counsel David Rollo has been

27  assigned to represent defendants Santa Clara County District Attorney George Kennedy and

28  Santa Clara County Counsel Ann Miller Ravel in the above-entitled action.

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California
95110-1770

Re-Assignment of Attorney    -1-    No. C-05-4188 RMW (RS)

Dockets.Justia.com

1 | All pleadings and communications previously addressed to Deputy County Counsel
2 | Kathryn Zoglin should be addressed to Deputy County Counsel David Rollo.
3 | Dated: December 5, 2005
       Respectfully submitted,
4 |    ANN MILLER RAVEL
       County Counsel
5 |
6 |    By:    /S/
       KATHRYN J. ZOGLIN
7 |    Deputy County Counsel
8 |    Attorneys for Defendants
       SANTA CLARA COUNTY DISTRICT
9 |    ATTORNEY GEORGE KENNEDY
       AND SANTA CLARA COUNTY
10 |   COUNSEL ANN MILLER RAVEL, IN
       THEIR OFFICIAL CAPACITIES

S:\Main\HumanServices\Zoglin\Video Game\SubstitutionofCounsel.wpd

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California
95110-1770

Re-Assignment of Attorney    -2-    No. C-05-4188 RMW (RS)