**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED - 12/9/05\***

**CIVIL MINUTES**

**DATE: December 9, 2005**

**Case No. C-05-04188-RMW   JUDGE: Ronald M. Whyte**

**VIDEO SOFTWARE DEALERS ASSOCIATION** -v- **ARNOLD SCHWARZENEGER**
Title

**Appeared**                               **Appeared**
Attorneys Present                          Attorneys Present

**COURT CLERK: Jackie Garcia**        **COURT REPORTER: Lee-Anne Shortridge**

**PROCEEDINGS**

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

**ORDER AFTER HEARING**
**Hearing Held. The Court heard oral argument from both sides and the Court took this matter under submission. The Court to send out a ruling to the parties.**