1  GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP
   ROBERT A. GOODIN, State Bar No. 061302
2  FRANCINE T. RADFORD, State Bar No. 168269
3  505 Sansome Street, Suite 900
   San Francisco, California 94111
4  Telephone:   (415) 392-7900
   Facsimile:   (415) 398-4321
5

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS V. LORAN III, State Bar No. 95255
7  JOANNE H. KIM, State Bar No. 221525
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA 94120-7880
9  Telephone:   (415) 983-1000
   Facsimile:   (415) 983-1200
10

11 Attorneys for Common Sense Media

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara.<br><br>Defendants. | No. C 05 4188 RMW RS<br><br>**DECLARATION OF JAMES P. STEYER IN SUPPORT OF APPLICATION OF COMMON SENSE MEDIA FOR LEAVE TO <u>PARTICIPATE AS AMICUS CURIAE</u>**<br><br>Date:   March 10, 2006<br>Time:   9:00 a.m.<br>Honorable Ronald M. Whyte<br><br>Date of Filing:  No Date Set |

Case No. C 05 4188 RMW RS

Decl of James P. Steyer In Support of Application For Leave To Participate As Amicus Curiae

I, James P. Steyer, declare:

1. I am the founder and CEO of Common Sense Media ("Common Sense"), and make this declaration in support of Common Sense Media's accompanying Application For Leave To Participate In Action As Amicus Curiae.

2. Common Sense Media is the leading non-partisan, not-for-profit organization[1] dedicated to improving media and entertainment choices for children and families. As reflected in its name, the organization's mission is "sanity, not censorship." Common Sense Media strives to provide unbiased and trustworthy information, practical tools, and respected policy leadership to create a healthier media environment for children and families.

3. Launched in May 2003, Common Sense Media now helps more than 3 million parents, educators, caregivers, and children make better-informed decisions about today's media. This is accomplished through preparing and publishing detailed reviews, ratings, recommended lists, and viewing tips on movies, TV, music, video games, websites, and books. The organization has reviewed nearly 4,000 titles based on the latest research on child development. Adult and child visitors to its website also contribute reviews. The website posts daily updates on the most recent media releases, as well as important news and research, and emails a weekly newsletter. In the community, Common Sense gives seminars and workshops on media literacy and awareness around California and the country, produces training kits and materials for use and dissemination by national organizations, local groups, and concerned individuals, and maintains a non-partisan, public leadership role on selected issues that affect media's impact on children and youth.

4. Common Sense was a co-sponsor of AB 1179, the passage of which created the statute at issue here. Because of its work with and for the parents of children and youth in connection with issues related to media, Common Sense is uniquely qualified to speak to the interests of parents in this case.

---

[1] The organization is funded primarily by philanthropic contributions from individual donors and leading national foundations.

5.  Common Sense is managed by a team of experts in child advocacy, public policy, education, technology, media, and entertainment, and is supported by a highly distinguished Board of Directors and Board of Advisors. A true and correct copy of the lists of Common Sense board members is appended hereto as Exhibit A.

6.  In particular, I have been a leader in children's media issues for over twenty-five years. I founded Children Now, a leading national advocacy and media organization for children, as well as JP Kids, a successful and respected family media company. I have also been a faculty member teaching civil rights and civil liberties at Stanford University for the past twenty years, and understand the case law and legal issues at stake. Finally, I am the author of the widely acclaimed book, *The Other Parent: The Inside Story of the Media's Effect on Our Children*. A true and correct copy of my curriculum vitae is attached hereto as Exhibit B.

7.  I am familiar with the work of the leading experts in the field as well as a wide variety of the relevant literature and scholarly research that has been performed on the topic of media's enormous impact on children and youth. I have read the expert testimony submitted by the parties to this action, and I have also read the recent decision of the Illinois district court in <u>Entertainment Software et al v. Blagojevich et al.</u>, United States District Court for the Northern District of Illinois, Case No. 05 C 4265 (the "Illinois action") issuing a permanent injunction against the implementation of Illinois' Violent Video Games Law. I am familiar not only with the work of the researchers cited by the parties to this case, but am also familiar with the work of numerous other highly qualified experts whose work has not been cited or discussed by either side and whose testimony would be, I believe, of great value to the court in deciding the issues presented by this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February ___, 2006 at _____, California.

/s/ James P. Steyer
James P. Steyer

3234/001/X74693.v1

2.  Case No. C 05 4188 RMW RS
Decl of James P. Steyer In Support of Application For Leave To Participate As Amicus Curiae