5.  Common Sense is managed by a team of experts in child advocacy, public policy, education, technology, media, and entertainment, and is supported by a highly distinguished Board of Directors and Board of Advisors. A true and correct copy of the lists of Common Sense board members is appended hereto as Exhibit A.

6.  In particular, I have been a leader in children's media issues for over twenty-five years. I founded Children Now, a leading national advocacy and media organization for children, as well as JP Kids, a successful and respected family media company. I have also been a faculty member teaching civil rights and civil liberties at Stanford University for the past twenty years, and understand the case law and legal issues at stake. Finally, I am the author of the widely acclaimed book, *The Other Parent: The Inside Story of the Media's Effect on Our Children*. A true and correct copy of my curriculum vitae is attached hereto as Exhibit B.

7.  I am familiar with the work of the leading experts in the field as well as a wide variety of the relevant literature and scholarly research that has been performed on the topic of media's enormous impact on children and youth. I have read the expert testimony submitted by the parties to this action, and I have also read the recent decision of the Illinois district court in Entertainment Software et al v. Blagojevich et al., United States District Court for the Northern District of Illinois, Case No. 05 C 4265 (the "Illinois action") issuing a permanent injunction against the implementation of Illinois' Violent Video Games Law. I am familiar not only with the work of the researchers cited by the parties to this case, but am also familiar with the work of numerous other highly qualified experts whose work has not been cited or discussed by either side and whose testimony would be, I believe, of great value to the court in deciding the issues presented by this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 1, 2006 at San Francisco, California.

*[signature: James Steyer]*
James P. Steyer

3234/001/X74693.v1 3:51 PM

2.    Case No. C 05 4188 RMW RS

Decl of James P. Steyer In Support of Application For Leave To Participate As Amicus Curiae