Video Software Dealers Association et al v. Schwarzenegger et al    Doc. 60 Att. 2



## Board of Advisors

| | |
|---|---|
| Larry Baer | Chief Operating Officer, San Francisco Giants |
| Dr. William Baker | President and CEO, WNET Television Channel 13 |
| Richard Beattie | Chairman, Simpson Thacher & Bartlett LLP |
| Angela Glover Blackwell | Founder and CEO, PolicyLink |
| Dr. Milton Chen | Executive Director, The George Lucas Educational Foundation |
| Michael Cohen | CEO, The Michael Cohen Group |
| Dr. Jeffrey Cole | Director, Center For The Digital Future |
| Steve Denning | Founding Partner, General Atlantic Partners |
| Ezekiel J. Emanuel, MD, PhD | Chair, Department of Clinical Bioethics, The National Institutes of Health |
| Robert Fisher | Chairman, GAP Inc. |
| Ellen Galinsky | Co-Founder and President, Families and Work Institute |
| Andrew Greenberg | President, Greenberg Qualitative Research, Inc. |
| Elizabeth Hambrecht | President and Chief Financial Officer, Salon.com |
| Denis Hayes | President, The Bullitt Foundation |
| F. Warren Hellman | Founding Partner, Hellman & Friedman |
| Dr. Donald Kennedy | President Emeritus, Stanford University; Editor-in-Chief, *Science Magazine* |
| Omar Khan | President, Insight Strategy & Logic (ISL), Web Site Design |
| David Lawrence Jr. | President, The Early Childhood Initiative Foundation |
| Wendy Lazarus | Co-Founder and Co-Director, The Children's Partnership |
| Christopher Lehane | Political Communications Expert |
| Laurie Lipper | Co-Founder and Co-Director, The Children's Partnership |
| Robert McDuffie | Concert Violinist and Grammy nominated recording artist |
| Nion McEvoy | Chairman and CEO, Chronicle Books |
| William F. Meehan III | Managing Director, McKinsey & Co. |
| Nell Minow | Founder, The Corporate Library and Movie Mom |
| James Montoya | Senior Vice President, The College Board |
| Becky Morgan | President, Morgan Family Foundation |
| Michael Posner | Executive Director, Human Rights First |
| Dr. Alvin Poussaint | Prof. of Psychiatry, Harvard Medical School; Dir. of Media, Judge Baker Children's Center |
| Thomas N. Robinson, MD | Associate Professor of Pediatrics and Medicine, Stanford University |
| Alan Schwartz | President and Co-Chief Operating Officer, Bear, Stearns & Co., Inc |
| Theodore M. Shaw | Director/Counsel, NAACP Legal Defense & Education Fund |
| Thomas Steyer | Founding Partner, Farallon Capital |
| Gene T. Sykes | Managing Director, Goldman Sachs Group |
| Laura Walker | President, WNYC Radio |
| Alice Waters | Founder, Chez Panisse and Chez Panisse Foundation |
| Tim Zagat | Co-Founder and Co-Chair, Zagat Survey |



## Board of Directors

| | |
|---|---|
| Aileen Adams | Chair, The Women's Foundation of California |
| Sarah Barton, MD | Medical Doctor, Ob/Gyn |
| Linda Burch (Vice Chair) | Former Consultant, McKinsey & Co. |
| Marcy Carsey | Founding Partner, Carsey-Werner Productions |
| James Coulter | Founding Partner, The Texas Pacific Group |
| Geoffrey Cowan | Dean, The Annenberg School for Communication at USC |
| Millard Drexler | Chairman and CEO, J. Crew |
| Karen Edwards | Former Head of Marketing, Yahoo Inc. |
| Julius Genachowski | Former Chief of Business Operations, IAC/InterActiveCorp |
| Thomas J. Holland | Partner, Bain & Company, Inc. |
| William Kennard | Managing Director, The Carlyle Group; Former FCC Chairman |
| Michael Klein | Chairman and CEO, Modulus Guitars |
| Gary Knell | President and CEO, Sesame Workshop |
| Robert L. Miller | President and CEO, Miller Publishing Group |
| Newton Minow | Counsel, Sidley, Austin and Brown; Former FCC Chairman |
| George Roberts | Founding Partner, Kohlberg Kravis Roberts & Co. |
| Jesse Rogers | Managing Director, Golden Gate Capital |
| Carrie Schwab Pomerantz | President, The Charles Schwab Foundation |
| James P. Steyer | Founder and CEO, Common Sense Media |
| Michael Tollin | Founding Partner, Tollin/Robbins Productions |
| Eugene Washington, MD | Executive Vice Chancellor, UCSF |
| Robert Wehling (Chair) | Founder, Family, Friendly Programming Forum; Former Chief Marketing Officer, Procter & Gamble |
| Lawrence Wilkinson | Co-Founder, Oxygen Media and Global Business Network |