1    GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP
     ROBERT A. GOODIN, State Bar No. 061302
2    FRANCINE T. RADFORD, State Bar No. 168269
3    505 Sansome Street, Suite 900
     San Francisco, California  94111
4    Telephone:     (415) 392-7900
     Facsimile:      (415) 398-4321
5
6    PILLSBURY WINTHROP SHAW PITTMAN LLP
     THOMAS V. LORAN III, State Bar No. 95255
7    JOANNE H. KIM, State Bar No. 221525
     50 Fremont Street
8    Post Office Box 7880
     San Francisco, CA 94120-7880
9    Telephone:     (415) 983-1000
     Facsimile:      (415) 983-1200
10
11   Attorneys for Common Sense Media

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15   VIDEO SOFTWARE DEALERS and          No. C 05 4188 RMW RS
     ENTERTAINMENT SOFTWARE
16   ASSOCIATION,                        **PROOF OF SERVICE**

17             Plaintiffs,               Date:      March 10, 2006
                                         Time:      9:00 a.m.
18   v.                                  Honorable Ronald M. Whyte

19   ARNOLD SCHWARZENEGGER, in his
     official capacity as Governor of the State of    Date of Filing:  No Date Set
20   California; BILL LOCKYER, in his official
     capacity as Attorney General of the State of
21   California; GEORGE KENNEDY, in his
     official capacity as Santa Clara County
22   District Attorney; RICHARD DOYLE, in his
     official capacity as City Attorney for the City
23   of San Jose, and ANN MILLER RAVEL, in
     her official capacity as County Counsel for
24   the County of Santa Clara.
25
26             Defendants.

27
28
                                         Case No. C 05 4188 RMW RS

                         PROOF OF SERVICE

1    I, Danielle Albano, declare:

2    I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 505 Sansome Street, Suite 900, San

3    Francisco, CA 94111. On February 1, 2006, I served the within documents:

4    **APPLICATION OF COMMON SENSE MEDIA FOR LEAVE TO PARTICIPATE IN ACTION AS AMICUS CURIAE**

5    **DECLARATION OF JAMES P. STEYER IN SUPPORT OF APPLICATION OF COMMON SENSE MEDIA FOR LEAVE TO**

6    **PARTICIPATE AS AMICUS CURIAE**

7

8    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

9
10    ☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

11
12    ☐    by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

13

14    ☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

15
16    Katherine A. Fallow, Esq.
Matthew S. Hellman, Esq.
Paul M. Smith, Esq.

17    Amy L. Tenney, Esq.
Jenner & Block LLP
601 13th Street, N.W.

18    Suite 1200 South

19    Washington, DC 20005

20    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal

21    Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation

22    date or postage meter date is more than one day after date of deposit for mailing in affidavit.

23    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24    Executed on February 1, 2006, at San Francisco, California.

25

26
_/s/ Danielle Albano_____
Danielle Albano

27

28    3234/001/X74781.v1

1.                     Case No. C 05 4188 RMW RS

PROOF OF SERVICE