| | |
|---|---|
| 1 | GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP |
| 2 | ROBERT A. GOODIN, State Bar No. 061302 |
|   | FRANCINE T. RADFORD, State Bar No. 168269 |
| 3 | KEITH E. JOHNSON, State Bar No. 202321 |
|   | 505 Sansome Street, Suite 900 |
| 4 | San Francisco, California  94111 |
|   | Telephone:     (415) 392-7900 |
| 5 | Facsimile:      (415) 398-4321 |
| 6 | |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 7 | THOMAS V. LORAN III, State Bar No. 95255 |
|   | JOANNE H. KIM, State Bar No. 221525 |
| 8 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 9 | San Francisco, CA 94120-7880 |
|   | Telephone:     (415) 983-1000 |
| 10 | Facsimile:      (415) 983-1200 |
| 11 | |
|    | Attorneys for Common Sense Media |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>             Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara.<br><br>             Defendants. | No. C 05 4188 RMW RS<br><br>**PROOF OF SERVICE**<br><br>Date:      March 10, 2006<br>Time:      9:00 a.m.<br>Honorable Ronald M. Whyte<br><br>Date of Filing:  No Date Set |

Case No. C 05 4188 RMW RS

PROOF OF SERVICE

I, Danielle Albano, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 505 Sansome Street, Suite 900, San Francisco, CA 94111. On February 24, 2006, I served the within documents:

**COMMON SENSE MEDIA'S REPLY TO PLAINTIFF'S OPPOSITION TO THE APPLICATION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Katherine A. Fallow, Esq.
Matthew S. Hellman, Esq.
Paul M. Smith, Esq.
Amy L. Tenney, Esq.
Jenner & Block LLP
601 13th Street, N.W.
Suite 1200 South
Washington, DC  20005

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 24, 2006, at San Francisco, California.

/s/ Danielle Albano
Danielle Albano

3234/001/X75459.v1

1.  Case No. C 05 4188 RMW RS
PROOF OF SERVICE