GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH *pro hac vice*
KATHERINE A. FALLOW *pro hac vice*
AMY L. TENNEY *pro hac vice*
MATTHEW S. HELLMAN, *pro hac vice*
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C-05-04188 RMW<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Gibson, Dunn & Crutcher LLP

1

ADR Certification                                                              Case No. C 05 04188 RMW

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

The parties have agreed that this case is appropriate for a prompt motion for summary judgment. In light of this fact, we do not believe that any ADR process is likely to deliver benefits to the parties sufficient to justify the resources consumed by its use (ADR L.R. 3-5(e)(3)), and therefore should be exempted from any ADR process at this time.

DATED: February 24, 2006                Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:_____/s/_____
            Ethan D. Dettmer

THEODORE J. BOUTROUS, Jr., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
AMY L. TENNEY
MATTHEW S. HELLMAN
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

1 DATED: February 24, 2006            VIDEO SOFTWARE DEALERS ASSOCIATION

3                                     By:_____/s/_____
                                             Crossan R. Anderson
4                                              Its President

7 DATED: February 24, 2006            ENTERTAINMENT SOFTWARE ASSOCIATION

9                                     By:_____/s/_____
                                             Gail Markels
10                                           Its General Counsel