E-FILED on    3/6/2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION, and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose; and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | No. C-05-04188 RMW<br><br>ORDER DEEMING APPLICATION OF COMMON SENSE MEDIA TO PARTICIPATE AS AMICUS CURIAE SUBMITTED ON THE PAPERS; ORDER GRANTING COMMON SENSE MEDIA LEAVE TO FILE AMICUS BRIEF<br><br>**[Re Docket Nos. 59, 62, 63]** |

Common Sense Media ("CSM"), self-described as a non-profit organization that seeks to educate the public about the effects of media on children, applies for "leave to participate in this action as amicus curiae." *See* Mot. at 1. The plaintiffs oppose the application. On this court's own

ORDER DEEMING APPLICATION OF COMMON SENSE MEDIA TO PARTICIPATE AS AMICUS CURIAE SUBMITTED ON
THE PAPERS; ORDER GRANTING COMMON SENSE MEDIA LEAVE TO FILE AMICUS BRIEF—No. C-05-04188 RMW
JAH

1  motion, CSM's application is deemed submitted on the papers.  No oral argument will be held; no
2  appearance is needed.
3     "The privilege of being heard amicus rests solely within the discretion of the court," and the
4  privilege may be granted to one whose participation the court feels may be "useful."  *In re Roxford*
5  *Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991).  CSM anticipates the plaintiffs will move for
6  summary judgment.  Reply at 2.  CSM's application indicates its participation may be useful to the
7  court in deciding a motion for summary judgment.  However, as has been noted by the Seventh
8  Circuit, "[t]he vast majority of amicus curiae briefs are filed by allies of litigants and duplicate the
9  arguments made in the litigants' briefs, in effect merely extending the length of the litigant's brief.
10 Such amicus briefs should not be allowed.  They are an abuse."  *Ryan v. Commodity Futures*
11 *Trading Comm'n*, 125 F.3d 1062, 1063 (1997) (Posner, C.J., in chambers).  CSM may file an amicus
12 brief in connection with any motion for summary judgment by the plaintiffs, but CSM should work
13 with the defendants to insure that its brief does not repeat the arguments contained in the defendants'
14 briefs.[1]

17 DATED:     3/6/06                              /s/ Ronald M. Whyte
                                                  RONALD M. WHYTE
18                                                United States District Judge

---

27  [1]  The court also notes that the time periods specified in Civil L.R. 7-2(a), 7-3(a), (c) are minimum time periods.  It would be helpful in a case of this nature if the parties agreed to longer
28  such periods of time for any complex motions.

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiffs:**

3 Theodore J. Boutrous, Jr.
Amy L. Tenney
4 Ethan D. Dettmer          edettmer@gibsondunn.com
H. Mark Lyon               mlyon@gibsondunn.com
5 Katherine A. Fallow
Paul M. Smith

6 **Counsel for Defendants:**

7 Zackery P. Morazzini      zackery.morazzini@doj.ca.gov
8 Robert R. Fabela          Main@sanjoseca.gov
David Michael Rollo        david.rollo@cco.sccgov.org

9 **Counsel for Amicus Curiae:**

10 Francine T. Radford       fradford@gmssr.com
11 Keith E. Johnson          kjohnson@gmssr.com

12 Counsel are responsible for distributing copies of this document to co-counsel that have not
13 registered for e-filing under the court's CM/ECF program.

16 **Dated:**  3/6/2006              /s/ JH
                                    **Chambers of Judge Whyte**

ORDER DEEMING APPLICATION OF COMMON SENSE MEDIA TO PARTICIPATE AS AMICUS CURIAE SUBMITTED ON
THE PAPERS; ORDER GRANTING COMMON SENSE MEDIA LEAVE TO FILE AMICUS BRIEF—No. C-05-04188 RMW
JAH                                          3