BILL LOCKYER
Attorney General of the State of California
LOUIS R. MAURO
Senior Assistant Attorney General
CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General
SUSAN K. LEACH
Deputy Attorney General
ZACKERY P. MORAZZINI, State Bar No. 204237
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8226
 Fax: (916) 324-5567
 Email: Zackery.Morazzini@doj.ca.gov

Attorneys for Defendants Governor Arnold
Schwarzenegger and Attorney General Bill Lockyer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,**<br><br>Defendants. | C 05 4188 RMW RS<br><br>[proposed] ORDER GRANTING THE GOVERNOR AND ATTORNEY GENERAL'S MOTION FOR SUMMARY JUDGMENT |

Motion by defendants Governor Arnold Schwarzenegger and Attorney General Bill Lockyer (the "State") for summary judgment, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and L.R. 56-1, came on regularly for hearing on May 12, 2006, in courtroom 6

of the above-entitled Court, the Honorable Ronald M. Whyte, presiding. After reviewing the moving, opposition, and reply papers, and all supporting documents, and considering the arguments of counsel, and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the State's motion for summary judgment is granted in its entirety as to each and every cause of action set forth in the complaint, and the preliminary injunction entered on December 21, 2005 is hereby lifted. The State has demonstrated that, as a matter of law, the challenged act (California Civil Code sections 1746 - 1746.5) does not violate the First Amendment, is not impermissibly vague, does not impermissibly compel speech, and does not violate the Equal Protection Clause. Judgment shall be entered in favor of the State on all causes of action.

**SO ORDERED**

Dated: _____, 2006         _____
                             Hon. Ronald M. Whyte
                             District Court Judge