BILL LOCKYER
Attorney General of the State of California
LOUIS R. MAURO
Senior Assistant Attorney General
CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General
SUSAN L. LEACH
Deputy Attorney General
ZACKERY P. MORAZZINI, State Bar No. 204237
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8226
 Fax: (916) 324-5567
 Email: Zackery.Morazzini@doj.ca.gov

Attorneys for Defendants Governor Arnold
Schwarzenegger and Attorney General Bill Lockyer

N THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,**<br><br>Defendants. | C 05 4188 RMW RS<br><br>GOVERNOR AND ATTORNEY REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>Hearing: May 12, 2006<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Judge: The Honorable Ronald M. Whyte |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Governor Arnold

Schwarzenegger and Attorney General Bill Lockyer respectfully request the Court take judicial

1  notice of the following materials, true and correct copies of which are attached hereto as Exhibits
2  1-7:
3      1. Senate Judiciary Committee analysis of AB 1179 for September 8, 2005 hearing;
4      2. Senate Rules Committee, Office of Floor Analyses analysis of AB 1179 on September
5  23, 2005;
6      3. Senate Floor role call for AB 1179 on September 8, 2005;
7      4. Assembly Floor Concurrence in Senate Amendments of AB 1179 on September 8, 2005;
8      5. Assembly Floor role call for AB 1179 on September 8, 2005;
9      6. Complete Bill History for AB 1179;
10     7. Complete Bill History for AB 450.
11     True and correct copies of each item were obtained from the State of California's
12 Legislative Counsel's web site on November 8, 2005. See http://www.leginfo.ca.gov.  The
13 legislative history of statutes "constitute judicial facts sufficiently capable of accurate and ready
14 determination" and are properly subject to judicial notice. *Palmer v. Stassinos*, 348 F. Supp. 2d
15 1070, 1077 (N.D. Cal. 2004).
16     Defendants further request that judicial notice be take of Appendices A - E, served, lodged
17 and filed with the Court by defendants on November 9, 2005.  Each Appendix contains true and
18 correct copies of materials from the legislative files of the California State Assembly and Senate
19 regarding Assembly Bills 450 and 1179.  See Declaration of Zackery P. Morazzini, submitted
20 concurrently herewith and incorporated herein by this reference.  In the interest of judicial
21 economy, duplicate copies of the Appendices will not be re-lodged with the Court or re-served
22 on the parties.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

RJN                                         *Video Software Dealers Association, et al. v. Schwarzenegger, et al.*
                                                                         C 05 4188 RMW RS

1 | These materials "constitute judicial facts sufficiently capable of accurate and ready determination" and are properly subject to judicial notice. *Palmer*, *supra*, 348 F. Supp. 2d at p. 1077.

Dated:  March 30, 2006

           Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

LOUIS R. MAURO
Senior Assistant Attorney General

CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General

SUSAN L. LEACH
Deputy Attorney General


 /s/  Zackery P. Morazzini
ZACKERY P. MORAZZINI
Deputy Attorney General
Attorneys for Defendants Governor Arnold Schwarzenegger and Attorney General Bill Lockyer