EXHIBIT 5

Dockets.Justia.com

```
                VOTES - ROLL CALL

MEASURE: AB 1179
AUTHOR:  Yee
TOPIC:   Violent video games: sales to minors.
DATE:    09/08/2005
LOCATION:          ASM. FLOOR
MOTION:  AB 1179 Yee  Concurrence in Senate Amendments
         (AYES   66. NOES   7.)  (PASS)


          AYES
          ****

Aghazarian        Arambula Baca     Bass
Benoit    Berg    Bermudez Blakeslee
Bogh      Calderon Chan    Chu
Cogdill   Cohn    Coto     Daucher
De La Torre       Dymally  Evans    Frommer
Garcia    Goldberg Hancock Harman
Jerome Horton     Shirley Horton   Huff     Jones
Karnette  Keene   Klehs    Koretz
La Malfa  La Suer Laird    Leno
Levine    Lieber  Liu      Maze
McCarthy  Montanez Mountjoy Mullin
Nakanishi         Nation   Nava    Negrete McLeod
Niello    Oropeza Parra    Pavley
Richman   Ridley-Thomas    Sharon Runner   Ruskin
Saldana   Salinas Spitzer  Umberg
Vargas    Villines Wolk    Wyland
Yee       Nunez


          NOES
          ****

Chavez    Houston Matthews Plescia
Strickland        Tran     Walters


          ABSENT, ABSTAINING, OR NOT VOTING
          ********************************

Canciamilla       DeVore   Emmerson Haynes
Leslie    Torrico Vacancy
```