1  BILL LOCKYER
   Attorney General of the State of California
2  LOUIS R. MAURO
   Senior Assistant Attorney General
3  CHRISTOPHER E. KRUEGER
   Supervising Deputy Attorney General
4  SUSAN K. LEACH
   Deputy Attorney General
5  ZACKERY P. MORAZZINI, State Bar No. 204237
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 445-8226
8    Fax: (916) 324-5567
     Email: Zackery.Morazzini@doj.ca.gov
9
   Attorneys for Defendants Governor Arnold
10 Schwarzenegger and Attorney General Bill Lockyer

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

| | |
|---|---|
| **VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,**<br><br>Defendants. | C 05 4188 RMW RS<br><br>DECLARATION OF ZACKERY P. MORAZZINI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, ZACKERY P. MORAZZINI, declare as follows:

1.  I am an attorney at law, duly admitted to all courts of the State of California and before the United States District Court for the Northern District of California, and am one of the

MORAZZINI DECLARATION          *Video Software Dealers Association, et al. v. Arnold Schwarzenegger, et al.*
                                                                                    C 05 4188 RMW RS

1

attorneys of record for Governor Arnold Schwarzenegger and Attorney General Bill Lockyer, named as defendants in this action. I have personal knowledge of the following and if asked to testify thereto could do so competently.

2. Between the dates of November 3 through November 4, 2005, I personally traveled to the Senate Judiciary Committee office, Assembly Judiciary Committee office, and the Assembly Committee on Arts, Entertainment, Sports, Tourism, and Internet Media office. I obtained the committee files for AB 1179 and AB 450 from each individual office. I personally copied, or caused to have copied in my presence, materials relevant to the present proceedings obtained from the following files, true and correct copies of which are bates stamped and included in Appendices A-C, as follows:

• Appendix A consists of material copied from the Assembly Judiciary Committee file on AB 450;

• Appendix B consists of material copied from the Senate Judiciary Committee file on AB 450;

• Appendix C consists of material copied from the Assembly Committee on Arts, Entertainment, Sports, Tourism, and Internet Media file on AB 450.

3. The following materials had missing pages in the original legislative files, apparently due to photocopying errors, likely due to the double sided originals copied. Therefore, copies of these materials in their entirety are included in Appendix D, as follows:

• Assembly Judiciary Committee file on AB 450, Gentile, et al., *The Effects of Violent Video Game Habits on Adolescent Hostility, Aggressive Behaviors, and School Performance*, Journal of Adolescence 27 (2004) 5-22;

• Senate Judiciary Committee file on AB 450, Uhlmann & Swanson, *Exposure to Violent Video Games Increases Automatic Aggressiveness*, Journal of Adolescence, 27 (2004) 41-52;

4. Material obtained from the Assembly Judiciary Committee file on AB 450 shows that the Legislature was referred to additional articles and studies relevant to the issues presented in this matter. See Appendix A, A014, ""Violent Video Game Bibliography." True and correct copies of relevant materials cited therein are included in Appendix E.

1  I declare under penalty of perjury that the foregoing is true and correct, executed this 30th
2  day of March, 2006, at Sacramento, California.

                                /s/ Zackery P. Morazzini
                                ZACKERY P. MORAZZINI