GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
MATTHEW S. HELLMAN
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>DECLARATION OF KATHERINE A. FALLOW |

I, Katherine A. Fallow, hereby declare as follows:

1

DECLARATION OF KATHERINE A. FALLOW

1. I am a partner with the law firm of Jenner & Block LLP, located at 601 13th Street, N.W. Suite 1200, Washington D.C. I am authorized to practice law in the District of Columbia and the State of Massachusetts and am admitted *pro hac vice* in this action. I am counsel of record and one of the attorneys representing Plaintiffs in this matter, Video Software Dealers Association ("VSDA") and Entertainment Software Association ("ESA"). I have personal knowledge of, and could competently testify to, the facts stated below.

2. In the matter of *ESA v. Blagojevich*, 404 F. Supp. 2d 1051 (N. D. Ill 2005), I was one of the attorneys representing ESA. As part of my representation of ESA in that matter, I attended proceedings on November 13, 2005 and November 14, 2005 in the Northern District of Illinois before the Honorable Mathew F. Kennelly. A true and correct copy of the November 13, 2005 transcript hereto as Exhibit A. A true and correct copy of the November 14, 2005 transcript hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 31st day of March, at Washington D.C.

                                                 s/s Katherine A. Fallow
                                                         Katherine A. Fallow

DECLARATION OF KATHERINE A. FALLOW