GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
MATTHEW S. HELLMAN
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:   May 12, 2006<br>Time:  9:00 a.m.<br>Dept:   6 |

1

[PROPOSED] ORDER RE PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Dockets.Justia.com

1 | The Motion of Plaintiffs Video Software Deals Association ("VSDA") and Entertainment
2 | Software Association ("ESA") for Summary Judgment came on regularly for hearing before this
3 | Court on May 12, 2006.
4 | After full consideration of the evidence, the points and authorities submitted by counsel, the
5 | oral arguments of counsel, and all other matters presented to the Court, and good cause appearing
6 | therefor,
7 | IT IS ORDERED that Plaintiffs Motion for Summary Judgment to permanently enjoin
8 | Defendants and their officers, employees, and representatives from enforcing Cal. Civil Code § 1746
9 | (2005) is hereby GRANTED.

DATED: _____, 2006

_____
United States District Judge