1  GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP
   ROBERT A. GOODIN, State Bar No. 061302
2  FRANCINE T. RADFORD, State Bar No. 168269
   505 Sansome Street, Suite 900
3  San Francisco, California 94111
4  Telephone: (415) 392-7900
   Facsimile: (415) 398-4321
5

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS V. LORAN III, State Bar No. 95255
7  JOANNE H. KIM, State Bar No. 221525
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA 94120-7880
9  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
10

11  Attorneys for Amicus Curiae Common Sense Media

12                          UNITED STATES DISTRICT COURT
13                        NORTHERN DISTRICT OF CALIFORNIA
14                                SAN JOSE DIVISION

15 | | |
|---|---|
16 | VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION, | No. C 05 4188 RMW RS |
17 | | **DECLARATION OF JAY SENTER** |
18 | Plaintiffs, | Date: May 12, 2006 |
   | | Time: 9:00 a.m. |
19 | v. | Courtroom: 6 |
   | | Before the Honorable Ronald M. Whyte |
20 | ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of | |
21 | California; BILL LOCKYER, in his official capacity as Attorney General of the State of | |
22 | California; GEORGE KENNEDY, in his official capacity as Santa Clara County | |
23 | District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City | |
24 | of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for | |
25 | the County of Santa Clara. | |
26 | | |
27 | Defendants. | |
28

Case No. C 05 4188 RMW RS
DECLARATION OF JAY SENTER

1.  I am currently employed as a communications associate for Common Sense Media. I have held this position since October 2005. I have personal knowledge of the facts stated in this declaration and could and would testify competently thereon if called to do so.

2.  Common Sense Media is based out of San Francisco, California. The organization reviews hundreds of media titles each year in an effort to provide parents and children with additional information about the kind of content in the latest movies, video games, and so forth.

3.  A DVD containing a montage of footage from several current video games is attached as Exhibit A to this declaration. The montage features footage from the following games: *Postal 2: Share the Pain* being played on an Apple Macintosh G5 Computer; and *Grand Theft Auto: San Andreas*, *25 to Life*, *NARC*, *Manhunt*, and *50 Cent: Bulletproof* all being played on a PlayStation 2 console. Footage from the "Hot Coffee" scene in *Grand Theft Auto: San Andreas* was downloaded off the Internet, and not recorded directly from game play.

4.  These games were procured by the following means: *Grand Theft Auto: San Andreas* was purchased by a Common Sense Media staff member in October 2004 at a GameStop retail location in San Francisco; *Postal 2: Share the Pain* was purchased by a Common Sense Media staff member in December 2005 via the Internet; *25 to Life*, *NARC* and *50 Cent: Bulletproof* were rented from a Blockbuster Video retail location in San Francisco in March and April 2006. *Manhunt* was rented using a Common Sense Media account with GameFly.

5.  After reviewing each game, I selected excerpts that featured: violence against women, violence against law enforcement officers, extreme violence and mass killings. I also included the sexually explicit "Hot Coffee" scene from *Grand Theft Auto: San Andreas*.

6.  To capture the footage from each game, I used video capturing hardware and software on a Macintosh G5 computer. I then imported the video captured from the games and used editing software to produce the attached exhibit.

///

///

///

Case No. C 05 4188 RMW RS
DECLARATION OF JAY SENTER

1    7.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-    Case No. C 05 4188 RMW RS
DECLARATION OF JAY SENTER

1   I certify that Exhibit A is a true and accurate copy of the excerpts described herein.
2              I declare under penalty of perjury under the laws of the State of California that the
3   foregoing is true and correct. Executed on April ___, 2006 at _____, California.

                                                    _____
                                                    Jay Senter

3234/001/X77059.v1

-4-                                      Case No. C 05 4188 RMW RS
DECLARATION OF JAY SENTER