| | |
|---|---|
| 1 | GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP |
| 2 | ROBERT A. GOODIN, State Bar No. 061302 |
|   | FRANCINE T. RADFORD, State Bar No. 168269 |
| 3 | KEITH E. JOHNSON, State Bar No. 202321 |
|   | 505 Sansome Street, Suite 900 |
| 4 | San Francisco, California  94111 |
|   | Telephone:     (415) 392-7900 |
| 5 | Facsimile:      (415) 398-4321 |

6

PILLSBURY WINTHROP SHAW PITTMAN LLP
7  THOMAS V. LORAN III, State Bar No. 95255
   JOANNE H. KIM, State Bar No. 221525
8  50 Fremont Street
   Post Office Box 7880
9  San Francisco, CA 94120-7880
   Telephone:     (415) 983-1000
10 Facsimile:      (415) 983-1200

11
Attorneys for Amicus Curiae Common Sense Media
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION, | No. C 05 4188 RMW RS |
| 17 | | **MANUAL FILING NOTIFICATION** |
| 18 | Plaintiffs, | Date:         May 12, 2006 |
| 19 | v. | Time:         9:00 a.m. |
|    |    | Courtroom:  6 |
| 20 | ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara. | Before the Honorable Ronald M. Whyte |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

Case No. C 05 4188 RMW RS
MANUAL FILING NOTIFICATION

| | |
|---|---|
| 1 | Regarding:  EXHIBIT A TO DECLARATION OF JAY SENTER |
| 2 | This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 6 | This filing was not efiled for the following reason(s): |
| 7 | [_] Voluminous Document (PDF file size larger than the efiling system allows) |
| 8 | [_] Unable to Scan Documents |
| 9 | [X] Physical Object (description):  DVD |
| 10 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 11 | [_] Item Under Seal |
| 12 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 13 | [_] Other (description):  _____ |
| 14 | _____ |

Dated:  April 19, 2006                              Respectfully submitted,

GOODIN, MACBRIDE, SQUERI,
RITCHIE & DAY, LLP
Robert A. Goodin
Francine T. Radford


By   /s/Francine T. Radford
         Francine T. Radford
Attorneys for Common Sense Media

3234/001/X77096.v1

1.                                 Case No. C 05 4188 RMW RS
MANUAL FILING NOTIFICATION