7. I certify that Exhibit A is a true and accurate copy of the excerpts described herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 18, 2006 at San Francisco, California.

_____
Jay Senter

3234/001/X77059.v1

-3-   Case No. C 05 4188 RMW RS
DECLARATION OF JAY SENTER