| | |
|---|---|
| 1 | GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP |
| 2 | ROBERT A. GOODIN, State Bar No. 061302 |
|   | FRANCINE T. RADFORD, State Bar No. 168269 |
| 3 | KEITH E. JOHNSON, State Bar No. 202321 |
|   | 505 Sansome Street, Suite 900 |
| 4 | San Francisco, California 94111 |
|   | Telephone:   (415) 392-7900 |
| 5 | Facsimile:   (415) 398-4321 |
| 6 | |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 7 | THOMAS V. LORAN III, State Bar No. 95255 |
|   | JOANNE H. KIM, State Bar No. 221525 |
| 8 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 9 | San Francisco, CA 94120-7880 |
|   | Telephone:   (415) 983-1000 |
| 10 | Facsimile:   (415) 983-1200 |
| 11 | |
|    | Attorneys for Amicus Curiae Common Sense Media |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION, | No. C 05 4188 RMW RS |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| | Date:   May 12, 2006 |
| v. | Time:   9:00 a.m. |
| | Honorable Ronald M. Whyte |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara. | |
| Defendants. | |

Case No. C 05 4188 RMW RS

PROOF OF SERVICE

1  I, Danielle Albano, declare:

2  I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 505 Sansome Street, Suite 900, San Francisco, CA 94111. On April 19, 2006, I served the within documents:

**EXHIBIT A TO DECLARATION OF JAY SENTER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Matthew S. Hellman  
Amy L. Tenney  
Katherine A. Fallow  
Paul M. Smith  
Jenner & Block LLP  
601 13th Street, N.W.  
Suite 1200 South  
Washington, DC 20005

Theodore J. Boutrous, Jr.  
Ethan D. Dettmer  
H. Mark Lyon  
Jeffrey A. Minnery  
Gibson Dunn & Crutcher LLP  
1881 Page Mill Road  
Palo Alto, CA 94304

Zackery P. Morazzini  
California Attorney General's Office  
1300 I Street  
P.O. Box 944255  
Sacramento, CA 94244-2550

David Michael Rollo  
Kathryn J. Zoglin  
Office of the County Counsel  
Santa Clara County  
70 W. Hedding St., East Wing, 9th Flr.  
San Jose, CA 95110

Robert R. Fabela  
Office of the City Attorney  
200 East Santa Clara Street  
San Jose California 95113-1905  
San Jose, Ca 95113-1905

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

///

///

1.    Case No. C 05 4188 RMW RS  
PROOF OF SERVICE

1  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 19, 2006, at San Francisco, California.

/s/ Danielle Albano
Danielle Albano

3234/001/X77099.v1

2.    Case No. C 05 4188 RMW RS
PROOF OF SERVICE