1  GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP
2  ROBERT A. GOODIN, State Bar No. 061302
   FRANCINE T. RADFORD, State Bar No. 168269
3  505 Sansome Street, Suite 900
   San Francisco, California 94111
4  Telephone:    (415) 392-7900
   Facsimile:    (415) 398-4321
5
6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS V. LORAN III, State Bar No. 95255
7  JOANNE H. KIM, State Bar No. 221525
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA 94120-7880
9  Telephone:    (415) 983-1000
   Facsimile:    (415) 983-1200
10
11 Attorneys for Amicus Curiae Common Sense Media

12                   UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

15
   VIDEO SOFTWARE DEALERS and              No. C 05 4188 RMW RS
16 ENTERTAINMENT SOFTWARE
   ASSOCIATION,                            **DECLARATION OF
17                                         BRAD J. BUSHMAN**
                 Plaintiffs,
18                                         Date:        May 12, 2006
19 v.                                      Time:        9:00 a.m.
                                           Courtroom:   6
20 ARNOLD SCHWARZENEGGER, in his           Before the Honorable Ronald M. Whyte
   official capacity as Governor of the State of
21 California; BILL LOCKYER, in his official
   capacity as Attorney General of the State of
22 California; GEORGE KENNEDY, in his
   official capacity as Santa Clara County
23 District Attorney; RICHARD DOYLE, in his
   official capacity as City Attorney for the City
24 of San Jose, and ANN MILLER RAVEL, in
   her official capacity as County Counsel for
25 the County of Santa Clara.

26               Defendants.

27

28
                                           Case No. C 05 4188 RMW RS
                          DECLARATION OF BRAD J. BUSHMAN

1    I, Brad J. Bushman, declare:

2       1.    I am a professor of Psychology and Communication Studies at

3   University of Michigan, Ann Arbor. I am a Faculty Associate at the Institute for Social Research

4   at the University of Michigan. I am a Professor of Communication Science at the Vrije

5   Universiteit, Amsterdam. I make this declaration in opposition to plaintiffs' motion for summary

6   judgment. I know the following facts of my own knowledge and if called as a witness, could and

7   would testify competently thereto.

8       2.    A true and correct copy of my curriculum vitae is attached hereto as

9   Exhibit A.  I have master's degrees in  psychology and statistics, and a doctorate in psychology,

10  from the University of Missouri at Columbia.

11      3.    Since 1998, I have published twelve refereed journal articles on media

12  violence.  Three of these articles focus on video game violence in particular, and are summarized

13  below.

14      4.    The first article is titled <u>Chronic Violent Video Game Exposure and</u>

15  <u>Desensitization to Violence: Behavioral and Event-Related Brain Potential Data</u> (Bartholow, B.,

16  Bushman, B. and Sestir, M.), published in *Journal of Experimental Social Psychology*  [in press].

17      5.    The article abstract reads as follows: "Numerous studies have shown that

18  exposure to media violence increases aggression, though the mechanisms of this effect have

19  remained elusive. One theory posits that repeated exposure to media violence desensitizes

20  viewers to real world violence, increasing aggression by blunting aversive reactions to violence

21  and removing normal inhibitions against aggression. Theoretically, violence desensitization

22  should be reflected in the amplitude of the P300 component of the event-related brin potential

23  (ERP), which has been associated with activation of the aversive motivational system.  In the

24  current study, violent images elicited reduced P300 amplitudes among violent, as compared to

25  nonviolent, video game players. Additionally, this reduced brain response predicted increased

26  aggressive behavior in a later task.  Moreover, these effects held after controlling for individual

27  differences in trait aggressiveness.  These data are the first to link media violence exposure and

28  aggressive behavior to brain processes hypothetically associated with desensitization.

Case No. C 05 4188 RMW RS

DECLARATION OF BRAD J. BUSHMAN

6.     In layment's terms, the article discusses the following study, in which the researchers took 39 male undergraduate college students, and divided them into violent versus nonviolent video game players on the basis of the games they played.   The participants were also asked to fill out standard psychological questionnaires measuring their inherent levels of aggressiveness.

7.     The participants were hooked up to EEG brain data recording equipment and asked to complete a picture-viewing task.  The pictures were either neutral (e.g., a towel), negative (e.g., a dead dog), or very violent (e.g., a man holding a gun to another man's head). The prediction was that violent game players would show less brain activity to the violent images than would nonviolent game players, because violent game players have become desensitized to violence. No differences in brain activity were expected for the negative or neutral images.

8.     After viewing images, the participants were led to believe that they were competing against another participant in a reaction time task to see who could press a button faster.  The winner could blast the loser with loud noise through a pair of headphones.  The noise blasts ranged from 0 decibels (the "non-aggressive" setting) to 105 decibels (the highly-aggressive setting – about the same level as a smoke alarm), and they could also control how long the person suffered by how long they held down the duration button.  An "aggressiveness" score was derived for each participant by averaging data from the noise blasts given over the course of 25 time trial tasks.

9.     In an examination of the data, the researchers made two findings:

1)     When they viewed the violent images, violent game players did not show the normal brain patterns associated with aversion and disgust, which their non-violent video game playing counterparts did.  That is, the brain's natural response to violence and gore was not present in the participants who had long term exposure to video game violence. Violent game players showed diminished brain activity to the violent images. Violent and nonviolent game players did not differ in their brain activity to the negative or neutral images.

2)     The subjects who exhibited the lowest level of natural aversion to violence and gore were the most likely to act aggressively in the noise blast task.

10.     Based on these findings, the study suggests that long term exposure to

2.                        Case No. C 05 4188 RMW RS

DECLARATION OF BRAD J. BUSHMAN

violent video games desensitizes players to real world violence, and increases their likelihood of exhibiting aggressive behaviors.

11.    The article is title <u>Violent Video Games and Hostile Expectations: A Test of the General Aggression Model</u>  (Bushman, B. and Anderson, C.), published in *Personality and Social Psychology Bulletin* (December 2002)

12.    The abstract for this article states the following: "Research conducted over several decades has shown that violent media increase aggression.  It is now time to move beyond the question of whether violent media increase aggression to answering the question of why violent media increase aggression. The present research tested whether violent video games produce a hostile expectation bias – the tendency to expect others to react to potential conflicts with aggression. Participants (N=224) played either a violent or nonviolent video game.  Next, they read ambiguous story stems about potential interpersonal conflicts.  They were asked what the main character will do, say, think, and feel as the story continues.  People who played a violent video game described the main character as behaving more aggressively, thinking more aggressive thoughts, and feeling more angry than did people who played a nonviolent video game.  These results are consistent with the General Aggression Model."

13.    This abstract is relatively clear, but the following points are worth reiterating:

1)    The first study showed purported long term effects of exposure to violent games.  This study shows the short term effects, and suggests that the accumulation of short term effects will eventually lead to a more aggressive personality overall.

2)    The researchers found that playing a violent game (like Mortal Kombat, or Duke Nukem) for just 20 minutes produced significant increases in participants' expectations that others would act aggressively in potential conflict situations.  These results seem to suggest that any increase in a video game player's aggressiveness might be a response to the perceived aggressiveness of others. That is, one would have to act aggressively to survive in a world where everyone else is expected to act aggressively.

14.    The third article is <u>Effects of Violent Video Games on Aggressive Behavior, Aggressive Cognition, Aggressive Affect, Physiological Arousal, and Prosocial</u>

3.                          Case No. C 05 4188 RMW RS

DECLARATION OF BRAD J. BUSHMAN

Behavior: A Meta-Analytic Review of the Scientific Literature. (Anderson, C. and Bushman, B) published in *Psychological Science*, September 2001.

15.    The abstract for this article states " Research on exposure to television and movie violence suggests that playing violent video games will increase aggressive behavior. A meta-analytic review of the video-game research literature reveals that violent video games increase aggressive behavior in children and young adults. Experimental and non experimental studies with males and females in laboratory and field settings support this conclusion. Analyses also reveal that exposure to violent video games increases physiological arousal and aggression-related thoughts and feelings.  Playing violent video games also decreases prosocial behavior."

16.    In this review, my colleagues and I examined the results of 35 individual studies that had looked at the effects of playing violent video games.  These were all of the studies available at the time. By standardizing the results of all of the studies, we managed to summarize a large body of research in a single report, and found that, on average, violent video game play increases aggressive thoughts, feelings and behaviors, and decreases prosocial behavior.

17.    Our conclusion was  that "[t]hese results clearly support the hypothesis that exposure to violent video games poses a public health threat to children and youths, including college-age individuals."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April ___, 2006 at _____, Michigan.

_____
Brad J. Bushman

3234/001/X77062.v1
4:09 PM

4.                        Case No. C 05 4188 RMW RS

DECLARATION OF BRAD J. BUSHMAN