# CURRICULUM VITAE

## Brad J. Bushman
## April 2006

- Address
- Education
- Employment History
- Professional Memberships
- Editorial Offices and Duties
- Contracts and Grants
- Awards
- Courses Taught
- Conference Presentations
- Publications
- References

## ADDRESS

University of Michigan
Institute for Social Research
426 Thompson Street
Ann Arbor, MI 48106
Office phone: 734-615-6631
Fax: 734-763-1202
E-mail: bbushman@umich.edu
Web site: http://www.umich.edu/~bbushman

Back to contents

## EDUCATION

| | | | |
|---|---|---|---|
| BS  | Weber State College, Ogden, UT | 1984 | (Psychology) |
| Med | Utah State University, Logan UT | 1985 | (Secondary Education) |
| MA  | University of Missouri, Columbia, MO | 1987 | (Psychology) |
| MA  | University of Missouri, Columbia, MO | 1990 | (Statistics) |
| PhD | University of Missouri, Columbia, MO | 1989 | (Social Psychology) |

Back to contents

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2006-present | Affiliate Professor, Vrije Universiteit Amsterdam, The Netherlands |
| 2005 | Visiting Professor, Vrije Universiteit Amsterdam, The Netherlands |
| 2005 | Visiting Professor, Warsaw School of Social Psychology, Poland |
| 2003-present | Professor, Department of Psychology, University of Michigan, Ann Arbor, MI |
| 2003-present | Professor, Department of Communication Studies, University of Michigan, Ann Arbor, MI |
| 2002-2003 | Professor, Department of Psychology, Iowa State University, Ames, IA |
| 1996-2002 | Associate Professor, Department of Psychology, |

|  | Iowa State University, Ames, IA |
|---|---|
| 1990-1996 | Assistant Professor, Department of Psychology, Iowa State University, Ames, IA |
| 1985-1990 | Instructor, University of Missouri, Columbia, MO |

Back to contents

## PROFESSIONAL MEMBERSHIPS

Personality and Social Psychology (APA Division 8)
Media Psychology (APA Division 46)
Society of Experimental Social Psychology (since 1994)
International Society for Research on Aggression

Back to contents

## EDITORIAL OFFICES AND DUTIES

**Associate Editor**
*Aggressive Behavior* (1994-2004)
*Personality and Social Psychology Bulletin* (2000-2002)
*Psychological Science* (2005-present) Announcement

**Consulting Editor**
*Aggressive Behavior* (2005-2006)
*Basic and Applied Social Psychology* (1998-present)
*Media Psychology* (2005-present)
*Personality and Social Psychology Bulletin* (2006-present)
*Psychological Bulletin* (2001-2002, 2004-present)
*Psychological Methods* (1997-2000)
*Journal of Personality and Social Psychology: Interpersonal Relations and Group Processes* (1998-2006)
*Journal of Personality and Social Psychology: Personality Processes and Individual Differences* (1995-1997; 1999-2006)

**Journal Reviewer**
*Alcoholism: Clinical and Experimental Research*
*American Psychologist*
*Anxiety, Stress, and Coping*
*Applied Cognitive Psychology*
*Basic and Applied Social Psychology*
*Communications: The European Journal of Communication Research*
*Communication Research*
*Developmental Psychology*
*Emotion*
*European Journal of Social Psychology*
*Human Communication Research*
*Journal of Abnormal Psychology*
*Journal of Applied Psychology*
*Journal of Applied Social Psychology*
*Journal of Broadcasting & Electronic Media*
*Journal of Consulting and Clinical Psychology*
*Journal of Educational Statistics*
*Journal of Experimental Child Psychology*
*Journal of Experimental Social Psychology*
*Journal of Marketing Research*
*Journal of Personality*
*Journal of Personality and Social Psychology*
*Journal of Social and Clinical Psychology*
*Journal of Studies on Alcohol*
*Media Psychology*

*Motivation and Emotion*
*Organizational Behavior and Human Decision Processes*
*Personality and Individual Differences*
*Personality and Social Psychology Bulletin*
*Personality and Social Psychology Review*
*Psychological Assessment*
*Psychological Bulletin*
*Psychological Methods*
*Psychological Review*
*Psychological Science*
*Psychology and Marketing*
*Review of General Psychology*
*The Lancet*

**Book Reviewer**
    Academic Press
    Allyn & Bacon
    Cambridge University Press
    John Wiley & Sons
    McGraw-Hill
    Prentice Hall
    Psychology Press
    Sage
    Wadsworth

**Grant Reviewer**
    National Institute of Mental Health
    National Science Foundation
    William T. Grant Foundation

**Conference Reviewer**
    American Psychological Association

Back to contents

## CONTRACTS AND GRANTS

| | |
|---|---|
| 2005-2010 | National Institute of Child Health and Human Development (NICHD), Video game violence (1 R01 MH067794-01 A1), PI with Co-PIs Craig Anderson, Paul Boxer, Doug Gentile, & Rowell Huesmann, $1,670,814 total costs. |
| 2004-2007 | Center for Disease Control (CDC), Serious youth violence and long term use of violent media (1-U49-CE000207-01), Co-PI with PI Rowell Huesmann, $897,699 total costs |
| 2003 | National Science Foundation (NSF), Using prior kurtosis information to improve confidence intervals for standard deviations, $70,243 total costs |
| 2002 | Center for Successful Parenting Research Grant to study why violent and sexually explicit TV programs impair memory for commercial messages, $2,500. |
| 2001 | PAX and NBC television contract to study the effects of violent and sexually explicit TV programs on memory for commercial messages, $24,035. |

Back to contents

## AWARDS

Psi Chi Midwestern Regional Advisor Award, 1997-98
Edwin B. Newman Psi Chi/APA Excellence in Research Award, 1988
American Psychological Association Dissertation Research Award, 1988

J. P. Guilford Psi Chi Excellence in Research Award, 1984

Back to contents

# COURSES TAUGHT

Social psychology (undergraduate level)
Media effects (undergraduate level)
Violence in society and violence in the mass media (undergraduate level)
Research methods in social psychology (undergraduate and graduate level)
Meta-analysis (graduate level)

Back to contents

# CONFERENCE PRESENTATIONS

## Refereed Conference Presentations

Bushman, B. J. (1984, May). *Perceived symbols of authority and their influence on compliance.* Rocky Mountain Psychological Association, Las Vegas, NV.

Bushman, B. J. (1987, May). *The influence of apparel on compliance: A field experiment with a female authority figure.* Midwestern Psychological Association, Chicago, IL.

Bushman, B. J., & Geen, R. G. (1988, May). *The moderating role of individual differences on cognitive responses to media violence.* Midwestern Psychological Association, Chicago, IL.

Bushman, B. J., & Geen, R. G. (1988, August). *The moderating role of individual differences on cognitive and emotional responses to media violence.* American Psychological Association, Atlanta, GA.

Heaton, A., Wright, R. A., & Bushman, B. J. (1988, August). *Motivational responses when instrumental task demands are not clear.* American Psychological Association, Atlanta, GA.

Bushman, B. J., Cooper, H. M., & Lemke, K. M. (1990, May). *Meta-analysis of factor analysis: An illustration using the Buss-Durkee Hostility Inventory.* Midwestern Psychological Association, Chicago, IL.

Cooper, H. M., Hedges, L. V., & Bushman, B. J. (1990, June). *Testing the null hypothesis in meta-analysis: Probability and effect size procedures give similar results.* American Psychological Society, Dallas, TX.

Bushman, B. J. (1991, May). *Personality test scores as indicators of the extent and development of aggressive associative networks.* Midwestern Psychological Association, Chicago, IL.

Bushman, B. J. (1992, May). *The effects of violent cues on aggression when excitatory cues are held constant.* Midwestern Psychological Association, Chicago, IL.

Bushman, B. J. (1993, May). *The moderating role of public self-consciousness on the relation between brand label and brand preference.* Midwestern Psychological Association, Chicago, IL.

Bushman, B. J. (1993, June). *The effects of drugs on human aggression: A meta-analysis.* American Psychological Society, Chicago, IL.

Bushman, B. J. (1994, October). *The moderating role of trait aggressiveness in the relation between violent stimuli and aggressive cognition, affect, and behavior.* Society of Experimental Social Psychology, Lake Tahoe, NV.

Donahue, J., Bushman, B. J., & Seamans, J. M. (1995, May). *See no evil, hear no evil, speak no evil: Effects of visual, musical, and dialogue film components on aggressive cognition and affect.* Midwestern Psychological Association, Chicago, IL.

Bushman, B. J. (1996, May). *Does violence sell? Effects of televised violence on responses to television commercials.* Midwestern Psychological Association, Chicago, IL.

Bushman, B. J. (1996, July). *Forbidden fruit versus tainted fruit: Effects of warning labels on attraction to television violence.* American Psychological Society, San Francisco, CA

Bushman, B. J. (1997, May). *Effects of warning labels on attraction to television violence.* Marketing and Public Policy, Boston, MA.

Bushman, B., & Baumeister, R. (1997, August). *Does self-love or self-hate breed aggression?* American Psychological Association, Chicago, IL.

Bushman, B. J. (1997, September). *Effects of warning labels on attraction to television violence in viewers of different ages.* Telecommunication and Policy Research, Alexandria, VA.

Baumeister, R. F., & Bushman, B. J. (1998, May). *Self-esteem, narcissism, and aggression: Experimental tests of the threatened egotism model.* Midwestern Psychological Association, Chicago IL.

Bushman, B. J., & Baumeister, R. F (1998, July). *Threatened egotism, narcissism, self-esteem, and direct and displaced aggression: Does self-love or self-hate lead to violence?* International Society for Research on Aggression, Mahwah, NJ.

Bushman, B. J., & Baumeister, R. (1999, October). *Do people aggress to improve their mood? Catharsis beliefs, affect regulation opportunity, and aggressive responding.* Society of Experimental Social Psychology, St. Louis, MO.

Bushman, B. J., Baumeister, R.F., & Phillips, C. M. (2001, February). *Do people aggress to improve their mood? Catharsis beliefs, affect regulation opportunity, and aggressive responding.* Society for Personality and Social Psychology, San Antonio, TX.

Bushman, B. J., & Anderson, C. A. (2001, August). *Effects of violent video games on aggression: A meta-analytic review.* American Psychological Association, San Francisco, CA.

Bushman, B. J., & Anderson, C. A. (2002, February). *Effects of violent video games on aggression: A meta-analytic review.* Society for Personality and Social Psychology, Savannah, GA.

Bushman, B. J. (2002, August). *Evil perpetrated against (almost) innocent targets: Triggered displaced aggression.* American Psychological Association, Chicago, IL.

Bushman, B. J. (2004, May). *Do violence and sex sell?* International Communication Association, New Orleans, LA.

Bushman, B. J. (2004, July). *Do laboratory measures of aggression tell us anything about real-world aggression*? American Psychological Association, Honolulu, HI.

Bushman, B. J., Konrath, S., & Campbell, W. K. (2005, January). *`Just like me` Similarity to self reduces aggression in narcissists.* Society for Personality and Social Psychology, New Orleans, LA.

Bushman, B. J. (2006, January). *Raeducing narcissistic aggression.* Society for Personality and Social Psychology Association, Palm Springs, CA.

Ridge, R.D., Busath, G.M., Key, C.W., & Bushman, B.J. (2006, June). *Exposure to a written depiction of violence: The effects of source, authorization and gender on aggressive behavior.* American Psychological Society, New York, NY.

## Invited Conference Presentations

Bushman, B. J. (1997, May). *Effects of warning labels on attraction to violent media.* Midwestern Psychological Association, Chicago, IL.

Bushman, B.J., & Anderson, C.A. (1998, July). *Can one generalize the results of laboratory aggression studies in the real world?* World Meeting of the International Society for Research on Aggression, Mahwah, NJ.

Bushman, B. (1999, March). *Media violence and aggression.* Paper presented at the meeting of the Iowa Psychological Association, Des Moines, IA.

Bushman, B. J. (1999, September). *Do violent people have deflated or inflated views of themselves?* Michigan State University Conference of the Self. East Lansing, MI.

Bushman, B. J. (2000, June). *The myth of venting anger.* American Psychological Society, Miami, FL.

Bushman, B. J. (2001, May). *Does self-love or self-hate lead to violence?* Midwestern Psychological Association, Chicago, IL.

Bushman, B. J. (2002, January). *Does self-love or self-hate lead to violence?* Society for Personality and Social Psychology, Savannah, GA.

Bushman, B. J. (2003, February). *The myth of venting anger.* Keynote Speaker for 18th Annual University of Scranton Psychology Conference, Scranton, PA.

Bushman, B. J. (2003, February). *Media violence and aggression: What is the impact on our children?* Playing for Keeps Conference, Yale University, New Haven, CT.

Bushman, B. J. (2003, April). *Does venting anger feed or extinguish the flame?* Keynote Address at Minnesota Undergraduate Psychology Conference. Bethel College, St. Paul, MN.

Bushman, B. J. (2003, May). *Violent video game effects.* International Conference on Entertainment Computing, Carnagie Mellon University, Pittsburgh, PA.

Bushman, B. J. (2003, August). *If the television program bleeds, memory for the advertisement recedes.* American Psychological Association, Toronto, Canada.

Bushman, B. J. (2003, October). *The myth of venting anger.* Keynote address at the Third International Conference on the (Non) Expression of Emotions in Health and Disease, Tilburg University, The Netherlands.

Bonacci, A. M., Bushman, B. J., Pedersen, W. C., Vasquez, E. A., & Miller, N. (2004, May). *The effects of rumination on triggered displaced aggression.* Paper presented at the Midwestern Psychological Association Meeting, Chicago, Illinois.

Bushman, B. J. (2004, January). *Does venting anger increase or decrease angry and aggressive impulses?* Invited lecture at the University of Warsaw's Institute for Social Studies Meeting on "Pathways To Aggression." Warsaw, Poland.

Bushman, B. J. (2004, January). *Be still my beating heat: Effect of violent media on cardiovascular arousal.* Invited lecture at the Workshop on Emotional Reactions to Screen Violence. University of Warsaw, Warsaw, Poland,

Bushman, B. J. (2004, June). *The terminator and the spectator: Does media violence cause societal violence.* McMaster/Penetanguishene Center for the Study of Aggression and Mental Disorder 18th annual conference. Adult antisocial behavior: Where does it come from and what can we do about it? Midland, Ontario, Canada.

Bushman, B. J. (2004, September). *Effects of violent video games on aggressive behavior, helping behavior, aggressive thoughts, angry feelings, and physiological arousal.* International Conference on Entertainment Computing, Technical University Eindhoven, The Netherlands.

Bushman, B. J. (2004, October). *Media violence and aggression: What is the impact on our children?* Playing for Keeps Conference, Washington, D.C.

Bushman, B. J. (2005, April). *Violence in video games desensitizes players to violence in the real world.* New Theories and Methods in Media Violence Research Conference, Amsterdam, The Netherlands.

Bushman, B. J. (2005, June). *The terminator and the spectator: Does media violence cause societal violence?* International Workshop on Aggression, Warsaw, Poland.

Bushman, B. J. (2005, November). *Does venting anger feed or extinguish the flame?* Keynote address at X. Aggression

Workshop, Luxembourg, Luxembourg.

Back to contents

# PUBLICATIONS

### Book Reviews

Bushman, B. J. (1992). [Review of the book Targets of violence and aggression]. *Aggressive Behavior, 18*, 249-251.

Bushman, B. J. (1993). Weapons of influence. [Review of the book Influence: Science and practice (3rd ed.)]. *Contemporary Psychology, 38*, 1287-1288.

Bushman, B. J. (1995). A tribute to Leonard Eron. [Review of the book Aggressive behavior: Current perspectives]. *Contemporary Psychology, 40*, 772-773.

Bushman, B. J. (1996). [Review of the book The dynamics of aggression]. *Aggressive Behavior, 22*, 391-392.

### Book Chapters

Geen, R. G., & Bushman, B. J. (1987). Drive theory: The effects of socially engendered arousal. In B. Mullen & G. R. Goethals (Eds.), *Theories of group behavior* (pp. 89-109). New York: Springer-Verlag.

Geen, R. G., & Bushman, B. J. (1989). The arousing effects of social presence. In H. Wagner & A. Manstead (Eds.), *Handbook of psychophysiology* (pp. 261-281). New York: Wiley.

Bushman, B. J. (1994). Vote counting methods in meta-analysis. In H. M. Cooper & L. V. Hedges (Eds.), *Handbook of research synthesis* (pp. 193-213). New York: Russell Sage Foundation.

Bushman, B. J. (1997). Effects of alcohol on human aggression: Validity of proposed explanations. In D. Fuller, R. Dietrich, & E. Gottheil (Eds.), *Recent Developments in Alcoholism: Alcohol and violence* (Vol. 13, pp. 227-243). New York: Plenum. Download chapter

Geen, R. G., & Bushman, B. J. (1997). Behavioral effects of observing violence. In *Encyclopedia of Human Biology* (Vol. 1, pp. 705-714). New York: Academic Press.

Bushman, B. J., & Anderson. C. A. (1998). Methodology in the study of human aggression: Integrating experimental and nonexperimental findings. In R. G. Geen & E. I. Donnerstein (Eds.), *Human aggression: Theories, research, and implications for policy* (pp. 23-48). New York: Academic Press. Download chapter

Bushman, B. J., & Huesmann, L. R. (2001). Effects of televised violence on aggression. In D. G. Singer & J. L. Singer (Eds.), *Handbook of children and the media* (Ch. 11, pp. 223-254). Thousand Oaks, CA: Sage.

Baumeister, R. F., & Bushman, B. J. (2003). Emotions and aggressiveness. In W. Heitmeyer & J. Hagan (Eds.), *International handbook of violence research* (pp. 479-493). Dordrecht, The Netherlands: Kluwer. Also published in German: Baumeister, R. F, & Bushman, B. J. (2002). Emotionen und Aggressivitaet. In W. Heitmeyer & J. Hagan (Eds.), *Internationales Handbuch der Gewaltforschung* (pp. 598-518). Wiesbaden, Germany: Westdeutscher Verlag.

Bushman, B. J., Vagg, P. R., & Spielberger, C. D. (2005). Culture and gender invariance in the factor structure of the Test Anxiety Inventory: A meta-analysis. In C. D. Spielberger & I. G. Sarason (Eds.), *Stress and emotion* (Vol. 17, pp. 77-95). London, Taylor &

Francis.

Bushman, B. J. (2005). Media and violence. In C. H. Hart, L. D. Newell, E. Walton, & D. C. Dollahite (Eds.), *Helping and healing our families* (Ch. 25, pp. 214-222). London, Taylor & Francis. Download chapter   Also see: Bushman, B. J. (2003). It`s `only` violence. *Ensign, 33(6),* 62-67. Download article

**Books**

Wang, M. C., & Bushman, B. J. (1999). *Integrating results through meta-analytic review using SAS software.* Cary, NC: SAS Institute Inc. Technometrics review. Back cover.  Order SAS book.  Unix Programs for Meta-Analysis.

Baumeister, R. F., & Bushman, B. J. (in press). *Social psychology and human nature.* Belmont, CA: Wadsworth.

**Selected Refereed Journal Articles**

Bushman, B. J. (1984). Perceived symbols of authority and their influence on compliance. *Journal of Applied Social Psychology, 14,* 501-508.

Bushman, B. J. (1988). The effects of apparel on compliance: A field experiment with a female authority figure. *Personality and Social Psychology Bulletin, 14,* 459-467.

Wright, R. A., Brehm, J. W., & Bushman, B. J. (1989). Cardiovascular responses to threat: Effects of the difficulty and availability of a cognitive avoidant task. *Basic and Applied Social Psychology, 10,* 161-171.

Bushman, B. J., & Cooper, H. M. (1990). Alcohol and human aggression: An integrative research review. *Psychological Bulletin, 107,* 341-354. Download article

Bushman, B. J., & Geen, R. G. (1990). The role of cognitive-emotional mediators and individual differences in the effects of media violence on aggression. *Journal of Personality and Social Psychology, 58,* 156-163.  Download article

Bushman, B. J., Cooper, H. M., & Lemke, K. M. (1991). Meta-analysis of factor analysis: An Illustration Using the Buss-Durkee Hostility Inventory. *Personality and Social Psychology Bulletin, 17,* 344-349. Download article

Hedges, L. V., Cooper, H. M., & Bushman, B. J. (1992). Testing the null hypothesis in meta-analysis. A comparison of combined probability and confidence interval procedures. *Psychological Bulletin, 111,* 188-194. Download article

Bushman, B. J. (1993). Human aggression while under the influence of alcohol and other drugs: An integrative research review. *Current Directions in Psychological Science, 2,* 148-152. Research featured in *Psychology Today* article "What We Drink and How We Think" (March/April 1994, p. 21).

Bushman, B. J. (1993). What's in a name? The moderating role of public self-consciousness on the relation between brand label and brand preference. *Journal of Applied Psychology, 78,* 857-861. Download article

Bushman, B. J. (1995). Moderating role of trait aggressiveness in the effects of violent media on aggression. *Journal of Personality and Social Psychology, 69,* 950-960. Download article Research featured on BBC Panorama television special "The Killing Screens" (4 Apr. 1995), and in *Newsweek* article "Violence, Reel to Real" (11 Dec. 1995, pp. 46-48).

Bushman, B. J. & Wang, M. C. (1995). A procedure for combining sample correlations and vote counts to obtain an estimate and a confidence interval for the population correlation coefficient. *Psychological Bulletin, 117,* 530-546.  Download article

Bushman, B. J. (1996). Individual differences in the extent and development of aggressive cognitive-associative networks. *Personality and Social Psychology Bulletin, 22,* 811-819. Download article

Bushman, B. J., & Wang, M. C. (1996). A procedure for combining sample standardized mean differences and vote counts to estimate the population standardized mean difference in fixed effects models. *Psychological Methods, 1,* 66-80.  Download article

Bushman, B. J. & Stack, A. D. (1996). Forbidden fruit versus tainted fruit: Effects of warning labels on attraction to television violence. *Journal of Experimental Psychology: Applied, 2*, 207-226. Download article  Entire article reprinted in M. Miserandino (Ed.) (2003). *Insights in social psychology*. Boston, MA: Pearson. Cited in *Marketing Violent Entertainment To Children: A Review Of Self-Regulation And Industry Practices In The Motion Picture, Music Recording & Electronic Game Industries: A Report Of The Federal Trade Commission (September 2000)*. Research featured on *CBS This Morning* (25 Sept. 1998), and in *USA Today* (26 Feb. 1996; 2 July 1996; 12 Dec. 1996).

Gerrard, M., Gibbons, F. X., & Bushman, B. J. (1996). The relation between perceived vulnerability to HIV and precautionary sexual behavior. *Psychological Bulletin, 119*, 390-409.  Download article

Anderson. C. A., & Bushman, B. J. (1997). External validity of "trivial" experiments: The case of laboratory aggression. *Review of General Psychology, 1*, 19-41.  Download article

Anderson, C. A., Bushman, B. J., & Groom, R. W. (1997). Hot years and serious and deadly assault: Empirical tests of the heat hypothesis. *Journal of Personality and Social Psychology, 73*, 1213-1223.   Download article

Bushman, B. J. (1998). Effects of warning and information labels on consumption of full-fat, reduced-fat, and no-fat products. *Journal of Applied Psychology, 83*, 97-101. Download article

Bushman, B. J. (1998). Priming effects of violent media on the accessibility of aggressive constructs in memory. *Personality and Social Psychology Bulletin, 24*, 537-545. Download article

Bushman, B. J. (1998). Effects of television violence on memory of commercial messages. *Journal of Experimental Psychology: Applied, 4*, 291-307. Download article  Research featured on *Jim Lehrer NewsHour* (4 Dec. 1998), on the *Discovery Channel* (30 Nov. 1998), on National Public Radio (1 Dec. 1998), and in several newspapers (e.g., *Wall Street Journal* , *Washington Post*) and magazines (e.g., *Sports Illustrated, New Scientist*).

Bushman, B. J., & Baumeister, R. F. (1998). Threatened egotism, narcissism, self-esteem, and direct and displaced aggression: Does self-love or self-hate lead to violence? *Journal of Personality and Social Psychology, 75*, 219-229. Download article  Cited and listed as recommended reading in *Shooter: A Threat Assessment Perspective*, the Federal Bureau of Investigation's comprehensive two year study examining violence in our nation's schools. Research featured on *ABC News 20/20* (2 Dec. 1998), in *Newsweek* article "You're OK, I'm Terrific: 'Self-Esteem' Backfires" (13 July 1998, p. 69), in *Scientific American*, and in several newspapers (e.g., *Wall Street Journal, New York Times, Washington Post*).

Bushman, B. J., & Wells, G. L. (1998). Trait aggressiveness and hockey penalties: Predicting hot tempers on the ice. *Journal of Applied Psychology, 83*, 969-974.  Download article

Sentyrz, S. M., & Bushman, B. J. (1998). Mirror, mirror on the wall, who's the thinnest one of all? Effects of self-awareness on consumption of fatty, reduced-fat, and fat-free products. *Journal of Applied Psychology, 83*, 944-949. Download article  Research featured in several newspapers (e.g., *Chicago Tribune*) and magazines (e.g., *Health, Prevention, Redbook*).

Wang, M. C., & Bushman, B. J. (1998). Using normal quantile plots to explore meta-analytic data sets. *Psychological Methods, 3*, 46-54.  Download article

Anderson, C. A., Lindsay, J. J., and Bushman, B. J. (1999) Research in the psychological laboratory: Truth or triviality? *Current Directions in Psychological Science, 8*, 3-9.  Download article

Bushman, B. J., Baumeister, R. F., & Stack, A. D. (1999). Catharsis, aggression, and persuasive influence: Self-fulfilling or self-defeating prophecies? *Journal of Personality and Social Psychology, 76*, 367-376. Entire article reprinted in M. Miserandino (Ed.) (2001). *Insights in social psychology*. Boston: Pearson. Download article  Research featured on *ABC News 20/20* (8 March 1999), *Discovery Channel* (15 November 2000; Q&A got over 40,000 hits in 5 days), *Fox News* (13 March 1999), on Nation Public Radio, on Radio Health Journal (12 March 2006), in several newspapers (e.g., New York Times, *Washington Post, Boston Globe*), in several magazines (e.g., *Psychology Today, Glamour, Ladys Home Journal, Redbook*), and in a BBC radio interview with the Dalai Lama (who agreed with our research!).

Baumeister, R. F., Bushman, B. J., & Campbell, W. K. (2000). Self-esteem, narcissism, and aggression: Does violence result from low self-esteem or from threatened egotism? *Current Directions in Psychological Science, 9*, 26-29. Download article  Entire article reprinted in M. H. Davis, M. (Ed.) (2001). *Annual Editions: Social Psychology*. Guilford, CT: McGraw-Hill/Dushkin.

Anderson, C. A., & Bushman, B. J. (2001). Effects of violent video games on aggressive behavior, aggressive cognition, aggressive affect, physiological arousal, and prosocial behavior: A meta-analytic review of the scientific literature. *Psychological Science, 12,* 353-359. Dowload article

Bushman, B. J., & Anderson, C. A. (2001). Is it time to pull the plug on the hostile versus instrumental aggression dichotomy? *Psychological Review, 108,* 273-279. Download article

Bushman, B. J., & Anderson, C. A. (2001). Media violence and the American public: Scientific facts versus media misinformation. *American Psychologist, 56,* 477-489. Winner of the 2002 Center for Successful Parenting Article Award ($1,000). Download article

Bushman, B. J., Baumeister, R. F., & Phillips, C. M. (2001). Do People Aggress to Improve Their Mood? Catharsis Beliefs, Affect Regulation Opportunity, and Aggressive Responding. *Journal of Personality and Social Psychology, 81,* 17-32. Download article  New York Times article

Bushman, B. J., & Phillips, C. M. (2001). If the television program bleeds, memory for the advertisement recedes. *Current Directions in Psychological Science, 10,* 44-47. Download article Cited in *London Times*.

Bushman, B. J., & Wells, G. L. (2001). Narrative impressions of literature: The availability bias and the corrective properties of meta-analytic approaches. *Personality and Social Psychology Bulletin, 27,* 1123-1130. Download article

Anderson, C. A., & Bushman, B. J. (2002). Human aggression. *Annual Review of Psychology, 53,* 27-51. Download article

Anderson, C. A., & Bushman, B. J. (2002). Media violence and the American Public revisited. *American Psychologist, 57,* 448-450. Download article

Anderson, C. A., & Bushman, B. J. (2002). Media violence and societal violence. *Science, 295,* 2377-2378. Download article National Public Radio (3 March 2002)

Bushman, B. J. (2002). Does venting anger feed or extinguish the flame? Catharsis, rumination, distraction, anger, and aggressive responding. *Personality and Social Psychology Bulletin, 28,* 724-731. Download article

Bushman, B. J., & Anderson, C. A. (2002). Violent video games and hostile expectations: A test of the General Aggression Model. *Personality and Social Psychology Bulletin, 28,* 1679-1689. Download article

Bushman, B. J., & Baumeister, R. F. (2002). Does self-love or self-hate lead to violence. *Journal of Research in Personality, 36,* 543-545.

Bushman, B. J., & Bonacci, A. M. (2002). Violence and sex impair memory for television ads. *Journal of Applied Psychology, 87,* 557-564. Download article   Washington Post article

Yuan, K.-H., & Bushman, B. J. (2002). Combining standardized mean differences using the method of maximum likelihood. *Psychometrika, 67,* 589-608. Download article

Bushman, B. J., Bonacci, A. M., Van Dijk, M., & Baumeister, R. F. (2003). Narcissism, sexual refusal, and aggression: Testing a narcissistic reactance model of sexual coercion. *Journal of Personality and Social Psychology, 84,* 1027-1040. Download article

Bushman, B. J., & Cantor, J. (2003). Media ratings for violence and sex: Implications for policy makers and parents. *American Psychologist, 58,* 130-141. Download article

Baumeister, R. F., & Bushman, B. J. (2004). Human nature and aggressive motivation: Why do cultural animals turn violent? *International Review of Social Psychology, 17,* 205-220. Download article

Bushman, B. J., & Bonacci, A. M. (2004). You've got mail: Using e-mail to examine the effect of prejudiced attitudes on discrimination against Arabs. *Journal of Experimental Social Psychology, 40,* 753-759. Download article

Campbell, W. K., Bonacci, A. M., Shelton, J., Exline, J. J., & Bushman, B. J. (2004). Psychological entitlement: Interpersonal consequences and validation of a self-report measure. *Journal of Personality Assessment, 83,* 29-45. Download article

Exline, J. J., Baumeister, R. F., Bushman, B. J., Campbell, W. K., & Finkel, E. J. (2004). Too proud to let go: Narcissistic

entitlement as a barrier to forgiveness. *Journal of Personality and Social Psychology, 87,* 894-912. Download article

Bushman, B. J. (2005). Violence and sex in television programs do not sell products in advertisements. *Psychological Science, 16,* 702-708. Download article

Bushman, B. J., Bonacci, A. M., Pedersen, W. C., Vasquez, E. A., & Miller, N. (2005). Chewing on it can chew you up: Effects of rumination on triggered displaced aggression. *Journal of Personality and Social Psychology, 88,* 969-983. Download article

Bushman, B. J., Wang, M. C., & Anderson, C. A. (2005). Is the curve relating temperature to aggression linear or curvilinear? Assaults and temperature in Minneapolis reexamined. *Journal of Personality and Social Psychology,* 89, 62-66. Download article

Bushman, B. J., Wang, M. C., & Anderson, C. A. (2005). Is the curve relating temperature to aggression linear or curvilinear? A Response to Bell (2005) and to Cohn and Rotton (2005). *Journal of Personality and Social Psychology,* 89, 74-77. Download article

Bartholow, B. D., Bushman, B. J., & Sestir, M. A. (in press). Chronic violent video game exposure and desensitization to violence: Behavioral and event-related brain potential data. *Journal of Experimental Social Psychology.* Download article   Science article   Tony Blair cites Bartholow, Bushman, & Sestir study

Bushman, B. J. (in press). Effects of warning and information labels on attraction to television violence in viewers of different ages. *Journal of Applied Social Psychology.*

Bushman, B. J., & Huesmann, L. R. (2006). Short-term and long-term effects of violent media on aggression in children and adults. *Archives of Pediatrics & Adolescent Medicine, 160,* 348-352. Download article

Konijn, E. A., & Bushman, B. J. (in press) World leaders as movie characters? Perceptions of George W. Bush, Tony Blair, Osama bin Laden, and Saddam Hussein. *Media Psychology*

Konrath, S., Bushman, B. J., & Campbell, W. K. (in press). Attenuating the link between threatened egotism and aggression. *Psychological Science*

Back to contents

# REFERENCES

Craig Anderson , Ph.D.
Department of Psychology
Iowa State University
W112 Lagomarcino Hall
Ames, IA 50011-3180
Phone: 515-294-0283
Fax: 515-294-6424
E-mail: caa@iastate.edu

Roy Baumeister, Ph.D.
Department of Psychology
Florida State University
Tallahassee, FL 32306
Phone: 850-644-4200
Fax: 850-644 7739
E-mail: baumeister@darwin.psy.fsu.edu

Len Berkowitz, Ph.D.
Department of Psychology
University of Wisconsin
1202 West Johnson St.
Madison, WI 53706

Russell Geen, Ph.D.
Department of Psychology
University of Missouri
210 McAlester Hall
Columbia, MO 65211

Phone: 608-231-3198
Fax: 608-231-3680
E-mail: lberkowiz@.wisc.edu


Rick Gibbons, Ph.D.
Department of Psychology
Iowa State University
W112 Lagomarcino Hall
Ames, IA 50011-3180
Phone: 515-294-8924
Fax: 515-294-6424
E-mail: fgibbons@iastate.edu


Norman Miller, Ph.D.
Department of Psychology
University of Southern California
Los Angeles, CA 90089-1061
Phone: 213-740-8812
Fax: 213-740-9082
E-mail: nmiller@usc.edu

Phone: 573-882-3488
Fax: 573-882-7710
E-mail: psygeen@ missouri.edu


L. Rowell Huesmann, Ph.D.
Institute for Social Research
Department of Psychology
University of Michigan
Ann Arbor, MI 48106-1248
Phone: 734-647-3662
Fax: 734-763-1202
E-mail: huesmann@umich.edu


Gary Wells, Ph.D.
Department of Psychology
Iowa State University
W112 Lagomarcino Hall
Ames, IA 50011-3180
Phone: 515-294-6033
Fax: 515-294-6424
E-mail: glwells@iastate.edu

Back to contents

Bushman Homepage