Behavior: A Meta-Analytic Review of the Scientific Literature. (Anderson, C. and Bushman, B) published in *Psychological Science*, September 2001.

15. The abstract for this article states " Research on exposure to television and movie violence suggests that playing violent video games will increase aggressive behavior. A meta-analytic review of the video-game research literature reveals that violent video games increase aggressive behavior in children and young adults. Experimental and non experimental studies with males and females in laboratory and field settings support this conclusion. Analyses also reveal that exposure to violent video games increases physiological arousal and aggression-related thoughts and feelings. Playing violent video games also decreases prosocial behavior."

16. In this review, my colleagues and I examined the results of 35 individual studies that had looked at the effects of playing violent video games. These were all of the studies available at the time. By standardizing the results of all of the studies, we managed to summarize a large body of research in a single report, and found that, on average, violent video game play increases aggressive thoughts, feelings and behaviors, and decreases prosocial behavior.

17. Our conclusion was that "[t]hese results clearly support the hypothesis that exposure to violent video games poses a public health threat to children and youths, including college-age individuals."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 19, 2006 at Ann Arbor, Michigan.

Brad J. Bushman

3234/001/X77062.v1
9:32 AM

4.        Case No. C 05 4188 RMW RS
DECLARATION OF BRAD J. BUSHMAN