1  GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP
   ROBERT A. GOODIN, State Bar No. 061302
2  FRANCINE T. RADFORD, State Bar No. 168269
   505 Sansome Street, Suite 900
3  San Francisco, California  94111
   Telephone:     (415) 392-7900
4  Facsimile:     (415) 398-4321

5

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS V. LORAN III, State Bar No. 95255
7  JOANNE H. KIM, State Bar No. 221525
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA 94120-7880
9  Telephone:     (415) 983-1000
   Facsimile:     (415) 983-1200
10

11 Attorneys for Amicus Curiae Common Sense Media

12                      UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

| | |
|---|---|
| 16  VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION, | No. C 05 4188 RMW RS |
| 17 | **DECLARATION OF** |
| 18           Plaintiffs, | **UTE RITTERFELD** |
| 19  v. | Date:          May 12, 2006 |
| 20  ARNOLD SCHWARZENEGGER, in his | Time:          9:00 a.m. |
|     official capacity as Governor of the State of | Courtroom:  6 |
| 21  California; BILL LOCKYER, in his official | Before the Honorable Ronald M. Whyte |
|     capacity as Attorney General of the State of | |
| 22  California; GEORGE KENNEDY, in his | |
|     official capacity as Santa Clara County | |
| 23  District Attorney; RICHARD DOYLE, in his | |
|     official capacity as City Attorney for the City | |
| 24  of San Jose, and ANN MILLER RAVEL, in | |
|     her official capacity as County Counsel for | |
| 25  the County of Santa Clara. | |
| 26 | |
|            Defendants. | |
| 27 | |

28

                                                   Case No. C 05 4188 RMW RS

                           DECLARATION OF UTE RITTERFELD

Dockets.Justia.com

1      I, Ute Ritterfeld, declare:

2

3      1.      I received a doctorate in psychology from the University of Magdeburg in

Germany in 2004.  I am currently Research Associate Professor at the Annenberg School for

4

Communication at the University of Southern California in Los Angeles, California.  I am part of

5

a team that received a $263,000 grant in 2003 from the Annenberg Endowment to study computer

6

games and part of a team that received $100,000 from the Sunnylands Trust to establish the

7

Annenberg Institute for Youth and Media, and I received a $17,000 grant in 2005 from the

8

Annenberg Endowment to study computer games.  A true and correct copy of my curriculum

9

vitae is attached hereto as Exhibit A.  I make this declaration in opposition to plaintiffs' motion

10

for summary judgment.  I know the following facts of my own knowledge, and if called as a

11

witness, could testify competently thereto.

12

2.      Together with two other researchers, I published an article in the January

13

2006 issue of the journal *Media Psychology* entitled **Does Playing Violent Video Games Induce**

14

**Aggression? Empirical Evidence of a Functional Magnetic Resonance Imaging Study**

15

**(**Weber, R.; Ritterfeld, U., and Mathiak, K.).

16

17      3.      The article's abstract is as follows:  "This study aims to advance the media

18  effects debate concerning violent video games. Meta-analytic reviews reveal a small but

19  noticeable association between playing violent video games and aggressive reactions. However,

20  evidence for causal associations is still rare. In a novel, event-related functional magnetic

21  resonance imaging study, 13 male research participants were observed playing a latest-generation

22  violent video game. Each participant's game play was recorded and content analyzed on a frame-

23  by-frame basis. Onscreen activities were coded as either "passive/dead, no interactions";

24  "active/safe, non imminent danger occurs, violent interaction expected"; "active/under attack,

25  some violent interaction"; and "active/fighting and killing, many violent interactions." Previous

26  studies in neuroscience on aggressive thoughts and behaviors suggested that virtual violence

27  would suppress affective areas of the anterior cingulated cortex (ACC) and the amygdala

28  subsequent to activity variations at cognitive areas of the ACC. Comparison of game play

Case No. C 05 4188 RMW RS

DECLARATION OF UTE RITTERFELD

1   activities with and without virtual violence in 11 participants confirmed the hypothesis. The

2   rather large observed effects can be considered as caused by virtual violence. We discuss the

3   applicability of neuroscience methodology in media effects studies, with a special emphasis on

4   the assumption of virtuality prevalent in video game play."

5

6           4.      In laymen's terms, the article is summarized in paragraphs 5 through 8

    below.

7

8           5.      This study used an advanced methodology that likely demonstrates a causal

9   relationship between playing violent video games and brain activity during the game play

10  associated with aggression. Participants were put into a functional magnetic resonance imaging

11  (fMRI) scanner where they played the first person shooter game "Tactical Ops: Assault on

12  Terror." When the players engaged in violent actions on the screen, they exhibited changes in

13  brain patterns associated with aggression. When their actions on screen were neutral or non-

14  violent, these changes in brain patterns associated with aggression did not present themselves.

15

16          6.      Because the data pit real time brain activity against game play and

    controlling for arousal, there was little room for confounding variables to have impacted the

17  results. The observed effects reflect brain activity in the moment of the game play.

18

19          7.      Given the high cost of gathering fMRI data, and the ethical concerns of

20  conducting such a study on minors, there were only 13 participants in the study, and their average

21  age was around 23.

22

            8.       I declare under penalty of perjury under the laws of the State of California

23  that the foregoing is true and correct. Executed on April 18, 2006 at Los Angeles, California.

24

25

26  _____

    Ute Ritterfeld

27

28  3234/001/X77116.v1

                                    2.           Case No. C 05 4188 RMW RS
                            DECLARATION OF UTE RITTERFELD