Ritterfeld CV page 1

# CURRICULUM VITAE

**UTE RITTERFELD, PH.D.**
**April 2006**

## A  Biographical Information

| | |
|---|---|
| **University Address** | Annenberg School for Communication<br>University of Southern California<br>3502 Watt Way<br>Los Angeles, CA 90089<br>Phone: 213.821.6809<br>Fax: 213.821.2996<br>Email: ritterfe@usc.edu |
| **Home Address** | 921 West Avenue 37<br>Los Angeles, CA 90065<br>Phone: 323.224 8499 |
| **Citizenship** | German |
| **Languages** | German (native tongue), English (fluent), French (conversational) |
| **Family** | Married, 2 daughters (born 1995, 1999) |
| **Passion** | Wind, water, and rocks |
| **Degrees** | *B.H.Sc. (Staatsexamen), Speech and Language Pathology*<br>Academy of Rehabilitation Heidelberg/Germany, 1983<br><br>*B.A. (Vordiplom), Psychology*<br>University of Heidelberg/Germany, 1986<br><br>*M.A. (Diplom), Psychology*<br>University of Heidelberg/Germany, 1989<br><br>*Ph.D. (Dr. phil.), Psychology*<br>Technical University of Berlin/Germany, 1995<br><br>*Habilitation (Dr. phil. habil.)*<br>University of Magdeburg/Germany, 2004<br>Venia legendi for Psychology |

**Diploma Thesis (M.A.):** Evaluation einer psychotherapeutischen Interventionsmethode (Theraplay) am Beispiel sprachauffälliger Vorschulkinder [Evaluation of child psychotherapy (Theraplay) in language impaired preschoolers]. Universität Heidelberg. (Mentored by Peter Fiedler, Klaus Zielinski)

**Dissertation (Ph.D.):** Wie es uns gefällt! Modellierung der Alltagsästhetik des Wohnens aus psychologischer Sicht [As you like it. Pschological modelling of interior design preferences]. Technische Universität Berlin. (Mentored by Arnold Upmeyer, Lenelis Kruse.)

**Habilitation (no equivalent in the US):** Quer zum Bindestrich. Begründung einer transdisziplinären kommunikationspsycholo-gischen Perspektive: Konzeptionelle, theoretische und empirische Ansatzpunkte [Across the hyphen. A transdisciplinary perspective of communication psychology: Conceptional, theoretical, and empirical foundations]. Universität Magdeburg.

### Awards

| | |
|---|---|
| 08/00 | Stipend of the German Research Foundation to attend the Congress of the International Association for the Empirical Studies of Literature (IGEL) in Toronto |
| 12/96 | Fellowship (Habilitationsstipendium) of the German state of Nordrhine-Westfalia. |
| 08/96 | Stipend of the German Research Foundation to attend the 14th Congress of the International Association of Empirical Aesthetics (IAEA) in Prague. |
| 08/96 | Stipend of the German Research Foundation to attend the 104th Congress of the American Psychological Association (APA) in Toronto, and the 26th International Congress of Psychology in Montréal. |

### Professional Memberships

European Association for Experimental Social Psychology (EAESP)
German Association for Psychology [Deutsche Gesellschaft für Psychologie]
    Division Developmental Psychology
    Division Educational Psychology
    Division Envrionmental Psychology
    Division Social Psychology
International Association for Empirical Aesthetics (IAEA)
International Communication Association (ICA)
    Division Health Communication
    Division Instructional and Developmental Communication
    Division Language and Social Interaction
    Division Mass Communication

Ritterfeld CV page 3

## B  Employment

Since 09/03   *Research Associate Professor*
Annenberg School for Communication, University of Southern California, Los Angeles

07/02-08/03   *Research Assistant Professor*
Annenberg School for Communication, University of Southern California, Los Angeles

12/96-06/02   *Assistant Professor*
Department of Psychology, University of Magdeburg, Germany

04/96-03/97   *Adjunct Professor*
Department of Psychology, University of Hannover, Germany

09/93 - 08/94   *Visiting Doctoral Student*
Department of Psychology, University of Toronto, Canada

04/92 - 08/93   *Adjunct Professor*
Department of Speech and Language Pathology, Humboldt University of Berlin, Germany

10/91 - 09/92   *Conference Organizer*
"City as a frame of child development", Cooperation between Technical University of Berlin and the City of Herten, Germany

10/89 – 09/95   *Lecturer [Wissenschaftliche Mitarbeiterin]*
Department for Psychology, Technical University of Berlin, Germany

04/88 - 09/89   *Teaching Assistant*
Department of Psychology, University of Heidelberg, Germany

09/87 - 09/89   *Instructor*
Department of Speech and Language Pathology, Academy of Rehabilitation, Heidelberg, Germany

04/87 - 01/88   *Speech and Language Pathologist*
Ambulatorium, Schwetzingen, Germany

10/83 - 03/87   *Speech and Language Pathologist*
Bethanien Hospital, Heidelberg

09/79 - 08/80   *Audiology Assistant*
Katharinenhospital, Stuttgart, Germany

# C  Research

**Directing Interdisciplinary Research Teams**
- Since 2003: Annenberg Studies on Computer Games (ASC Games). University of Southern California.
- 2002-2004: Mental Health Media Partnership. University of Southern California.

**Current Research Projects**
- Video Games for Science Education (Co-PI with Wee Ling Wong)
- Incidental Language Learning in Immersive Interactive Experiences (PI)
- Effects of Virtual Violence (Co-PI with Zhong-Lin Lu and Skip Rizzo)
- Entertainment-Education Strategies in Mental Health Communication (PI)
- Film Depictions of Mental Illnesses (PI)
- Conspiracy Beliefs, Mental Health, and Religiosity (Co-PI with Michael Neumann)

**Grants**

| | |
|---|---|
| 08/2005 | Ritterfeld: Annenberg Studies on Computer Games. Annenberg Endowment (USD 17.000) |
| 07/2004 | Jordan, Linebarger, Mitroff, Ritterfeld & Smith: Seed money to create the Annenberg Institute for Youth and Media. Sunnylands Trust (USD 100.000) |
| 03/2004 | Ritterfeld: Entertaining Mental Health Communication. Sunnylands Trust (USD 20.000) |
| 07/2003 | Cody, Lee, Miller, Ritterfeld, Sereno & Vorderer: Annenberg Studies on Computer Games. Annenberg Endowment (USD 263.000) |
| 07/2002 | Lurie & Ritterfeld: Mental Health Media Partnership Sunnylands Trust (USD 250.000) |
| 03/2002 | Ritterfeld & Vorderer: „Entertaining media and language acquisition in normal and impaired children, part II"; sponsored by the German Research Foundation (ca. € 250.000) |
| 09/2000 | Ritterfeld & Vorderer: „Entertaining media and language acquisition in normal and impaired children, part I"; sponsored by the German Research Foundation (ca. DM 300.000) |
| 09/1999 | Linneweber & Ritterfeld: "III. Congress for Environmental Psychology of the German Association of Psychology"; sponsored by the German Research Foundation, and the University of Magdeburg (DM 8.000) |
| Since 1999 | Ritterfeld: Two student assistants to support editing the journal L.O.G.O.S. interdisziplinär; sponsored by Urban & Fischer (ca. € 4.500 per anno) |

| | |
|---|---|
| 07/1991 | Görlitz, Harloff, Valsiner, Hinding, Mey, Ritterfeld & Schröder: "City as a frame for child development"; sponsored by Initiativkreis Ruhrgebiet, City of Herten, Hertener Entwicklungsgesellschaft, Land Nordrhein-Westfalen, Mercedes Benz, Herta, and Nestlé (DM 216.500) |
| 04/1998 | Linneweber & Ritterfeld: „East West Meeting of the European Association for Experimental Social Psychology"; sponsored by the German Research Foundation, the University of Magdeburg, Sachsen-Anhalt, and the European Association for Experimental Social Psychology (DM 35.000) |
| 12/1997 | Linneweber & Ritterfeld: „European Meeting on Justifications"; sponsored by Sachsen-Anhalt (DM 7.000) |
| 05/1997 | Ritterfeld: „Impression formation in aesthetic judgment"; sponsored by the German Science Foundation (DM 15.000) |

**Pending Grant Proposal**

Ritterfeld, U., Lu, Z.-L., & Rizzo, A. (2006). Preventing PTSD via exposure to virtual combat: A brain imaging evaluation. National Institute of Mental Health (USD 750.000).

## D  Service

**Editorial**

Since 1993    L.O.G.O.S. INTERDISZIPLINÄR. Deutsche Fachzeitschrift für Logopädie/Sprachheil-pädagogik und angrenzende Disziplinen [L.O.G.O.S. interdisciplinary. German Journal for Speech and Language Pathology]. Amsterdam: Elsevier. (www.logos-interdiszipli naer.de)

**Editorial Board**

Since 2005    Heilpädaogogik online. http://www.heilpaedagogik-online.com.
Since 2006    Media Psychology. Mahwah, NJ: Erlbaum.

**Ad Hoc Reviews**

Aggressive Behavior, Hoboken, NJ: Wiley
Communication Research, Thousand Oaks, CA: Sage
Deutschen Akademischen Austauschdienst (DAAD) [German Academic Exchange Program].
Deutsche Forschungsgemeinschaft [German Research Foundation]
Die Sprachheilarbeit [Language Therapy]. Dortmund: Verlag modernes lernen
Enzyklopädie der Psychologie [Encyclopedia Psychology]. Göttingen: Hogrefe
Learning and Instruction. London: Pergamon Press
Psychologie Verlags Union, WeinheimEuropean Association for Experimental Social Psychology
Sprache – Stimme – Gehör [Language – Voice – Hearing]. Stuttgart: Thieme Verlag
Zeitschrift für Medienpsychologie [Journal of Media Psychology]. Göttingen: Hogrefe

**Advisory**

Attorney General, California
CommonSense, California
Deutschen Akademie für Kinderheilkunde und Jugendmedizin e.V. [German Academy of Pediatrics]
Ministerium für Umwelt und Verkehr Baden-Württemberg [State of Baden-Württemberg/Germany, Minister of Environment and Traffic]
Oberschulamt Baden–Württemberg [State of Baden-Württemberg/Germany, Minister of Education]
Provost's Steering Committee "Games@USC", University of Southern California
Wissenschaftlicher Beirat des Deutschen Berufsverbandes für Logopädie (dbl) [Member of the Advisory Board of the German Association for Speech and Language Pathology]

# E  Scholarly and Professional Work

**Peer Reviewed Articles**

1. Ritterfeld, U., Niebuhr, S., Klimmt, C., & Vorderer, P. (2006). Unterhaltsamer Mediengebrauch und Spracherwerb: Evidenz für Sprachlernprozesse durch die Rezeption eines Hörspiels bei Vorschulkindern [Entertaining media usage and language learning: Empirical evidence for language learning through preschoolers' use of audio stories]. *Zeitschrift für Medienpsychologie, 18,* 60-69.
2. Ritterfeld, U. (2006). Englischlernen neben der Grundschule: Plädoyer für eine medienvermittelte Erweiterung der phonologischen Zweitsprachkompetenz [Second language learning outside of school: Pledging for mediated stimulation of phonological competence in second language learners]. *L.O.G.O.S interdisziplinär, 14,* 31-37.
3. Ritterfeld, U., & Jin, S.-A. (2006). Addressing Media Stigma for People Experiencing Mental Illness Using an Entertainment-Education Strategy. *Journal of Health Psychology, 11,* 247-267.
4. Böcking, S. & Ritterfeld, U. (2006). Alles „gaga" oder was? Zum Einfluss elektronischer Medien auf den Spracherwerb [On the impact of electronic media on language acquisition]. *Medien und Erziehung (MERZ), 50*(1), 33-38.
5. Vorderer, P., Böcking, S., Klimmt, C., & Ritterfeld, U. (2006). What makes preschoolers listen to narrative audio tapes? *Zeitschrift für Medienpsychologie, 18,* 9-18.
6. Weber, R., Ritterfeld, U. & Mathiak, K. (2006). Does playing violent video games induce aggression? Empirical evidence of a functional magnetic resonance imaging study. *Media Psychology, 8,* 39-60.
7. Ritterfeld, U. (2005). Interventionsprinzipien bei Sprachentwicklungsstörungen [Principles of intervention in specific language impairment]. *Heilpädagogik online, 3,* 4-29. http://www.heilpaedagogik-online.com/2005/heilpaedagogik_online_0305.pdf, retrieved 07-31-2005).
8. Ritterfeld, U. (2005). Interventionsparadigmen bei Spracherwerbsstörungen: Therapeutische Dilemmata und deren historische Begründung [Intervention paradigms in language impairment: Dilemmata and historic explanation]. *Heilpädagogik online, 2,* 4-26 (http://www.heilpaedagogik-online.com/2005/heilpaedagogik_online_0205.pdf, retrieved 03-30-2005).
9. Ritterfeld, U., Klimmt, C., Vorderer, P., & Steinhilper, L. (2005). The effects of a narrative audio tape on preschoolers' attention and entertainment experience. *Media Psychology, 7,* 47-72.
10. Ritterfeld, U. (2004). Dynamische Sprachentwicklungsdiagnostik in den ersten sechs Lebensjahren. [Dynamic language assessment in toddlers and preschoolers]. *Sonderpädagogik, 4,* 191-217.
11. Vorderer, P., Klimmt, C., & Ritterfeld, U. (2004). Enjoyment: At the heart of media entertainment. *Communication Theory, 4,* 388-408.
12. Ritterfeld, U., & Rindermann, H. (2004). Mütterliche Einstellungen zu einer sprachtherapeutischen Behandlung ihres Kindes. [Maternal attitudes towards the therapy of their language impaired child]. *Zeitschrift für Klinische Psychologie und Psychotherapie, 3,* 172-182.
13. Ritterfeld, U. (2004). Die Spezifische Sprachentwicklungsstörung: Phänomenbeschreibung und Erklärungsmodelle. [Specific language impairment: Description and causes]. *Heilpädagogische Forschung, 2,* 70-91.

14. Ritterfeld, U., Weber, R., Fernandes, S., & Vorderer, P. (2004). Think science! Entertainment Education in interactive theaters. *Computers in Entertainment: Educating Children through Entertainment, 2/1*, http://doi.acm.org/10.1145/973801.973819.
15. Cupchik, G.C., Ritterfeld, U., & Levin, J. (2003). Incidental learning of features from interior spaces. *Journal of Environmental Psychology, 2*, 189-197.
16. Ritterfeld, U. (2003). Auditive Aufmerksamkeit und Sprachlernen: Explikation eines impliziten Zusammenhangs. [Auditory attention and language acquisition: Explicating implicit assumptions]. *Sprachheilarbeit, 1*, 4-10.
17. Ritterfeld, U. (2002). Social heuristics in interior design preferences. *Journal of Environmental Psychology, 22*, 369-386.
18. Ritterfeld, U., & Knuth, M. (2002). Die konnektionistische Modellierung von Sprachentwicklung und spezifischer Sprachentwicklungsstörung als psycholinguistisches Integrationsparadigma. [Connectionism as an integrative psycholinguistic framework to explain language acquisition and specific language impairment]. *Heilpädagogische Forschung, 2*, 90-99.
19. Ritterfeld, U., & Niebuhr, S. (2002). Neue Wege in der Sprachentwicklungsdiagnostik. [New ways in the diagnosis of language acquisition]. *Der Kinder- und Jugendarzt, 4*, 321-329.
20. Vorderer, P., Ritterfeld, U., & Klimmt, C. (2001). Spaß am Hören. Hörspielkassetten als sprachförderliche Unterhaltungsangebote für Vorschulkinder. [Enjoy listening. Entertaining auditory tapes facilitating language acquisition in preschoolers]. *Medien- und Kommunikationswissenschaft, 4*, 462-479.
21. Ritterfeld, U., & Vorderer, P. (2000). Beeinträchtigen unterhaltsame Medienangebote den Spracherwerb? Klischees, Fakten und Vermutungen. [Do entertaining media disturb language acquisition? Clichés, facts, and assumptions]. *Sprache Stimme Gehör, 4*, 164-157.
22. Ritterfeld, U. (2000). Welchen Einfluss haben soziale Informationen auf die Rezeption und Evaluation psychologischer Fachliteratur? [What Impact does social Information have on the processing and evaluation of scientific psychological literature?]. *Medienpsychologie, 2*, 81-93.
23. Ritterfeld, U. (2000). Zur Prävention bei Verdacht auf eine Spracherwerbsstörung: Argumente für eine gezielte Interaktionsschulung der Eltern. [Prevention in the case of children with a risk to develop language impairments: Arguments for a specific parent implemented intervention]. *Frühförderung interdisziplinär, 2*, 80-87.
24. Siegert, S., & Ritterfeld, U. (2000). Die Bedeutung naiver Sprachlehrstrategien in Erwachsenen-Kind-Dyaden. [On the relevance of naive language teaching strategies in adult-child-dialogues]. *L.O.G.O.S interdisziplinär, 1*, 37-43.
25. Ritterfeld, U., & Gleiniger, C. (1999). Was verstehe ich unter einer Sprachentwicklungsstörung? Subjektive Theorien von Therapeuten, Teil 3: Expertenmodelle im Vergleich. [Understanding specific language Impairment: Subjective theories of therapists. Part 3: A comparison of expert models]. *L.O.G.O.S interdisziplinär, 3*, 164-174.
26. Ritterfeld, U. (1999). Pragmatische Elternpartizipation in der Behandlung dysphasischer Kinder. [Pragmatic participation of parents in the therapy of specific language impairment]. *Sprache Stimme Gehör, 4*, 192-197.
27. Gleiniger, C., & Ritterfeld, U. (1999). Was verstehe ich unter einer Sprachentwicklungsstörung? Subjektive Theorien von Therapeuten, Teil 2: Drei weitere Expertenmodelle. [Understanding specific language impairment: Subjective theories of therapists. Part 2: Three more expert models]. *L.O.G.O.S interdisziplinär, 2*, 84-95.
28. Gleiniger, C., & Ritterfeld, U. (1999). Was verstehe ich unter einer Sprachentwicklungsstörung? Subjektive Theorien von Therapeuten, Teil 1: Forschungsanliegen, Methode und drei Expertenmodelle. [Understanding specific language

   impairment: Subjective theories of therapists. Part 1: Research goals, method, and three expert models]. *L.O.G.O.S interdisziplinär, 1*, 4-20.
29. Ritterfeld, U., & Dehnhardt, C. (1998). Elternarbeit in der Sprachtherapie: Wunsch und Wirklichkeit. [Parent implemented intervention in language therapy: Desires and realities]. *Kindheit und Entwicklung, 7/1*, 163-172.
30. Dehnhardt, C., & Ritterfeld, U. (1998). Modelle der Elternarbeit in der sprachtherapeutischen Intervention. [Models of parent implemented intervention in language impairment]. *Sprachheilarbeit, 3*, 128-136.
31. Ritterfeld, U. (1997). Beschreibung als Diagnose!? Zur Analyse von Eltern-Kind-Interaktionen. [Description as diagnosis!? On the analysis of parent-child-interaction]. *Journal für Psychologie, 1*, 77-85.
32. Ritterfeld, U., & Cupchik, G.C. (1996). Perceptions of interior spaces. *Journal of Environmental Psychology, 4*, 349-360.
33. Ritterfeld, U. (1993). Möglichkeiten einer systematischen Beobachtung der Eltern-Kind-Interaktion. [Possibilities of a systematic analysis of parent-child-interaction]. *L.O.G.O.S interdisziplinär, 1*, 18-25.
34. Ritterfeld, U., & Vorderer, P. (1993). Literatur als identitätsstiftendes Moment? Zum Einfluß sozialer Kontexte auf den Leser [Building identity with literature? On the impact of social contexts on readers]. *Siegener Periodicum zur Internationalen Empirischen Literaturwissenschaft, 12/2*, 217-229.
35. Ritterfeld, U., & Oster, P. (1988). Geschlechtsabhängige Therapieerfolge in der Aphasietherapie beim alten Menschen. [The impact of gender on aphasia therapy in geriatrics]. *Zeitschrift für Gerontologie, 21*, 282-284.

**Monographs**

36. Ritterfeld, U. (1996). *Wie es uns gefällt! Psychologie der Wohnästhetik.* [*As we like it! Psychology of interior design*]. Weinheim: Psychologie Verlags Union.
37. Ritterfeld, U., & Franke, U. (1994). *Die Heidelberger Marschak-Interaktionsmethode zur diagnostischen Beurteilung der dyadischen Interaktion mit Vorschulkindern.* [*The Heidelberg Marschak-Interaction-Method: Diagnosis of parent-child-interaction in preschool age*]. Stuttgart: Fischer.

**Edited Books**

38. Görlitz, D., Harloff, H. J., Valsiner, J., Hinding, B., Mey, G., Ritterfeld, U. & Schröder, R. (Hrsg.). (1993). *Entwicklungsbedingungen von Kindern in der Stadt: Praxisbeiträge der Herten-Konferenz* [Conditions for child development in urban environments: Applied perspectives]. Technische Universität Berlin: Institut für Psychologie/Stadt Herten.
39. Görlitz, D., Harloff, H. J., Valsiner, J., Hinding, B., Mey, G., Ritterfeld, U. & Schröder, R. (Hrsg.). (1992). *Entwicklungsbedingungen von Kindern in der Stadt: Materialienband zur Herten-Tagung* [Conditions for child development in urban environments: Theoretical approaches]. Technische Universität Berlin: Institut für Psychologie/Stadt Herten.

**Peer Reviewed Handbook Chapters**

40. Ritterfeld, U. & Hünnerkopf, M. (in press). Medien und medienvermittelte Umwelten [Media and mediated environments]. In V. Linneweber & E. D. Lantermann (Eds.), *Umweltpsychologie*. Enzyklopädie der Psychologie, Vol. 2. Göttingen: Hogrefe.
41. Ritterfeld, U. (in press). Elternpartizipation [Parental Participation]. In H. Schöler & A. Welling (Eds.), *Förderschwerpunkt Sprache. Handbuch der Pädagogik und Psychologie bei Behinderungen. [Facilitating language. Handbook of Special Education and Psychology]*. Band 3. Göttingen: Hogrefe.
42. Ritterfeld, U., & Leder, H. (in press). Umweltästhetik [Environmental aesthetics]. In E. D. Lantermann, & V. Linneweber (Eds.), *Umweltpsychologie [Envrionmental Psychology]*. Enzyklopädie der Psychologie, Vol. 2. Göttingen: Hogrefe.
43. Grohnfeldt, M., & Ritterfeld, U. (2005). Grundlagen der Sprachheilpädagogik und Logopädie [Basics in speech and language pathology]. In M. Grohnfeldt (Ed.), *Lehrbuch der Sprachheilpädagogik und Logopädie [Handbook of Speech and Language Pathology]*. Vol. 1 (pp. 15-46). 2nd, extended edition. Stuttgart: Kohlhammer.
44. Ritterfeld, U. (2003). Beratung [Counseling]. In M. Grohnfeldt (Ed.), *Lehrbuch der Sprachheilpädagogik und Logopädie [Handbook of Speech and Language Pathology]*, Vol. 4. (p. 24-41). Stuttgart: Kohlhammer.
45. Ritterfeld, U. (2000). Welchen und wieviel Input braucht das Kind? [Which and how much input does a child need?]. In H. Grimm (Ed.), *Sprachentwicklung [Language acquisition]*. Enzyklopädie der Psychologie, Vol. C3/3 (p. 403-432). Göttingen: Hogrefe.
46. Grohnfeldt, M., & Ritterfeld, U. (2000). Grundlagen der Sprachheilpädagogik und Logopädie [Basics in speech and language pathology]. In M. Grohnfeldt (Ed.), *Lehrbuch der Sprachheilpädagogik und Logopädie [Handbook of Speech and Language Pathology]*. Vol. 1 (pp. 15-46). Stuttgart: Kohlhammer.

**Peer Reviewed Book Chapters**

47. Ritterfeld, U. & Weber, R. (2006). Video Games for Entertainment and Education. In P. Vorderer & J. Bryant (Eds.), *Playing Video Games - Motives, Responses, and Consequences* (pp. 399-413) Mahwah, NJ: Lawrence Erlbaum.
48. Weber, R., Ritterfeld, U. & Kostygina, A. (2006). Aggression and Hostility as Effects of Playing Violent Games. In P. Vorderer & J. Bryant (Eds.), *Playing Video Games - Motives, Responses, and Consequences* (pp. 374-361). Mahwah, NJ: Lawrence Erlbaum.
49. Klimmt, C., Vorderer, P., & Ritterfeld, U. (2004). Experimentelle Medienforschung mit interaktiven Stimuli: Zum Umgang mit Wechselwirkungen zwischen 'Reiz' und 'Reaktion' [Experimental media studies with interactive stimuli: Strategies to investigate the interplay of 'stimulus' and 'reaction']. In W. Wirth, E. Lauf, & A. Fahr (Eds.), *Forschungslogik und –design in der Kommunikationswissenschaft [Research logic and design in communication studies]* (pp. 142-156). München: von Halem.
50. Niebuhr, S., & Ritterfeld, U. (2003). Die Förderung von Lesefertigkeiten beginnt vor dem Schuleintritt! [Literacy improvement starts in preschool age!] In B. Hurrelmann, & S. Becker (Eds.), *Kindermedien nutzen. Medienkompetenz als Herausforderung für Erziehung und Unterricht [Using children's media. Media competence as a challenge for education]* (pp. 101-114). Weinheim: Juventa.
51. Vorderer, P., & Ritterfeld, U. (2003). Children's future programming and media use between entertainment and education. In E. Palmer, & B. Young (Eds.), *The Faces of televisual media: Teaching, violent, selling to children* (pp. 241-264). Mahwah: Lawrence Erlbaum.

52. Ritterfeld, U., & Niebuhr, S. (2002). Mediengebrauch und (Schrift)Spracherwerb: Chancen und Risiken. [Media usage and – spoken and written - language acquisition: Chances and risks] In T. Kolberg, K. Otto, & C. Wahn (Eds.), *Phänomen Sprache – Laut- und Schriftsprachstörungen unter veränderten Kommunikationsbedingungen.* [*Language as phenomena: Disorders in speaking and writing under changing communication conditions*] (pp. 451-463). Rimpar: Edition von Freisleben.
53. Niebuhr, S., & Ritterfeld, U. (2002). Sprachförderung durch Medienrezeption?! [Facilitating language learning through media?!] In B. Spinath, & H. Heise (Eds.), *Pädagogische Psychologie unter gewandelten gesellschaftlichen Bedingungen.* [*Educational Psychology in times of changes*] (pp.145-159). Hamburg: Dr. Kovač.
54. Ritterfeld, U. (1998). Proving philosophy!? Metatheoretical, theoretical and practical implications of the dialectical/transactional framework. In D. Görlitz, H. J. Harloff, G. Mey, & J. Valsiner (Eds.), *Children, cities, and psychological theories: Developing relationships* (pp. 137-143). New York: de Gruyter.
55. Ritterfeld, U. (1994). Welchen Stellenwert kann Theraplay in der logopädischen Behandlung haben? [Which role can Theraplay play in the therapy with language impaired children?]. In H. Gimm, & S. Weinert (Eds.), *Intervention bei sprachgestörten Kindern. Voraussetzungen, Möglichkeiten und Grenzen* [*Intervention strategies in language acquisition impairment: Presuppositions, chances and boundaries*] (pp. 163-180). Stuttgart: Fischer.
56. Harloff, H. J., & Ritterfeld, U. (1993). Psychologie im Dienste von Wohnungs- und Siedlungsgestaltung. [Psychological service for the construction of housing estates]. In H. J. Harloff (Ed.), *Psychologie des Wohnungs- und Siedlungsbaus.* [*Psychology of dwelling and construction*] (pp. 31-41). Göttingen: Verlag für Angewandte Psychologie.

**Comments and Contributions to Discussions**

57. Ritterfeld, U. (2004). Interdisziplinarität: Anspruch und Chance. [Multidisciplinarity: Challenges and opportunities]. *L.O.G.O.S interdisziplinär, 3,* 213-218.
58. Grohnfeldt, M., & Ritterfeld, U. (2004). Sprachtherapie: Einheit in der Vielfalt? Eine berufspolitische Diskussion um Ausbildungsstandards, Interdisziplinarität und Internationalität. [Language pathology: Unity in diversity? A political discussion on educational standards, multidisciplinarity, and internationality]. *L.O.G.O.S. interdisziplinär, 1,* 4-16.
59. Ritterfeld, U. (2004). *Psychologie: 7½ Wahrheiten über eine Projektionsschablone.* [Psychology: 7½ disclosures about a stereotype] *L.O.G.O.S. interdisziplinär, 2,* 130-132.
60. Ritterfeld, U. (2003). SSES: Ausdruck modularer Grammatik- oder genereller Sprachverarbeitungsdefizite? [SLI: Modular syntax or general speech processing deficits?] *L.O.G.O.S. interdisziplinär, 4,* 319.
61. Ritterfeld, U. (2003). Lese-Rechtschreibschwäche: ein universelles oder sprachzpezifisches Phänomen? [Dyslexia: a universal or a specific phenomenon?]. *L.O.G.O.S. interdisziplinär, 4,* 285.
62. Ritterfeld, U., & Vorderer, P. (2002). Plädoyer für eine empirische Medienwirkungsforschung. [Pledge for the study of media effects] *Sprachheilarbeit, 3,* 123-125.
63. Ritterfeld, U. (2002). Krabbelgruppen und Sprachentwicklung. [Day care and language development]. *L.O.G.O.S. interdisziplinär, 4,* 266.
64. Ritterfeld, U. & Vorderer, P. (2002). Gute Seiten – schlechte Seiten! Plädoyer für eine empirische Medienwirkungsforschung [A pledge for media effects studies in language pathology]. *Sprachheilarbeit, 3,* 123-125.
65. Ritterfeld, U. (2001). Computerspiele für Vorschulkinder?! [Computer games for preschoolers?!]. *L.O.G.O.S interdisziplinär, 1,* 38-41.

66. Ritterfeld, U. (2001). Wider die Ideologien. Ein Kommentar zu dem Beitrag von Ursula Pixa-Kettner: „Elternarbeit, Elternberatung, Elternbildung – Konzepte der Zusammenarbeit mit Eltern (sprach)behinderter Kinder im Wandel". [Avoiding ideologies while working with parents]. *Sprachheilarbeit, 3*, 132-134.
67. Ritterfeld, U. (1999). Logopädie an die Hochschule! Plädoyer, Lamento und Hoffnung. [Speech and Language Pathology in the academic world: Pleas, complaints, and prospects]. *L.O.G.O.S interdisziplinär, 3*, 104-110.
68. Kals, E., & Ritterfeld, U. (1999). Warum schaden wir unserer eigenen Gesundheit, obwohl wir es besser wissen? [Why do we impair our health although we know much better?]. *L.O.G.O.S. interdisziplinär, 1*, 22-27.
69. Motsch, H.-J., & Ritterfeld, U. (1999). Logopädie vs./& Sprachheilpädagogik: Dichotomie, Ergänzung oder Äquivalenz? [Logopedics and Language Pathology: Dichotomy, supplement or equivalence?]. *L.O.G.O.S. interdisziplinär, 3*, 197-203.
70. Dalbert, C., & Ritterfeld, U. (1999). Wer an eine gerechte Welt glaubt oder: Vom Umgang mit Benachteiligung. [Belief in a just world or: Coping with disadvantage]. *L.O.G.O.S. interdisziplinär, 4*, 287-290.
71. Grohnfeldt, M., & Ritterfeld, U. (1998) Sprachheilpädagogik, mal ganz persönlich. [Speech and Language Pathology, a subjective perspective]. *L.O.G.O.S. interdisziplinär, 3*, 175-179.
72. Grimm, H., & Ritterfeld, U. (1998). Nachgefragt: Jedes vierte Kind ist sprachentwicklungsauffällig? [One in four children being language impaired?] *L.O.G.O.S. interdisziplinär, 1*, 38-43.
73. Ritterfeld, U. (1997). Auf der anderen Seite des Atlantiks: Speech and Language Pathology in Kanada. [On the other side of the Atlantic: Speech and Language Pathology in Canada]. *L.O.G.O.S. interdisziplinär, 4*, 286-288.
74. Ritterfeld, U. (1996). Denktraining in der Sprachtherapie? [Cognitive training in language impairment?]. *L.O.G.O.S. interdisziplinär, 1*, 42-45.
75. Grimm, H. & Ritterfeld, U. (1995). Zur Theorie und Interventionspraxis kindlicher Sprachstörungen [Theory and intervention in developmental language impairment]. *L.O.G.O.S. interdisziplinär, 4*, 278-283.
76. Kriz, J., & Ritterfeld, U. (1994). Können LogopädInnen psychotherapeutisch arbeiten? [Should language pathologists practice psychotherapy?]. *L.O.G.O.S. interdisziplinär, 2*, 132-138.
77. Ritterfeld, U. (1993). Abhängig oder eigenständig? Zum Selbstverständnis der Logopädie. [Dependent or independent? Discussing the image of Speech and Language Pathology as a discipline]. *L.O.G.O.S. interdisziplinär, 2*, 145-147.
78. Görlitz, D., Harloff, H.J., Valsiner, J., Hinding, B., Mey, G., Ritterfeld, U. & Schröder, R. (1993). The City as a Frame of Development for Children: The Herten Conference, Part I. *Children's Environments, 9*, 63-64.
79. Görlitz, D., Harloff, H.J., Valsiner, J., Hinding, B., Mey, G., Ritterfeld, U., & Schröder, R. (1992). The City as a Frame of Development for Children: The Herten Conference. *Children's Environments Quarterly, 2*.

**Materials for Diagnostic and Intervention**

80. Ritterfeld, U. (2005). *Elternratgeber zur Sprachförderung.* [Guidelines for parents of language impaired children] 2nd, extended edition. Göttingen: Hogrefe.
81. Ritterfeld, U. (2002). *Elternratgeber zur Sprachförderung.* [Guidelines for parents of language impaired children]. Göttingen: Hogrefe.

82. Ritterfeld, U. (2001). Handanweisungen für Eltern von ein- bis zweijährigen Risikokindern. [Instruction for parents of 1-2 years old language impaired children]. *L.O.G.O.S interdisziplinär, 2*, 109-113.
83. Ritterfeld, U., & Bischoff, B. (1986). *Logopädie in der Geriatrie*. [Logopedics in Geriatrics] Heidelberg: Diakonisches Werk.
84. Franke, U., & Ritterfeld, U. (1984). *Variationen zu einem uralten Thema: Kommunikation mit einem Aphasiker.* [Variation upon an old issue: Communicating with aphasic patients] Heidelberg: Stiftung Rehabilitation.


**Invited Addresses**

1. Ritterfeld, U. (2006, April). *Entstigmatisierung. Mikroskopische und makroskopische Ansatzpunkte sozialer Inklusion* [Destigmatizing. Microscopic and macroscopic attempts to social inclusion]. Invited address at the University of Oldenburg.
2. Ritterfeld, U. (2005, October). *Video Games: Evil entertainment or innovative education?* Invited address at the 125 years festival University of Southern California.
3. Ritterfeld, U. (2005, July). *Möglichkeiten und Grenzen der Sprachförderung im Vorschulalter.* [Opportunities and constraints in preschoolers' language scaffolding]. Invited address at the University of Education in Weingarten.
4. Vorderer, P. & Ritterfeld, U. (2005, March). *(New) media, entertainment, and learning.* Invited address at the Ohio State University.
5. Ritterfeld, U. (2004, Oktober). *Interdisciplinary Research on Games Content, Usage, and Impact.* Los Angeles: USC Video Games Summit.
6. Ritterfeld, U. (2004, October). *Hollywood und die Darstellung psychischer Krankheit: Stigmatisierung und Entstigmatisierung* [Hollywood and the depiction of mental illness: Stigmatizing and destigmatizing]. Invited address at the University of Magdeburg.
7. Ritterfeld, U. (2004, September). *Früherkennung und Frühförderung: Eine Antwort auf PISA?* [Early diagnosis and intervention: A response to PISA?] Invited address at the University of Kaiserslautern.
8. Ritterfeld, U., & Vorderer, P. (2004, January). *Annenberg studies on computer games.* Invited address at the University of California in Los Angeles.
9. Ritterfeld, U., & Niebuhr, S. (2003, December). *Der Spracherwerb: Prozesse, Risiken und Fördermöglichkeiten.* [Language acquisition: Processes, risks, and improvement strategies]. Invited address at the Landesjugendamt Rheinland in Köln.
10. Ritterfeld, U., & Niebuhr, S. (2003, July). *Kommunikationsförderung durch Interaktionsschulung mit Eltern.* [Facilitating parent-child interaction]. Invited address at the Oberschulamt Baden-Württemberg in Stuttgart.
11. Ritterfeld, U. (2002, October). *Mediengebrauch und (Schrift)Spracherwerb: Chancen und Risiken.* [Media usage and the acquisition of oral and written language: Chances and risk]. Invited address at the 10th Symposium of the German Association of Speech and Language Pathology in Halle.
12. Ritterfeld, U., & Niebuhr, S. (2002, April). *Gezielte Interaktionsschulung der Eltern – ein wichtiger Therapieaspekt.* [Specific training of parent's interaction style – an important aspect of intervention]. Invited address at the University of Erfurt.
13. Ritterfeld, U. (2002, April). *Frühdiagnostik von Sprachentwicklungsstörungen.* [Early diagnosis of language impairments]. Invited address at the 2. Interdisciplinary Symposium on Language Impairments in Potsdam.
14. Ritterfeld, U. (2001, July). *Soziale Kompensationsstrategien bei spezifischen Sprachentwicklungsstörungen: Das Konzept der Pragmatischen Elternpartizipation* [Social

Case 5:05-cv-04188-RMW   Document 83-2   Filed 04/19/2006   Page 14 of 19

Ritterfeld CV page 14

strategies of compensating specific language impairment: The concept of Pragmatic Parent Participation]. Invited address at the University of Bielefeld.
15. Ritterfeld, U. (2001, May). *Die psycho-soziale Dynamik des Wohnens zwischen Privatem und Öffentlichem.* [The psycho-social dynamics of dwelling between privacy and public]. Invited address of the Austrian Society of Architecture in Wien.
16. Ritterfeld, U. (2001, March). *Elterliches Sprachverhalten und fachliche Ratschläge – ein Widerspruch im Beziehungsfeld Eltern – Fachleute?* [Parent-child-interaction and experts believes – contradictions in the relationship between parents and experts?]. Invited address at the 11th Symposium of the Interdisciplinary Organisation of Early Intervention in Trier.
17. Ritterfeld, U. (2000, September). *Elternpartizipation im Schnittbereich zwischen Logopädie und Psychotherapie.* [Parent participation between logopedics and psychotherapy]. Invited address of the German Association for Speech and Language Pathology in Düsseldorf.
18. Ritterfeld, U. (2000, Juni). *Emotion & Design: Research Questions, Hypotheses, and Some Results.* Potsdam: 2nd Congress of the Emotion & Design Society.
19. Ritterfeld, U. (1999, May). *Über Sinn und Unsinn von Elternarbeit.* [On the relevance and irrelevance of parent implemented intervention]. Invited address at the Congress of the German Association for Speech and Language Pathology in Hamm.
20. Ritterfeld, U., & Vorderer, P. (1998, May). *Social psychological determinants of reception and evaluation.* Invited Address at the World Congress of Constructivism in Heidelberg.
21. Ritterfeld, U. (1998, March). *Heuristic processing in aesthetic impression formation.* Invited address at the University of Missouri in St. Louis.
22. Ritterfeld, U. (1997, March). *Die Kluft zwischen Einstellung und Verhalten im Umweltbereich - Ein methodisches und theoretisches Artefakt?* [The attitude behavior gap in environmental psychology – A methodological and theoretical artefact?]. Invited address at the 39. Congress for Experimental Psychology in Berlin.
23. Ritterfeld, U. (1995, December). *Eltern-Kind-Interaktionen unter der Lupe: Die Heidelberger Marschak-Interaktionsmethode.* [Parent-child interactions more closely examined: The Heidelberg Marschak Interaction Method]. Invited address at the University of Hannover.
24. Ritterfeld, U. (1995, December). *Was kann die Logopädie für die kinderärztliche Praxis leisten?* [What can speech and language pathology help for pediatrics?]. Invited address at the University of Bielefeld.
25. Ritterfeld, U. (1995, June). *Schön ist, wenn's gefällt! Psychologische Aspekte zur ästhetischen Urteilsfindung.* [Beautiful is if you like it! Psychological aspects of aesthetic preferences]. Invited address at the University of Stuttgart.
26. Ritterfeld, U. (1994, May). *Diagnosis and intervention in specific language impairment.* Invited address at the Congress of the Canadian Association for Child and Play Therapy in Toronto.
27. Ritterfeld, U. (1992, February). *Interventionsmethoden bei Sprachentwicklungsstörungen: eine empirische Untersuchung* [Intervention methods in developmental language disorders: An empirical investigation]. Invited address at the University of Bielefeld.
28. Harloff, H. J., & Ritterfeld, U. (1991, December). *Psychologie und Architektur* [Psychology and architecture]. Invited address at the School of Arts in Berlin.
29. Harloff, H. J., & Ritterfeld, U. (1990, January). *Von der Lust am Wohnen. Perspektiven für einen humanen Wohnungsbau* [Psychology of housing and dwelling]. Invited address at Urania in Berlin.

**Conference Addresses**

30. Weber, R., Behr, K. M., Ritterfeld, U., & Mathiak, K. (2005, September). *Zeitbasierte, hoch auflösende Inhaltsanalyse gewalthaltiger Videospiele* [Time Based, High Resolution Content

Analysis of Violent Video Games]. Düsseldorf: Fachgruppe „Methoden" der Deutschen Gesellschaft für Publizistik und Kommunikationswissenschaft.

31. Weber, R., Ritterfeld, U. & Mathiak, K. (2005, May). *Neuroscience in Video Games Research. Functional Magnetic Resonance Imaging of Virtual Violence*. New York City: International Communication Association.

32. Ritterfeld, U. & Jin, S.-A. (2005, May). *Fighting Stigma Attached to People With Mental Illness Using Entertainment-Education Strategy*. New York City: International Communication Association.

33. Weber, R., Ritterfeld, U. & Mathiak, K. (2005, January). *Violent Computer Games, Aggression and Brain Activity. A Functional Magnetic Resonance Imaging Study*. Zürich: DGPuK-Rezeptionsforschungsfachtagung.

34. Weber, R., Ritterfeld, U., & Mathiak, K. (2004, November). *Violent computer games, Aggression and brain activity. A functional magnetic resonance imaging study*. Chicago: Annual Conference of the National Communication Association.

35. Ritterfeld, U. (2004, Oktober). *Interdisciplinary research on games content, usage, and impact*. Los Angeles: Games Summit at the University of Southern California.

36. Klimmt, C., Vorderer, P., Ritterfeld, U., & Niebuhr, S. (2004, Oktober). Geschlechtsunterschiede in der präliterarischen Mediensozialisation: Mediennutzung und (interaktives) Rezeptionserleben von Vorschulkindern. [Sex differences in preliterate media socialization: Media usage, (interactive) processing, and experiencing in preschoolers]. Maria in der Aue: DFG-Schwerpunktsymposium „Lesen in der Mediengesellschaft".

37. Weber, R., Ritterfeld, U., & Mathiak, K. (2004, September). *Gewalttätiges Computerspielen und Hirnaktivität. Ergebnisse einer fMRI-Studie.* [Violent computer game playing and brain activity: Results of an fMRI-study]. Göttingen: Jahrestagung der Deutschen Gesellschaft für Psychologie DGPs.

38. Niebuhr, S., & Ritterfeld, U. (2004, September). *Medienwirkung und Sprachtherapie. Der wissenschaftlichen Arbeit hinter die Kulissen geschaut.* [Media effects and language therapy: Reflection on scientific approaches]. Heidelberg: Jahreskongress der Deutschen Gesellschaft für Sprachheipädagogik.

39. Ritterfeld, U., Vorderer, P., Klimmt, C., & Niebuhr, S. (2004, August). Entertaining media and language learning in 3 and 4 yrs. old. Edmonton: Internationale Gesellschaft für Empirische Literaturwissenschaft IGEL.

40. Niebuhr, S., & Ritterfeld, U. (2004, June). *Fördert die Rezeption von Hörspielkassetten Kinder mit einer spezifischen Sprachentwicklungsstörung?* [Repeated use of entertaining audio tapes as intervention strategy for children with specific language impairments?]. Wien: ISES III.

41. Niebuhr, S., & Ritterfeld, U. (2004, June). *Unterhaltsame Kinderhörspielkassetten in der Sprachtherapie?* [Entertaining audio tapes for language impaired children?]. Bielefeld: Jahreskongress des Deutschen Berufsverbandes für Logopädie.

42. Niebuhr, S., & Ritterfeld, U. (2003, September). *Mediale Unterhaltung zur Förderung von Kindern mit spezifischen Sprachentwicklungsstörungen?* [Media entertainment and language acquisition]. Mainz: Tagung der Fachgruppe Entwicklungspsychologie.

43. Niebuhr, S., Ritterfeld, U., Klimmt, C., & Vorderer, P. (2003, March). *Vom Zuhören zum Lesen: Zur Bedeutung von auditiven Decodier-Fähigkeiten und Interesse an (Hör-)Geschichten für den Erwerb von Lesekompetenzen.* [From listening to reading: On the relevance of auditory decoding capacities and interest on (auditory) narratives for literacy acquisition]. Maria in der Aue: DFG-Schwerpunktsymposion „Sprach- und Lesekompetenz".

44. Ritterfeld, U., Vorderer, P., Klimmt, C., & Niebuhr, S. (2002, October). *Spaß, Spannung und Tränen - Unterhaltung als Funktion des Lesens.* [Enjoyment, suspense, and tears –

Entertainment as a function of reading]. Paper presented at the Symposium of the German Research Foundation on "functions of reading" in Maria in der Aue.
45. Ritterfeld, U., & Niebuhr, S. (2002, April). *Mediennutzung als sprachtherapeutische Maßnahme?* [Media usage as a method of language intervention]. Paper presented at the 2. Interdisciplinary Symposium on Language Impairments in Potsdam.
46. Niebuhr, S., & Ritterfeld, U. (2002, Februar). *Sprachförderung durch Medienrezeption?!* [Facilitating language through media usage?] Paper presented at the 5. Dortmund Symposium für Educational Psychology.
47. Niebuhr, S., & Ritterfeld, U. (2001, November). *Kann der Medienkonsum die Sprachentwicklung fördern?* [Language learning through media consumption]. Paper presented at the German Congress for Applied Psychology in Bonn.
48. Ritterfeld, U., Vorderer, P., Klimmt, C., & Niebuhr, S. (2001, Oktober). *Medien(angebote) als Instanz der Lesesozialisation: Zur medial-individuellen Ko-Konstruktion der Sprachkompetenz im Vorschulalter.* [Media usage as part of reading socialization: On the media-individual co-construction of language acquisition in preschoolers]. Paper presented at the Symposium of the German Research Foundation on „co-constructivism" in Maria in der Aue.
49. Ritterfeld, U. (2001, September). *Soziale Determinanten von Antisemitismus* [Social determinants of antisemitism]. Paper presented at the Congress of Social Psychology of the German Society of Psychology in Würzburg.
50. Niebuhr, S., & Ritterfeld, U. (2001, September). *Kann der Medienkonsum die Sprachentwicklung fördern?* [Does media consumption effect language acquisition?]. Paper presented at the Congress of Educational Psychology of the German Society of Psychology in Landau.
51. Ritterfeld, U., & Görgner-Altmann, A. (2001, September). *Wie lernen Kinder, Ironie zu verstehen?* [How do children learn to understand ironic communication?]. Paper presented at the Congress of Developmental Psychology of the German Society of Psychology in Potsdam.
52. Ritterfeld, U., & Niebuhr, S. (2001, September). *Der Einfluss von Hörkassetten auf das Sprachlernen von dreijährigen Kindern.* [On the impact of auditory tapes on language learning of three year old children]. Paper presented at the Congress of Developmental Psychology of the German Society of Psychology in Potsdam.
53. Ritterfeld, U., Vorderer, P., Klimmt, C., & Niebuhr, S. (2000, Oktober). *Unterhaltsamer Mediengebrauch und Spracherwerb.* [Entertaining media and language aquisition]. Paper presented at the Symposium of the German Research Foundation on „media competence" in Maria in der Aue.
54. Ritterfeld, U. (2000, July). *Facilitating scientific text reception through recognition of the author.* Paper presented at the Congress of the International Society for Empirical Literature in Toronto.
55. Ritterfeld, U. (1999, September). *Selbst-bezogene Heuristiken in der alltagsästhetischen Präferenzbildung.* [Self-related heuristics in daily life preference judgments]. Paper presented at the Congress for Environmental Psychology of the German Society of Psychology in Magdeburg.
56. Ritterfeld, U. (1999, July). *Self-related heuristics in daily life preference judgements.* Paper presented at the General Meeting of the European Association for Experimental Social Psychology in Oxford.
57. Ritterfeld, U. (1999, June). *Selbst Autoren psychologischer Fachliteratur sind Menschen! Zum Einfluss sozialer Informationen auf die Rezeption psychologischer Fachliteratur.* [Even authors of scientific literature are human! On the impact of social information on the evaluation of psychological literature]. Paper presented at the Congress for Social Psychology of the German Society of Psychology in Kassel.

58. Ritterfeld, U. (1998, September). *Soziale Bedeutungen und Stimmungen als Informationsgrundlagen für heuristische Prozesse in der Präferenzbildung.* [Social meanings and mood as determinants of heuristic processing in preference judgments.]. Paper presented at the 41. Congress of the German Society of Psychology in Dresden.
59. Linneweber, V., & Ritterfeld, U. (1998, September). *Ausreden und Rechtfertigungen nach normverletzendem Verhalten.* [Excuses and justifications in account episodes]. Paper presented at the 41. Congress of the German Society of Psychology in Dresden.
60. Ritterfeld, U. (1998, September). *Heuristic processing in aesthetic judgment.* Rome: 15th Congress of the International Association of Empirical Aesthetics.
61. Ritterfeld, U. (1998, April). *Seven years after the falling wall: Aesthetic values reconsidered.* Paper presented at the East West Meeting of the European Association for Experimental Social Psychology in Gommern.
62. Ritterfeld, U. (1997, July). *Justifications within social contexts: Ecological versus discursive moral.* Paper presented at the VIth Biennal Meeting for Social Justice Research in Potsdam.
63. Linneweber, V., & Ritterfeld, U. (1997, June). *Rechtfertigungen in Umweltnutzungsbilanzen.* [Justifications in resource dilemmas]. Paper presented at the Congress for Social Psychology of the German Society of Psychology in Konstanz.
64. Ritterfeld, U. (1997, June). *Prozessurale Informationsverarbeitung bei der Gefallensbildung am Beispiel von Möbeln.* [Aesthetic information processing in furniture preferences]. Paper presented at the Congress for Social Psychology of the German Society of Psychology in Konstanz.
65. Ritterfeld, U. (1996, September). *Alltagsästhetische Mensch-Umwelt-Transaktionen: Ein Prozeßmodell zur Urteilsbildung.* [Aesthetic transactions in every day life: An information model on judgmental processing]. Paper presented at the 40 Congress of the German Society of Psychology in München.
66. Ritterfeld, U. (1996, August). *Interior design preferences from a transactional point of view.* Paper presented at the 26. International Congress of Psychology in Montréal.
67. Ritterfeld, U. (1996, August). *Social heuristics in environmental preferences: A continuum model of impression formation.* Paper presented at the 104th Congress of the American Psychological Association in Toronto.
68. Ritterfeld, U. (1996, August). *Social, structural, and atmospheric qualities of interior design.* Paper presented at the 14th Congress of the International Association of Empirical Aesthetics in Prag.
69. Ritterfeld, U. (1996, April). *Sozialpsychologische Modellierung der alltagsästhetischen Urteilsbildung.* [Social psychological modeling of aesthetic judgments]. Paper presented at the 38. Congress for Experimental Psychology in Eichstätt.
70. Ritterfeld, U. (1994, September). *Systematische Analyse der Eltern-Kind-Interaktion: Die Heidelberger Marschak-Interaktionsmethode (H-MIM)* [Systematic analysis of the parent-child-interaction: The Heidelberg Marschak-Interaction-Method (H-MIM)]. Paper presented at the 39. Congress of the German Society of Psychology in Hamburg.
71. Ritterfeld, U. (1994, September). *"Was Euch gefällt" oder: (Soziale) Determinanten von Geschmack* ["As you like it" or: (Social) determinants of taste]. Paper presented at the 39. Congress of the German Society of Psychology in Hamburg.
72. Ritterfeld, U. (1994, August). *Psychology of taste in every day life.* Paper presented at the Congress of the International Association for Empirical Aesthetics in Montréal.
73. Ritterfeld, U. (1993, August). *Soziale Determinanten alltagsästhetischer Urteilsbildung* [Social determinants of aesthetic judgment in every day life]. Paper presented at the Annual Conference of the Switzerland Society of Psychology at the University of Zürich.

## F  Teaching, Mentorship, and Supervision

**List of Courses Taught**

**Annenberg School for Communication, University of Southern California**
Spring term 2006    Directed research
Spring term 2006    Communication research practicum I
Fall term 2005      Directed research
Fall term 2005      Communication research practicum I
Fall term 2005      Communication research practicum II
Spring term 2005    Directed research
Spring term 2005    Communication research practicum II
Spring term 2004    Children and media
Spring term 2004    Directed research
Spring term 2003    Entertaining media portrayals of mental illness

**Department of Psychology, University of Magdeburg, Germany**
Summer term 2004    Stereotype and attitude formation through media usage
Summer term 2003    Para-social interactions with media characters
Summer term 2002    Media usage and aggression
Winter term 2001/02 Prejudices and stereotypes
Summer term 2001    Antisemitism
Winter term 2000/01 Implicit Association Tests
Summer term 1999    Methods of observation
Winter term 1998/99 Automatic Processing
Winter term 1998/99 Evaluative Processing
Summer term 1998    Methods of observation
Winter term 1997/98 Research training: Experiments
Winter term 1997/98 Introductory Psychology
Summer term 1997    Methods of observation

**Department of Psychology, University of Hannover, Germany**
Winter term 1996/97 Analyzing and understanding parent-child-interaction
Summer term 1996    Analyzing and understanding parent-child-interaction

**Department of Speech and Language Pathology, Humboldt University of Berlin, Germany**
Summer term 1993    Introductory Psychology I
Summer term 1993    Psycholinguistics I
Summer term 1993    Diagnostic methods in language pathology II
Summer term 1993    Training of therapeutic strategies II
Winter term 1992/93 Introductory Psychology II
Winter term 1992/93 Psycholinguistics II
Winter term 1992/93 Diagnostic methods in language pathology I
Winter term 1992/93 Training of therapeutic strategies I
Summer term 1992    Introductory Psychology I
Summer term 1992    Psycholinguistics I

**Department of Psychology, Technical University of Berlin, Germany**
Summer term 1993    Research Project: Determinants of aesthetic judgment II
Winter term 1992/93  Research Project: Determinants of aesthetic judgment I
Summer term 1992    Socio-emotional disorders in children
Winter term 1991/92  Social aspects of aesthetic judgment
Summer term 1991    Research Project: Pro-environmental attitudes and behavior II
Winter term 1990/91  Research Project: Pro-environmental attitudes and behavior I
Summer term 1990    Theories and history of social psychology
Winter term 1989/90  Natural environments and leisure time behavior

**Department of Speech and Language Pathology, Academy of Rehabilitation, Heidelberg, Germany**
Summer term 1989    Introductory Psychology II
Summer term 1989    Psycholinguistics II
Summer term 1989    Diagnostic methods in language pathology II
Summer term 1989    Training of therapeutic strategies I
Winter term 1988/89  Introductory Psychology I
Winter term 1988/89  Psycholinguistics I
Winter term 1988/89  Diagnostic methods in language pathology I
Winter term 1988/89  Training of therapeutic strategies II
Summer term 1988    Introductory Psychology II
Summer term 1988    Psycholinguistics II
Summer term 1988    Diagnostic methods in language pathology II
Summer term 1988    Training of therapeutic strategies I
Winter term 1987/88  Introductory Psychology I
Winter term 1987/88  Psycholinguistics I
Winter term 1987/88  Diagnostic methods in language pathology I

**Department of Psychology, University of Heidelberg, Germany**
Summer term 1989    Communication strategies
Winter term 1988/89  Communication strategies
Summer term 1988    Communication strategies


**Dissertation Committees (Dr. phil./ Ph. D.)**
Niebuhr, Sandra            Universität Magdeburg
Jin, Seung-A               University of Southern California
Fernandes, Sangeeta        University of Southern California


**Supervision of ca. 90 Diploma and Master Theses**
Diploma Psychology             Technical University of Berlin
                               University of Magdeburg
Diploma Language Pathology     University of Hannover
M.A. Speech Sciences           University of Halle
M.A. Communication Management  University of Southern California