activities with and without virtual violence in 11 participants confirmed the hypothesis. The rather large observed effects can be considered as caused by virtual violence. We discuss the applicability of neuroscience methodology in media effects studies, with a special emphasis on the assumption of virtuality prevalent in video game play."

4. In laymen's terms, the article is summarized in paragraphs 5 through 8 below.

5. This study used an advanced methodology that likely demonstrates a causal relationship between playing violent video games and brain activity during the game play associated with aggression. Participants were put into a functional magnetic resonance imaging (fMRI) scanner where they played the first person shooter game "Tactical Ops: Assault on Terror." When the players engaged in violent actions on the screen, they exhibited changes in brain patterns associated with aggression. When their actions on screen were neutral or non-violent, these changes in brain patterns associated with aggression did not present themselves.

6. Because the data pit real time brain activity against game play and controlling for arousal, there was little room for confounding variables to have impacted the results. The observed effects reflect brain activity in the moment of the game play.

7. Given the high cost of gathering fMRI data, and the ethical concerns of conducting such a study on minors, there were only 13 participants in the study, and their average age was around 23.

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 18, 2006 at Los Angeles, California.

Ute Ritterfeld

3234/001/X76991.v1

2.   Case No. C 05 4188 RMW RS
DECLARATION OF UTE RITTERFELD