1  GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP
   ROBERT A. GOODIN, State Bar No. 061302
2  FRANCINE T. RADFORD, State Bar No. 168269
3  505 Sansome Street, Suite 900
   San Francisco, California 94111
4  Telephone:   (415) 392-7900
   Facsimile:   (415) 398-4321
5

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS V. LORAN III, State Bar No. 95255
7  JOANNE H. KIM, State Bar No. 221525
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA 94120-7880
9  Telephone:   (415) 983-1000
   Facsimile:   (415) 983-1200
10

11 Attorneys for Amicus Curiae Common Sense Media

12                       UNITED STATES DISTRICT COURT
13                      NORTHERN DISTRICT OF CALIFORNIA
14                              SAN JOSE DIVISION
15

| | |
|---|---|
| VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara.<br><br>Defendants. | No. C 05 4188 RMW RS<br><br>**DECLARATION OF SONYA BRADY**<br><br>Date:       May 12, 2006<br>Time:      9:00 a.m.<br>Courtroom: 6<br>Before the Honorable Ronald M. Whyte |

Case No. C 05 4188 RMW RS
DECLARATION OF SONYA BRADY

1    I, Sonya Brady, declare:

2    1.    I am a postdoctoral fellow in the Health Psychology Program at the University of California, San Francisco. I received a Ph.D. from the University of Pittsburgh in Clinical and Biological Health Psychology in 2005. A true and correct copy of my curriculum vitae is attached hereto as Exhibit A. I make this declaration in opposition to plaintiffs' motion for summary judgment. I know the following facts of my own knowledge, and if called as a witness, could testify competently thereto.

3    2.    My research interests include examining the mechanisms through which stressful life circumstances (violence exposure and poverty) may lead to greater harmful health behaviors in adolescence, as well as protective factors that may promote resiliency. In the past year, I have had three peer reviewed articles regarding violence (both real and media) accepted for publication. Of relevance to this proceeding is a study entitled "Effects of Media Violence on Health-Related Outcomes Among Young Men" co-authored Karen A. Matthews and me and published this month in the *Archives of Pediatric Adolescent Medicine*.

4    3.    The objectives of the study, as summarized in the abstract, were "to test the effects of media violence exposure on blood pressure, negative affect, hostile social information processing, uncooperative behavior, and attitudes toward health risk behaviors among young men varying in lifetime violence exposure within the home and community." Results are described as follows: "Men randomly assigned to play *Grand Theft Auto III* exhibited greater increases in diastolic blood pressure from a baseline rest period to game play, greater negative affect, more permissive attitudes toward using alcohol and marijuana, and more uncooperative behavior in comparison with men randomly assigned to play *The Simpsons: Hit and Run*. Only among participants with greater exposure to home and community violence, play of *Grand Theft Auto III* led to elevated systolic blood pressure in comparison with play of *The Simpsons*." Additional results described in the published study showed that among those young men with greater exposure to community violence, play of *Grand Theft Auto III* led to greater likelihood that study participants thought they would be accused of cheating in a test scenario in comparison to play of *The Simpsons*.

Case No. C 05 4188 RMW RS

DECLARATION OF SONYA BRADY

1          4.      The study's conclusions were as follows: "Media violence exposure may play a role in the development of negative attitudes and behaviors related to health. Although youth growing up in violent homes and communities may become more physiologically aroused by media violence exposure and make more hostile attributions for others' actions subsequent to media violence exposure, all youth appear to be at risk for potentially negative outcomes."

          5.      I would summarize the study in laymen's terms as follows.  We, the researchers, used a sample of 100 college-aged men to participate in this laboratory experiment. We assigned each participant to play either *Grand Theft Auto III* (a very violent game) or *The Simpsons: Hit and Run* (a not-very-violent game).  The researchers monitored the participants' blood pressure during game play.  After the participants were done playing, each participant filled out standard questionnaires designed to measure attitudes toward marijuana and alcohol use and the participant's current negative emotions.  Participants rated the likelihood that they would be accused of cheating after viewing a videotaped test scenario and being asked to identify with a student in the video.  Participants also played a game in which they could cooperate or compete with another person.  We found that participants who played *Grand Theft Auto III* exhibited increased blood pressure, more negative emotions and uncooperative behavior, and more permissive attitudes toward marijuana and alcohol use than did the participants who played *The Simpsons* game.  Among those participants who grew up in violent homes or communities, play of *Grand Theft Auto III* led to more pronounced increases in blood pressure and to more hostile thought patterns in comparison with play of *The Simpsons.*

          6.      We noted that our study is the first to "show that media violence is associated with permissive attitudes toward health risk behaviors that do not directly involve hostility or aggression." We also found that participants who had higher levels of exposure to real life violence in their homes or communities were particularly susceptible to increases in blood pressure during media violence exposure and to hostile thought patterns subsequent to media violence exposure. However, all youth exposed to media violence appear to be at risk for potentially negative outcomes.

                                                      2.                    Case No. C 05 4188 RMW RS
                                            DECLARATION OF SONYA BRADY

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April ___, 2006 at _____, California.

                                                        _____
Sonya Brady

3234/001/X76993.v1

3.       Case No. C 05 4188 RMW RS
DECLARATION OF SONYA BRADY