# Sonya S. Brady, Ph.D.

Postdoctoral Fellow
University of California, San Francisco

---

**Mailing Address**

> University of California, San Francisco
> Health Psychology Program
> Laurel Heights Campus
> 3333 California Street
> Suite 465, Box 0848
> San Francisco, CA 94143-0848

**Other Contact Information**

> Telephone: 415-476-7635
> Fax: 415-476-7744
> E-mail: sonya.brady@ucsf.edu

**Education**

> University of Pittsburgh
> Mentor: Karen A. Matthews, Ph.D.
> Ph.D. Clinical and Biological/Health Psychology (5/2000 – 7/2005)
> M.S. Psychology (9/1996 - 5/2000)
>
> University of Illinois at Chicago
> Clinical Psychology Internship, Child Track (7/2004-6/2005)
>
> Carnegie Mellon University
> Mentor: Vicki S. Helgeson, Ph.D.
> B.S. Double Major in Psychology and Statistics (9/1992 - 5/1996)

## AWARDS AND HONORS

**Professional Development Award**

> University of Pittsburgh Provost's Development Fund Award
> Total Award - $3,770
> Funded: 5/2005 – 8/2005

**Research Grants**

> Pittsburgh Mind-Body Center Pilot Study Grant (HL65112)
> Total Award - $7,500
> Funded: 9/2002 - 8/2004
> Project: Impact of violence exposure on hostility, physiological arousal, and health in youth

**Research Grants, continued**

    Carnegie Mellon University Small Undergraduate Research Grant
    Total Award - $1,000
    Funded: 5/1995 - 4/1996
    Project: Social support and adjustment to recurrence of breast cancer

**Training Grants**

    Psychology and Medicine: An Integrative Research Approach (MH019391)
    Awarded stipend and professional development funds, 8/2005 - present

    Cardiovascular Behavioral Medicine Training Grant (HL07560)
    Awarded tuition and stipend, 9/1999 - 8/2000

    Health Psychology Training Grant (MH19953)
    Awarded tuition and stipend, 9/1996 - 8/1999

**Teaching Award**

    Best Applied Statistics Education Committee Teaching Assistant (Spring, 2001)
    University of Pittsburgh, Department of Statistics

# RESEARCH INTERESTS AND EXPERIENCE

**Research Interests**

    Establishing the mechanisms through which stressful life circumstances (e.g. violence exposure, poverty) may lead to greater harmful health behaviors in adolescence, as well as protective factors that may promote resiliency

    Developing interventions for youth at risk for harmful health behaviors due to stressful life circumstances

**Peer Reviewed Publications**

    Brady, S. S. (in press). Lifetime community violence exposure and health risk behavior among young adults in college. *Journal of Adolescent Health.*

    Brady, S. S., & Donenberg, G. L. (in press). Mechanisms linking violence exposure to health risk behavior in adolescence: Motivation to cope and sensation-seeking. *Journal of the American Academy of Child & Adolescent Psychiatry.*

    McGrath, J. J., Matthews, K. A., & Brady, S. S. (in press). Individual versus neighborhood socioeconomic status and race as predictors of adolescent ambulatory blood pressure and heart rate. *Social Science & Medicine.*

    Brady, S. S., & Matthews, K. A. (2006). Effects of media violence on health-related outcomes among young men. *Archives of Pediatrics & Adolescent Medicine, 160,* 341-347.

    Brady, S. S., & Matthews, K. A. (2006). Chronic stress influences ambulatory blood pressure in adolescents. *Annals of Behavioral Medicine, 31,* 80-88.

**Sonya S. Brady, Page 2**

**Peer Reviewed Publications, continued**

    Matthews, K.A., Salomon, K., Brady, S.S., & Allen, M.T. (2003). Cardiovascular reactivity to stress predicts future blood pressure in adolescence. *Psychosomatic Medicine, 65,* 410-415.

    Brady, S. S., & Matthews, K. A. (2002). The influence of socioeconomic status and ethnicity on adolescents' exposure to stressful life events. *Journal of Pediatric Psychology, 27,* 575-583.

    Brady, S. S., & Helgeson, V. S. (1999). Social support and adjustment to recurrence of breast cancer. *Journal of Psychosocial Oncology, 17,* 37-55.

**Selected Presentations**

    Brady, S. S., & Matthews, K. A. (2006, March). Effects of lifetime and media violence exposure on physiological arousal and attitudes towards risk behaviors among young adults. Poster session presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

    Brady, S. S., & Donenberg, G. L. (2005, April). *Mechanisms linking violence exposure to health risk behavior in adolescence: Motivation to cope and sensation-seeking.* Paper presented at the 7th International AIDS Impact Conference in Cape Town, South Africa.

    Brady, S. S., Matthews, K. A., & Salomon, K. (2002, April). *Stressful life events influence adolescents' cognitive evaluations of and cardiovascular reactivity to novel stressors.* Poster session presented at the biennial meeting of the Society for Research on Adolescence, New Orleans, LA.

    Brady, S. S., Matthews, K. A., Salomon, K., & Allen, M. T. (2002, April). *Cardiovascular reactivity to stress predicts rise in blood pressure in adolescents.* Paper presented at the annual meeting of the Society of Behavioral Medicine, Washington, DC.

    Brady, S. S., Matthews, K. A., & Salomon, K. (2000, March). *Relations between background stressors and acute stressor reactivity in adolescence.* Paper presented at the annual meeting of the American Psychosomatic Society, Savannah, GA.

    Brady, S. S., & Helgeson, V. S. (1997, March). *Social support and adjustment to recurrence of breast cancer.* Poster session presented at the annual meeting of the Society for Behavioral Medicine, San Francisco, CA.

**Membership in Professional Societies**

    American Psychological Association
    Society for Prevention Research
    Society for Research on Adolescence

# CLINICAL INTERESTS AND EXPERIENCE

**Clinical Interests**

    Developing interventions for youth at risk for engagement in harmful health behaviors due to stressful life circumstances (e.g. violence exposure, poverty)

**Clinical Experience**

*University of Illinois at Chicago*
*Eating Disorders Clinic, Women's Outpatient Programs*

| | |
|---|---|
| Position: | Clinician (7/2004 - present) |
| Supervisor: | Ellen Astrachan Fletcher, Ph.D. |
| Responsibilities: | Conducting assessments and providing therapy to children and adults using cognitive behavioral therapy (CBT) and dialectical behavior therapy (DBT) techniques. Addressing the link between past trauma and disordered eating behaviors with clients, as indicated. |

*University of Illinois at Chicago*
*Disruptive Behavior Disorders Clinic, Institute for Juvenile Research*

| | |
|---|---|
| Position: | Clinician (7/2004 - 12/2004) |
| Supervisor: | Jaleel Abdul-Adil, Ph.D. |
| Responsibilities: | Conducting assessments and providing therapy to children and families using manualized protocols and CBT and Relationship Enhancement techniques. Coordinating services with school agencies and the Illinois Department of Child and Family Services. |

*Western Psychiatric Institute and Clinic*
*Services for Adolescent and Family Enrichment (SAFE)*
*Services Aimed at Fire Education and Treatment for Youth (SAFETY)*

| | |
|---|---|
| Position: | Clinician (9/2003 - 4/2004) |
| Supervisor: | David Kolko, Ph.D. |
| Responsibilities: | Conducting assessments of children and families referred to SAFE or SAFETY by the Allegheny County Court or Fire Department. Providing psychoeducation and therapy to juveniles adjudicated of a sexual offense and juveniles involved with firesetting using CBT and Motivational Interviewing techniques. |

*University of Pittsburgh*
*Clinical Psychology Center*

| | |
|---|---|
| Position: | Clinical Assistant and Clinician (10/2001 - 8/2003) |
| Supervisors: | Anna Marie Breaux, Ph.D., Andrew Koffmann, Ph.D., Robert Lebovits, Ph.D., Ray Naar, Ph.D., Larry Pacoe, Ph.D. |
| Responsibilities: | Conducting intake interviews of potential clientele and providing referrals. Providing supervision to beginning graduate student clinicians. Providing therapy to individuals, couples, families, children, and adolescents using CBT, Motivational Interviewing, and Relationship Enhancement techniques. Administering intelligence and achievement tests and providing feedback to referral agencies. |

**Clinical Experience, continued**

*Western Psychiatric Institute and Clinic*
*Emergency Room*

| | |
|---|---|
| Position: | Clinician (5/2000 - 8/2000) |
| Supervisor: | Peter Murray, Ph.D. |

Responsibilities: Conducting interviews of individuals presenting for emergencies as well as attendant family members, friends, and professionals. Consulting with interdisciplinary team of psychiatrists and clinicians in making diagnoses and treatment recommendations. Acting as a communication liaison between WPIC and insurance companies.

*Western Psychiatric Institute and Clinic*
*Behavioral Medicine Program*

| | |
|---|---|
| Position: | Clinician (5/1999 - 4/2000) |
| Supervisors: | Lin Ewing, Ph.D., Pat Cluss, Ph.D., Anna Marsland, Ph.D. |

Responsibilities: Providing therapy to individuals and families using CBT, Progressive Muscle Relaxation and Imagery techniques. Providing assessments of families with a child being cared for by Children's Hospital of Pittsburgh, Department of Oncology. Providing assessments of adults entering the National Emphysema Treatment Trial.

*University of Pittsburgh*
*Clinical Psychology Center*

| | |
|---|---|
| Position: | Clinician (8/1997 - 4/1999) |
| Supervisors: | Michael Pogue-Geile, Ph.D., Larry Pacoe, Ph.D., Lin Ewing, Ph.D. |

Responsibilities: Providing therapy to individuals using CBT techniques.

*Western Psychiatric Institute and Clinic*
*Child and Parent Behavior Clinic*

| | |
|---|---|
| Position: | Activities Aide (9/1995 - 5/1996) |
| Supervisor: | David Kolko, Ph.D. |

Responsibilities: Modeling and reinforcing appropriate behaviors during children's after-school activities.

## TEACHING INTERESTS AND EXPERIENCE

**Teaching Interests**

Adolescent health behaviors and mental health, research methodology, statistical techniques for the social sciences

**Teaching Experience**

Teaching Fellow
University of Pittsburgh
Abnormal Psychology (9/2000 - 12/2000)

**Teaching Experience, continued**

Teaching Assistant
University of Pittsburgh
Basic Applied Statistics (1/2001-5/2001)
Supervisor: Nancy Pfenning, Ph.D.

Teaching Assistant
Carnegie Mellon University

Courses:

Introduction to Statistics (1/1996 - 5/1996)
Supervisor: Brian Junker, Ph.D.

Social Psychology (9/1995 - 12/1995)
Supervisor: Vicki S. Helgeson, Ph.D.

Introduction to Psychology (1/1995 - 5/1995)
Supervisor: Kenneth Kotovsky, Ph.D.

# REFERENCES

Karen A. Matthews, Ph.D.

Department of Psychiatry
University of Pittsburgh
3811 O'Hara Street
Pittsburgh, PA  15213
(412) 246-5950

Nancy Adler, Ph.D.

University of California, San Francisco
Department of Psychiatry
Health Psychology Program
3333 California Street, Suite 465, Box 0848
San Francisco, CA  94143
(415) 476-7759

Jeanne Tschann, Ph.D.

University of California, San Francisco
Department of Psychiatry
Health Psychology Program
3333 California Street, Suite 465, Box 0848
San Francisco, CA  94143
 (415) 476-7761