Video Software Dealers Association et al v. Schwarzenegger et al — Doc. 85 Att. 2
Case 5:05-cv-04188-RMW   Document 85-3   Filed 04/19/2006   Page 1 of 1
04/17/2006  17:18  4154767744   HEALTH PSYCH UCSF   PAGE 05/05

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed on April 17, 2006 at San Francisco California.

3

4  _____
   Sonya Brady
5

6

7  3234/001/X76993.v1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.  Case No. C 05 4188 RMW RS

DECLARATION OF SONYA BRADY