1  GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP
2  ROBERT A. GOODIN, State Bar No. 061302
   FRANCINE T. RADFORD, State Bar No. 168269
3  505 Sansome Street, Suite 900
   San Francisco, California 94111
4  Telephone:   (415) 392-7900
   Facsimile:   (415) 398-4321
5

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS V. LORAN III, State Bar No. 95255
7  JOANNE H. KIM, State Bar No. 221525
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA 94120-7880
9  Telephone:   (415) 983-1000
   Facsimile:   (415) 983-1200
10

11 Attorneys for Amicus Curiae Common Sense Media

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

| | |
|---|---|
| VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara.<br><br>Defendants. | No. C 05 4188 RMW RS<br><br>**DECLARATION OF**<br>**CARY P. GROSS, M.D.**<br><br>Date:    May 12, 2006<br>Time:    9:00 a.m.<br>Courtroom:  6<br>Before the Honorable Ronald M. Whyte |

Case No. C 05 4188 RMW RS
DECLARATION OF CARY P. GROSS, M.D.

I, Cary Gross, declare:

1. I am a member of the Center for Outcomes Research and Effectiveness, Yale New Haven Hospital, the Associate Director, Robert Wood Johnson Clinical Scholars Program, an associate Professor, Primary Care Section, Yale University School of Medicine, and a member of the Yale Cancer Center. A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

2. I make this declaration in opposition to plaintiffs' motion for summary judgment. I know the following facts of my own knowledge, and if called as a witness, could and would testify competently thereto.

3. I am part of a research team brought together by Common Sense Media to prepare a comprehensive report on the impact of media on children scheduled to be completed later this spring. The report will examine several public health issues: smoking, drinking, sexual behavior and violence, among them.

4. Our research team has identified six recent systematic reviews that summarize the scientific evidence regarding the effect of media exposure on violent behavior in children and adolescents. These are listed as follows together with citations:

1. Anderson CA. *An update on the effects of playing violent video games*. J Adolesc 2004; 27:113-22.

2. Anderson CA, Bushman BJ. *Effects of violent video games on aggressive behavior, aggressive cognition, aggressive affect, physiological arousal, and prosocial behavior: a meta-analytic review of the scientific literature*. Psychol Sci 2001; 12:353-9.

3. Bensley L, Van Eenwyk J. *Video games and real-life aggression: review of the* literature. J Adolesc Health 2001; 29:244-57.

4. Paik H. *The Effects of Television Violence on Antisocial Behavior: A Meta-Analysis*. Communication Research 1994; 21:516-546.

5. Sherry J. *The Effects of Violent Video Games on Aggression: A Meta-Analysis*. Human Communication Research 2001; 27:409-431.

6. Wood W, Wong FY, Chachere JG. *Effects of media violence on viewers' aggression in unconstrained social interaction.* Psychol Bull 1991; 109:371-83.

Case No. C 05 4188 RMW RS
DECLARATION OF CARY P. GROSS, M.D.

5. Together, these reviews include analysis of 249 unique articles that predominantly define media as television violence and video games. Five of the six systematic reviews concluded that increased media exposure was highly correlated with aggressive behavior. When appropriate, a statistical effect size was calculated to quantify the association between media and violence. (See Cohen J. Statistical power analysis for the behavioral sciences. New York: Academic Press, 1977).

6. We are currently evaluating the quality of each review article, using an adapted version of the Oxman-Guyatt Overview Quality Assessment Questionnaire. This is a widely accepted and validated approach to evaluating the authors' synthesis of the body of published work in a given field. Each review is evaluated according to 12 specific criteria, including the approach to identifying relevant literature, assessing the quality of the included studies, and the approach to synthesizing data. Two members of our research team will be scoring each review. Possible quality scores vary from 0 (lowest) to 1 (highest). (See Oxman AD, Guyatt GH. Validation of an index of the quality of review articles. J Clin Epidemiol 1991; 44:1271-8.) Preliminary scores for these six articles are all above the scoring threshold that is consistent with a strong quality study (0.5). Therefore, although our synthesis is ongoing, it is apparent to me that the medical literature supports a strong association between video games and violent behavior.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April ___, 2006 at _____, California.

_____
Cary P. Gross, M.D.

3234/001/X77057.v1

2.     Case No. C 05 4188 RMW RS
DECLARATION OF CARY P. GROSS, M.D.