# CURRICULUM VITAE
## Cary P. Gross, M.D.

**Yale University School of Medicine**
Primary Care Center
333 Cedar Street, PO Box 208025
New Haven, CT 06520-8025
phone (203) 688-8588  fax: (203) 688-4092
cary.gross@yale.edu

**Personal Data:**
    Marital Status    married to Anna Reisman, M.D.

**Education:**
| | |
|---|---|
| 1985-89 | B.A., The Johns Hopkins University, Baltimore, MD |
| 1989-93 | M.D., New York University School of Medicine, New York, NY |

**Career:**

| | |
|---|---|
| 1993-94 | Intern, Internal Medicine, New York Hospital - Cornell Medical Center, New York, NY |
| 1994-96 | Resident, Internal Medicine, New York Hospital - Cornell Medical Center, New York, NY |
| 1996-97 | Chief Resident, Department of Medicine, Memorial Sloan-Kettering Cancer Center, New York, NY |
| 1997-99 | Fellow, Robert Wood Johnson Clinical Scholars Program, The Johns Hopkins University School of Medicine, Baltimore, MD |
| 1998-99 | Participant, Johns Hopkins University Faculty Development Teaching Skills Program, The Johns Hopkins University School of Medicine, Baltimore, MD |
| 1998-99 | Guest Researcher, Center for Organization and Delivery Studies, Agency for Health Care Policy and Research, Rockville, MD. |
| 1999-2004 | Assistant Professor, Primary Care Section, Yale University School of Medicine |
| 1999- | Member, Center for Outcomes Research and Effectiveness, Yale New Haven Hospital. |
| 2004- | Associate Director, Robert Wood Johnson Clinical Scholars Program |
| 2004- | Associate Professor, Primary Care Section, Yale University School of Medicine |
| 2004- | Member, Yale Cancer Center |

1

**Professional Honors or Recognition:**
*Alpha Omega Alpha Honor Society*, New York University School of Medicine, 1993

*Paper of the Year, 2001: Academy for Health Services Research and Health Policy*
Gross CP, Steiner CA, Bass EB, Powe NR. Relation between prepublication release of clinical trial results and the practice of carotid endarterectomy. *JAMA*. 2000; 284:2886-93

*Clinical Investigator Award,* Society of General Internal Medicine, New England Region 2003

*Ralph Horwitz Lecturer*, Yale School of Medicine, 2004.

**Lectures, Courses:**

6/99    "*Using disease burden to guide allocation decisions: pros and cons*", NIH Meeting on Burden of Illness, National Institutes of Health, Bethesda, MD

11/02  "*Financial Conflict of Interest and Medical Research: Beware the Medical Industrial Complex*", Grand Rounds, Department of Medicine, Yale School of Medicine

5/03    "*Financial Conflict of Interest and Medical Research: Beware the Medical Industrial Complex*", American Heart Association Scientific Forum on Quality of Care and Outcomes Research, Washington, DC

5/03    "*Barriers to Participation in Cancer Research: Insights from National Cancer Institute enrollment data*", Memorial Sloan-Kettering Cancer Center Health Outcomes Research Group, New York, NY

5/03    "*Financial Conflict of Interest in Scientific Publication*", Council of Science Editors National Meeting, Pittsburgh, PA

5/03    "*Industry-sponsored research and the new PhRMA guidelines – a perspective from an Academic Medical Center*", Council of Science Editors National Meeting, May 2003, Pittsburgh, PA

11/03  "*Research Policy: Translating Research into Action*", Yale School of Management Healthcare Leadership Seminar, New Haven, CT

5/04    "*Financial Conflict of Interest and Medical Research: Considerations for Investigators*", Yale University School of Medicine Faculty Development Course, New Haven, CT

5/04    "*Enrolling in research: a matter of privilege or peril?*" 1st Annual Horwitz Lecture, Department of Medicine Grand Rounds, Yale School of Medicine, New Haven, CT

**Lectures, Courses (continued):**

6/04 *"Financial Conflict of Interest and Medical Research: Beware the Medical Industrial Complex"*, American Society of Clinical Oncology Annual Meeting Symposium on Research Ethics, New Orleans, LA

8/04 *"Research Ethics"*, Robert Wood Johnson Clinical Scholars Program at Yale School of Medicine, New Haven, CT

11/04 *"The web of influence; different ways financial interests affect science"*, Council of Science Editors Retreat: Conflicts of Interest in Scientific Publication Oakbrook, IL

11/04 *"Financial Conflict of Interest and Medical Research: Why Radiation Oncologists Should Care"*, Yale Department of Therapeutic Radiology Grand Rounds, New Haven, CT

1/05 *"Financial Conflict of Interest and Clinical Research: Where Should We Go From Here?"* Department of Medicine Grand Rounds, New York Presbyterian Hospital, Cornell Medical Center, New York, NY

2/05 *"Issues in Research Informed Consent"*, Yale Pepper Center Annual Career Development Retreat, New Haven, CT

3/05 *"Genetics in Primary Care: A Challenge for the New Millenium"*, Housestaff Conference, Hospital of St. Raphael's, New Haven, CT

3/05 *"Conflict of Interest: Update for 2005"*, Robert Wood Johnson Program, Yale University, New Haven, CT

4/05 *"Conflict of Interest: Update for 2005"*, Faculty Development Seminar Series, Yale University, New Haven, CT

5/05 *"Financial Conflict of Interest and Clinical Research: Beware the Medical Industrial Complex"* NIH Department of Clinical Bioethics Seminar, Bethesda, MD.

4/06 *"Racial and Ethnic Disparities in Clinical Trial Enrollment: What do the Data Say?* American Association for Cancer Research, Washington, DC.

5/06 *"Conflict of Interest in Clinical Research."* National Institutes of Health, Bethesda, MD.

3

**Professional Service**:

| | |
|---|---|
| 1998 | Consulting Editor: <u>The Johns Hopkins Family Health Book</u>. |
| 1999- | Journal Peer Review (ad hoc):<br>*New England Journal of Medicine*<br>*Medical Care*<br>*Journal of Clinical Epidemiology*<br>*Journal of General Internal Medicine*<br>*American Journal of Gastroenterology*<br>*Annals of Internal Medicine*<br>*British Medical Journal*<br>*Journal of the American Medical Association*<br>*Canadian Medical Association Journal*<br>*American Journal of Medicine*<br>*Journal of Clinical Oncology*<br>*Archives of Internal Medicine* |
| 2003 | Expert Reviewer, Scientific Committee, Asociazone Nationale Medici Cardiologi Ospedalieri |
| 2004 | NIH Study Section Participant: National Institute of Neurologic Disease and Stroke: Research on Research Integrity Peer Review Panel |
| 2004 | External Reviewer, Johns Hopkins Evidence Practice Center Report: *Knowledge and Access to Information on Recruitment of Medically Underserved Populations to Clinical Trials* |
| 2004 | Chair, Clinical Investigator Award Selection Committee, Society of General Internal Medicine, New England Regional |
| 2005 | Clinical Investigator Award Selection Committee, Society of General Internal Medicine, New England Regional |
| 2005 | NIH Study Section Participant: National Institute of Neurologic Disease and Stroke: Research on Research Integrity Peer Review Panel |

**Bibliography:**
<u>Peer-reviewed original research</u>

1. **Gross CP**, Reisman A, Schwartz M. The internist as ambivalent samaritan: will physicians resuscitate victims in out-of-hospital emergencies? *Journal of General Internal Medicine*. 1998; 13:491-4.

2. **Gross CP**, Callahan M, Mele J. Will managed care patients accept resident physicians as their primary care providers? A university-based outpatient study. *Journal of General Internal Medicine*. 1998; 13:331-334.

4

3. **Gross CP,** Canto M, Hixson J, Powe N. Management of Barrett's esophagus: a national study of practice patterns and their cost implications. *American Journal of Gastroenterology.* 1999; 94:3440-7.

4. **Gross CP,** Donnelly GB, Reisman AB, Sepkowitz, KA, Callahan MA. Resident expectations of morning report: a multi-institutional study. *Archives of Internal Medicine.* 1999; 159:1910-14.

5. **Gross CP,** Nicholson W, Powe NR. Factors affecting prophylactic oophorectomy in postmenopausal women. *Obstetrics and Gynecology.* 1999; 94:962-968.

6. **Gross CP,** Anderson GF, Powe NR. The relation between NIH funding and burden of disease (with editorial). *New England Journal of Medicine.* 1999; 340:1881-87.

7. **Gross CP,** Steiner CA, Bass EB, Powe NR. Relation between prepublication release of clinical trial results and the practice of carotid endarterectomy. (with editorial) *Journal of the American Medical Association.* 2000; 284:2886-93.

8. **Gross CP,** Mead LA, Ford DE, Klag MJ. Physician, heal thyself? Regular source of care and use of preventive health services in physicians. *Archives of Internal Medicine.* 2000; 160:3209-14.

9. Cruz-Correa M, **Gross CP,** Canto MI, Cabana M, Sampliner RE, Waring JP, McNeil-Solis C, Powe NR. The impact of practice guidelines in the management of Barrett's Esophagus: A national prospective cohort study of physicians. *Archives of Internal Medicine.* 2001; 161:2588-2595.

10. **Gross CP,** Soffer B, Bach PB, Rajkumar R, Forman H. State tobacco control program expenditures and the tobacco settlement. (with editorial) *New England Journal of Medicine.* 2002; 347: 1080-6.

11. Heiat, A, **Gross CP,** Krumholz HM. Representation of elderly, women and minorities in heart failure clinical trials. *Archives of Internal Medicine.* 2002; 162:1682-8.

12. Longacre AV, **Gross CP,** Gallitelli M, Henderson KJ, White RI, Proctor DD. The diagnosis and management of gastrointestinal bleeding in patients with Hereditary Hemorrhagic Telangiectasia. *American Journal of Gastroenterology.* 2003: 98: 59-65.

13. **Gross CP,** Heiat A, Mallory R, Krumholz HM. Reporting the recruitment process in published randomized controlled trials: Who are these patients and how did they get here? *Annals of Internal Medicine.* 2002; 137:10-15.

14. Reisman AR, **Gross CP**. Gender differences in the ability to identify a mentor at morning report: A multi-institutional survey. *Teaching and Learning in Medicine.* 2002; 14: 236-239.

15. **Gross CP**, Cruz-Correa M, Canto MI, McNeil-Solis C, Valente TW, Powe NR The adoption of ablation therapy for Barrett's Esophagus: a cohort study of gastroenterologists. *American Journal of Gastroenterology.* 2002; 97:279-86.

16. Masoudi FA, Havranek EP, Wolfe P, **Gross CP**, Rathore SS, Steiner JF, Ordin DL, Krumholz HM. Most hospitalized older persons do not meet the enrollment criteria for clinical trials in heart failure. *American Heart Journal.* 2003;146:250-7.

17. Rathore SS, Weinfurt KP, **Gross CP**, Krumholz, HM. Validity of a simple ST-elevation acute myocardial infarction risk index: Are randomized trial prognostic estimates generalizable to elderly patients? *Circulation.* 2003;107:811-816.

18. **Gross CP**, Vogel EW, Dhond AJ, Marple CB, Edwards R, Hauch O, Demers EA, Ezekowitz M. Factors influencing physician use of anticoagulation in elderly patients with atrial fibrillation. *Clinical Therapeutics.* 2003; 25:1750-64.

19. Green ML, **Gross CP**, Kernan WN, Wong JG, Holmboe ES. Integrating teaching skills and clinical content in a faculty development workshop. *Journal of General Internal Medicine.* 2003;18:468-74..

20. Bekelman JE, Li Y, **Gross CP**. Scope and impact of financial conflicts of interest in biomedical research: A Systematic Review. *Journal of the American Medical Association.* 2003; 289: 454-65.

21. **Gross CP**, Gupta AR, Krumholz HM. Disclosure of Financial Competing Interests in Randomized, Controlled Trials: Cross-Sectional Review. *British Medical Journal.* 2003; 326:526-527.

22. Krumholz HM, **Gross CP**, Peterson, ED, Barron HV, Radford MJ, Parsons LS, Every NR. Is There evidence of implicit exclusion criteria for the elderly in randomized trials? Evidence from the GUSTO-1 Study. *American Heart Journal.* 2003;146:840-7

23 Murthy VH, Li Y, Krumholz HM, **Gross CP**. Age-, race-, and gender-based disparities in cancer trial participation. *JAMA.* 2004; 291:2720-6.

24 **Gross CP**, Murthy V, Li Y, Kaluzny AD, Krumholz HM. Cancer trial enrollment after state-mandated reimbursement. (with editorial) *JNCI.* 2004; 96: 1063-69.

25. **Gross CP**, Filardo G, Mayne ST, Krumholz HM. The impact of socioeconomic status and race on trial participation for older women with breast cancer. *Cancer.* 2005;103:483-91.

26. **Gross CP**, Garg PP, Krumholz HM. The generalizability of observational data to elderly patients was dependent on the research question in a systematic review. *Journal of Clinical Epidemiology.* 2005;58:130-137.

27. **Gross CP**, Krumholz HM. Managed care and cancer trial enrollment. *Journal of Clinical Oncology*. 2005;23(16):3811-8.

28. Masoudi FA, **Gross CP**, Wang Y, Rathore SS, Havranek ED, Foddy JM, Krumholz HM. Adoption of spironolactone therapy for older patients with heart failure and left ventricular systolic dysfunction in the US: 1998-2001. *Circulation*. 2005;112:39-47.

29. **Gross CP**, Wong N, Dubin JA, Mayne ST, Krumholz HM. Enrollment of older persons in cancer trials after the Medicare reimbursement policy change. *Archives of Internal Medicine*. 2005;165:1514-20.

30. **Gross CP**, Herrin J, Wong N, Krumholz HM. Enrolling older persons in cancer trials: the effect of sociodemographic, protocol and recruitment center characteristics. *Journal of Clinical Oncology*. 2005;23:4755-63.

31. Apkon M, Mattera JA, Lin Z, Herrin J, Bradley EH, Carbone M, Holmboe ES, **Gross CP**, Selter JG, Rich AS, Krumholz HM. A randomized outpatient trial of a decision-support information technology. *Archives of Internal Medicine*. 2005;165:2388-2394.

32. Kim N, **Gross CP**, Curtis J, Stettin G, Wogen S, Choe N, Krumholz HM. The impact of clinical trials on the use of hormone replacement therapy: a population based study. *Journal of General Internal Medicine*. 2005;20:1026-1031.

33. **Gross CP**, Filardo G, Singh HS, Freedman AN, Farrell MH. The relation between projected breast cancer risk, perceived cancer risk and mammography use: results from the National Health Interview Surve. *Journal of General Internal Mediicne*. 2006; 21: 158-164.

34. Wendler D, Kington R, Madans J, Van Wye G, Pratt LA, Brawley OW, **Gross CP**, Emanuel E. Are minorities less willing to participate in health research? *Public Library of Science Medicine*. 2006; 3:19-28.

35. Wilson MS, Inzucchi SE, Joiner KA, Mulligan G, Mechem M, **Gross CP**, Coleman DL. An incentive plan based on utility theory to improve clinical productivity in ambulatory academic specialty practice. *Academic Medicine;* 81: 306-313.

36. Longacre AV, Cramer LD, **Gross CP**. Screening colonoscopy use among individuals at higher colorectal cancer risk. *Journal of Clinical Gastroenterology* (in press).

37. **Gross CP**, Krumholz H, Van Wye G, Emanuel E, Wendler D. Does Random Treatment Assignment Cause Harm to Research Participants? *Public Library of Science Medicine* (in press).

38. Ross JS, **Gross CP**, Desai MM, Hong Y, Grant AO, Daniels SR, Hachinski VC, Gibbons RJ, Gardner TJ, Krumholz HM. Impact of blinded peer review on abstract acceptance. JAMA (in press).

39. Smith BD, **Gross CP**, Smith GL, Galusha DH, Bekelman JE, Haffty BG. Effectiveness of radiation for older women with early breast cancer. Journal of the National Cancer Institute (in press).

**Letters**

40. Reisman AB, **Gross CP**. Increasing stair use. *Ann Intern Med.* 1999;130:616-7.

41. **Gross CP,** Powe NR. Atrial fibrillation: mortality, stroke, and medical costs. *Arch Intern Med* .1998;158:2265-6.

**Editorials, Reviews, Chapters**

42. **Gross CP**, Sepkowitz KA. The myth of the medical breakthrough: smallpox, vaccination, and Jenner reconsidered. *International Journal of Infectious Disease.* 1998:3:1:54-60.

43. **Gross CP**. Emergency Contraception and other post-coital considerations. In Telephone Medicine: a Guide for the Practicing Internist. Reisman, A, Stevens, D (ed.), American College of Physicians, Philadelphia, PA, 2002.

44. **Gross CP**. Financial Conflict of Interest and Medical Research: Beware the Medical-Industrial Complex. Journal of Philosophy, Science, and Law. 2003: 1: http://www.psljournal.com/archives/newsedit/gross.cfm.

**Abstracts (2001-):**

    **Gross CP**, Heiat A, Mallory R, Krumholz HM. The patient recruitment process in published randomized controlled trials: Are trial results relevant to our patients? Poster presentation, SGIM National Meeting, San Diego, CA May 2001.

    **Gross CP**, Vogel EW, Dhond AJ, Marple CB, Edwards R, Hauch O, Demers EA, Ezekowitz M. Factors influencing physician use of anticoagulation in atrial fibrillation: A national survey. Poster presentation, SGIM National Meeting, San Diego, CA May 2001.

    Reisman AB, **Gross CP**. Gender differences in the ability to identify a potential mentor at morning report. Poster presentation, SGIM National Meeting, San Diego, CA May 2001.

    **Gross CP**, Soffer B, Bach PB, Rajkumar R, Forman H. The tobacco settlement: Is a public health opportunity slipping away? The Robert Wood Johnson Clinical Scholars Program National Meeting (plenary session), Ft. Lauderdale, FL, November, 2001.

    Gupta AR, **Gross CP**, Krumholz HM. Disclosures of financial conflict of interest in published research: a study of adherence to the uniform requirements. Fourth

International Congress on Peer Review in Biomedical Publication, Barcelona, Spain, September, 2001; The Robert Wood Johnson Clinical Scholars Program National Meeting (plenary session) Ft. Lauderdale, FL, November, 2001.

Rathore SS, **Gross CP**, Krumholz HM. State mandated coverage of a preventive services visit: is New Jersey's HWPA mandate evidence based? Poster presentation, SGIM National Meeting, Atlanta, GA, May 2002.

**Gross CP**, Farrell M, Filardo G, Irwin M, Singh H, Freedman A. Factors associated with womens' perceived cancer risk: results from the National Health Interview Survey. SGIM National Meeting, Vancouver, BC, 2003.

**Gross CP**, Farrell M, Filardo G, Irwin M, Singh H, Freedman A. The relation between breast cancer risk and mammography utilization: insights from the National Health Interview Survey. SGIM National Meeting, Vancouver, BC, 2003.

Longacre AV, **Gross CP**. Utilization of cancer screening in individuals with a family history of colorectal cancer: a population-based study. SGIM National Meeting, Vancouver, BC, 2003.

**Gross CP**, Filardo G, Mayne S, Krumholz HM. The relation between socioeconomic status and trial enrollment in elderly breast cancer patients. Society of General Internal Medicine (SGIM) National Meeting, Chicago, IL, 2004.

**Gross CP**, Krumholz HM, McAvay GJ, Proctor DD, Tinetti ME. The relation between Medicare coverage for colon cancer screening and stage at diagnosis for older persons with colon cancer. Gerontological Society of America Annual Scientific Meeting, Orlando, FL November 2005.

Ross JS, **Gross CP,** Desai MM, Hong Y, Grant AO, Daniels SR, Hachinski VC, Gibbons RJ, Gardner TJ, Krumholz HM. Impact of blinded peer review on abstract acceptance. Fifth International Congress on Peer Review and Biomedical Publication, Chicago, IL, September 2005.

Shah AD, Schuur J, Forman H, **Gross CP.** Medicaid reimbursement for screening mammography. Society of General Internal Medicine 29th Annual Meeting, Los Angeles, CA, April, 2006.

Schuur J, Shah AD, Forman H, **Gross CP.** Does Medicaid reimbursement rate affect access to diagnostic mammography? Academy Health 2006 Annual Research Meeting, Seattle, WA, June, 2006.

9

**Technical Reports:**

Holmboe ES, Farrell MP, **Gross CP**, Mattera J, Brass L, Jaffe C, Cramer L, Krumholz HM. *Critical appraisal of the Pre and Post Deployment Survey*. Tricare Management Activity, Alexandria, VA, May, 2001.

**Gross CP**, Farrell MP, Mattera J, Brass L, Jaffe C, Holmboe ES, Cramer L, Krumholz HM. *Critical appraisal of the HEAR patient assessment survey*. Tricare Management Activity, Alexandria, VA, May, 2001.

Farrell MP, **Gross CP**, Mattera J, Brass L, Jaffe C, Holmboe ES, Cramer L, Krumholz HM. *Critical appraisal of the Problem Knowledge Coupler*. Tricare Management Activity, Alexandria, VA, May, 2001.

**Society Memberships:**
American College of Physicians, 1996 - present
Society of General Internal Medicine 1995 - present

**Certification:**
Diplomate, American Board of Internal Medicine, 1996
Diplomate, National Board of Medical Examiners, 1994
Medical License: Connecticut

**Work Experience (1996-):**

| | |
|---|---|
| 1998-99 | **Agency for Health Care Policy and Research**<br>Guest Researcher, Center for Organization and Delivery Studies |
| 1997-99 | **The Johns Hopkins University School of Medicine**<br>Facilitator, Physician and Society Course |
| 1996-97 | **Memorial Sloan-Kettering Cancer Center**<br>Department of Medicine Quality Assurance Committee<br>Emergency Preparedness Committee<br>Internship Recruitment Committee |

**Grant/Contract History:**

Current
National Institute on Aging  RFA-AG-04-004                         7/1/04-6/30/08
Paul B. Beeson Career Development Award in Aging
The Impact of Comorbidity on Older Cancer Patients
Effort: 75%
Total: $732,000 over 4 years
Direct (year one): $168,000


Previously funded grants
National Institute on Aging:         P30AG21342                    9/1/02-7/31/05
Yale Older Americans Independence Center, Research Career Development Core
(PI: Tinetti)
Center Direct Costs: $7,905,531 over 5 years     (effort is complementary to Beeson)
Direct Costs to C Gross: $55,000 over 2 years


National Cancer Institute          1 K07 CA90402-01              8/1/01-7/30/04
Barriers to Enrolling Elderly Patients in Cancer Trials (PI: Gross)         75% effort
Total: $688,495 over 5 years; 137,699/year.
Direct: $127,499/year
(subsumed by Beeson Career Award)

National Institutes of Health
Department of Clinical Bioethics    Contract 263 MM 305052      1/1/03-12/31/03
Impact of race on willingness to enroll in randomized trials (PI: Gross)    5% effort
Total costs: $10,000
Direct costs: $9,000

11

Rev 4/3/06