5. Together, these reviews include analysis of 249 unique articles that predominantly define media as television violence and video games. Five of the six systematic reviews concluded that increased media exposure was highly correlated with aggressive behavior. When appropriate, a statistical effect size was calculated to quantify the association between media and violence. (See Cohen J. Statistical power analysis for the behavioral sciences. New York: Academic Press, 1977).

6. We are currently evaluating the quality of each review article, using an adapted version of the Oxman-Guyatt Overview Quality Assessment Questionnaire. This is a widely accepted and validated approach to evaluating the authors' synthesis of the body of published work in a given field. Each review is evaluated according to 12 specific criteria, including the approach to identifying relevant literature, assessing the quality of the included studies, and the approach to synthesizing data. Two members of our research team will be scoring each review. Possible quality scores vary from 0 (lowest) to 1 (highest). (See Oxman AD, Guyatt GH. Validation of an index of the quality of review articles. J Clin Epidemiol 1991; 44:1271-8.) Preliminary scores for these six articles are all above the scoring threshold that is consistent with a strong quality study (0.5). Therefore, although our synthesis is ongoing, it is apparent to me that the medical literature supports a strong association between video games and violent behavior.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 18, 2006 at _____, California.

Cary P. Gross, M.D.

New Haven, CT

3234/001/X77057.v1

2.    Case No. C 05 4188 RMW RS
DECLARATION OF CARY P. GROSS, M.D.