1  GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP
   ROBERT A. GOODIN, State Bar No. 061302
2  FRANCINE T. RADFORD, State Bar No. 168269
3  505 Sansome Street, Suite 900
   San Francisco, California  94111
4  Telephone:   (415) 392-7900
   Facsimile:    (415) 398-4321
5

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS V. LORAN III, State Bar No. 95255
7  JOANNE H. KIM, State Bar No. 221525
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA 94120-7880
9  Telephone:   (415) 983-1000
   Facsimile:    (415) 983-1200
10

11 Attorneys for Amicus Curiae Common Sense Media
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

| | |
|---|---|
| 16  VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,<br>17<br>18                Plaintiffs,<br>19  v.<br>20  ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara.<br>21<br>22<br>23<br>24<br>25<br>26<br>27                Defendants. | No. C 05 4188 RMW RS<br><br>**DECLARATION OF MICHAEL OGDEN RICH, MD, MPH**<br><br>Date of Filing:  No Date Set |

28
                                                    Case No. C 05 4188 RMW RS
                            DECLARATION OF MICHAEL OGDEN RICH

I, Michael Ogden Rich, declare:

1. I am a medical doctor specializing in pediatrics. I received my M.D. from Harvard Medical School in 1991 and a Master's in Public Health from Harvard School of Public Health in 1997. I am currently an Assistant Professor of Pediatrics at Harvard Medical School and Assistant Professor of Society, Human Development and Health at the Harvard School of Public Health. I have directed and conducted research on the influence of media, positive and negative, on the health and development of children and adolescents, taught courses on the role of media in children's lives and its impact on their health, and have testified before the United States Senate and House of Representatives on issues surrounding children and the media five times since 2000. A true and correct copy of my complete curriculum vitae is attached hereto as Exhibit A.

2. I make this declaration in opposition to plaintiffs' motion for summary judgment. I know the following facts of my own knowledge, and if called as a witness, could testify competently thereto.

3. Having come to medicine after a twelve-year career as a filmmaker, my research explores the interface between medicine and communications media. Cognizant of the potency of the image and of the primacy of mass media as a source of information and influence for young people, I have focused on media as a force that affects health and behavior and as a tool for medical research, education, health care policy, and advocacy.

4. Because of my experience and expertise in media and child health, I have served as a member of the American Academy of Pediatrics' Committee on Public Education and on the Editorial Board of *Pediatrics*. In 2002, building on my research in the area of media and child health, I founded the Center on Media and Child Health at Children's Hospital Boston, with institutional ties to Harvard Medical School and Harvard School of Public Health. The mission of the Center on Media and Child Health is 1) to conduct original interdisciplinary research and meta-analyses to determine and quantify the effects, positive and negative, of media exposure on the health-related behaviors and physical, mental and social health of young people, 2) to develop and evaluate media-related prevention strategies and intervention tools for protecting and

1 maintaining child health, 3) to use media to promote health by developing video, radio, computer
2 and Internet health education and intervention tools, and 4) to train researchers and clinicians in
3 the area of media and child health and to provide accurate, current research and clinical
4 information with which to teach and empower children, adolescents, and families to expect and
5 demand healthier lifestyles.

6     5. In March of 2005, I testified before the Illinois House Judicial Committee
7 on the effects of media on children's health. A true and correct copy of my testimony is attached
8 hereto as Exhibit B.

9     6. Under my direction, the Center on Media and Child Health (the "CMCH")
10 has to date reviewed 190 research studies published from 1982 to 2006 on the effects of violent
11 video game play on users, and has prepared a summary of those studies with their results and
12 conclusions. A true and correct copy of the CMCH summary as of April 4, 2006 is attached
13 hereto as Exhibit C. As I testified in March 2005, a recent study performed using more
14 sophisticated techniques than earlier studies found the strength of the correlation between violent
15 media exposure and aggressive behavior to be .31, a medium-sized effect. To place this in
16 context, the relationship between exposure to media and aggression is stronger than the
17 relationships between lead exposure and mental retardation in children or passive smoke exposure
18 and lung cancer.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 18, 2006 at Boston, Massachusetts.

Michael Rich, MD, MPH

3234/001/X77109.v1
4:27 PM

2.     Case No. C 05 4188 RMW RS
DECLARATION OF MICHAEL RICH