CURRICULUM VITAE

**DATE PREPARED:** April 4, 2006

**PART I: General Information**

**Name:**      MICHAEL OGDEN RICH, M.D., M.P.H., F.A.A.P., F.S.A.M.


**Home Address:** 17 Corey Road
Brookline, MA 02445


**Office Address:** Center on Media and Child Health
Division of Adolescent/Young Adult Medicine
Children's Hospital Boston
300 Longwood Avenue
Boston, MA 02115  United States
**Phone:**         (617) 355-5420
**Email:**         michael.rich@childrens.harvard.edu
**Fax:**           (617) 730-0004
**Place of Birth:** Washington, D.C., U.S.A.

**Education:**

| | |
|---|---|
| 1977 | B.A., Pomona College, Claremont, CA |
| 1991 | M.D., Harvard Medical School, Boston, MA |
| 1997 | M.P.H., Harvard School of Public Health, Boston, MA |

**Postdoctoral Training:**

| | |
|---|---|
| 1991-1992 | Intern in Pediatrics, Children's Hospital Boston, MA |
| 1992-1994 | Resident in Pediatrics, Children's Hospital Boston, MA |
| 1994-1996 | Fellow in Adolescent Medicine, Children's Hospital Boston, MA |

**Licensure and Certification:**

| | |
|---|---|
| 1992 | Diplomate, National Board of Medical Examiners |
| 1994 | Diplomate, American Board of Pediatrics, General Pediatrics |
| 1996 | Commonwealth of Massachusetts Board of Registration in Medicine |
| 1997 | Diplomate, American Board of Pediatrics, Sub-board in Adolescent Medicine |
| 2001 | Diplomate, American Board of Pediatrics, General Pediatrics |
| 2004 | Diplomate, American Board of Pediatrics, Sub-board in Adolescent Medicine |

**Academic Appointments:**

| | |
|---|---|
| 1994-1996 | Clinical Fellow in Pediatrics, Harvard Medical School, Boston, MA |
| 1996-2000 | Instructor of Pediatrics, Harvard Medical School, Boston, MA |
| 1997-2003 | Instructor of Public Health Practice, Harvard School of Public Health, Boston, MA |
| 2000- | Assistant Professor of Pediatrics, Harvard Medical School, Boston, MA |
| 2003- | Assistant Professor of Society, Human Development, and Health, Harvard School of Public Health, Boston, MA |

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 1991-1994 | Resident in Pediatrics, Children's Hospital Boston, MA |
| 1994-1996 | Fellow in Adolescent Medicine, Children's Hospital Boston, MA |
| 1996- | Assistant in Medicine, Children's Hospital Boston, MA |
| 1996- | Staff Physician, Bentley College, Waltham, MA |

**Other Professional Positions and Major Visiting Appointments:**

| | |
|---|---|
| 1994- | Director and Principal Investigator, Video/Intervention Prevention Assessment (VIA), Children's Hospital Boston/Harvard Medical School |
| 1996-1999 | Medical Director & Vice President, HealthAct, Boston, MA |
| 1999 | Workgroup on Communications and HIV/STD Prevention, National Institute of Mental Health, Bethesda, MD |
| 1999 | Visiting Professor, University of Vermont School of Medicine, Burlington, VT |
| 2000 | Visiting Professor, University of Medicine and Dentistry of New Jersey |
| 2000 | Visiting Professor, Hospital for Sick Children/University of Toronto |
| 2001- | Doctoral Committee, University of Toronto |
| 2001 | Visiting Professor, Royal Children's Hospital, Melbourne, Australia |
| 2002- | Director, Center on Media and Child Health, Children's Hospital Boston/Harvard Medical School |
| 2002 | Visiting Professor, University of Minnesota |
| 2003 | AAP CATCH Visiting Professor, Schneider Children's Hospital and Long Island Jewish Hospital, Long Island, NY |

**Hospital and Health Care Organization Clinical Service Responsibilities:**

| | |
|---|---|
| 1994-1995 | 8 clinical sessions/week, 13 weeks call/year, Children's Hospital Boston, MA |
| 1995-1997 | 4 1/2 clinical sessions/week, 10 weeks call/year, Children's Hospital Boston, MA |
| 1997-2000 | 5 clinical sessions/week, 7 weeks call/year, Children's Hospital Boston, MA |
| 2000- | 3 clinical sessions/week, 7 weeks call/year, Children's Hospital Boston, MA |

**Major Committee Assignments:**

| | |
|---|---|
| 1994- | Quality Improvement, Adolescent/Young Adult Clinic, Committee Member, Children's Hospital Boston, MA |
| 1999- | Risk Reduction/Health Communications, Research Member, Dana-Farber/Harvard Comprehensive Cancer Center, Boston, MA |
| 2002- | The Academy at Harvard Medical School, Scholar, Harvard Medical School, Boston, MA |
| 2005- | MBM Foundation Board of Visitors, Member, Menninger, Affiliated with Baylor College of Medicine & The Methodist Hospital |

**Professional Societies:**

| | |
|---|---|
| 1988- | Massachusetts Medical Society, Member |
| 1989- | American Medical Association, Member |
| 1991- | Physicians for Human Rights, Member |
| 1992- | American Academy of Pediatrics, Fellow |
| |     Section on Computers and Technology, Member, 1998- |
| |     Section on Adolescent Health, Member, 1998- |
| |     Committee on Public Education, Section Voting Member, 1998-2004 |
| |     Public Relations, Massachusetts Chapter, Chair, 1998- |
| 1994- | Society for Adolescent Medicine (National), Fellow |
| |     Qualitative Research Special Interest Group, Leader, 1996- |
| |     Information Technology Committee, 1998-2004 |
| |     Resource Development Committee, Member, 1999-2002 |
| |     Resource Development Committee, Chair, 2001-2002 |
| 1994- | Society for Adolescent Medicine (New England Chapter), Member |
| 1994- | Physicians for Social Responsibility, Member |
| 1996- | American Public Health Association, Member |
| 1998- | Asthma and Allergy Foundation of America (New England Chapter), Board of Directors |
| 2000- | Society for Pediatric Research, Member |
| 2003- | International Communication Association, Member |

**Community Service Related to Professional Work:**

| | |
|---|---|
| 1997 | Discussant and co-coordinator, asthma education radio talk show, Enough is Enough, WJMN 94.5 FM, Waltham, MA |
| 1997 | Presenter (with Jackie Joyner-Kersee), Don't Let Asthma Keep You from Going for the Gold!, Dimock Community Health Center, Roxbury, MA |
| 1998- | Executive Board, Flashpoint, Media Literacy Initiative, Office of the Eastern District Attorney, Salem, MA |
| 1998 | Writer, News in School Health, Division of School Health, Massachusetts Department of Public Health |
| 1999 | Consulting Physician, WINGS Program/Winsor School, Boston, MA |

| 2003 | Presenter, VIA: The Illness Experience of Children and Adolescents, Institute of Contemporary Art, Boston, MA |
| 2003 | Discussant, education video: Patient-Doctor Relationships, Institute of Contemporary Art, Boston, MA |
| 2003 | Presenter, Patient-Doctor Relationships, Institute of Contemporary Art, Boston, MA |

**Editorial Boards:**

| 1996 | Ad-Hoc Reviewer, The New England Journal of Medicine |
| 1998- | Ad-Hoc Reviewer, Annals of Epidemiology |
| 1998- | Ad-Hoc Reviewer, Journal of Pediatrics |
| 1998- | Ad-Hoc Reviewer, Journal of Adolescent Medicine |
| 1999- | Ad-Hoc Reviewer, Archives of Pediatrics and Adolescent Medicine |
| 2000- | Editorial Board, Pediatrics |
| 2000- | Ad-Hoc Reviewer, Preventive Medicine |
| 2000- | Ad-Hoc Reviewer, Quality of Life in Medicine |
| 2000- | Ad-Hoc Reviewer, Health Education and Behavior |
| 2000- | Ad-Hoc Reviewer, Acta Paediatrica |
| 2002- | Ad-Hoc Reviewer, Journal of Substance Abuse |
| 2002- | Ad-Hoc Reviewer, Analyses of Social Issues and Public Policy |
| 2002- | Ad-Hoc Reviewer, Journal of Developmental and Behavioral Pediatrics |

**Awards and Honors:**

| 1976 | Student-Faculty Research Grant, Pomona College, Claremont, CA |
| 1978 | Luce Scholar, The Luce Foundation, New York, NY |
| 1979 | Film Production Grant, Japan-U.S. Friendship Commission, New York, NY |
| 1993 | Schliesman Traveling Fellowship, Children's Hospital Boston, MA |
| 1994 | Farley Fund Fellowship, Children's Hospital Boston, MA |
| 1995 | Von L. Meyer Award, Children's Hospital Boston, MA |
| 1996 | Maternal and Child Health Training Grant Award, Maternal and Child Health Bureau |
| 1997 | Finalist, New Investigator Award, Society for Adolescent Medicine |
| 1998 | New Investigator Award, Society for Adolescent Medicine |
| 2004 | Katie Lynch Award, Children's Hospital Boston, MA |
| 2005 | Holroyd-Sherry Award, American Academy of Pediatrics |

## Part II: Research, Teaching, and Clinical Contributions

### A. Narrative Report

Having come to medicine after a twelve-year career as a filmmaker, my research explores the interface between medicine and communications media. Cognizant of the potency of

the image and of the primacy of mass media as a source of information and influence for young people, I have focused on media as a force that affects health and behavior and as a tool for medical research, education, health care policy, and advocacy.

Because of my experience and expertise in media and child health, I am a member of the American Academy of Pediatrics' Committee on Public Education and of the Editorial Board of *Pediatrics*. In 2002, building on my research in the area of media and child health, I founded the Center on Media and Child Health at Children's Hospital Boston, with institutional ties to Harvard Medical School, Harvard School of Public Health, and Harvard Graduate School of Education. The mission of the Center on Media and Child Health is 1) establish a multidisciplinary, collaborative research group to conduct original research and meta-analyses of the extant research to determine and quantify the effects, positive and negative, of media exposure on the health-related behaviors, physical, and mental health of young people, 2) to develop and evaluate media-related prevention strategies and intervention tools for protecting and maintaining child health, 3) to expand on my experience in using media to promote health by developing video, radio, and Internet health education and intervention tools, and 4) to train researchers and clinicians in the area of media and child health and to provide accurate, current research and clinical information with which to teach and empower children, adolescents, and families to expect and demand healthier lifestyles.

My major research effort focuses on patient-generated video as research data, educational material, and advocacy tools. Since 1994, I have developed and refined a qualitative research methodology, Video Intervention/Prevention Assessment (VIA), which explores the illness experience from the patient's perspective. Disease cannot be effectively understood, prevented, or treated in isolation from the context in which the patient lives. VIA was developed based on the reasoning that medical care will be more effective and more humane when clinicians have better knowledge of patients' day-to-day experiences living with and managing illness. Researchers ask study participants to "teach us about your illness" by making video diaries of their lives with their medical conditions. After participants are evaluated with standard-of-care medical and psychosocial assessments, they make visual illness narratives. Participants carry video camcorders, documenting their day-to-day lives, interviewing family and friends, and recording personal monologues about their illness experiences. The raw data of the video diaries are evaluated using observational techniques, grounded theory, narrative analysis, and visual anthropology. Analyses done by a physician, a clinical social worker, and an anthropologist are triangulated to determine areas of congruence and dissonance, then compared to the data derived from participants' medical and psychosocial assessments. The pilot VIA study of children and adolescents with asthma yielded previously inaccessible information about the illness experience and the context in which medical problems are managed, finding environmental risk factors, ineffective self-management, and problematic beliefs about both asthma and the health care system. The VIA methodology and findings were presented to the 1998 national meeting of the Society for Adolescent Medicine, which honored this research with their New Investigator Award. Patient-created video can be an effective tool for understanding patients' illness experiences, revealing the world in which they manage disease through the eyes of the patients themselves. Beyond research, these illness narratives have great potential for

educating the medical community through curricular materials that I am currently developing for medical students and clinicians, a major focus of my work as a Scholar of the Academy at Harvard Medical School. Video documentation of the illness experiences of young people affected by asthma, obesity, and disability derived from VIA can be used to teach young patients and their families about living with their medical conditions and to educate and sensitize the general public to their realities. VIA material has been broadcasted nationally on ABC World News Tonight, National Public Radio, and Primetime Live. In approaching public health issues that affect millions, the value of broadcasting this material cannot be overstated.

## B. Funding Information

| 1994 | P.I., William F. Milton Fund Large Grant, Video Intervention/Prevention Assessment (VIA) |
| 1994 | P.I., Gerondelis Foundation, Video Intervention/Prevention Assessment (VIA) |
| 1994-1995 | P.I., Noonan Memorial Fund, Video Intervention/Prevention Assessment (VIA) |
| 1995 | P.I., Agnes M. Lindsay Trust, Video Intervention/Prevention Assessment (VIA) |
| 1995 | P.I., John W. Alden Trust, Video Intervention/Prevention Assessment (VIA) |
| 1996 | P.I., John W. Alden Trust, Video Intervention/Prevention Assessment (VIA) |
| 1997-1998 | P.I., Arthur Vining Davis Foundations, Video Intervention/Prevention Assessment (VIA) |
| 1999 | P.I., John W. Alden Trust, Video Intervention/Prevention Assessment (VIA) |
| 1999 | P.I., McCarthy Foundation, Video Intervention/Prevention Assessment (VIA) |
| 2000 | P.I., Agnes M, Lindsay Trust, Video Intervention/Prevention Assessment (VIA) |
| 2000-2005 | P.I., K23 HD01296-01A1, Video Intervention/Prevention Assessment (VIA) - Transitions; National Institute of Child Health and Human Development |
| 2001 | P.I., Noonan Memorial Fund, Video Intervention/Prevention Assessment (VIA) - Spina Bifida |
| 2002- | P.I., Center on Media and Child Health, Media and Child Health Research |
| 2002-2003 | P.I., Aerosmith Endowment Fund for Prevention and Treatment of HIV and AIDS, Video Intervention/Prevention Assessment (VIA) - HIV |
| 2005 | P.I., William F. Milton Fund Large Grant, Video Intervention/Prevention Assessment (VIA) - Cystic Fibrosis Transitions |
| 2005 | P.I., Christopher Reeve Paralysis Foundation, Video Intervention/Prevention Assessment (VIA) - Spina Bifida Transitions |
| 2005-2007 | P.I., Charles H. Hood Foundation: Child Health Research Grant, Video |

|  |  |
|---|---|
|  | Intervention/Prevention Assessment (VIA)- Overweight and At Risk (OAR) |
| 2005- | P.I., Aerosmith Endowment Fund for Prevention and Treatment of HIV and AIDS, An Innovative Approach to Assessing Adolescents' Exposure to Media with Sexual Content |
| 2006-2009 | Investigator, Institute of Museum and Library Services Grant, Database Project |

## D. Report of Teaching

### 1. Local contributions

#### a. Medical School Courses

| 1993 | Ambulatory Clerkship | | | |
|---|---|---|---|---|
| | | | *contact time* | *prep time* |
| | Tutor in Outpatient Pediatrics | 8 Medical Students | 6 hours/year for 1 year(s) | 18 hours/year for 1 year(s) |

| 1996 | Pathophysiology | | | |
|---|---|---|---|---|
| | | | *contact time* | *prep time* |
| | Lecturer | 150 Medical Students | 1 hours/year for 1 year(s) | 3 hours/year for 1 year(s) |

| 1996 | Ambulatory Clerkship | | | |
|---|---|---|---|---|
| | | | *contact time* | *prep time* |
| | Lecturer | 45 Medical Students | 1 hours/year for 1 year(s) | 3 hours/year for 1 year(s) |

| 1996 | Ambulatory Clerkship | | | |
|---|---|---|---|---|
| | | | *contact time* | *prep time* |
| | Lecturer | 30 Medical Students | 1 hours/year for 1 year(s) | 3 hours/year for 1 year(s) |

| 1998-2002 | Patient Doctor III | | | |
|---|---|---|---|---|
| | | | *contact time* | *prep time* |
| | Lecturer | 80 Medical Students | 2 hours/year for 5 year(s) | 7 hours/year for 5 year(s) |

| 2002- | Injury and Violence Prevention | | | |
|---|---|---|---|---|
| | | | *contact time* | *prep time* |
| | Lecturer | 20 Medical Students | 2 hours/year for 4 year(s) | 4 hours/year for 4 year(s) |

#### b. Graduate Medical Courses

| 1993 | "The Difficult Patient-Doctor Relationship" | | | |
| | | | *contact time* | *prep time* |
| | Lecturer | 25 Resident | 1 hours/year for 1 year(s) | 6 hours/year for 1 year(s) |

| 1994- | Core Adolescent Medicine Training | | | |
| | | | *contact time* | *prep time* |
| | Lecturer | 2 Medical Students 5 Resident | 5 hours/year for 1 year(s) | 10 hours/year for 1 year(s) |

| 1994-2004 | Quality Improvement: "Asthma Management and Patient Education" | | | |
| | | | *contact time* | *prep time* |
| | Lecturer | 35 Resident | 1 hours/year for 11 year(s) | 4 hours/year for 11 year(s) |

| 1994 | Grand Rounds: "When the Chest X-Ray Is Not Black-and-White: A Case of Late-Onset Diaphragmatic Hernia" | | | |
| | | | *contact time* | *prep time* |
| | Lecturer | 50 Medical Students 50 Resident 50 Other Students | 1 hours/year for 1 year(s) | 8 hours/year for 1 year(s) |

| 1994- | Adolescent Health Training Program Core Curriculum: "The Logic and Techniques of Qualitative Research" | | | |
| | | | *contact time* | *prep time* |
| | Lecturer | 6 Post-doc Students 35 Resident 8 Other Students | 4 hours/year for 10 year(s) | 8 hours/year for 10 year(s) |

| 1997 | HSB 212 Developing Radio Communication: "Asthma Education Through Radio Communications" | | | |
| | | | *contact time* | *prep time* |
| | Lecturer | 20 Graduate Students | 2 hours/year for 1 year(s) | 6 hours/year for 1 year(s) |

| 1998 | MC 760 Contemporary Issues in Maternal and Child Health: "Child Health and Poverty: The Case of Asthma" | | | |
| | | | *contact time* | *prep time* |
| | Lecturer | 20 Graduate Students | 2 hours/year for 1 year(s) | 6 hours/year for 1 year(s) |

| 1998-2002 | HPM 208bc Adolescent Health: "Patient-Controlled Video as a Health Research and Advocacy Tool" | | | |

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 20 Graduate Students | 1 hours/year for 5 year(s) | 4 hours/year for 5 year(s) |

**1998-2002**    <u>HPM 208bc Adolescent Health: "Media Effects on Adolescent Health Risk Behaviors"</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 20 Graduate Students | 2 hours/year for 5 year(s) | 8 hours/year for 5 year(s) |

**1999**    <u>ID 264bcd Practice of Family and Community Health</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Preceptor | 2 Graduate Students | 20 hours/year for 1 year(s) | 40 hours/year for 1 year(s) |

**1999**    <u>H 099 Research Methodologies: Development of VIA Research Protocol for HIV Seropositive Children and Adolescents"</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Instructor | 1 Graduate Students | 20 hours/year for 1 year(s) | 40 hours/year for 1 year(s) |

**1999**    <u>HSB 211 Health Promotion Through the Mass Media: "Patient-Controlled Video as a Health Research and Advocacy Tool"</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 31 Graduate Students | 2 hours/year for 1 year(s) | 6 hours/year for 1 year(s) |

**2001**    <u>"Media and Child Health: Peril and Promise"</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Symposium Co-leader & Lecturer | 60 Medical Students | 9 hours/year for 1 year(s) | 60 hours/year for 1 year(s) |

**2001**    <u>"Pediatricians' Response to Terrorism"</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 60 Post-doc Students | 3 hours/year for 1 year(s) | 10 hours/year for 1 year(s) |

**2003-**    <u>SHH 208 Adolescent Health</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Course Director | 27 Graduate Students | 32 hours/year for 1 year(s) | 120 hours/year for 1 year(s) |

**c. Local Invited Presentations**

## Grand Rounds

1998        "Video Intervention/Prevention Assessment (VIA): An Innovative
            Methodology for Understanding the Pediatric Illness Experience",
            Children's Hospital Boston, MA
            Lecturer: 20 participants, 1 hours contact time per year,
            4 hours prep time per year

1998        "Video Intervention/Prevention Assessment (VIA): An Innovative
            Methodology for Understanding the Adolescent Illness Experience",
            Beth Israel Hospital, Boston, MA
            Lecturer: 20 participants, 1 hours contact time per year,
            4 hours prep time per year

1998        "Video Intervention/Prevention Assessment of Asthma", Brigham &
            Women's Hospital and Children's Hospital Boston, MA
            Lecturer: 20 participants, 1 hours contact time per year,
            4 hours prep time per year

2000        "Using Media Tools for Asthma Education", Brigham and Women's
            Hospital and Children's Hospital Boston, MA
            Lecturer: 20 participants, 1 hours contact time per year,
            4 hours prep time per year

2001        "Understanding the Experience of Chronic Illness", Children's Hospital
            Boston, MA
            Lecturer: 200 participants, 1 hours contact time per year,
            4 hours prep time per year

2001        "Media and Child Health: Peril and Promise", Children's Hospital
            Boston, MA
            Lecturer: 200 participants, 1 hours contact time per year,
            4 hours prep time per year

2001        "Understanding the Illness Experience from the Inside Out: Learning
            from Patients' Visual Narratives", Cambridge Hospital Boston, MA
            Lecturer: 20 participants, 1 hours contact time per year,
            4 hours prep time per year

2005        "Media and Child Health: Peril and Promise", Children's Hospital
            Boston, MA
            Lecturer: 200 participants, 1 hours contact time per year,
            4 hours prep time per year

## Seminar

1995        "Video Intervention/Prevention Assessment of Asthma", Channing
            Laboratory, Harvard Medical School, Boston, MA
            Lecturer: 20 participants, 1 hours contact time per year,
            4 hours prep time per year

1996        "Video Intervention/Prevention Assessment (VIA)", Children's Hospital
            Boston, Leadership Education in Adolescent Health, Boston, MA
            Lecturer: 50 participants, 1 hours contact time per year,
            2 hours prep time per year

1998        "Video Intervention/Prevention Assessment (VIA): An Innovative
            Methodology for Understanding the Adolescent Illness Experience",
            Bentley College, Waltham, MA
            Lecturer: 20 participants, 1 hours contact time per year,
            4 hours prep time per year

1998        "Visual Research Methods", Harvard Medical School and School of
            Public Health, Brigham & Women's Hospital, MGH, Boston, MA
            Lecturer: 30 participants, 2 hours contact time per year,
            8 hours prep time per year

1998        "Flashpoint - Life Skills Through the Lens of Media Literacy", Office of
            the Eastern District Attorney, Salem, MA
            Lecturer: 40 participants, 3 hours contact time per year,
            8 hours prep time per year

1998        "Video Intervention/Prevention Assessment (VIA): An Innovative
            Methodology for Understanding the Illness Experience", Massachusetts
            Interdisciplinary Discourse Analysis Seminar, Harvard University,
            Cambridge, MA
            Lecturer: 50 participants, 2 hours contact time per year,
            8 hours prep time per year

1998        "Video Intervention/Prevention Assessment (VIA): A Qualitative
            Methodology for Understanding the Adolescent Illness Experience",
            Harvard Medical School and School of Public Health, Brigham &
            Women's Hospital, MGH, Boston, MA
            Lecturer: 200 participants, 2 hours contact time per year,
            8 hours prep time per year

1999        "Media Exposure and Adolescent Health", Bentley College, Waltham,
            MA
            Lecturer: 80 participants, 1 hours contact time per year,
            4 hours prep time per year

2000        "Men's Health", Bentley College, Waltham, MA

Lecturer: 30 participants, 2 hours contact time per year,
4 hours prep time per year

2000    "Media Exposure and College Health", Bentley College, Waltham, MA
Lecturer: 30 participants, 1 hours contact time per year,
4 hours prep time per year

2001    "Media and Adolescent Health", Children's Hospital Boston, MA
Lecturer: 50 participants, 1 hours contact time per year,
2 hours prep time per year

2001    "Pediatricians Response to Terrorism", Children's Hospital Boston, MA
Lecturer: 50 participants, 1 hours contact time per year,
4 hours prep time per year

2001    "Asthma in the Home Environment", Children's Hospital Boston,
Asthma Summer Camp, Boston, MA
Lecturer: 50 participants, 1 hours contact time per year,
4 hours prep time per year

2001    "Asthma Quality Improvement", Children's Hospital Boston, MA
Lecturer: 40 participants, 1 hours contact time per year,
2 hours prep time per year

2001    "Media and Child Health: Peril and Promise", Harvard School of Public
Health, Boston, MA
Lecturer: 30 participants, 1 hours contact time per year,
2 hours prep time per year

2002    "Asthma in Life Context", Harvard Medical School, Boston, MA
Lecturer: 40 participants, 1 hours contact time per year,
2 hours prep time per year

2003    "Asthma in Life Context", Harvard Medical School
Lecturer: 40 participants, 1 hours contact time per year,
2 hours prep time per year

2004    "Sex, Drugs and Lock 'n' Load: How the Media Affects Adolescent
Mental Health", Harvard Medical School, Adolescent Self-Destruction
Symposium, Boston, MA
Lecturer: 300 participants, 1 hours contact time per year,
4 hours prep time per year

2004    "Media Effects on Adolescent Health", Harvard Medical School,
Boston, MA
Lecturer: 400 participants, 1 hours contact time per year,

2 hours prep time per year

2004        "Media Effects on Child Health", Harvard Medical School, Boston, MA
            Lecturer: 30 participants, 2 hours contact time per year,
            4 hours prep time per year

2004        "Male Adolescent Health", Bentley College, Waltham, MA
            Lecturer: 40 participants, 2 hours contact time per year,
            4 hours prep time per year

2004        "Media and Mental Health of Children and Adolescents", McLean
            Hospital, Belmont, MA
            Lecturer: 50 participants, 3 hours contact time per year,
            6 hours prep time per year

2004        "Media and Child Health: Peril or Promise", Children's Hospital Boston,
            MA
            Lecturer: 300 participants, 1 hours contact time per year,
            2 hours prep time per year

2004        "Media and Body Damage", RED Conference, Children's Hospital
            Boston, MA
            Lecturer: 30 participants, 1 hours contact time per year,
            2 hours prep time per year

2005        "Media Violence", Harvard Medical School, Boston, MA
            Lecturer: 30 participants, 2 hours contact time per year,
            4 hours prep time per year

2005        "Adolescent Health", Harvard School of Public Health, Boston, MA
            Lecturer: 20 participants, 2 hours contact time per year,
            4 hours prep time per year

2005        "Pediatric Psychology", Tufts University, Medford, MA
            Lecturer: 15 participants, 1 hours contact time per year,
            2 hours prep time per year

2005        "Children at Risk and People Who Serve Them", Boston University,
            Boston, MA
            Lecturer: 30 participants, 3 hours contact time per year,
            6 hours prep time per year

2005        "Anorexia Nervosa", Children's Hospital Boston, MA
            Lecturer: 8 participants, 1 hours contact time per year,
            2 hours prep time per year

### d. Continuing Medical Education Courses

1995-  "Media Effects on Adolescent Health Risk Behaviors"
    Workshop: 100 participants, 3 hours contact time per year,
    10 hours prep time per year

1995-  "Managing Asthma With the Adolescent"
    Workshop : 100 participants, 3 hours contact time per year,
    10 hours prep time per year

1995   "Chronic Fatigue Syndrome"
    Workshop: 100 participants, 3 hours contact time per year,
    10 hours prep time per year

1995   "Outpatient Management of the Adolescent With Asthma"
    Lecturer: 100 participants, 1 hours contact time per year,
    6 hours prep time per year

2000   "Realities of Living with Asthma"
    Lecturer: 200 participants, 1 hours contact time per year,
    2 hours prep time per year

2000   "Surfing the Med: Implications and Solutions for Patient Education"
    Lecturer: 200 participants, 1 hours contact time per year,
    6 hours prep time per year

2001   "Kids With Asthma Can Camp"
    Lecturer: 80 participants, 1 hours contact time per year,
    6 hours prep time per year

2001   "Putting a Face to Asthma"
    Keynote Speaker: 100 participants, 1 hours contact time per year,
    10 hours prep time per year

2001   "Media and Child Health: Peril and Promise"
    Lecturer/Workshop Leader: 200 participants,
    2 hours contact time per year, 8 hours prep time per year

2002   "Completion, Not Defeat: Reframing Mortality"
    Keynote Speaker: 100 participants, 1 hours contact time per year,
    10 hours prep time per year

2003   "Managing Asthma in 'Real Life' Context"
    Keynote Speaker: 200 participants, 2 hours contact time per year,
    20 hours prep time per year

2003          "Teens and Media"
Lecturer: 25 participants, 1 hours contact time per year,
3 hours prep time per year

2005          "Mediating Media: Protecting and Enhancing Teen Health"
Lecturer: 200 participants, 1 hours contact time per year,
2 hours prep time per year

2005          "Media and Child Health: Peril and Promise"
Lecturer: 100 participants, 1 hours contact time per year,
4 hours prep time per year

**e. Advisory and Supervisory Responsibilities in Clinical or Laboratory Setting**

1994-          5 Medical Students and Residents for 300 hrs/year, Preceptor,
supervising ambulatory clinic, Adolescent/Young Adult Medical
Practice

1995          25 Physicians, Fellows, and Pediatric Residents for 3 hrs/year, Lecturer,
"Care of the Adolescent", Department of Medicine, General Pediatric
Curriculum

1996          6 Pharmacy Interns and Pharmacists for 3 hrs/year, Lecturer, ,
"Management of Asthma in the Adolescent", Department of Pharmacy

**f. Leadership Roles**

1993          Ambulatory Clerkship, Harvard Medical School
Responsibility: Tutor in Outpatient Pediatrics - 8 third year medical
students - 18 hours preparation and 6 hours contact time

1994-          Preceptor, Adolescent/Young Adult Clinic, Children's Hospital Boston
Responsibility: Preceptor of residents/medical students

1996          Pathophysiology, Harvard Medical School
Responsibility: Lecturer on Asthma Pathophysiology - 150 second year
students - 3 hours preparation and 1 hour contact time

1996          Ambulatory Clerkship, Harvard Medical School
Responsibility: Lecturer on Outpatient Asthma Management - 45 third
year medical students - 3 hours preparation and 1 hour contact time

1996          Ambulatory Clerkship, Harvard Medical School
Responsibility: Lecturer on General Adolescent Problems - 30 second
year medical students - 3 hours preparation and 1 hour contact time

1998-2001    Patient Doctor III, Harvard Medical School
             <u>Responsibility</u>: Lecturer on the Illness Experience - 80 third year
             medical students - 7 hours preparation and 2 hours contact time/year

2002-        Injury and Violence Prevention, Harvard Medical School
             <u>Responsibility</u>: Lecturer - 20 first and second year medical students - 7
             hours preparation and 2 hours contact time/year

2002-        Scholar, Academy at Harvard Medical School, Harvard Medical School
             <u>Responsibility</u>: Develop new medical training curricula

2003-        Course Director, SHH 208: Adolescent Health, Harvard School of
             Public Health
             <u>Responsibility</u>: 27 students in public health - 120 hours preparation and
             32 hours contact time

## g. Advisees/Trainees

| Training Duration | Name | Current Position |
|---|---|---|
| 1994-1997 | Steven Lamola, MD | Resident, University of Washington |
| 1996-2004 | Lauren Handelman, MD | Assistant Clinician in Immunology, Children's Hospital Boston |
| 1997-1998 | Sheldon Zink, PhD | Director, Program for Transplant Policy and Ethics, University of Pennsylvania |
| 1997-1998 | Allison Nagy, MPH | Researcher, Harvard School of Public Health |
| 1997-1998 | Stacy A. Taylor, MD | Resident in Psychiatry, Harvard Medical School |
| 1998-1999 | Gretchen Berland, MD | Assistant Professor, Yale |
| 1998-2000 | Daniel Huecker | Outreach Coordinator, City of Santa Barbara |
| 1998 | Krishna Upadhya, MD | Resident, Pediatrics |
| 1998-1999 | Colum Amory, MD | Resident, Neurology, Mt. Sinai |
| 1998-1999 | Adrienne Ruth, MD | Resident |
| 1999-2005 | Jennifer Patashnick | Master of Science candidate |
| 1999 | Kelly Collin, EdD | Researcher, Los Angeles, CA |
| 1999 | Alexander Blum, MD | Resident in Pediatrics, University of California Los Angeles |
| 2000 | Mindy Shapiro, MS | Other |
| 2000 | Laura Gladstone | DO Candidate |
| 2000-2002 | Mara Buchbinder | PhD Candidate, Case Western Reserve University |
| 2001 | Jessa Block | JD Candidate |
| 2001 | Marni Kan | PhD Candidate, University of Pennsylvania |

| 2001 | Margaret Donlon | Other |
| 2001-2002 | Alison Deysher | MPH Candidate, Emory University |
| 2001-2003 | Kevin T. Anderson, PhD | Other |
| 2002 | Melissa McClay, MPH | Office for Patient Safety |
| 2002 | Jessie Hubbard | Nurse Practitioner Candidate |
| 2002-2003 | Amita Kamath, MD | Resident, University of California San Francisco |
| 2003 | Emily Zobel, MS | Other |
| 2003-2005 | Stephanie Pappadis Corrado, MD | Fellow, Children's Hospital Boston |
| 2003 | Abby Kraus | Medical Student, Case Western, OH |
| 2003 | Claudia Rosu, MD | Other |
| 2003-2005 | Emily Kastelic | PhD Candidate, University of Maryland |
| 2003-2005 | Brandy King, MLIS | Information Specialist, Center on Media and Child Health |
| 2003-2005 | Eric Whitney | MS Candidate, Harvard School of Public Health |
| 2004 | Monica Dixon | MSW Candidate, University of Utah |
| 2004 | Stacey Eisenberg, MD | Resident, Medicine/Pediatrics |
| 2004-2005 | Sarah L. Ashby | Fellow, University of Wisconsin |
| 2004-2005 | Marie Evans Schmidt, PhD | Instructor, CMCH, Harvard Medical School |
| 2004-2005 | David Bickham, PhD | Instructor, CMCH, Harvard Medical School |
| 2005 | Edward Chung, MD | Resident, Pediatrics, Children's Hospital Boston |

## 2. Regional, national, or international contributions

### a. Invited Presentations

### Grand Rounds

*International*

2001        "Understanding Illness from the Patient's Perspective: Video Intervention/Prevention Assessment (VIA)", Royal Children's Hospital, Melbourne, Australia

*National*

2002        "Patient-Centered Qualitative Methodology for Investigating the Illness Experience", University of Minnesota School of Nursing, Minneapolis, MN

2002        "Understanding the Illness Experience", University of Minnesota
            Medical School, Minneapolis, MN

2002        "Media and Child Health: Peril and Promise", University of Minnesota,
            Minneapolis, MN

2003        "Understanding the Pediatric Illness Experience", New York University
            Medical School, Long Island Jewish Hospital, Manhasset, NY

2003        "Patient-Centered Qualitative Research: The Illness Experience", New
            York University Medical School, Long Island Jewish Hospital,
            Manhasset, NY

2003        "Video Intervention/Prevention Assessment: A Patient-Centered
            Qualitative Methodology for Investigating the Illness Experience",
            Inova Hospital, Fairfax, VA

2003        "Media and Child Health: Peril and Promise", Schneider Children's
            Hospital, New Hyde Park, NY

2003        "Video Intervention/Prevention Assessment (VIA): Understanding
            Illness from the Patient's Perspective", Long Island Jewish Hospital,
            Manhasset, NY

2005        "Media and Child Health: Peril and Promise", University of Tennessee
            Medical School, Memphis, TN

2005        "Media and Child Health: Peril and Promise", The Children's Hospital,
            Denver, CO

*Regional*
1999        "The Asthma Illness Experience", New England Medical Center,
            Boston, MA

1999        "Video Intervention/Prevention Assessment (VIA)", University of
            Vermont School of Medicine, Burlington, VT

2001        "Media and Child Health: Peril and Promise", Connecticut American
            Academy of Pediatrics, Hartford, CT

2002        "Understanding Illness from the Patient's Perspective: Video
            Intervention/Prevention Assessment (VIA)", Dartmouth Medical
            School, Hanover, NH

2002        "Media and Child Health", Deaconess Glover Hospital, Needham, MA

**Invited Lecture**

*International*

2001   "Media and Child Health: Peril and Promise", Royal Children's Hospital, Melbourne, Australia

2001   "Visual Data Analysis: Video Intervention/Prevention Assessment (VIA)", QSR International, Melbourne, Australia

2002   "Analyzing Audiovisual Data", University of London, England

2002   "Video Intervention/Prevention Assessment (VIA)", University of London, England

*National*

1996   "Video Intervention/Prevention Assessment (VIA) - Technology in Service of Patient-Centered Research, The Picker Institute, St. Louis, MO

1997   "Video Intervention/Prevention Assessment (VIA): An Innovative Methodology for Understanding the Illness Experience", Sociology of Health, St. Joseph's University, Philadelphia, PA

2000   "Ratings and Entertainment Media: Parents Taking Charge", National PTA Annual Convention, Chicago, IL

2000   "Media Matters", American Academy of Pediatrics, Chicago, IL

2001   "Residents Reaching Out: Media Advocacy", American Academy of Pediatrics, San Francisco, CA

2001   "Lights! Camera! Asthma!", American Academy of Pediatrics, San Francisco, CA

2001   "Training Pediatricians for the Information Age", American Academy of Pediatrics, Chicago, IL

2002   "VIA: A New Method for Health Behavior Research", American Academy of Health and Behavior, Napa Valley, CA

2002   Morris Blum Memorial Lecture, "Learning From Patients About Illness: Video Intervention/Prevention Assessment (VIA)", University of Minnesota School of Medicine, Minneapolis, MN

2003   "Media and Child Health: What We Know, What We Need to Know", Federal Trade Commission, Washington, D.C.

2003      "Media and Adolescent Health: What We Know, What We Need to Know", Institute for Youth Development, Washington, D.C.

2003      "Media and Child Health: What We Know, What We Need to Know", U.S. Chamber of Commerce, Boca Raton, FL

2003      "Living With Obesity: Visual Narratives of Overweight Adolescents", National Institute of Health Care Management, Washington, D.C.

2005      "Media and Child Health: Peril and Promise", Ricks Center for Gifted Children, University of Denver, Denver, CO

2005      "Media and Child Health: Peril and Promise", Nemours, Alfred I. duPont Hospital for Children, Wilmington, DE

2005      "Media and Child Health: Peril and Promise", Legacy Emanuel Children's Hospital, Portland, OR

*Regional*

1994      "Asthma and Environmental Justice", New England Environmental Conference, Tufts University, Medford, MA

1996      "Video Intervention/Prevention Assessment of Asthma", Rhode Island Hospital, Providence, RI

1996      "Primary Care Asthma Management with Adolescents", Hasbro Children's Hospital, Providence, RI

1997      "Managing Asthma with the Adolescent", Natl Coordinators Meeting, Childhood Asthma Management Prog; Natl Heart, Lung, & Blood Inst, Salem,

1998      "Video Intervention/Prevention Assessment (VIA): Understanding the Asthma Illness Experience", Hasbro Children's Hospital/Rhode Island Hospital, Providence, RI

1999      "What Affects Children's Health? The Case of Asthma",Getting it Right about Children's Devel:The Influences of Nurture and Nature, Harvard Children's Initiative, Cambridge, MA

1999      "The Patient Illness Experience", The Picker Institute, Boston, MA

2002      "Media and Child Health", Project Safeguard, Weston, MA

2002      "Video Games and Child Health: Beyond Virtual to Reality", New

|      | Hampshire Department of Health and Human Services, Manchester, NH |
|------|------|
| 2003 | "Video Intervention/Prevention Assessment (VIA): Understanding the Illness from the Inside Out", Institute of Contemporary Art, Boston, MA |
| 2005 | "Media and Child Health: Peril and Promise", Center for Child Health Care Studies, Harvard Pilgrim Health Care, Boston, MA |

## Keynote Address

*International*

| 2003 | "Effects of Media on Children and Adolescents", Second International Congress on the Media, Mexico City, Mexico |
|------|------|

*National*

| 2001 | "Youth With Disabilities and Their Transition to Adulthood", Transitions Conference, Maternal and Child Health Bureau, Racine, WI |
|------|------|
| 2002 | "Media and Child Health: What We Know, What We Need to Know", Healthy Media, Healthy Child, U.S. Senate, Washington, D.C. |
| 2003 | "Managing Asthma in 'Real Life' Context", GSK Clinical Training, Chicago, IL |

*Regional*

| 2002 | "Video Intervention/Prevention Assessment (VIA)", Woods Hole Film Festival, Woods Hole Oceanographic Institution, Woods Hole, MA |
|------|------|
| 2002 | "Asthma in Real Life", Massachusetts Society of Respiratory Care, Sturbridge, MA |
| 2005 | "Obesity in Real Life", Rhode Island School Nurse Teacher Annual Conference, Warwick, RI |

## Media Appearance

*National*

| 2004 | "Parenting" , The Fox News Channel, New York, NY |
|------|------|
| 2004 | "Media and Attention Deficit Disorder", National Broadcasting Company, New York, NY |
| 2004 | "Keeping Kids Healthy", Public Broadcasting Station, New York, NY |
| 2005 | "Sex and Violence ... and It's on the Radio", National Broadcasting Company, The Today Show, New York, NY |

2005            "School Shooting", National Broadcasting Company, Nightly News,
                New York, NY

*Regional*
2005            "Video Game Addiction", Boston's Channel 4 News, Boston, MA

## Media Forum

*National*
2003            "Media and Child Health: What We Know, What We Need to Know",
                National Press Club, Washington, D.C.

## Plenary Presentation

*International*
2001            "Video Intervention/Prevention Assessment (VIA)", Advances in
                Qualitative Methods International, Edmonton, Alberta, Canada

*National*
2001            "Obesity in the Lives of Children and Adolescents: Inquiry Through
                Patient-Created Visual Narratives", Pediatric Academic Societies,
                Baltimore, MD

2002            "Media and Child Health", AAP/Uniformed Services Pediatric Seminar,
                San Diego, CA

2004            "Effects of Media on Sexual Risk Behavior", President's Advisory
                Committee on HIV/AIDS, Washington, D.C.

2004            "Effects of Consumerism on Adolescent Health", Society for Adolescent
                Medicine, St. Louis, MO

2004            Qualitative Research Special Interest Group, Society for Adolescent
                Medicine, St. Louis, MO

2005            "Achieving Independence: The Role of Parental Involvement with
                Adolescents with Spina Bifida", Society for Adolescent Medicine, Los
                Angeles, CA

2005            Qualitative Research Special Interest Group, Society for Adolescent
                Medicine, Los Angeles, CA

2005            "Child Health in the Information Age: Interdisciplinary Dialogue and
                Problem-Solving", International Communication Association, New
                York, NY

2005    "The Home Media Environment and Childhood Overweight: Qualitative Research with Children and Their Parents", International Communication Association, New York, NY

2005    "Policy and Empirical Perspectives on the Relationship Between Media and Childhood Obesity", International Communication Association, New York, NY

2005    "Kids and Media: What Does the Research Really Tell Us?", Alliance for Media Literate America, National Media Education Conference, San Francisco, CA

*Regional*
2000    "Asthma in Life Context: Management in the Real World", New England Society for Allergy, Westborough, MA

2001    "Managing Asthma With the Adolescent", GlaxoWellcome Pharmaceuticals, Brewster, MA

2001    "Media and Child Health: Peril and Promise", Caritas Good Samaritan Hospital, Brockton, MA

2001    "Asthma in Real Life: Fishing for Solutions", Boston Urban Asthma Coalition, Boston, MA

**Research Presentation**

*National*
1996    "Violence and Weapon-Carrying in Music Videos: A Content Analysis", Society for Adolescent Medicine, Arlington, VA

1997    "Aggressors or Victims: Gender and Race in Music Video Violence", Society for Adolescent Medicine, San Francisco, CA

1998    "VIA: An Innovative Methodology for Understanding the Adolescent Illness Experience" Honored with the 1998 New Investigator Award, Society for Adolescent Medicine, Atlanta, GA

1999    "Asthma Quality of Life: Video Intervention/Prevention Assessment (VIA) as Intervention", Society for Adolescent Medicine, Los Angeles, CA

1999    "Video Intervention/Prevention Assessment (VIA): Asthma in Life Context", Hewlett Packard Thought Leaders, Museum of Science, Boston MA

2000        "Explanatory Models of Asthma: Are Beliefs About Management More Important Than Knowledge of Disease?", Society for Adolescent Medicine, Arlington, VA

2000        "Teletubbies to Doom: What Pediatric Residents are Taught About Mass Media", Society for Adolescent Medicine, Arlington, VA

2002        "Video Intervention/Prevention Assessment (VIA)- Obesity", Society for Adolescent Medicine National Meeting, Boston, MA

*Regional*
1999        "The Asthma Illness Experience of Children and Adolescents: Findings from Video Intervention/Prevention Assessment (VIA)", Harvard Vanguard, Dedham, MA

2000        "The Realities of Asthma in Children's Lives", Rhode Island Department of Health, Asthma Summit, Providence, RI

2000        "Media as Health Intervention", Rhode Island Department of Health, Asthma Summit II, Providence, RI

**Testimony**

*National*
2000        "The Effects of Violent Video Games on Child and Adolescent Health", Chicago City Council, Chicago, IL

2000        Congressional Public Health Summit on Entertainment Violence, United States Congress, Washington D.C.

2001        "Media Ratings for Child Health", U.S. Senate, Washington, D.C.

2001        "Sexuality in the Media", United States Senate, Washington, D.C.

2003        "Brain-Mapping in Media Health Research", United States Senate, Washington, D.C.

2004        CAMRA Senate Briefing, United State Senate, Washington, D.C.

2004        "Children and Media", Kaiser Family Foundation, Washington, DC

2005        "Video Game Testimony", Senate/House Judiciary Committee, Springfield, IL

2005        "Video Game Testimony", North Carolina State Commerce Committee,

Raleigh, NC

**b. Professional Leadership Roles related to Teaching**

| | | |
|---|---|---|
| 1996- | National | Society for Adolescent Medicine |

1997　　Regional　　Society for Adolescent Medicine, New England
　　　　Regional Chapter Annual Meeting, Boxborough, MA

1998　　National　　Society for Adolescent Medicine, Atlanta, GA

1999　　National　　Society for Adolescent Medicine, Los Angeles, CA

2000　　National　　Society for Adolescent Medicine, Arlington, VA

2001　　National　　Society for Adolescent Medicine, San Diego, CA
　　　　"This Time With Feeling: Presenting Research to Professional
　　　　Audiences"

2001　　National　　Society for Adolescent Medicine, San Diego, CA
　　　　"Hard Data/Software: Analyzing Qualitative Data: Concepts,
　　　　Techniques, and Use of Computer Software"

2001　　National　　Society for Adolescent Medicine, San Diego, CA
　　　　"Mediating Media: Recognizing, Intervening, and Teaching the Effects
　　　　of Media on Adolescent Health and Risk Behaviors"

2001　　National　　Transitions Conference, Maternal and Child Health
　　　　Bureau, Racine, WI
　　　　"Youth With Disabilities and Their Transition to Adulthood"

2002　　National　　University of Minnesota, Minneapolis, MN
　　　　Research and Teaching Seminar, Leadership Education in Adolescent
　　　　Health Program

2002-2003　National　　Duke University medical student Amita Kamath
　　　　Research Training

2003　　National　　Ohio State University School of Medicine medical
　　　　student Abby Kraus

2003　　National　　Schneider Children's Hospital and Long Island Jewish
　　　　Hospital Residency Programs, NY University
　　　　Clinical Care and Research Seminars

2003　　Regional　　Harvard Medical School, Boston, MA

Project Success

| 2005 | National | American Academy of Pediatrics, Washington, DC |
| | Pediatrics Editorial Board Meeting | |

| 2005 | National | The National Association of Broadcasters, Washington, DC |
| | TV Parental Guidelines Oversight Monitoring Board (OMB) Meeting | |

## 3. Description of Teaching Award(s) Received

2002-2002    Scholar
The Academy at Harvard Medical School

## E. Report of Clinical Activities

1994-       Attending Physician, Adolescent/Young Adult Medical Practice,
Children's Hospital, Boston, MA
Clinical Activity Description: Primary care of adolescents, asthma,
chronic disease and disability, substance abuse, eating disorders,
sexually transmitted disease.
Patient Load: 30/week (plus precepted patients); 50% general
adolescent medicine, 50% complex (e.g. case management of eating
disorders)
Clinical Contributions: Co-Director of the asthma quality improvement
program for the Adolescent/Young Adult Medical Practice. Co-
developed "Open Up: Management of Asthma in the Adolescent",
patient evaluation and education materials for the Adolescent/Young
Adult Medical Practice.
Other Relevant Information:  Created adolescent patient education
videos to be screened in the clinic waiting area.

1995-       Staff Physician,  Bentley College
Clinical Activity Description: Outpatient adolescent/young adult care.
Patient Load:  10/week

## Part III: Bibliography

## Original Articles

1. DuRant RH, Rich M, Emans SJ, Rome ES, Allred E, Woods ER. Violence and
weapon-carrying in music videos: a content analysis. Archives of Pediatrics and
Adolescent Medicine. 1997;151(5):443-8.
2. DuRant RH, Rome ES, Rich M, Allred E, Emans SJ, Woods ER. Tobacco and
alcohol use behaviors portrayed in music videos: a content analysis. American

Journal of Public Health. 1997;87(7):1131-5.

3. Rich M, Woods ER, Goodman E, Emans SJ, DuRant RH. Aggressors or victims: gender and race in music video violence. Pediatrics. 1998;101(4 Pt 1):669-74.

4. Rich M, Chalfen R. Showing and telling asthma: children teaching physicians with visual narrative. Visual Sociology. 1999;14:51-71.

5. Rich M, Taylor SA, Chalfen R. Illness as a social construct: understanding what asthma means to the patient to treat the disease. The Joint Commission Journal on Quality Improvement. 2000;26(5):244-53.

6. Rich M, Lamola S, Amory C, Schneider L. Asthma in life context: Video Intervention/Prevention Assessment (VIA). [Video illustrations online at www.pediatrics.org]. Pediatrics. 2000;105(3 Pt 1):469-77.

7. Rich M, Lamola S, Gordon J, Chalfen R. Video Intervention/Prevention Assessment: a patient-centered methodology for understanding the adolescent illness experience. Journal of Adolescent Health. 2000;27(3):155-65.

8. Rich M, Bar-on M. Child health in the Information Age: media education of pediatricians. Pediatrics. 2001;107(1):156-62.

9. Rich M, Patashnick J. Narrative research with audiovisual data: Video Intervention/Prevention Assessment (VIA) and NVivo. International Journal of Social Research Methodology. 2002;5(3):245-61.

10. Rich M, Patashnick J, Chalfen R. Visual illness narratives of asthma: explanatory models and health-related behavior. American Journal of Health Behavior. 2002;26(6):442-53.

11. Landgraf JM, Rich M, Rappaport L. Measuring quality of life in children with attention-deficit/hyperactivity disorder and their families: development and evaluation of a new tool. Archives of Pediatrics and Adolescent Medicine. 2002;156(4):384-91.

12. Trent ME, Rich M, Austin SB, Gordon CM. Quality of life in adolescent girls with polycystic ovary syndrome. Archives of Pediatrics and Adolescent Medicine. 2002;156(6):556-60.

13. Trent ME, Rich M, Austin SB, Gordon CM. Fertility concerns and sexual behavior in adolescent girls with polycystic ovary syndrome: Implications for quality of life. Journal of Pediatric and Adolescent Gynecology. 2003;16:33-37.

14. Rich M. Health literacy via media literacy. American Behavioral Scientist. 2004;48(2):165-88.

15. Chalfen R, Rich M. Applying visual research: patients teaching physicians about asthma through visual illness narratives. Visual Anthropology Review. 2004;20(1):17-30.

16. Handelman L, Rich M, Frazer CH, Schneider LC. Understanding pediatric inner-city asthma: an explanatory model approach. Journal of Asthma. 2004;41(2):167-77.

17. Rich M, Patashnick JL, Kastelic E. Achieving independence: The role of parental involvement with adolescents with spina bifida. Journal of Adolescent Health. 2005;36(2):129.

18. Buchbinder MH, Detzer MJ, Welsch RL, Christiano AS, Patashnick JL, Rich M.

Assessing adolescents with insulin-dependent diabetes mellitus: a multiple perspective pilot study using visual illness narratives and interviews. Journal of Adolescent Health. 2005;36(71):e9.

19. Rich M, Polvinen J, Patashnick J. Visual narratives of the pediatric illness experience: children communication with clinicians through video. Child and Adolescent Psychiatry Clinics of North America. 2005;14:571-587.

20. Patashnick J, Rich M. Researching human experience: Video Intervention/Prevention Assessment (VIA). Australasian Journal of Information Systems. 2005;12(2):103-111.

21. Rich M, Lamola S, Woods ER. Effects of creating visual illness narratives on quality of life with asthma: a pilot intervention study. Journal of Adolescent Health. 2005;in press.

22. Anderson DR, Bryant J, Murray JP, Rich M, Rivkin MJ, Zillmann D. Brain imaging- An introduction to a new approach to studying media processes and effects. Media Psychology. 2006;8:1-6.

23. King BE, Gray S, Rich M. Center on Media and Child Health: Building an e-resource for researchers and the public. 2006;in press.

## Reviews/Chapters/Editorials

1. Rich M, Contributing Editor in Medicine. Glazier S (ed). In: Random House Word Menu. New York: Random House;1992.

2. Rich M, Schneigher L. Managing asthma with the adolescent. Current Opinion in Pediatrics. 1996;8(4):299-309.

3. Rich M. High quality, cost-effective care for adolescents with PID. Journal of Pediatric and Adolescent Gynecology. 1998;11(4):193-94.

4. Rich M, Ginsburg K. The reason and rhyme of qualitative research: why, when , how to use qualitative methods in the study of adolescent health. Journal of Adolescent Health. 1999;25(6):371-78.

5. Committee on Public Education: Hogan M, Bar-on M, Beard L, Corrigan S, Gedissman A, Palumbo F, Rich M, Shifrin D. Media education. Pediatrics. 1999;104(2):341-43.

6. Rich M. It's your shot! Immunization by basketball. Annals of Epidemiology. 1999;9(7):394-96.

7. Rich M. Pediatricians should educate parents, youth about media's effects. AAP News. 1999:28-29.

8. Rich M. Who wants to live in a world with media? TV-Free American Newsletter. 2000.

9. Setting research directions for media literacy and health education. (conference report) Center for Media Studies, Rutgers University. 2000.

10. Committee on Public Education: Bar-on M, Broughton DB, Buttross S, Corrigan S, Gedissman A, Gonzales de Rivas MR, Rich M, Shifrin DL. Sexuality, contraception, and the media. Pediatrics. 2001;107(1):191-94.

11. Austin SB, Rich M. Consumerism: its impact on the health of adolescents. Adolescent Medicine: State of the Art Reviews. 2001;12(3):389-409.

12. Committee on Public Education: Bar-on M, Broughton DB, Buttross S, Corrigan S, Gedissman A, Gonzales de Rivas MR, Rich M, Shifrin DL. Children, adolescents, and television. Pediatrics. 2001;107(2):423-26.

13. Committee on Public Education: Bar-on M, Broughton DB, Buttross S, Corrigan S, Gedissman A, Gonzales de Rivas MR, Rich M, Shifrin DL. Media violence. Pediatrics. 2001;108(5):1222-226.

14. Blum R, Rich M, Rosen DS, Slap GB, et al. A consensus statement on Health Care Transitions for Young Adults with special health care needs: American Academy of Pediatrics, American Academy of Family Physicians, American College of Physicians-American Society of Internal Medicine. Pediatrics. 2002;110(6):1304-306.

15. Rich M. Show is tell. Narrative Inquiry. 2003;12(2):405-12.

16. Rosen DS, Rich M (editors). Adolescent Medicine: State of the Art Reviews. The Adolescent Male. 2003;14(3).

17. Rich M. Boy, mediated: effects of media on adolescent male health. Adolescent Medicine: State of the Art Reviews. Rosen DS, Rich M (eds.). 2003;14(3):691-715.

18. Rich, M. Show is tell. In: Considering counter-narratives: narrating, resisting, making sense. Bamberg M, Andrews M(eds.). Amsterdam: John Benjamins Publ. Co.;2004. p. 151-158.

19. Evans Schmidt M, Bickham DS, King BE, Slaby RG, Branner A, Rich M. The effects of electronic media on children ages 0-6: a review of research and funding. Menlo Park, CA: Kaiser Family Foundation. 2005.

20. Rich M. Sex screen: The dilemma of media exposure and sexual behavior. In: Pediatrics. AAP;2005. p. 329-331.

21. Ashby SL, Rich M. Video killed the radio star: the effects of music videos on adolescent health. Adolescent Medicine Clinics of North America. 2005;16(2):371-393.

22. Rich M. Is TV healthy? The medical perspective. In: Children and television: 50 years of research. Pecora N, Murray J, Wartella E (eds.). Mahwah, NJ: Lawrence Erlbaum Associates;2005.

23. Schmidt ME, Rich M. Media and child health: peril or promise. Pediatrics in Review. 2005;in press.

24. Shrier DK, Shrier LA, Rich M, Greenberg L. Pediatricians leading the way: integrating a career and a family/personal life over the life cycle. Pediatrics. 2006;in press.

## Clinical Communications

1. Rich M, Shrier LA. OPEN UP: A comprehensive education approach to asthma management in adolescents. 1995.

2. Rich M, Reviewer/Editor. Sleep problems in children; Home safety checklist;

Understanding the impact of media on children and teens. American Academy of Pediatrics Patient/Parent Education Brochures. 1998.

3. Rich M, Reviewer/Editor. Television and the Family; The Good, the Bad, and the Ugly: Rating Your Child's Entertainment. American Academy of Pediatrics Patient/Parent Education Brochures. 1999.

4. Rich M, Reviewer/Editor. Gay, Lesbian, and Bisexual Teens: Facts for Teens and their Parents; Raising Children to Resist Violence. American Academy of Pediatrics Patient/Parent Education Brochures. 2001.

## NonPrint Materials

1. Rich M. RELIEVE THE SQUEEZE! Providence, RI;2000.Asthma educational video starring Danny DeVito and Nia Long; Conceived and written by Michael Rich, Co-produced with Draw a Breath Program, Hasbro Children's Hospital.

## Abstracts

1. DuRant RH, Rome ES, Emans SJ, Rich M, Allred E, Woods ER. A content analysis of tobacco and alcohol use behavior on televised music videos. Journal of Adolescent Health. 1995;16(2):138.

2. DuRant RH, Rich M, Emans SJ, Rome ES, Allred E, Woods ER. The portrayal of violence and weapon-carrying in televised music videos: a content analysis of network and music genre differences. Journal of Adolescent Health. 1996;18(2):125.

3. Rich M, Woods ER, Emans SJ, DuRant RH. Aggressors or victims: gender and race in music video violence. Journal of Adolescent Health. 1997;20(2):135.

4. Rich M, Lamola S, Chalfen R. Video Intervention/Prevention Assessment (VIA): an innovative methodology for understanding the adolescent illness experience . Journal of Adolescent Health. 1998;22(2):128.

5. Rich M, Lamola S, Woods ER. Asthma quality of life: Video Intervention/ Prevention Assessment (VIA) as intervention. Journal of Adolescent Health. 1999;24(2):151.

6. Handelman L, Rich M, Frazer C, Perrin E, Schneider L. Living with asthma. Annals of Allergy, Asthma, and Immunology. 2000;84(12):164.

7. Rich M, Bar-on M. Teletubbies to Doom: what pediatric residents are taught about mass media. Journal of Adolescent Health. 2000;26(2):127.

8. Rich M, Ruth AL, Chalfen R. Explanatory models of asthma: are beliefs about management more important than knowledge of disease? Journal of Adolescent Health. 2000;26(2):101.

9. Rich M, Bar-on M. From television to the internet: what pediatric residents are taught about media. Pediatric Research. 2000;47(4):96A.

10. Rich M, Huecker D, Ludwig D. Obesity in the lives of children and adolescents: inquiry through patient-created visual narratives. Pediatric Research. 2001;49(4):7A.

11. Trent ME, Rich M, Austin SB, Gordon C. Quality of life in adolescent girls with

PCOS. Pediatric Research. 2001;49(4):6A.

12. Trent ME, Rich M, Austin SB, Gordon C. Polycystic ovary syndrome: fertility concerns and sexual behavior. Journal of Pediatrics and Adolescent Gynecology. 2001;3:144.

13. Trent ME, Rich M, Austin SB, Gordon C. Quality of life in adolescent girls with polycystic ovary syndrome. Journal of Adolescent Health. 2001;28(2):99.

14. Rich M, Patashnick J, Huecker D, Ludwig D. Living with obesity: visual narratives of overweight adolescents. Journal of Adolescent Health. 2002;30(2):100.

15. Corrado SP, Patashnick J, Rich M. Factors affecting change among obese adolescents. Journal of Adolescent Health. 2004;34:112.

16. Buchbinder MH, Detzer MJ, Welsch RL, Christiano AS, Patashnick JL, Rich M. Adolescents with Type 1 Diabetes Mellitus (T1DM): video narrative, interview, and provider perspectives. Diabetes Supplement. 2004.

17. Buchbinder MH, Detzer MJ, Welsch RL, Christiano AS, Patashnick JL, Rich M. Adolescents with type 1 diabetes: video narrative, interview, and provider perspectives. Proceedings of the Scientific Session of the 64th American Diabetes Association National Conference. 2004.