Apr 19 06 04:22p     CMCH                          617 730 0147         p.4

1  maintaining child health, 3) to use media to promote health by developing video, radio, computer
2  and Internet health education and intervention tools, and 4) to train researchers and clinicians in
3  the area of media and child health and to provide accurate, current research and clinical
4  information with which to teach and empower children, adolescents, and families to expect and
5  demand healthier lifestyles.

6   5.   In March of 2005, I testified before the Illinois House Judicial Committee
7  on the effects of media on children's health. A true and correct copy of my testimony is attached
8  hereto as Exhibit B.

9   6.   Under my direction, the Center on Media and Child Health (the "CMCH")
10 has to date reviewed 190 research studies published from 1982 to 2006 on the effects of violent
11 video game play on users, and has prepared a summary of those studies with their results and
12 conclusions. A true and correct copy of the CMCH summary as of April 4, 2006 is attached
13 hereto as Exhibit C. As I testified in March 2005, a recent study performed using more
14 sophisticated techniques than earlier studies found the strength of the correlation between violent
15 media exposure and aggressive behavior to be .31, a medium-sized effect. To place this in
16 context, the relationship between exposure to media and aggression is stronger than the
17 relationships between lead exposure and mental retardation in children or passive smoke exposure
18 and lung cancer.

19
20   I declare under penalty of perjury under the laws of the State of California that the
21  foregoing is true and correct. Executed on April 18, 2006 at Boston, Massachusetts.

22
23
24                                    Michael Rich, MD, MPH
25
26  3234/001/X76981.v1
27
28
                                          2.         Case No. C 05 4188 RMW RS
                              DECLARATION OF MICHAEL RICH