| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | THEODORE J. BOUTROUS, JR., SBN 132099 |
| 2 | H. MARK LYON, SBN 162061 |
| | ETHAN D. DETTMER, SBN 196046 |
| 3 | 1881 Page Mill Road |
| | Palo Alto, California  94304 |
| 4 | Telephone: (650) 849-5300 |
| | Facsimile: (650) 849-5333 |
| 5 | |
| | JENNER & BLOCK LLP |
| 6 | PAUL M. SMITH (*pro hac vice* application pending) |
| | KATHERINE A. FALLOW (*pro hac vice* application pending) |
| 7 | AMY L. TENNEY (*pro hac vice* application pending) |
| | 601 13th Street, N.W., Suite 1200 |
| 8 | Washington, D.C. 20005 |
| | Telephone:  (202) 639-6000 |
| 9 | Facsimile:  (202) 639-6066 |
| 10 | Attorneys for Plaintiffs |
| | VIDEO SOFTWARE DEALERS ASSOCIATION |
| 11 | and ENTERTAINMENT SOFTWARE ASSOCIATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, | | CASE NO. C 05-4188 RMW (RS) |
| | Plaintiffs, | DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF STIPULATED REQUEST TO CHANGE TIME IN CONNECTION WITH MOTION TO STRIKE |
| | vs. | [Civ. L. R. 6-2, 7-12] |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose,  and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, | | |
| | Defendants. | |

Declaration of Ethan D. Dettmer in Support of
Stipulated Request to Change Time                                  Case No. C 05-4188 RMW (RS)

I, Ethan D. Dettmer, declare and state as follows:

1. I am an attorney at law and a member of the Bar of this Court. I am an associate with the law firm Gibson, Dunn & Crutcher LLP, and one of the attorneys representing the plaintiffs in this matter, Video Software Dealers Association ("VSDA") and Entertainment Software Association ("ESA"). I make this declaration of my own personal knowledge.

2. On April 19, 2006, *amicus curiae* Common Sense Media ("CSM"), filed a brief in opposition to the motion for summary judgment filed by VSDA and ESA, along with a number of supporting declarations. VSDA and ESA are filing, concurrently with this declaration, a motion to strike the brief and declarations filed by CSM.

3. On April 24, 2006, I called Francine T. Radford of the firm Goodin, MacBride, Squeri, Ritchie & Day, LLP, one of the attorneys representing CSM in connection with its brief in this matter. With me on the phone with Ms. Radford was Duane Pozza of the Jenner & Block firm.

4. On our April 24 telephone call, I informed Ms. Radford of our intention to file a motion to strike CSM's brief and supporting papers. I asked her if CSM would stipulate to shortened time for this motion to strike, so that it could be heard concurrently with the pending motions for summary judgment. Ms. Radford indicated that this would not be a problem.

5. We then discussed a briefing schedule in connection with the motion to strike, and Ms. Radford indicated that they could file their opposition to the motion to strike by May 3, 2006.

6. The reason for this requested relief is that the motion to strike that VSDA and ESA are filing cannot have any possible effect unless it is heard before, or concurrently with, the underlying motion for summary judgment. Given that CSM's brief and supporting papers were filed less than 35 days before the scheduled hearing on the motion for summary judgment, this motion cannot be heard in a timely fashion without the requested relief.

1

Declaration of Ethan D. Dettmer in Support of
Stipulated Request to Change Time                                    Case No. C 05-4188 RMW (RS)

7. Defendant Ann Miller Ravel, in her official capacity as County Counsel for the County of Santa Clara, previously requested that the Court continue the hearing date on the motion for preliminary injunction filed by VSDA and ESA. The Court continued that hearing date from December 2 to December 9, 2005 (*see* Dkt. No. 29).

8. On November 21, 2005, this Court signed a stipulated request to extend the time to answer the complaint in this matter for defendant Richard Doyle, in his official capacity as San Jose City Attorney (*see* Dkt. No. 39).

9. The time modification requested by this stipulation, if granted, would have no effect on the overall schedule of this case.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 24th day of April, 2006, at San Francisco, California.



/s/
Ethan D. Dettmer

2

Declaration of Ethan D. Dettmer in Support of
Stipulated Request to Change Time                                         Case No. C 05-4188 RMW (RS)