1  GIBSON, DUNN & CRUTCHER LLP
   THEODORE J. BOUTROUS, JR., SBN 132099
2  H. MARK LYON, SBN 162061
   ETHAN D. DETTMER, SBN 196046
3  1881 Page Mill Road
   Palo Alto, California 94304
4  Telephone: (650) 849-5300
   Facsimile: (650) 849-5333
5
   JENNER & BLOCK LLP
6  PAUL M. SMITH (admitted *pro hac vice*)
   KATHERINE A. FALLOW (admitted *pro hac vice*)
7  MATTHEW S. HELLMAN (admitted *pro hac vice*)
   601 13th Street, N.W., Suite 1200
8  Washington, D.C. 20005
   Telephone: (202) 639-6000
9  Facsimile: (202) 639-6066

10 Attorneys for Plaintiffs
   VIDEO SOFTWARE DEALERS ASSOCIATION
11 and ENTERTAINMENT SOFTWARE ASSOCIATION

13                UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE BRIEF OF AMICUS CURIAE COMMON SENSE MEDIA**<br><br>Date: May 12, 2006<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Before the Honorable Ronald M. Whyte |

[Proposed] Order Granting Plaintiffs' Motion to Strike
Brief of Amicus Curiae Common Sense Media                    Case No. C 05-4188 RMW (RS)

1  After full consideration of the reasons set forth in Plaintiffs' Motion to Strike Brief of Amicus
2  Curiae Common Sense Media, and good cause appearing therefor, it is HEREBY ORDERED THAT
3  Plaintiffs' Motion to Strike Brief of Amicus Curiae Common Sense Media is GRANTED and
4  the Brief of Amicus Curiae Common Sense Media in Opposition to Plaintiffs' Motion for Summary
5
6  Judgment (Doc. #78), as well as the declarations in support of that Brief, are stricken.
7
8  DATED: _____          _____
                                        Honorable Ronald M. Whyte
9                                       United States District Judge

1

[Proposed] Order Granting Plaintiffs' Motion to Strike
Brief of Amicus Curiae Common Sense Media                    Case No. C 05-4188 RMW (RS)