1  GIBSON, DUNN & CRUTCHER LLP
   THEODORE J. BOUTROUS, JR., SBN 132099
2  H. MARK LYON, SBN 162061
   ETHAN D. DETTMER, SBN 196046
3  1881 Page Mill Road
   Palo Alto, California  94304
4  Telephone: (650) 849-5300
   Facsimile: (650) 849-5333
5
   JENNER & BLOCK LLP
6  PAUL M. SMITH (*pro hac vice* application pending)
   KATHERINE A. FALLOW (*pro hac vice* application pending)
7  AMY L. TENNEY (*pro hac vice* application pending)
   601 13th Street, N.W., Suite 1200
8  Washington, D.C. 20005
   Telephone:  (202) 639-6000
9  Facsimile:  (202) 639-6066

10 Attorneys for Plaintiffs
   VIDEO SOFTWARE DEALERS ASSOCIATION
11 and ENTERTAINMENT SOFTWARE ASSOCIATION

12

13                    UNITED STATES DISTRICT COURT

14                FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                                              *E-FILED - 5/4/06*

16 VIDEO SOFTWARE DEALERS
   ASSOCIATION and ENTERTAINMENT          CASE NO. C 05-4188 RMW (RS)
17 SOFTWARE ASSOCIATION,
                                          STIPULATED REQUEST TO CHANGE
18               Plaintiffs,              TIME IN CONNECTION WITH MOTION TO
                                          STRIKE;  ORDER
19           vs.                          [Civ. L. R. 6-2, 7-12]

20

21 ARNOLD SCHWARZENEGGER, in his official
   capacity as Governor of the State of California;
22 BILL LOCKYER, in his official capacity as
   Attorney General of the State of California;
23 GEORGE KENNEDY, in his official capacity as
   Santa Clara County District Attorney, RICHARD
24 DOYLE, in his official capacity as City Attorney
   for the City of San Jose,  and ANN MILLER
25 RAVEL, in her official capacity as County
   Counsel for the County of Santa Clara,
26
                 Defendants.
27

28

---

Stipulated Request to Change Time; Order                       Case No. C 05-4188 RMW (RS)

*Amicus curiae* Common Sense Media ("CSM") filed a brief and supporting declarations with this Court on April 19, 2006, in opposition to the motion for summary judgment filed by plaintiffs Video Software Dealers Association ("VSDA") and Entertainment Software Association ("ESA"). VSDA and ESA are filing, concurrently with this stipulated request and proposed order, a motion to strike CSM's April 19 brief and supporting declarations.

Pursuant to this Court's Local Rules 6-2 and 7-12, VSDA, ESA, and CSM hereby stipulate, and request that the Court order, as follows:

1. On or before May 3, 2006, CSM may file an opposition to the motion to strike filed by VSDA and ESA.

2. On or before May 5, 2006, VSDA and ESA may file a reply memorandum in support of their motion to strike.

3. The hearing on the motion to strike filed by VSDA and ESA shall be held on May 12, 2006, at 9:00 a.m., concurrently with the hearing on the pending motions for summary judgment in this case.

Respectfully submitted,

DATED: April 24, 2006

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.
H. MARK LYON
ETHAN D. DETTMER

By: _____/s/_____
      Ethan D. Dettmer

JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
AMY L. TENNEY

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

| | |
|---|---|
| DATED: April 24, 2006 | GOODIN, MACBRIDE, SQUERI,<br>  RITCHIE & DAY, LLP<br>ROBERT A. GOODIN<br>FRANCINE T. RADFORD<br>KEITH E. JOHNSON |

By: _____/s/_____
          Francine T. Radford

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III
JOANNE H. KIM
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for *Amicus Curiae*
COMMON SENSE MEDIA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __5/4/06_____

          /s/ Ronald M. Whyte_____
          Honorable Ronald M. Whyte
          United States District Judge

Stipulated Request to Change Time; Order        Case No. C 05-4188 RMW (RS)