GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice* application pending)
KATHERINE A. FALLOW (*pro hac vice* application pending)
AMY L. TENNEY (*pro hac vice* application pending)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/4/06*

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>STIPULATED REQUEST TO CHANGE TIME IN CONNECTION WITH MOTION TO STRIKE;  ORDER<br><br>[Civ. L. R. 6-2, 7-12] |

*Amicus curiae* Common Sense Media ("CSM") filed a brief and supporting declarations with this Court on April 19, 2006, in opposition to the motion for summary judgment filed by plaintiffs Video Software Dealers Association ("VSDA") and Entertainment Software Association ("ESA"). VSDA and ESA are filing, concurrently with this stipulated request and proposed order, a motion to strike CSM's April 19 brief and supporting declarations.

Pursuant to this Court's Local Rules 6-2 and 7-12, VSDA, ESA, and CSM hereby stipulate, and request that the Court order, as follows:

1. On or before May 3, 2006, CSM may file an opposition to the motion to strike filed by VSDA and ESA.

2. On or before May 5, 2006, VSDA and ESA may file a reply memorandum in support of their motion to strike.

3. The hearing on the motion to strike filed by VSDA and ESA shall be held on May 12, 2006, at 9:00 a.m., concurrently with the hearing on the pending motions for summary judgment in this case.

Respectfully submitted,

DATED: April 24, 2006

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.
H. MARK LYON
ETHAN D. DETTMER

By: _____/s/_____
       Ethan D. Dettmer

JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
AMY L. TENNEY

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

| | |
|---|---|
| DATED: April 24, 2006 | GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP<br>ROBERT A. GOODIN<br>FRANCINE T. RADFORD<br>KEITH E. JOHNSON |

By: _____/s/_____
　　　Francine T. Radford

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III
JOANNE H. KIM
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200

Attorneys for *Amicus Curiae*
COMMON SENSE MEDIA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __5/4/06_____

　　　　　　　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　Honorable Ronald M. Whyte
　　　　　　　　　　　　　　　　　　United States District Judge