# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED \***

## CIVIL MINUTES

**DATE: May 12, 2006**

**Case No. C-05-04188-RMW**          **JUDGE: Ronald M. Whyte**

**VIDEO SOFTWARE DEALERS ASSOCIATION    -v- ARNOLD SCHWARZENEGGER**
**Title**

**Appeared**                                                            **Appeared**
**Attorneys Present**                                                   **Attorneys Present**

**COURT CLERK: Jackie Garcia**                    **COURT REPORTER: Lee-Anne Shortridge**

## PROCEEDINGS

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE**

**ORDER AFTER HEARING**

**Hearing Held. The Court heard oral argument from both sides and took the matter under submission.**

**The Court to issue a ruling to the parties.**