E-FILED on ___3/30/07_____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION, and ENTERTAINMENT SOFTWARE ASSOCIATION, | No. C-05-04188 RMW |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney; RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose; and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, | ORDER GRANTING LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>**[Re Docket Nos. 99-101]** |
| Defendants. | |

ORDER GRANTING LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY—No. C-05-04188 RMW
MAG

1    On August 2, 2006, plaintiffs filed a motion for leave to submit as supplemental authority an

2    order issued by the United States District Court for the District of Minnesota on July 31, 2006,

3    permanently enjoining enforcement of a Minnesota statute imposing monetary fines on minors who

4    purchase video games rated "M" or "AO" under the voluntary video game rating system. *Entertainment*

5    *Software Ass'n & Entertainment Merchants Ass'n v. Hatch*, No. 06-CV-2268 (D. Minn. July 31, 2006).

6    On September 6, 2006, plaintiffs moved for leave to submit an order issued by the United States District

7    Court for the Middle District of Louisiana on August 24, 2006, preliminarily enjoining enforcement of

8    a Louisiana statute imposing criminal fines and potential imprisonment on those who sell or rent certain

9    "violent video games" to minors. *Entertainment Software Ass'n, et al.v. Foti*, No. 06-cv-00431 (M.D.

10   La. August 24, 2006). On August 2, 2006, plaintiffs filed a motion for leave to submit an opinion issued

11   by the United States Court of Appeals for the Seventh Circuit on November 27, 2006, affirming the

12   district court's order permanently enjoining enforcement of an Illinois statute criminalizing the sale or

13   rental of certain sexually explicit or "violent" video games to minors. *Entertainment Software Ass'n,*

14   *et al. v. Blagojevich*, ___ F. 3d ___ (7th Cir., Nov. 27, 2006). Defendants did not oppose these motions.

15   The court finds the orders and opinions plaintiffs seek to submit to be relevant to the issues

16   raised for the court's consideration in the currently-pending motions for summary judgment and grants

17   plaintiffs' motion for leave to submit them as supplemental authority.

18

19   DATED:    _____3/30/07_____        *Ronald M Whyte*_____

20                                                  RONALD M. WHYTE
                                                    United States District Judge

21

22

23

24

25

26

27

28

ORDER GRANTING LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY—No. C-05-04188 RMW
MAG                                         2

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs:**

3  Matthew Samuel Hellman          mhellman@jenner.com
   Theodore J. Boutrous, Jr.       tboutrous@gibsondunn.com
4  Ethan D. Dettmer                edettmer@gibsondunn.com
   H. Mark Lyon                    mlyon@gibsondunn.com
5  Jeffrey A Minnery               jminnery@gibsondunn.com

6  **Counsel for Defendants:**

7  Zackery P. Morazzini            zackery.morazzini@doj.ca.gov
   Robert R. Fabela                CAO.Main@sanjoseca.gov
8  David Michael Rollo             david.rollo@cco.sccgov.org
   Kathryn J. Zoglin               katie.zoglin@cco.sccgov.org
9
   **Counsel for Amicus Curiae:**
10
   Francine T. Radford             fradford@gmssr.com
11 Keith E. Johnson                kjohnson@gmssr.com

12
   Counsel are responsible for distributing copies of this document to co-counsel that have not registered
13 for e-filing under the court's CM/ECF program.

14

15

16 **Dated:** _____3/30/07_____          _____/s/ MAG_____
                                            **Chambers of Judge Whyte**
17

18

19

20

21

22

23

24

25

26

27

28