GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice*)
KATHERINE A. FALLOW (*pro hac vice*)
AMY L. TENNEY (*pro hac vice*)
MATTHEW S. HELLMAN (*pro hac vice*)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

1   Plaintiffs Video Software Dealers Association and Entertainment Software Association
respectfully submit this Notice of Supplemental Authority to notify the Court of an Order issued by
the United States District Court for the District of Minnesota on July 31, 2006.  This Order
permanently enjoined enforcement of a Minnesota state law that would have subject to fines those
people under 17 years of age who purchased certain video games rated "M" or "AO" under the
voluntary video game rating system.  *Entertainment Software Ass'n & Entertainment Merchants
Ass'n v. Hatch*, No. 06-CV-2268 (D. Minn.  July 31, 2006).  The Court held that the law in question
violated the First Amendment, and that enforcement of the law would cause irreparable harm.

   Specifically relevant to the motions for summary judgment pending in the instant case, the
*Hatch* Court held that the State of Minnesota failed to show "substantial, actual 'empirical support for
its belief that "violent" video games cause psychological harm to minors.'"  Order, p. 6 (quoting
*Interactive Digital Software Ass'n v. St. Louis County*, 329 F.3d 958, 959 (8th Cir. 2003)).  The Court
held that the "meta-analysis" work of Dr. Craig Anderson is "completely insufficient to demonstrate
an empirical, causal link between video games and violence in minors."  *Id*.

   A true and correct copy of this Order is attached hereto for the Court's convenience.

DATED:  April 2, 2007.

Respectfully submitted.

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.
H. MARK LYON
ETHAN D. DETTMER


By:_____/s/_____
        Ethan D. Dettmer


JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
AMY L. TENNEY
MATTHEW S. HELLMAN
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION