1  GIBSON, DUNN & CRUTCHER LLP
   THEODORE J. BOUTROUS, JR., SBN 132099
2  H. MARK LYON, SBN 162061
   ETHAN D. DETTMER, SBN 196046
3  1881 Page Mill Road
   Palo Alto, California  94304
4  Telephone: (650) 849-5300
   Facsimile: (650) 849-5333
5
   JENNER & BLOCK LLP
6  PAUL M. SMITH (*pro hac vice*)
   KATHERINE A. FALLOW (*pro hac vice*)
7  AMY L. TENNEY (*pro hac vice*)
   MATTHEW S. HELLMAN (*pro hac vice*)
8  601 13th Street, N.W., Suite 1200
   Washington, D.C. 20005
9  Telephone:  (202) 639-6000
   Facsimile:  (202) 639-6066
10
   Attorneys for Plaintiffs
11 VIDEO SOFTWARE DEALERS ASSOCIATION
   and ENTERTAINMENT SOFTWARE ASSOCIATION
12

13                    UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, | CASE NO. C 05-4188 RMW (RS) |
| Plaintiffs, | NOTICE OF SUPPLEMENTAL AUTHORITY |
| vs. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose,  and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, | |
| Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

---

Notice of Supplemental Authority                                      Case No. C 05-4188 RMW (RS)

Dockets.Justia.com

1    Plaintiffs Video Software Dealers Association and Entertainment Software Association

2    respectfully submit this Notice of Supplemental Authority to notify the Court of an Order issued by

3    the United States District Court for the Middle District of Louisiana on August 24, 2006.  This Order

4    preliminarily enjoined enforcement of a Louisiana state law that would have imposed criminal fines

5    and imprisonment on persons who sold or rented to minors certain "violent video games," as defined

6    by the statute in question.  *Entertainment Software Ass'n*, *et al. v. Foti*, No. 06-cv-00431 (M.D. La.

7    August 24, 2006).  The Court held, *inter alia*, that the statute violated the First Amendment, that it

8    was void for vagueness, and that enforcement of the law would cause irreparable harm.

9    Specifically relevant to the motions for summary judgment pending in the instant case, the

10   *Foti* Court held that the "social science evidence" in the legislative record in support of the statute in

11   question is "much of the same evidence [that] has been considered by numerous courts and in each

12   case the connection [between violent video games and harm to minors] was found to be tenuous and

13   speculative."  Order, p. 16 (citing *Entertainment Software Ass'n v. Hatch*, __ F. Supp. 2d __ WL

14   216302 (D. Minn. 2006); *Interactive Digital Software Ass'n v. St. Louis County*, 329 F.3d 958 (8th

15   Cir. 2003); *Entertainment Software Ass'n v. Blagojevich*, 404 F. Supp. 2d 1051, 1073 (N.D. Ill.

16   2005); *Entertainment Software Ass'n v. Granholm*, 426 F. Supp. 2d 646, 652-53 (E.D. Mich. 2006);

17   *Video Software Dealers Ass'n v. Schwarzenegger*, 401 F. Supp. 2d 1034, 1046 (N.D. Cal. 2005);

18   *Video Software Dealers Ass'n v. Maleng*, 325 F. Supp. 2d 1180, 1188-89 (W.D. Wash. 2004);

19   *American Amusement Mach. Ass'n v. Kendrick*, 244 F.3d 572, 578-79 (7th Cir. 2001)).

20   The Court also held that the statute in question is unconstitutionally vague, as "video

21   producers and retailers will be forced to guess at the meaning and scope of the Statute, and may

22   'respond by either self censoring or otherwise restricting access to any potentially offending video

23   game title.'"  Order, pp. 25-26 (quoting *Granholm*, 426 F. Supp. 2d at 656; and citing *Blagojevich*,

24   404 F. Supp. 2d at 1077).

25

26

27

28

Gibson, Dunn &
Crutcher LLP

Notice of Supplemental Authority                                        Case No. C 05-4188 RMW (RS)

1        A true and correct copy of this Order is attached hereto for the Court's convenience.

2                                                    Respectfully submitted.

DATED:  April 2, 2007.

3                                                    GIBSON, DUNN & CRUTCHER LLP
                                                     THEODORE J. BOUTROUS, JR.
4                                                    H. MARK LYON
                                                     ETHAN D. DETTMER
5

6                                                    By:_____/s/_____
                                                                    Ethan D. Dettmer
7

8                                                    JENNER & BLOCK LLP
                                                     PAUL M. SMITH
9                                                    KATHERINE A. FALLOW
                                                     AMY L. TENNEY
10                                                   MATTHEW S. HELLMAN
                                                     601 13th Street, N.W., Suite 1200
11                                                   Washington, D.C. 20005
                                                     Telephone:  (202) 639-6000
12                                                   Facsimile:  (202) 639-6066

13                                                   Attorneys for Plaintiffs
                                                     VIDEO SOFTWARE DEALERS ASSOCIATION
14                                                   and ENTERTAINMENT SOFTWARE ASSOCIATION

15

16

17

18   100070309_1.DOC

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

                                                     3