GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice*)
KATHERINE A. FALLOW (*pro hac vice*)
AMY L. TENNEY (*pro hac vice*)
MATTHEW S. HELLMAN (*pro hac vice*)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose,  and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

Plaintiffs Video Software Dealers Association and Entertainment Software Association respectfully submit this Notice of Supplemental Authority to notify the Court of an Opinion issued by the United States Court of Appeals for the Seventh Circuit on November 27, 2006. This Opinion affirmed an order of the United States District Court for the Northern District of Illinois permanently enjoining enforcement of an Illinois state law that would have imposed criminal fines and imprisonment on persons who sold or rented to minors certain sexually explicit or "violent" video games, as defined by the statute in question. *Entertainment Software Ass'n*, *et al. v. Blagojevich*, ___ F. 3d ___, Nos. 06-1012, 06-1048 & 06-1161 (7th Cir., Nov. 27, 2006). The defendants appealed only that part of the district court's order enjoining enforcement of the ban on sexually explicit video games. The Court held, *inter alia*, that the statute was not sufficiently narrowly tailored and thus violated the First Amendment, and that the law impermissibly compelled speech in violation of the First Amendment.

Specifically relevant to the motions for summary judgment pending in the instant case, the Seventh Circuit held that the statute at issue did not use the least restrictive means to achieve the statute's goal, and noted that the State "could have simply passed legislation increasing awareness among parents of the voluntary [Entertainment Software Ratings Board] ratings system." Slip Op., p. 16 (citing *44 Liquormart, Inc. v. Rhode Island*, 517 U.S. 484, 507 (1996); *Linmark Assocs., Inc. v. Willingboro Twp.*, 431 U.S. 85, 97 (1977)).

The Court also held that the statute in question unconstitutionally compelled speech because it required, *inter alia*, the placement of a large "18" sticker on the packages of games that were found to be sexually explicit under the terms of the statute. Slip Op., pp. 17-19. The Court held that this labeling requirement was subject to strict scrutiny, and that it was not narrowly tailored to achieve the statute's objectives. *Id*. at 18-19.

///

///

///

///

///

1     A true and correct copy of this Opinion is attached hereto for the Court's convenience.

2

DATED: April 2, 2007.                Respectfully submitted.

3
                                GIBSON, DUNN & CRUTCHER LLP
                                THEODORE J. BOUTROUS, JR.

4
                                H. MARK LYON
                                ETHAN D. DETTMER

5

6                                 By: _____/s/_____
                                        Ethan D. Dettmer

7

8                                 JENNER & BLOCK LLP
                                PAUL M. SMITH

9
                                KATHERINE A. FALLOW
                                AMY L. TENNEY

10
                                MATTHEW S. HELLMAN
                                601 13th Street, N.W., Suite 1200

11
                                Washington, D.C. 20005
                                Telephone: (202) 639-6000

12
                                Facsimile: (202) 639-6066

13
                                Attorneys for Plaintiffs
                                VIDEO SOFTWARE DEALERS ASSOCIATION

14                                 and ENTERTAINMENT SOFTWARE ASSOCIATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28