**E-FILED on** 8/14/07

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION, and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER; BILL LOCKYER; GEORGE KENNEDY; RICHARD DOYLE; and ANN MILLER RAVEL:<br><br>Defendants. | No. C-05-04188 RMW<br><br>JUDGMENT |

On August 6, 2007, the court issued its order granting summary judgment in favor of plaintiffs, permanently enjoining defendants from enforcing Cal. Civ. Code §§ 1746-1746.5.

IT IS HEREBY ORDERED that judgment be entered in favor of plaintiffs permanently enjoining defendants from enforcing Cal. Civ. Code §§ 1746-1746.5.

DATED:     8/14/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-05-04188 RMW

United States District Court
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Matthew Samuel Hellman | mhellman@jenner.com |
| Theodore J. Boutrous, Jr. | tboutrous@gibsondunn.com |
| Ethan D. Dettmer | edettmer@gibsondunn.com |
| H. Mark Lyon | mlyon@gibsondunn.com |
| Jeffrey A Minnery | jminnery@gibsondunn.com |

**Counsel for Defendants:**

| | |
|---|---|
| Zackery P. Morazzini | zackery.morazzini@doj.ca.gov |
| Robert R. Fabela | CAO.Main@sanjoseca.gov |
| David Michael Rollo | david.rollo@cco.sccgov.org |
| Kathryn J. Zoglin | katie.zoglin@cco.sccgov.org |

**Counsel for Amicus Curiae:**

| | |
|---|---|
| Francine T. Radford | fradford@gmssr.com |
| Keith E. Johnson | kjohnson@gmssr.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/14/07

/s/ MAG
**Chambers of Judge Whyte**