**E-FILED on**   8/14/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION, and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER; BILL LOCKYER; GEORGE KENNEDY; RICHARD DOYLE; and ANN MILLER RAVEL:<br><br>        Defendants. | No. C-05-04188 RMW<br><br><br><br>JUDGMENT |

On August 6, 2007, the court issued its order granting summary judgment in favor of plaintiffs, permanently enjoining defendants from enforcing Cal. Civ. Code §§ 1746-1746.5.

IT IS HEREBY ORDERED that judgment be entered in favor of plaintiffs permanently enjoining defendants from enforcing Cal. Civ. Code §§ 1746-1746.5.

DATED:   8/14/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-05-04188 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Matthew Samuel Hellman    mhellman@jenner.com
Theodore J. Boutrous, Jr.    tboutrous@gibsondunn.com
Ethan D. Dettmer    edettmer@gibsondunn.com
H. Mark Lyon    mlyon@gibsondunn.com
Jeffrey A Minnery    jminnery@gibsondunn.com

**Counsel for Defendants:**

Zackery P. Morazzini    zackery.morazzini@doj.ca.gov
Robert R. Fabela    CAO.Main@sanjoseca.gov
David Michael Rollo    david.rollo@cco.sccgov.org
Kathryn J. Zoglin    katie.zoglin@cco.sccgov.org

**Counsel for Amicus Curiae:**

Francine T. Radford    fradford@gmssr.com
Keith E. Johnson    kjohnson@gmssr.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/14/07              /s/ MAG
                                                 **Chambers of Judge Whyte**

United States District Court
For the Northern District of California