GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice*)
KATHERINE A. FALLOW (*pro hac vice*)
AMY L. TENNEY (*pro hac vice*)
MATTHEW S. HELLMAN (*pro hac vice*)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose,  and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>NOTICE OF ENTRY OF JUDGMENT |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 14, 2007, the Court in the above-entitled action entered Judgment in favor of plaintiffs Video Software Dealers Association and Entertainment Software Association, and against defendants Arnold Schwarzenegger, Bill Lockyer, George Kennedy, Richard Doyle and Ann Miller Ravel (the "Defendants") and permanently enjoined the Defendants from enforcing California Civil Code Sections 1746 – 1746.5. A true and correct copy of the Judgment is attached hereto as Exhibit A and incorporated herein by this reference.

DATED: August 15, 2007.

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.
H. MARK LYON
ETHAN D. DETTMER

By: _____
H. Mark Lyon

JENNER & BLOCK LLP
PAUL M. SMITH
KATHERINE A. FALLOW
AMY L. TENNEY
MATTHEW S. HELLMAN
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

100282447_1.DOC

# EXHIBIT A

E-FILED on __8/14/07__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION, and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER; BILL LOCKYER; GEORGE KENNEDY; RICHARD DOYLE; and ANN MILLER RAVEL:<br><br>Defendants. | No. C-05-04188 RMW<br><br>JUDGMENT |

On August 6, 2007, the court issued its order granting summary judgment in favor of plaintiffs, permanently enjoining defendants from enforcing Cal. Civ. Code §§ 1746-1746.5.

IT IS HEREBY ORDERED that judgment be entered in favor of plaintiffs permanently enjoining defendants from enforcing Cal. Civ. Code §§ 1746-1746.5.

DATED: __8/14/07__

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-05-04188 RMW

Notice of this document has been electronically sent to:

**Counsel for Plaintiffs:**

| | |
|---|---|
| Matthew Samuel Hellman | mhellman@jenner.com |
| Theodore J. Boutrous, Jr. | tboutrous@gibsondunn.com |
| Ethan D. Dettmer | edettmer@gibsondunn.com |
| H. Mark Lyon | mlyon@gibsondunn.com |
| Jeffrey A Minnery | jminnery@gibsondunn.com |

**Counsel for Defendants:**

| | |
|---|---|
| Zackery P. Morazzini | zackery.morazzini@doj.ca.gov |
| Robert R. Fabela | CAO.Main@sanjoseca.gov |
| David Michael Rollo | david.rollo@cco.sccgov.org |
| Kathryn J. Zoglin | katie.zoglin@cco.sccgov.org |

**Counsel for Amicus Curiae:**

| | |
|---|---|
| Francine T. Radford | fradford@gmssr.com |
| Keith E. Johnson | kjohnson@gmssr.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    8/14/07                                    /s/ MAG
                                                        **Chambers of Judge Whyte**

JUDGMENT—No. C-05-04188 RMW                    2

# PROOF OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California. I am over the age of 18 years and am not a party to this action. My business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State. On August 15, 2007, I served the following document(s) by the method indicated below:

## NOTICE OF ENTRY OF JUDGMENT

**Zachary P. Morazzini**
California Attorney General's Office
1300 I Street
P.O. Box 944255
Sacramento, CA  94244

**David Michael Rollo**
**Kathryn Jennifer Zoglin**
Office of the County Counsel
Santa Clara County
70 W. Hedding Street, East Wing, 9th Flr.
San Jose, CA  95110

**Francine Terhune Radford**
**Keith E. Jordan**
Goodin MacBride Squeri, Day & Lamprey, LLP
505 Sansome Street, Suite 900
San Francisco, CA  94111

**Robert R. Fabela**
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA  95113

___ **BY ELECTRONIC MAIL:** From an IBM computer, in an e-mail address in PDF format, to the e-mail addresses listed above on the date indicated.

___ **BY OVERNIGHT MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business.

_X_ **BY U.S. MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

___ **BY FACSIMILE:** From facsimile machine telephone number (650) 849-5333, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the foregoing document(s) were printed on recycled paper.

Executed at Palo Alto, California, on August 15, 2007.

*/s/ Karen Leonard*
Karen Leonard

100282629_1.DOC