# JENNER & BLOCK

## TRAVEL/BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
(See Reverse Side for Business Meals) - (Side A)

☐ Cash
☑ Check

PAY TO: Paul M. Smith

Travel Expenses of: Paul M. Smith

to: San Francisco

From: 12/08/05
Date

To: California
State

12/10/05
Date

Office: ☐ Chicago (1)   ☑ Washington (2)   ☐ Dallas (3)

FACILITY: (CLUSTER)

Firm Account Number: _____

Client/Matter Name: ESA/California

Client/Matter Number: 40507 - 10099

Purpose of Travel: Travelled to San Jose to participate in PI hearing in case

Submitted By: Signature _____ Date _____

Approved By: Signature _____ Date _____

### TRAVEL EXPENSES

| Description | Date> | 12/08/05 | 12/09/05 | 12/10/05 | Returned | Returned | Returned | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|
| Lodging (Room Rate Including Tax) | | 207.90 | | | | | | | 207.90 |
| Telephone | | 1.50 | | | | | | | 1.50 |
| Other - Please Specify - **Transaction Fee** | | 35.00 | | | | | | | 35.00 |
| Air or Rail Transportation (For Out-of-Pocket Expenses Only) | | 596.47 | | 596.48 | | | | | 1,192.95 |
| Local Transportation | | | | 55.00 | | | | | 55.00 |
| Taxi | | 70.50 | | | | | | | 70.50 |
| Car Service | | | | | | | | | 0.00 |
| Taxi | | | | | | | | | |
| Miles driven per day in personal car | | | | | | | | | |
| Mileage allowance for use of own car | | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| Car Rental | | | | 78.29 | | | | | 78.29 |
| Parking | | 44.00 | | | | | | | 44.00 |
| **TOTAL TRAVEL EXPENSES** | | 955.37 | 0.00 | 729.77 | | | | | $1,685.14 |

$0.375 Rate

### Comments

Amount

1.
2.
3.
4.
5.
6.
7.
8.

### Accounting Use:

Firm Account No. _____

Firm Account No. _____

Firm Account No. _____

### Disbursement Recap

| | |
|---|---|
| TRAVEL EXPENSE (A) | $1,685.14 |
| BUSINESS MEALS (B) | $197.67 |
| / TOTAL | $1,882.81 |
| LESS TRAVEL ADVANCE | -$1,882.81 |
| NET AMOUNT TO BE PAID | |

Revised 9/03

# JENNER & BLOCK

## BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
### (See Reverse Side for Travel Expenses)
### (Side B)

Attorney's Name: Paul M. Smith

Client/Matter No.: _____

Firm Account No.: _____

**LOCATION WHERE EXPENSES WERE INCURRED:**

CITY: New York

STATE: New York

## Business Meals

| Description | Dates> | 12/08/05 | 12/09/05 | 12/10/05 | Returned | Returned | Returned | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|
| Breakfast | | | | ✓ 8.65 | | | | | 8.65 |
| Lunch | | | ✓ 48.49 | | | | | | 48.49 |
| Dinner | | ✓ 140.53 | | | | | | | 140.53 |
| Other - Please Specify | | | | | | | | | 0.00 |
| | TOTAL | ✓ 140.53 | ✓ 48.49 | ✓ 8.65 | | | | | 197.67 |

## BUSINESS MEALS - DETAIL

| Ref.* | Amount | Date | Individuals (include self) | Firm or Company (If Appropriate) | Business Purpose of Meal |
|---|---|---|---|---|---|
| (B) | 197.67 | | P. Smith & K. Fallow | J&B | Meal expenses while in San Jose for PI hearing. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

$197.67 Total Business Meals - To Reverse Side - Must Agree with (B)
(Attach Additional Sheet if Necessary)

*Business meal expenses recapped on the top half of the form are to be referenced to the detail on the bottom half of the form.

# Smith, Paul M

| | |
|---|---|
| **From:** | WTBTI.ENCORRE@PM2.ENCORRE.NET on behalf of JENNERBLOCK@WORLDTRAVEL.COM |
| **Sent:** | Friday, November 18, 2005 3:41 PM |
| **To:** | AP (World Travel Credit); Smith, Paul M |
| **Cc:** | Huggins, Carolyn |
| **Subject:** | TRAVEL INVOICE FOR SMITH/PAUL M 08DEC JFKSFO |

## Information for Trip Locator: LMJ95U

THIS MESSAGE REFERENCES PNR LOCATOR LMJ95U.

THIS IS A SEND ONLY EMAIL ADDRESS. PLEASE DO NOT REPLY TO THIS EMAIL.
PLEASE DO NOT DELETE THIS EMAIL PRIOR TO SUBMITTING YOUR REQUEST FOR REIMBURSEMENT OR DISBURSEMENT.
PRINT THIS EMAIL AND ATTACH TO YOUR EXPENSE REPORT OR DISBURSEMENT FORM WHEN SUBMITTING TO ACCOUNTS PAYABLE.
CLIENT

ELECTRONIC Ticket Number: 0161543058533
Ticket Amount: $1192.95
MCO/Transaction Number: 8909528838074
Transaction Fee: $35.00
Form of Payment: AX***********2000

ENCORRE GENERATED THIS EMAIL AT 2:40 pm, ON Friday, November 18, 2005. THIS IS A SEND ONLY ADDRESS. PLEASE DO NOT REPLY TO THIS EMAIL. CONTACT YOUR TRAVEL MANAGER FOR MORE DETAILS.

| Passengers | Reference # | Frequent Flyer # |
|---|---|---|
| SMITH/PAUL M | SMITHPM.NONREF | AAM982536, COAG389198, DL2059919882, NW785827350, UA2P 00134493704, US907N9K0 |

## ✈ AIR - Thursday, December 8

**✳ United Airlines Flight 27 Economy**

| | | |
|---|---|---|
| **From:** | New York John F. Kennedy Int'l Airport, NY | **Equipment:** Boeing 757 |
| | 9:05 am, Thursday, December 8 | **Duration:** 6 hours and 25 minutes |
| | TERMINAL 7 | **Meals:** BREAKFAST/SNACK |
| **To:** | San Francisco Int'l Airport, CA | **Status:** Confirmed |
| | 12:30 pm, Thursday, December 8 | |
| | TERMINAL 3 | |
| **Seats:** | 25D  SMITH P   Confirmed | |

## 🚗 CAR - Thursday, December 8

**✳ Hertz Rent-A-Car**

11/18/2005

Pick up: HERTZ CORPORATION SFOT15 SAN
FRANCISCO I
SAN FRANCISCO INTL AIRPORT
12:30 pm, Thursday, December 8

Drop off: HERTZ CORPORATION SFOT15 SAN
FRANCISCO I
SAN FRANCISCO INTL AIRPORT
10:15 am, Saturday, December 10

Type: Intermediate Car Auto A/C
Rate: USD 26.09 Per Weekend Day,
Unlimited Free Miles,
USD 79.19 Extra Day Rate,
Unlimited Free Miles,
Rate Guaranteed
Confirmation: D10610173B4 GOLD
Client ID: 16502687
Corporate Discount: 282138
Frequent Traveler: AAM982536
Status: Confirmed

## HOTEL - Thursday, December 8
FAIRMONT SAN JOSE

Address: 170 SOUTH MARKET STREET
SAN JOSE CA 95113 US

Telephone: 1 408-998-1900

Fax: 1 408-280-6072

Chain: Fairmont Hotels
Check out: Friday, December 9
Rate: USD 189.00 per night
Confirmation: 4084811
Corporate Discount: CP10001019
Status: Confirmed

Supplemental
Information: RQST NON SMOKINGKING
*TO AVOID A PENALTY CANCEL BY 08DEC2005 6PM LOCAL TIME

## AIR - Saturday, December 10
United Airlines Flight 862 Economy

From: San Francisco Int'l Airport, CA
10:15 am, Saturday, December 10
TERMINAL 3
To: Washington Dulles Int'l Airport, DC
6:21 pm, Saturday, December 10
Unspecified Terminal
Seats: 08A SMITH P Confirmed
*SEAT PREFERENCE NOT AVAILABLE ALTERNATE ASSIGNED

Equipment: Airbus Special Jet
Duration: 5 hours and 6 minutes
Meals: FOOD TO PURCHASE
Status: Confirmed

## TOUR - Thursday, June 8
Departs: Washington Dulles Int'l Airport, DC
Status: Confirmed
**THANK YOU FOR CHOOSING WORLDTRAVEL BTI**

## General Remarks
FAA IMPOSES NEW SECURITY MEASURES FOR PASSENGERS.
LIMITED TO ONE CARRY-ON BAG AND ONE PERSONAL ARTICLE
CHECK IN 2 HOURS FOR DOMESTIC AND 3 HOURS
INTERNATIONAL DEPARTURES.
CHECK WITH INDIVIDUAL CARRIER FOR COMPLETE DETAILS.
DURING NORMAL BUSINESS HOURS CALL 866 439-9605

11/18/2005

FOR EMERGENCY ASSISTANCE WHEN TRAVELING IN THE U.S.
AND CANADA CALL 866-446-3326
TRAVELING OUTSIDE THE USA CALL COLLECT 847-759-5436
YOUR EMERGENCY SERVICE IDENTIFICATION CODE IS A62C
YOUR UNITED CONFIRMATION IS *LMJ95U*.
ELECTRONIC TICKET ISSUED FOR THIS ITINERARY
GOVERNMENT ISSUED PICTURE ID REQUIRED.
BOARDING PASSES MAY BE RESTRICTED TO AIRPORT CHECK IN.

---

Liability Agreement
Worldtravel BTI acts only as agent for the airlines, hotels, bus companies, railroads, tour operators,cruise lines, car rental companies, and other
contractors providing accommodations, transportation or other suppliers ("suppliers")

All such services are furnished by suppliers that are independent and do not act for or on behalf of WTBTI, are not servants of WTBTI, and with whom
WTBTI does not have a business as joint ventures or otherwise.
By utilizing the services represented by this itinerary, client agrees to the forgoing and also agrees that neither WTBTI nor its parent, affiliates,
subsidiaries or Representatives (collectively "WTBTI Entities") shall be or become liable for any loss,costs,expense,injury,accident or damage to
person or property
resulting directly or indirectly for (i) the acts or omissions of such suppliers, including, but not limited to,
delays or cancellation of services,cessation of operations, breakdown in machinery or equipment or changes in fares,intineraries or schedules, and/or
(ii) acts of God, dangers incident to the sea,fire,acts
of government or other authorities,war,acts of terrorism,civil unrest,strikes,riots,thefts,pilferage,epidemics,quarantines, other disease,climatic
aberrations, or from any other cause beyond WTBTIs control. All services covered by this itinerary are subject to the terms and conditions specified by
the suppliers;and
client also agrees to the terms and conditions set forth in any and all brochures or advertisements describing any tour,cruise,accommodations,
transportation or other services, and to any and all conditions contained in documents for any such services,without limitation, all cancellation fees. No
employee of WTBTI or
affiliates, subsidiary companies or representatives has authority to vary the terms of these conditions.

11/18/2005

PAUL SMITH
RR  103166836
VEHICLE NO. 01198 / 1253681     #02EST

## ESTIMATE OF CHARGES

RENTED: 12/08/05 14:30 @ SAN FRANCISCO INT'L A/P
RETURN: 12/10/05 10:15 @ SAN FRANCISCO INT'L A/P

| | | | |
|---|---|---|---|
| 2 @ $ 28.99 / DAY | WITH ALL MILES FREE | $ | 57.98 |
| SUBTOTAL 1 | | $ | 57.98 |
| DISCOUNT - R | 10 % | $ | 5.80 |
| SUBTOTAL 2 | | T$ | 52.18 |

**ADDITIONAL CHARGES**
FF: AA  M982536
FF SURCHARGE - UP TO $.60 PER DAY/$2.00 MAX. PER
RENTAL APPLIES WHEN FF MILES EARNED.                    ****
FEES FOR ANY ADDITIONAL AUTHORIZED OPERATORS
NOT INCLUDED!                                          ****

**OPTIONAL SERVICES**
LDW     DECLINED
LIS     DECLINED
PAI, PEC   DECLINED
FUEL & SERVICE  $ .296 /MI   $ 6.51 /GL   17.2/TK CAP (T)
FUEL & SERVICE CHARGES CALCULATED AT RETURN            ****

**TAX / FEES**

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | | T$ | 5.79 |
| TRNS&FAC FEE | | $ | 13.50 |
| VEHLICFEE | | T$ | 1.88 |
| TAX   8.250 % ON TAXABLE TTL OF $    59.86 | | $ | 4.94 |

| | | |
|---|---|---|
| TOTAL ESTIMATED CHARGE | $ | 78.29 |

SAN FRANCISCO INT'L A/P
RENTAL RECORD:            103166836
PAUL SMITH
COMPLETED BY:             4495
RENTED:  SAN FRANCISCO INT'L A/P
RENTAL:   12/08/05   14:30
RETURN:   12/10/05   07:28
MILES IN: 23267   OUT: 23146
MILES DRIVEN:  121
PLAN IN/OUT: JLXE   /JLXE
CLS: C

| | | |
|---|---|---|
| 2 DAYS | 2 | |
| 8.99   57.98 | | |
| DISCOUNT 10% | | 5.80 |
| SUBTOTAL | | 52.18 |
| CONCESSION FEE RECOVERY | | 5.7 |
| ADDITIONAL CHARGES* | | 1.88†† |
| FF SURCHARGE | | 0.06 |
| TX 8.250% ON   59.91 | | 4.94 |
| TRNS&FAC FEE | | 13.50 |
| NET DUE | | 78.35†† |

PAID BY: AMX
CREDIT CARD #: XXXXXXXXXX2000

*ADDITIONAL CHARGES
VEHLICFEE -  .94DY

FF# AA M982536
FF MILES AWARDED    54

Thank you for renting from
**Hertz**

ThIS IS ONLY AN ESTIMATE - assumes that (1) you will rent and return
the identified vehicle at the times and places indicated, (2) if a mileage
charge applies, you will drive no more than the number of miles indicated
and (3) you will not incur any charges that either are listed above
opposite "****" or cannot be calculated until return. If any of these
assumptions is incorrect, additional charges or charges at higher rates
may apply.
PLAN OUT: JLXE        RATE... ... ASS: C
CC AUTH WOULD BE   $   128.00
PRINTED: 12/08/05 13:19     PREPARED BY: 2549/CASF015

```
                 HMSHOST
     GORDON BIERSCH GRAB & GO
     SAN FRANCISCO INT'L AIRPORT

  3012 Joseph

  4 3 7 4  DEC 10 '05  9:22AM
------------------------------------

   1 G&G TURKEY SND        7.99
     Cash                 20.00

     SUBTOTAL              7.99
     TAX                   0.66
     AMOUNT                8.65
     CHANGE               11.35
```

# RECEIPT

**Washington Dulles International Airport**
**Washington Flyer Taxi**

Date _12/10_____

Name _____ $ _55___

From _IAD_____

To _675 E St Nw DC_____

Driver _____ Cab No _____

**Dulles Taxi Systems Inc.**
**(703) 661-6655**



$5460 1602 5847 4921

Customer Account Number

9/03 03/31/08

PAUL J SMITH

Date of Sale

12/8/05
Date of Charge

APPROVAL CODE
88704

| AMEX. | D.C, | DISC. | | VISA | OTHER |
|-------|------|-------|--|------|-------|

Customer Signature
X Paul Smith

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and
agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.
Invoice Number

086990

**UNIVERSAL CAR SERVICE CHARGE FORM**

| DATE 12/8 | TIME 630 AM PM PAL | CALL/FARE/JOB NO. | | CAR NO. 175 | BASIC FARE $ 55 |
|-----------|---------|------------------|--|-------------|-----------------|
| PICKUP POINT NYC | ZONE/ZIP | | W.T. | R.R. | MISC. $ 11 |
| FINAL DESTINATION JFK | | STOPS | | O.T.   MISC. | TOLLS/PARKING $ 450 |
| 1 | | | | PHONE | STOPS $ |
| 2 | | | | SPEC ROUTE | WAIT TIME $ |
| 3 | | | | PACKAGE | TOTAL 7085 |

Car Service

**PASSENGER COPY**

**COSTDETA**                      **Cos**            COSTDETC        **From File**

Client.........        40507          Client.........        40507
Sub Client.....  000                  Sub Client.....  000
Matter.........        10099          Matter.........        10021
Sub-Matter.....                       Sub-Matter.....
Working Atty... 9999                  Working Atty... 9999
Service Code... 00010                 Service Code... 00010
Group.......... 41898                 Group.......... 41527
Item Number.... 00051                 Item Number.... 00010
Trans Date.....  9/30/2005            Trans Date.....  9/30/2005
Trans Cost Amt.     634.50            Trans Cost Amt.     634.50
Voucher Number. 000947120
Payee.......... PITNEY BOWES
                                      Transferer..... LIPTONBX
            **Narrative**             Transfer Date.. 11/15/2005
         Photocopy Expense            Transfer Time.. 15:28:05

**F1=Help  F3=Exit  F4=Prompt**       **F1=Help  F3=Exit  F12=Cancel**
**F18=From**                          **F14=Messages  F15=Menu**

JENNER & BLOCK LLP
**CLIENT DISBURSEMENT REQUEST FORM**

Vendor # _____

ATTY NO. _____    PAY TO    Name    *Pitney Bowes*

| | |
|---|---|
| **REQUEST FOR** | ☐ Cash |
| | ☒ Check |
| Check No. _____ | |

Address _____

City _____ State _____ Zip _____

INVOICE NO.: **9174429**    DATE **9 , 30 , 05**

MEMO: _____

CLIENT/MATTER No.* **40507 - 10021**    Name _____

\* DISBURSEMENTS **CANNOT** BE CHARGED TO CLIENT #99999

| | | Amount | | | | Amount |
|---|---|---|---|---|---|---|
| 52 | Appearance Fee | | 74 | Outside Professional Services | |
| 54 | Bond Premium | | 75 | Out-of-Town Secretary Services | |
| 56 | Certified Copy Fee | | 7 | Overtime Meal Allowance | |
| 58 | Clerk of Court Fee | | 77 | Patent Expense | |
| 59 | Consulting Fee | | 10 | Photocopy Expenses | 634 50 |
| 60 | Corporate Book | | 11 | Postage Expense | |
| 61 | Corporate Document Expense | | 78 | Printing Expense | |
| 63 | Corporate Seal | | 79 | Proration/Closing Expense | |
| 64 | Court Reporter Charge | | 80 | Publication/Book Charges | |
| 3 | Docket Expense | | 82 | Recording Fee | |
| 65 | Expert Witness Fee | | 83 | Service of Process Fee | |
| 20 | Fax | | 12 | Special Messenger Service | |
| 66 | Filing Fee | | 84 | Special Search | |
| 67 | Franchise Taxes | | 85 | Statutory Representation Charges | |
| 68 | Investigation Report Fee | | 86 | Subpoena Fee | |
| 4 | In-City Transportation/Parking | | 13 | Supplies | |
| 69 | License Fee | | 87 | Survey Copies | |
| 70 | Lien Search | | 88 | Tax Search | |
| 71 | Local Counsel Fee | | 5 | Telephone Expense | |
| 6 | Long Distance Telephone | | 89 | Title Charges | |
| 73 | Minute Book | | 90 | Torrens Charges | |
| 81 | Other Real Estate Expenses | | 91 | Trademark Fee | |
| 96 | Out of Town Travel | | 92 | UCC Fee | |
| | Traveler _____ | | 99 | Other | |
| | Date _____ | | | | |
| | City _____ | | | | |

Description _____
_____

| TOTAL AMOUNT |
|---|
| $ 634.50 |

Prepared by _*M Spahey - Walter*_    Date **10/12/05**

Approved by _____    Date _____

| SPECIAL HANDLING INSTRUCTIONS | RUSH REQUEST INFORMATION |
|---|---|
| _____ | Need by: Date _____ / _____ / _____ |
| _____ | Time _____ |
| ☐ DTF - SUPPORTING DOCUMENTATION WILL BE PROVIDED AS SOON AS IT BECOMES AVAILABLE. | When Ready Call _____ |
| | Extension _____ |

Revised 8/04

# Pitney Bowes Management Services
A Pitney Bowes Company

*SCHEDULE DETAIL*

| SCHEDULE | B OVERFLOW COPY CENTER REQUEST |
|---|---|
| CUSTOMER | 269030    Jenner & Block |
| INVOICE NUMBER | 9174429 |
| INVOICE DATE | 09/30/05 |
| PAGE NUMBER | 4 |

| DATE | PB INV.# | PURCHASE ORDER# | PB JOB DESC. | TOTAL AMT |
|---|---|---|---|---|
| 08/30/05 | 64349762 | 40507-100064 | VHS DUPLICATI | 80.00 |
| 09/06/05 | 64357957 | 45115-10013 | BLOWBACK | 142.54 |
| 09/08/05 | 64361315 | 99999-10319 | DUPLICATION | 24.61 |
| 09/15/05 | 64376517 | 40507-10021 | VHS DUPLICATI | 600.00 |
| 09/19/05 | 64383223 | 45033-10010 | DUPLICATION | 382.50 |
| 09/20/05 | 64384710 | 40599-10082 | BLOWBACK | 189.45 |
| 09/22/05 | 64394264 | 42385-10950 | BLOWBACK | 123.83 |
| | | | | 1,542.93 |

*Handwritten notes:*

1631.65

40507 - 10064    $   84.60 ✓
45115 - 10013    $  150.74 ✓
99999 - 10319    $   26.03
40507 - 10021    $  634.50 ✓
45033 - 10010    $  404.49 ✓
40599 - 10082    $  200.34 ✓
42385 - 10950    $  130.95

# Pitney Bowes Management Services
A Pitney Bowes Company

*SCHEDULE DETAIL ORIGINAL*
75620 – JAN 91

| Matter | Quantity | Item | Tax | Total |
|---|---|---|---|---|
| 99999-75283 | 1 | $ 5.00 | $ 0.29 | $ 5.29 |
| 40599-10082 | 3 | $ 15.00 | $ 0.86 | $ 15.86 |
| CD's/DVD's | 4 | $ 20.00 | $ 1.15 | $ 21.15 |

Total

| Matter | Quantity | Item | Tax | Total |
|---|---|---|---|---|
| 18574-22120 | 6 | $ 6.00 | $ 0.35 | $ 6.35 |
| 18574-23194 | 3 | $ 3.00 | $ 0.17 | $ 3.17 |
| 18574-24890 | 1 | $ 1.00 | $ 0.06 | $ 1.06 |
| 18574-25057 | 55 | $ 55.00 | $ 3.16 | $ 58.16 |
| 41286-10160 | 10 | $ 10.00 | $ 0.58 | $ 10.58 |
| 42156-10125 | 1 | $ 1.00 | $ 0.06 | $ 1.06 |
| 42156-10150 | 3 | $ 3.00 | $ 0.17 | $ 3.17 |
| 42385-11395 | 11 | $ 11.00 | $ 0.63 | $ 11.63 |
| 43651-10063 | 3 | $ 3.00 | $ 0.17 | $ 3.17 |
| 44440-30045 | 1 | $ 1.00 | $ 0.06 | $ 1.06 |
| 44450-36919 | 5 | $ 5.00 | $ 0.29 | $ 5.29 |
| 44475-38240 | 1 | $ 1.00 | $ 0.06 | $ 1.06 |
| 44609-10095 | 2 | $ 2.00 | $ 0.12 | $ 2.12 |
| 44624-10017 | 30 | $ 30.00 | $ 1.73 | $ 31.73 |
| 45115-10113 | 1 | $ 1.00 | $ 0.06 | $ 1.06 |
| 45201-10009 | 1 | $ 1.00 | $ 0.06 | $ 1.06 |
| 45203-10006 | 7 | $ 7.00 | $ 0.40 | $ 7.40 |
| 45253-10006 | 49 | $ 49.00 | $ 2.82 | $ 51.82 |
| 62483-10009 | 16 | $ 16.00 | $ 0.92 | $ 16.92 |
| 62604-10000 | 36 | $ 36.00 | $ 2.07 | $ 38.07 |
| 99999-10319 | 28 | $ 28.00 | $ 1.61 | $ 29.61 |
| 99999-13121 | 2 | $ 2.00 | $ 0.12 | $ 2.12 |
| 99999-20039 | 4 | $ 4.00 | $ 0.23 | $ 4.23 |
| 99999-70001 | 1 | $ 1.00 | $ 0.06 | $ 1.06 |
| Binds | 277 | $ 277.00 | $ 15.93 | $ 292.93 |

Total

| Matter | Amount 1 | Amount 2 | Amount 3 | Total |
|---|---|---|---|---|
| 6290-100-02 | $29,706.81 | $8,307.91 | 756.11 | $38,802.47 |
|  | $   29.61 | $   4.23 | (2.20) | |
| 6290-200-02 | $19,073.00 | | | $19,073.00 |
| 6235-130-02 | $     5.29 | | | 5.29 |
| 6605-100-02 | $     2.12 | $   1.06 | | 3.18 |
| 18574-22120 | $     6.35 | | | 6.35 |
| 18574-23194 | $     3.17 | | | 3.17 |
| 18574-24890 | $     1.06 | | | 1.06 |
| 18574-25057 | $    58.16 | | | 58.16 |
| 40507-10021 | $   634.50 | | | 634.50 |
| 40507-10064 | $    84.60 | | | 84.60 |
| 40599-10082 | $   200.34 | $  15.86 | | 216.20 |
| 41286-10160 | $    10.58 | | | 10.58 |
| 42156-10125 | $     1.06 | | | 1.06 |
| 42156-10150 | $     3.17 | | | 3.17 |
| 42385-10950 | $   130.95 | | | 130.95 |
| 42385-11395 | $    11.63 | | | 11.63 |
| 43651-10063 | $     3.17 | | | 3.17 |
| 44440-30045 | $     1.06 | | | 1.06 |
| 44450-36919 | $     5.29 | | | 5.29 |
| 44475-38240 | $     1.06 | | | 1.06 |
| 44609-10095 | $     2.12 | | | 2.12 |
| 44624-10017 | $    31.73 | | | 31.73 |
| 45033-10010 | $   404.49 | | | 404.49 |
| 45115-10113 | $   150.74 | $   1.06 | | 151.80 |
| 45201-10009 | $     1.06 | | | 1.06 |
| 45203-10006 | $     7.40 | | | 7.40 |
| 45253-10006 | $    51.82 | | | 51.82 |
| 62483-10009 | $    16.92 | | | 16.92 |
| 62604-10009 | $    38.07 | | | 38.07 |
| 99999-10319 | $    26.03 | | | 26.03 |

Total    $59,787.39

# JENNER & BLOCK LLP

## TRAVEL/BUSINESS MEAL EXPENSE REIMBURSEMENT FORM

(See Reverse Side for Business Meals) - (Side A)

Office: ☐ Chicago (01)  ☑ Washington (02)  ☐ Dallas (05)

FACILITY/ Number
DEPARTMENT Name

PAY TO: ☐ Cash  ☑ Check

Travel Expenses of: Katherine A. Fallow

to: Katherine A. Fallow

From: _____ to: San Francisco    California    To: _____
              City                    State
Date 03/16/06                                Date 03/18/06

Submitted By: Beth Gulden
              Signature                Date

Approved By: _____
              Signature                Date

Firm Account Number: _____

Client/Matter Number: 40507-10099

Client/Matter Name: ESA - CA

Purpose of Travel: Traveled to Wellsburg California for CFRP conference

APR - 7 2006

| TRAVEL EXPENSES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Date> | 03/16/06 | 03/17/06 | 03/18/06 | Returned | Returned | Total |
| Lodging (Room Rate Including Tax) | | | | | | | 0.00 |
| Telephone | | | | | | | 0.00 |
| Other - Please Specify | | | | | | | 0.00 |
| Air or Rail Transportation (For Out-of-Pocket Expenses Only) | | | | | | | 0.00 |
| Local Transportation | | | | | | | 0.00 |
| | Taxi | | 418.30 | 626.80 | | | 1,045.10 |
| | Taxi | | | | | | 0.00 |
| | Taxi | | | | | | 0.00 |
| $0.405 | Miles driven per day in personal car | | | | | | 0.00 |
| Rate | Mileage allowance for use of own car | 0.00 | 0.00 | | | | 0.00 |
| | Car Rental | | | | | | 0.00 |
| | Parking | | | | | | 0.00 |
| TOTAL TRAVEL EXPENSES | | 0.00 | 418.30 | 626.80 | | | $1,045.10 |

**Comments**

| | | Amount |
|---|---|---|
| 1. | Flight from LA to San Francisco | 418.30 |
| 2. | Flight from San Francisco to Washington | 626.80 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

**Accounting Use:**

| | Firm Account No. | Disbursement Recap |
|---|---|---|
| | | TRAVEL EXPENSE (A)    $1,045.10 |
| | Firm Account No. | BUSINESS MEALS (B) |
| | | TOTAL    $0.00 |
| | Firm Account No. | TOTAL    $1,045.10 |
| | | LESS TRAVEL ADVANCE    0.00 |
| | | NET AMOUNT TO BE PAID    $1,045.10 |

Revised 9/03

## ✈ AIR - Saturday, March 18

**United Airlines Flight 216 Economy**

**From:** San Francisco Int'l Airport, CA
11:25 am, Saturday, March 18
TERMINAL 3
**To:** Washington Dulles Int'l Airport, DC
7:27 pm, Saturday, March 18
Unspecified Terminal
**Seats:** 17C FALLOW K  Confirmed

**Equipment:** Boeing 767-300
**Duration:** 5 hours and 2 minutes
**Meals:** FOOD TO PURCHASE
**Status:** Confirmed

## 🚌 TOUR - Thursday, September 14

**Departs:** Washington Dulles Int'l Airport, DC
**Status:** Confirmed
**THANK YOU FOR CHOOSING WORLDTRAVEL BTI**

## 📝 General Remarks

FAA IMPOSES NEW SECURITY MEASURES FOR PASSENGERS.
LIMITED TO ONE CARRY-ON BAG AND ONE PERSONAL ARTICLE
CHECK IN 2 HOURS FOR DOMESTIC AND 3 HOURS
INTERNATIONAL DEPARTURES.
CHECK WITH INDIVIDUAL CARRIER FOR COMPLETE DETAILS.
DURING NORMAL BUSINESS HOURS CALL 312 222-9350 X6012
OR 312-840-8300
FOR EMERGENCY ASSISTANCE WHEN TRAVELING IN THE U.S.
AND CANADA CALL 866-446-3326
TRAVELING OUTSIDE THE USA CALL COLLECT 847-759-5436
YOUR EMERGENCY SERVICE IDENTIFICATION CODE IS A62C
YOUR AMERICAN CONFIRMATION IS *GXBTSM*.
YOUR UNITED CONFIRMATION IS *MGJK0T*.
MULTIPLE TICKETS HAVE BEEN ISSUED FOR YOUR TRIP
TO ENSURE THE LOWEST POSSIBLE FARE
PLEASE ADD ALL INVOICES TOGETHER FOR THE TOTAL AMOUNT
ELECTRONIC TICKET ISSUED FOR THIS ITINERARY
GOVERNMENT ISSUED PICTURE ID REQUIRED.
BOARDING PASSES MAY BE RESTRICTED TO AIRPORT CHECK IN.

Liability Agreement
Worldtravel BTI acts only as agent for the airlines, hotels, bus companies, railroads, tour operators,cruise lines, car rental companies, and other contractors providing
accommodations, transportation or other suppliers ("suppliers")

All such services are furnished by suppliers that are independent and do not act for or on behalf of WTBTI, are not servants of WTBTI, and with whom WTBTI does not have
a business as joint ventures or otherwise.
By utilizing the services represented by this itinerary, client agrees to the forgoing and also agrees that neither WTBTI nor its parent, affiliates, subsidiaries or
Representatives (collectively "WTBTI Entities") shall be or become liable for any loss,costs,expense,injury,accident or damage to person or property
resulting directly or indirectly for (i) the acts or omissions of such suppliers, including, but not limited to,
delays or cancellation of services,cessation of operations, breakdown in machinery or equipment or changes in fares,intineraries or schedules, and/or (ii) acts of God,
dangers incident to the sea,fire,acts
of government or other authorities,war,acts of terrorism,civil unrest,strikes,riots,thefts,pilferage,epidemics,quarantines, other disease,climatic aberrations, or from any other
cause beyond WTBTIs control. All services covered by this itinerary are subject to the terms and conditions specified by the suppliers;and
client also agrees to the terms and conditions set forth in any and all brochures or advertisements describing any tour,cruise,accommodations, transportation or other
services, and to any and all conditions contained in documents for any such services,without limitation, all cancellation fees. No employee of WTBTI or
affiliates, subsidiary companies or representatives has authority to vary the terms of these conditions.

## HOTEL - Wednesday, March 15

### LOEWS BEVERLY HILLS HOTEL

**Address:** 1224 SOUTH BEVERWIL DRIVE A
LOS ANGELES CA 90035
USA

**Telephone:** 310 277-2800

**Fax:** 310 277-5470

**Chain:** Loews Hotels
**Check out:** Thursday, March 16
**Rate:** USD 185.00 per night
**Confirmation:** 89576489
**Corporate Discount:** 2442
**Status:** Confirmed

**Supplemental Information:** NONSMOKING KING
MUST CANCEL HOTEL 24HRS PRIOR TO ARRIVAL TO AVOID CHARGES

## AIR - Thursday, March 16

### American Airlines Flight 3198 Coach

**Operated by AMERICAN EAGLE**

**From:** Los Angeles Int'l Airport, CA
6:14 pm, Thursday, March 16
TERMINAL 4
**To:** San Jose International Airport, CA
7:25 pm, Thursday, March 16
TERMINAL A
**Seats:** 07B  FALLOW K  Confirmed

**Duration:** 1 hour and 11 minutes
**Meals:** FOOD TO PURCHASE
**Status:** Confirmed

## CAR - Thursday, March 16

### Hertz Rent-A-Car

**Pick up:** HERTZ CORPORATION SJCT11 SAN JOSE INTL A
SAN JOSE INTERNATIONAL AP
7:25 pm, Thursday, March 16

**Drop off:** HERTZ CORPORATION SFOT15 SAN FRANCISCO I
SAN FRANCISCO INTL AIRPORT
11:25 am, Saturday, March 18

**Type:** Intermediate Car Auto A/C
**Rate:** USD 53.99 Per Weekend Day,
Unlimited Free Miles,
USD 53.99 Extra Day Rate,
Unlimited Free Miles,
Rate Guaranteed
**Confirmation:** D2003405961
**Corporate Discount:** 282138
**Status:** Confirmed

## HOTEL - Thursday, March 16

### FAIRMONT SAN JOSE

**Address:** 170 SOUTH MARKET STREET
SAN JOSE CA 95113 US

**Telephone:** 1 408-998-1900

**Fax:** 1 408-280-6072

**Chain:** Fairmont Hotels
**Check out:** Friday, March 17
**Rate:** USD 215.10 per night
**Confirmation:** 4908325
**Corporate Discount:** CP10001019
**Status:** Confirmed

**Supplemental Information:** NONSMOKING
MUST CANCEL HOTEL 24HRS PRIOR TO ARRIVAL TO AVOID CHARGE

**Culden, Beth**

**From:** WTBTI.ENCORRE@PM2.ENCORRE.NET on behalf of JENNERBLOCK@WORLDTRAVEL.COM
**Sent:** Monday, February 20, 2006 4:47 PM
**To:** AP (World Travel Credit); Fallow, Katherine A
**Cc:** Hassine, Beth E
**Subject:** TRAVEL INVOICE FOR FALLOW/KATHERINE 15MAR IADLAX

## Information for Trip Locator: MGJK0T

THIS MESSAGE REFERENCES PNR LOCATOR MGJK0T.

THIS IS A SEND ONLY EMAIL ADDRESS. PLEASE DO NOT REPLY TO THIS EMAIL.
PLEASE DO NOT DELETE THIS EMAIL PRIOR TO SUBMITTING YOUR REQUEST FOR REIMBURSEMENT OR DISBURSEMENT.
PRINT THIS EMAIL AND ATTACH TO YOUR EXPENSE REPORT OR DISBURSEMENT FORM WHEN SUBMITTING TO ACCOUNTS PAYABLE.
CLIENT

ELECTRONIC Ticket Number: 0011550928511
Ticket Amount: $706.65
MCO/Transaction Number: 8909521295282
Transaction Fee: $17.50
Form of Payment: VI************2037

*(handwritten: - $127.30 = $579.35   Bus. Dev.)*
*(handwritten: refunded LA to San Jose   + 17.50)*
*(handwritten: $596.85)*

This ticket information applies to the following flight(s):
AMERICAN AIRLINES flight 75 from WASHINGTON to LOS ANGELES on MARCH 15.
AMERICAN AIRLINES flight 3198 from LOS ANGELES to SAN JOSE on MARCH 16.

ELECTRONIC Ticket Number: 0161550928512
Ticket Amount: $609.30
MCO/Transaction Number: 8909521295283
Transaction Fee: $17.50
Form of Payment: VI************2037

*(handwritten: $626.80   ESA CA)*

This ticket information applies to the following flight(s):
UNITED AIRLINES flight 216 from SAN FRANCISCO to WASHINGTON on MARCH 18.

ENCORRE GENERATED THIS EMAIL AT 3:47 pm, ON Monday, February 20, 2006. THIS IS A SEND ONLY ADDRESS.
PLEASE DO NOT REPLY TO THIS EMAIL. CONTACT YOUR TRAVEL MANAGER FOR MORE DETAILS.

| Passengers | Reference # | Frequent Flyer # |
|---|---|---|
| FALLOW/KATHERINE | FALLOWKA | AA3R8H830, UA03079519226 |

## ✈ AIR - Wednesday, March 15
### ✈ American Airlines Flight 75 Economy

**From:** Washington Dulles Int'l Airport, DC
6:10 pm, Wednesday, March 15
Unspecified Terminal
**To:** Los Angeles Int'l Airport, CA
8:44 pm, Wednesday, March 15
TERMINAL 4
**Seats:** 12C FALLOW K Confirmed

**Equipment:** Boeing 737-800
**Duration:** 5 hours and 34 minutes
**Meals:** FOOD TO PURCHASE
**Status:** Confirmed

3/20/2006

Unspecified Terminal
**Seats:** 17C  FALLOW K  Confirmed

---

## ⌂ TOUR – Thursday, September 14

**Departs:** Washington Dulles Int'l Airport, DC
**Status:** Confirmed
**\*\*THANK YOU FOR CHOOSING WORLDTRAVEL BTI\*\***

---

## 📋 General Remarks

FAA IMPOSES NEW SECURITY MEASURES FOR PASSENGERS.
LIMITED TO ONE CARRY-ON BAG AND ONE PERSONAL ARTICLE
CHECK IN 2 HOURS FOR DOMESTIC AND 3 HOURS
INTERNATIONAL DEPARTURES.
CHECK WITH INDIVIDUAL CARRIER FOR COMPLETE DETAILS.
DURING NORMAL BUSINESS HOURS CALL 312 222-9350 X6012
OR 312-840-8300
FOR EMERGENCY ASSISTANCE WHEN TRAVELING IN THE U.S.
AND CANADA CALL 866-446-3326
TRAVELING OUTSIDE THE USA CALL COLLECT 847-759-5436
YOUR EMERGENCY SERVICE IDENTIFICATION CODE IS A62C
YOUR AMERICAN CONFIRMATION IS *GXBTSM*.
YOUR UNITED CONFIRMATION IS *MGJK0T*.
MULTIPLE TICKETS HAVE BEEN ISSUED FOR YOUR TRIP
TO ENSURE THE LOWEST POSSIBLE FARE
PLEASE ADD ALL INVOICES TOGETHER FOR THE TOTAL AMOUNT
ELECTRONIC TICKET ISSUED FOR THIS ITINERARY
GOVERNMENT ISSUED PICTURE ID REQUIRED.
BOARDING PASSES MAY BE RESTRICTED TO AIRPORT CHECK IN.

---

Liability Agreement
Worldtravel BTI acts only as agent for the airlines, hotels, bus companies, railroads, tour operators,cruise lines, car rental companies, and other contractors providing accommodations, transportation or other suppliers ("suppliers")

All such services are furnished by suppliers that are independent and do not act for or on behalf of WTBTI, are not servants of WTBTI, and with whom WTBTI does not have a business as joint vertures or otherwise.
By utilizing the services represented by this itinerary, client agrees to the forgoing and also agrees that neither WTBTI nor its parent, affiliates, subsidiaries or Representatives (collectively "WTBTI Entities") shall be or become liable for any loss,costs,expense,injury,accident or damage to person or property resulting directly or indirectly for (i) the acts or omissions of such suppliers, including, but not limited to,
delays or cancellation of services,cessation of operations, breakdown in machinery or equipment or changes in fares,intineraries or schedules, and/or (ii) acts of God, dangers incident to the sea,fire,acts
of government or other authorities,war,acts of terrorism,civil unrest,strikes,riots,thefts,pilferage,epidemics,quarantines, other disease,climatic aberrations, or from any other cause beyond WTBTIs control. All services covered by this itinerary are subject to the terms and conditions specified by the suppliers;and
client also agrees to the terms and conditions set forth in any and all brochures or advertisements describing any tour,cruise,accommodations, transportation or other services, and to any and all conditions contained in documents for any such services,without limitation, all cancellation fees. No employee of WTBTI or affiliates, subsidiary companies or representatives has authority to vary the terms of these conditions.

**Gulden, Beth**

| | |
|---|---|
| **From:** | WTBTI.ENCORRE@PM2.ENCORRE.NET on behalf of JENNERBLOCK@WORLDTRAVEL.COM |
| **Sent:** | Friday, March 17, 2006 10:34 AM |
| **To:** | AP (World Travel Credit); Fallow, Katherine A |
| **Cc:** | Gulden, Beth |
| **Subject:** | TRAVEL INVOICE FOR FALLOW/KATHERINE 16MAR LAXSFO |

## Information for Trip Locator: MGJK0T

THIS MESSAGE REFERENCES PNR LOCATOR MGJK0T.

THIS IS A SEND ONLY EMAIL ADDRESS. PLEASE DO NOT REPLY TO THIS EMAIL.
PLEASE DO NOT DELETE THIS EMAIL PRIOR TO SUBMITTING YOUR REQUEST FOR REIMBURSEMENT OR DISBURSEMENT.
PRINT THIS EMAIL AND ATTACH TO YOUR EXPENSE REPORT OR DISBURSEMENT FORM WHEN SUBMITTING TO ACCOUNTS PAYABLE.
CLIENT

ELECTRONIC Ticket Number: 0161553220233
Ticket Amount: $383.30
MCO/Transaction Number: 8909521295633
Transaction Fee: $35.00
Form of Payment: VI************2037

*(handwritten: 383.30 + 35.00 = $418.30    ESA·CA)*

This ticket information applies to the following flight(s):
UNITED AIRLINES flight 1172 from LOS ANGELES to SAN FRANCISCO on MARCH 16.

ENCORRE GENERATED THIS EMAIL AT 9:34 am, ON, Friday, March 17, 2006. THIS IS A SEND ONLY ADDRESS. PLEASE DO NOT REPLY TO THIS EMAIL. CONTACT YOUR TRAVEL MANAGER FOR MORE DETAILS.

| 🛄 Passengers | Reference # | Frequent Flyer # |
|---|---|---|
| FALLOW/KATHERINE | FALLOWKA | AA3R8H830, UA03079519226 |

### ✈ AIR - Thursday, March 16
**United Airlines Flight 1172 Economy**

**From:** Los Angeles Int'l Airport, CA
7:19 pm, Thursday, March 16
TERMINAL 7
**To:** San Francisco Int'l Airport, CA
8:36 pm, Thursday, March 16
TERMINAL 3
NO PRERESERVED SEATING/AIRPORT CHECK IN ONLY

**Equipment:** Airbus 320 Jet
**Duration:** 1 hour and 17 minutes
**Status:** Confirmed

### ✈ AIR - Saturday, March 18
**United Airlines Flight 216 Economy**

**From:** San Francisco Int'l Airport, CA
11:25 am, Saturday, March 18
TERMINAL 3
**To:** Washington Dulles Int'l Airport, DC
7:27 pm, Saturday, March 18

**Equipment:** Boeing 767-300
**Duration:** 5 hours and 2 minutes
**Meals:** FOOD TO PURCHASE
**Status:** Confirmed

3/20/2006



Invoice date       March 19, ...
Invoice number   000022124E116
Shipper number   22124E
Page  18  of 24

## Outbound
**UPS CampusShip** (continued)

| | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 03/14 | 1Z22124E0193645310 | Next Day Air Commercial | 61801 | 104 | Letter | 16.80 | -8.16 | 8.64 |
| | | Fuel Surcharge | | | | 2.10 | -1.02 | 1.08 |
| | | Total | | | | 18.90 | -9.18 | 9.72 |

**1st ref** : 40507/10099                                     **2nd ref** : 277973
**UserID** : scohen@jenner
**Sender** : Cohen, S                     **Receiver** : Dmitri Williams, Ph.
    Jenner & Block LLP                 Dept. of Speech Comm.
    601 13th Street NW                Univ. of Ill at Urbana -Champaign
    Washington DC 20005            URBANA IL 61801

| Total for UserID: scohen@jenner | | | | | | 18.90 | -9.18 | 9.72 |

LIGHTNING EXPRESS INC
4200 WISCONSIN AVE NW
BOX 106-294
WASHINGTON DC 20016-2143

**received**
**5-3-06**

| Invoice No. | Customer No. |
|---|---|
| 10114 | |
| Invc Date | Total Due |
| 4/20/06 | 3,875.40 |
| Current | Over 30 Days |
| 586.50 | 558.05 |
| Over 60 Days | Over 90 Days |
| .00 | 1,655.15 |

JENNER AND BLOCK
Attn: THORNTON CURRY
601 13TH ST NW
D-1 NORTH
WASHINGTON, DC 20005

DIRECT ALL INQUIRIES TO
TODD ELLIOTT
301-710-8630

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 1426 | 10114 | 4/20/06 | 1,083.70 | 1 |

Service Detail

| Date | Ordr No. | Svc | | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 4/05/06 | 221846 | RSH | JENNER AND BLOCK<br>601 13TH ST NW<br>WASHINGTON    DC 20005<br>Caller: EUGENE    Time: 15:24<br>Signed: ITEM LEFT PER CLIENT    Time: 16:26 | 7204 EXFAIR RD<br>BETHESDA    MD 20814 | BASE    : | 21.00 | 21.00 |
| | | | | Total Charges for Ref. - 37759-10039: | 21.00 | | |
| 4/07/06 | 221948 | REG | JENNER AND BLOCK<br>601 13TH ST NW<br>WASHINGTON    DC 20005<br>Caller: GABBY    Time: 11:14<br>Signed: JRENSTEIN    Time: 13:08 | HARRY ORENSTEIN<br>8465 HUNT VALLEY DR<br>VIENNA    VA | BASE    : | 19.50 | 19.50 |
| | | | | Total Charges for Ref. - 39359-10126: | 19.50 | | |
| 4/12/06 | 222179 | SRH | JENNER AND BLOCK<br>601 13TH ST NW<br>WASHINGTON    DC 20005<br>Caller: TRISHA    Time: 11:27<br>Signed: WARD    Time: 13:37 | GEORGETOWN UNIVERSITY<br>37TH & O ST NW<br>WASHINGTON    DC 20007 | BASE    : | 9.75 | 9.75 |
| | | | | Total Charges for Ref. - 40507-10099: | 9.75 | | |
| 4/11/06 | 222119 | SRH | GW LIBRARY<br>716 20TH ST NW<br>WASHINGTON    DC 20005<br>Caller: STEVE    Time: 13:27<br>Signed: JOHNSON    Time: 14:42 | JENNER AND BLOCK<br>601 13TH ST NW<br>WASHINGTON    DC 20005 | BASE    : | 6.50 | 6.50 |
| | | | | Total Charges for Ref. - 41196-10003: | 6.50 | | |
| 4/10/06 | 222031 | SRH | JENNER LIBRARY<br>601 13TH ST NW<br>WASHINGTON    DC 20005<br>Caller: TRISH    Time: 09:28<br>Signed: KNIGHT    Time: 10:33 | GOODWIN PROCTOR<br>901 NEW YORK AVE NW<br>WASHINGTON    DC 20001 | BASE    : | 6.50 | 6.50 |
| 4/13/06 | 222294 | SRH | JENNER AND BLOCK<br>601 13TH ST NW<br>WASHINGTON    DC 20005<br>Caller: TRISHA    Time: 15:27<br>Signed: THOMAS    Time: 17:55 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2300 N ST NW<br>WASHINGTON    DC 20037-1128 | BASE    : | 6.50 | 6.50 |

Continued



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 29, 2006** |
| Invoice number | 000022124E176 |
| Shipper number | 22124E |

Page  7  of 35

## Outbound
UPS CampusShip **(continued)**

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 04/25 | 1Z22124E0294287310 | 2nd Day Air Commercial | 10019 | 203 | 6 | 10.60 | -4.08 | 6.52 |
| | | Fuel Surcharge | | | | 1.33 | -0.51 | 0.82 |
| | | Total | | | | 11.93 | -4.59 | 7.34 |

1st ref : 45253.10006            2nd ref : 164763
UserID : apeterson@jenner
Sender  : Albert Peterson
Jenner & Block LLP
601 13th Street NW
Washington DC 20005

| Total for UserID: apeterson@jenner | | | | | | 31.73 | -14.21 | 17.52 |
|---|---|---|---|---|---|---|---|---|

| 04/27 | 1Z22124E0197863434 | Next Day Air Commercial | 20191 | 102 | Letter | 13.40 | -6.51 | 6.89 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 1.68 | -0.82 | 0.86 |
| | | Total | | | | 15.08 | -7.33 | 7.75 |

1st ref : 99999.70001            2nd ref : 225260
UserID : athreatt@jenner
Sender  : Threatt, A            Receiver:
Jenner & Block LLP
601 13th Street NW
Washington DC 20005

| | 1Z22124E0199238811 | Next Day Air Commercial | 20191 | 102 | Letter | 13.40 | -6.51 | 6.89 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 1.68 | -0.82 | 0.86 |
| | | Total | | | | 15.08 | -7.33 | 7.75 |

1st ref : 99999.70001            2nd ref : 225260
UserID : athreatt@jenner
Sender  : Threatt, A            Receiver:
Jenner & Block LLP
601 13th Street NW
Washington DC 20005

| 04/28 | 1Z22124E0190258100 | Next Day Air Commercial | 97201 | 108 | 25 | 97.30 | -48.46 | 48.84 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 12.16 | -6.06 | 6.10 |
| | | Total | | | | 109.46 | -54.52 | 54.94 |

1st ref : 45314.10009            2nd ref : 225260
UserID : athreatt@jenner
Sender  : Threatt, A            Receiver:
Jenner & Block LLP
601 13th Street NW
Washington DC 20005

| Total for UserID: athreatt@jenner | | | | | | 139.62 | -69.18 | 70.44 |
|---|---|---|---|---|---|---|---|---|

| 04/24 | 1Z22124E0191825889 | Next Day Air Commercial | 32202 | 105 | Letter | 17.60 | -8.55 | 9.05 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 2.20 | -1.07 | 1.13 |
| | | Total | | | | 19.80 | -9.62 | 10.18 |

1st ref : 42230-10034            2nd ref : 082487
UserID : bhassine@jenner
Sender  : Hassine, B            Receiver:
Jenner & Block LLP
601 13th Street NW
Washington DC 20005

| 04/27 | 1Z22124E0194762003 | Next Day Air Commercial | 94102 | 108 | Letter | 19.80 | -9.62 | 10.18 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 2.48 | -1.20 | 1.28 |
| | | Total | | | | 22.28 | -10.82 | 11.46 |

1st ref : 40507-10099            2nd ref : 082487
UserID : bhassine@jenner
Sender  : Gulden, B            Receiver: Clerk's Office
Jenner & Block LLP                U.S. District Court
601 13th Street NW                Attn:  Attorney Admiss ions
Washington DC 20005                SAN FRANCISCO CA 94102

# JENNER & BLOCK LLP

## TRAVEL/BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
### (See Reverse Side for Business Meals) - (Side A)

PAY TO: ☐ Cash   ☑ Check

Travel Expenses of: Katherine A. Fallow

to: Katherine A. Fallow

From:   City: San Jose
To:     State: California

From Date: 05/09/06
To Date: 05/12/06

Firm Account Number:

FACILITY/ DEPARTMENT
Number
Name

☐ Chicago (01)
☑ Washington (02)
☐ Dallas (05)

Client/Matter Name: Entertainment Software Association/California Lawsuit

Client/Matter Number: 40507/10099

Purpose of Travel: Traveled to California for oral argument

Submitted By: _Katherine A. Fallow_
Signature

Date: 05/09/06

Approved By: _Beth Gulden_
Signature

Date: 5/16/06

RECEIVED MAY 1 6 2006

## TRAVEL EXPENSES

| Description | Date> | 05/09/06 | 05/10/06 | 05/11/06 | 05/12/06 | Returned | Returned | Returned | Total |
|---|---|---|---|---|---|---|---|---|---|
| Lodging (Room Rate Including Tax) | | | 238.61 | | | | | | 238.61 |
| Telephone / Internet Access | | | 13.95 | | | | | | 13.95 |
| Other - Please Specify: Tips to housekeeping, bag check, etc. | | | 20.00 | | | | | | 20.00 |
| Air or Rail Transportation (For Out-of-Pocket Expenses Only) | | 673.20 | 186.45 | 673.20 | | | | | 1,532.85 |
| Local Transportation Taxi | | | 20.00 | 18.00 | | | | | 38.00 |
| Taxi | | | | | | | | | 0.00 |
| Taxi | | | | | | | | | 0.00 |
| Miles driven per day in personal car | | | | | | | | | 0.00 |
| $0.405 Rate Mileage allowance for use of own car | | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| Car Rental | | | | | | | | | 0.00 |
| Parking | | | | | | | | | 0.00 |
| **TOTAL TRAVEL EXPENSES** | | 673.20 | 0.00 | 459.01 | 711.20 | 0.00 | | | 1,843.41 |

## Comments

| | Amount |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

**Accounting Use:**

Firm Account No.
Firm Account No.
Firm Account No.

## Disbursement Recap

| | |
|---|---|
| TRAVEL EXPENSE (A) | $1,843.41 |
| BUSINESS MEALS (B) | $156.00 |
| TOTAL | $1,999.41 |
| LESS TRAVEL ADVANCE | 0.00 |
| NET AMOUNT TO BE PAID | $1,999.41 |

Revised 9/03

## Gulden, Beth

| | |
|---|---|
| **From:** | Fallow, Katherine A |
| **Sent:** | Monday, May 01, 2006 5:46 PM |
| **To:** | JennerBlock@worldtravel.com |
| **Cc:** | Gulden, Beth |
| **Subject:** | RE: TRAVEL INVOICE FOR FALLOW/KATHERINE 09MAY IADLAX |

Thanks.  FYI, my assistant is now Beth Gulden, who I am copying on this email

---

Katherine A. Fallow
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 637-6329
Fax (202) 661-4840
KFallow@jenner.com
www.jenner.com
CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any
unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately
and delete it from your system.

---

**From:** WTBTI.ENCORRE@PM2.ENCORRE.NET [mailto:WTBTI.ENCORRE@PM2.ENCORRE.NET] **On Behalf Of**
JENNERBLOCK@WORLDTRAVEL.COM
**Sent:** Monday, May 01, 2006 5:10 PM
**To:** AP (World Travel Credit); Fallow, Katherine A
**Cc:** Joynes, Annette M
**Subject:** TRAVEL INVOICE FOR FALLOW/KATHERINE 09MAY IADLAX

**Information for Trip Locator: SPK6DA**

THIS MESSAGE REFERENCES PNR LOCATOR SPK6DA.

THIS IS A SEND ONLY EMAIL ADDRESS. PLEASE DO NOT REPLY TO THIS EMAIL.
PLEASE DO NOT DELETE THIS EMAIL PRIOR TO SUBMITTING YOUR REQUEST FOR REIMBURSEMENT OR
DISBURSEMENT.
PRINT THIS EMAIL AND ATTACH TO YOUR EXPENSE REPORT OR DISBURSEMENT FORM WHEN SUBMITTING
TO ACCOUNTS PAYABLE.
CLIENT

---

ELECTRONIC TICKET Number: 0161557147292
Ticket Amount: $1328.90
MCO/Transaction Number: 8909526506999
Transaction Fee: $17.50
Form of Payment: VI************2037

This ticket information applies to the following flight(s):
UNITED AIRLINES flight 947 from WASHINGTON to LOS ANGELES on MAY 09.
UNITED AIRLINES flight 786 from SAN JOSE, to DENVER on MAY 12.
UNITED AIRLINES flight 394 from DENVER to WASHINGTON on MAY 12.

---

ELECTRONIC TICKET Number: 0011557147293
Ticket Amount: $168.95
MCO/Transaction Number: 8909526513250

5/16/2006

Transaction Fee: $17.50
Form of Payment: VI************2037

This ticket information applies to the following flight(s):
AMERICAN AIRLINES flight 3125 from LOS ANGELES to SAN JOSE, on MAY 11.

---

ENCORRE GENERATED THIS EMAIL AT 4:10 pm, ON Monday, May 1, 2006. THIS IS A SEND ONLY ADDRESS.
PLEASE DO NOT REPLY TO THIS EMAIL. CONTACT YOUR TRAVEL MANAGER FOR MORE DETAILS.

---

| 🏠 Passengers | Reference # | Frequent Flyer # |
|---|---|---|
| FALLOW/KATHERINE | FALLOWKA | AA3R8H830, UA03079519226 |

---

## ✈ AIR - Tuesday, May 9
### ✈ United Airlines Flight 947 Economy

|  |  |
|---|---|
| **From:** Washington Dulles Int'l Airport, DC<br>5:45 pm, Tuesday, May 9<br>Unspecified Terminal | **Equipment:** Boeing 777<br>**Duration:** 5 hours and 10 minutes<br>**Meals:** FOOD TO PURCHASE |
| **To:** Los Angeles Int'l Airport, CA<br>7:55 pm, Tuesday, May 9<br>TERMINAL 7 | **Status:** Confirmed |
| **Seats:** 20B  FALLOW K   Confirmed |  |

---

## ✈ AIR - Thursday, May 11
### ✈ American Airlines Flight 3125 Economy
**Operated by AMERICAN EAGLE**

|  |  |
|---|---|
| **From:** Los Angeles Int'l Airport, CA<br>4:41 pm, Thursday, May 11<br>TERMINAL 4 | **Duration:** 1 hour and 14 minutes<br>**Meals:** FOOD TO PURCHASE |
| **To:** San Jose International Airport, CA<br>5:55 pm, Thursday, May 11<br>TERMINAL A | **Status:** Confirmed |
| **Seats:** 11B  FALLOW K   Confirmed |  |

---

## 🛏 HOTEL - Thursday, May 11
### ✈ FAIRMONT SAN JOSE

|  |  |
|---|---|
| **Address:** 170 SOUTH MARKET STREET<br>SAN JOSE CA 95113 US | **Chain:** Fairmont Hotels<br>**Check out:** Friday, May 12<br>**Rate:** USD 215.10 per night |
| **Telephone:** 1 408-998-1900 | **Confirmation:** 5639104<br>**Corporate Discount:** CP10001019 |
| **Fax:** 1 408-280-6072 | **Status:** Confirmed |

**Supplemental
Information:** NON SMKING KING
MUST CANCEL HOTEL BY 6PM DAY OF ARRIVAL TO AVOID CHARGES

---

## ✈ AIR - Friday, May 12
### ✈ United Airlines Flight 786 Economy

|  |  |
|---|---|
| **From:** San Jose International Airport, CA | **Equipment:** Boeing 757 200 |

5/16/2006

2:01 pm, Friday, May 12
TERMINAL C
**To:** Denver Int'l Airport, CO
5:28 pm, Friday, May 12
Unspecified Terminal
**Seats:** 33D FALLOW K  Confirmed

**Duration:** 2 hours and 27 minutes
**Status:** Confirmed

---

## ✈ AIR - Friday, May 12

**United Airlines Flight 394 Economy**

**From:** Denver Int'l Airport, CO
6:35 pm, Friday, May 12
Unspecified Terminal
**To:** Washington Dulles Int'l Airport, DC
11:45 pm, Friday, May 12
Unspecified Terminal
SEAT SELECTION RESTRICTED TO AIRPORT CHECK IN

**Equipment:** Boeing 757 200
**Duration:** 3 hours and 10 minutes
**Meals:** MEAL AT COST
**Status:** Confirmed

---

## 📖 TOUR - Wednesday, November 8

**Departs:** Washington Dulles Int'l Airport, DC
**Status:** Confirmed
**THANK YOU FOR CHOOSING WORLDTRAVEL BTI**

---

## 📄 General Remarks

FAA IMPOSES NEW SECURITY MEASURES FOR PASSENGERS.
LIMITED TO ONE CARRY-ON BAG AND ONE PERSONAL ARTICLE
CHECK IN 2 HOURS FOR DOMESTIC AND 3 HOURS
INTERNATIONAL DEPARTURES.
CHECK WITH INDIVIDUAL CARRIER FOR COMPLETE DETAILS.
DURING NORMAL BUSINESS HOURS CALL 312 222-9350 X6012
OR 312-840-8300
FOR EMERGENCY ASSISTANCE WHEN TRAVELING IN THE U.S.
AND CANADA CALL 866-446-3326
TRAVELING OUTSIDE THE USA CALL COLLECT 847-759-5436
YOUR EMERGENCY SERVICE IDENTIFICATION CODE IS A62C
YOUR UNITED CONFIRMATION IS *SPK6DA*.
YOUR AMERICAN CONFIRMATION IS *JBMKPK*.
MULTIPLE TICKETS HAVE BEEN ISSUED FOR YOUR TRIP
TO ENSURE THE LOWEST POSSIBLE FARE
PLEASE ADD ALL INVOICES TOGETHER FOR THE TOTAL AMOUNT
ELECTRONIC TICKET ISSUED FOR THIS ITINERARY
GOVERNMENT ISSUED PICTURE ID REQUIRED.
BOARDING PASSES MAY BE RESTRICTED TO AIRPORT CHECK IN.

---

Liability Agreement
Worldtravel BTI acts only as agent for the airlines, hotels, bus companies, railroads, tour operators,cruise lines, car rental companies, and other contractors providing accommodations, transportation or other suppliers ("suppliers")

All such services are furnished by suppliers that are independent and do not act for or on behalf of WTBTI, are not servants of WTBTI, and with whom WTBTI does not have a business as joint ventures or otherwise.
By utilizing the services represented by this itinerary, client agrees to the forgoing and also agrees that neither WTBTI nor its parent, affiliates, subsidiaries or Representatives (collectively "WTBTI Entities") shall be or become liable for any loss,costs,expense,injury,accident or damage to person or property resulting directly or indirectly for (i) the acts or omissions of such suppliers, including, but not limited to,
delays or cancellation of services,cessation of operations, breakdown in machinery or equipment or changes in fares,intineraries or schedules, and/or (ii) acts of God, dangers incident to the sea,fire,acts

5/16/2006

of government or other authorities,war,acts of terrorism,civil unrest,strikes,riots,thefts,pilferage,epidemics,quarantines, other disease,climatic aberrations, or from any other cause beyond WTBTIs control. All services covered by this itinerary are subject to the terms and conditions specified by the suppliers;and client also agrees to the terms and conditions set forth in any and all brochures or advertisements describing any tour,cruise,accommodations, transportation or other services, and to any and all conditions contained in documents for any such services,without limitation, all cancellation fees. No employee of WTBTI or affiliates, subsidiary companies or representatives has authority to vary the terms of these conditions.

## Gulden, Beth

**From:** WTBTI.ENCORRE@PM2.ENCORRE.NET on behalf of JENNERBLOCK@WORLDTRAVEL.COM
**Sent:** Monday, May 08, 2006 4:12 PM
**To:** AP (World Travel Credit); Fallow, Katherine A
**Cc:** Gulden, Beth
**Subject:** TRAVEL ITINERARY FOR FALLOW/KATHERINE 09MAY IADLAX

### Information for Trip Locator: SPK6DA

THIS MESSAGE REFERENCES PNR LOCATOR SPK6DA.

THIS IS A SEND ONLY EMAIL ADDRESS. PLEASE DO NOT REPLY TO THIS EMAIL.
PLEASE DO NOT DELETE THIS EMAIL PRIOR TO SUBMITTING YOUR REQUEST FOR REIMBURSEMENT OR
DISBURSEMENT.
PRINT THIS EMAIL AND ATTACH TO YOUR EXPENSE REPORT OR DISBURSEMENT FORM WHEN SUBMITTING
TO ACCOUNTS PAYABLE.

---

ENCORRE GENERATED THIS EMAIL AT 3:12 pm, ON Monday, May 8, 2006. THIS IS A SEND ONLY ADDRESS.
PLEASE DO NOT REPLY TO THIS EMAIL. CONTACT YOUR TRAVEL MANAGER FOR MORE DETAILS.

| Passengers | Reference # | Frequent Flyer # |
|---|---|---|
| FALLOW/KATHERINE | FALLOWKA | AA3R8H830, UA03079519226 |

### ✈ AIR - Tuesday, May 9
**United Airlines Flight 59 Economy**

**From:** Washington Dulles Int'l Airport, DC
12:20 pm, Tuesday, May 9
Unspecified Terminal
**To:** Los Angeles Int'l Airport, CA
2:33 pm, Tuesday, May 9
TERMINAL 7
**Seats:** 34D FALLOW K  Confirmed

**Equipment:** Boeing 757 200
**Duration:** 5 hours and 13 minutes
**Meals:** FOOD TO PURCHASE
**Status:** Confirmed

### ✈ AIR - Thursday, May 11
**American Airlines Flight 3125 Economy**
**Operated by AMERICAN EAGLE**

**From:** Los Angeles Int'l Airport, CA
4:41 pm, Thursday, May 11
TERMINAL 4
**To:** San Jose International Airport, CA
5:55 pm, Thursday, May 11
TERMINAL A
**Seats:** 11B FALLOW K  Confirmed

**Duration:** 1 hour and 14 minutes
**Meals:** FOOD TO PURCHASE
**Status:** Confirmed

### 🏨 HOTEL - Thursday, May 11
**FAIRMONT SAN JOSE**

**Address:** 170 SOUTH MARKET STREET

5/15/2006

SAN JOSE CA 95113 US

**Telephone:** 1 408-998-1900

**Fax:** 1 408-280-6072

**Chain:** Fairmont Hotels
**Check out:** Friday, May 12
**Rate:** USD 215.10 per night
**Confirmation:** 5639104
**Corporate Discount:** CP10001019
**Status:** Confirmed

Supplemental
**Information:** NON SMKING KING
MUST CANCEL HOTEL BY 6PM DAY OF ARRIVAL TO AVOID CHARGES

---

## ✈ AIR - Friday, May 12

**United Airlines Flight 786 Economy**

**From:** San Jose International Airport, CA
2:01 pm, Friday, May 12
TERMINAL C
**To:** Denver Int'l Airport, CO
5:28 pm, Friday, May 12
Unspecified Terminal
**Seats:** 33D  FALLOW K   Confirmed

**Equipment:** Boeing 757 200
**Duration:** 2 hours and 27 minutes
**Status:** Confirmed

---

## ✈ AIR - Friday, May 12

**United Airlines Flight 394 Economy**

**From:** Denver Int'l Airport, CO
6:35 pm, Friday, May 12
Unspecified Terminal
**To:** Washington Dulles Int'l Airport, DC
11:45 pm, Friday, May 12
Unspecified Terminal
SEAT SELECTION RESTRICTED TO AIRPORT CHECK IN

**Equipment:** Boeing 757 200
**Duration:** 3 hours and 10 minutes
**Meals:** MEAL AT COST
**Status:** Confirmed

---

## 🚌 TOUR - Wednesday, November 8

**Departs:** Washington Dulles Int'l Airport, DC
**Status:** Confirmed
**THANK YOU FOR CHOOSING WORLDTRAVEL BTI**

---

## 📋 General Remarks

FAA IMPOSES NEW SECURITY MEASURES FOR PASSENGERS.
LIMITED TO ONE CARRY-ON BAG AND ONE PERSONAL ARTICLE
CHECK IN 2 HOURS FOR DOMESTIC AND 3 HOURS
INTERNATIONAL DEPARTURES.
CHECK WITH INDIVIDUAL CARRIER FOR COMPLETE DETAILS.
DURING NORMAL BUSINESS HOURS CALL 312 222-9350 X6012
OR 312-840-8300
FOR EMERGENCY ASSISTANCE WHEN TRAVELING IN THE U.S.
AND CANADA CALL 866-446-3326
TRAVELING OUTSIDE THE USA CALL COLLECT 847-759-5436
YOUR EMERGENCY SERVICE IDENTIFICATION CODE IS A62C
YOUR UNITED CONFIRMATION IS *SPK6DA*.
YOUR AMERICAN CONFIRMATION IS *JBMKPK*.
MULTIPLE TICKETS HAVE BEEN ISSUED FOR YOUR TRIP

5/15/2006

TO ENSURE THE LOWEST POSSIBLE FARE
PLEASE ADD ALL INVOICES TOGETHER FOR THE TOTAL AMOUNT
ELECTRONIC TICKET ISSUED FOR THIS ITINERARY
GOVERNMENT ISSUED PICTURE ID REQUIRED.
BOARDING PASSES MAY BE RESTRICTED TO AIRPORT CHECK IN.

WorldTravel BTI acts only as agent for the airlines, hotels, bus companies, railroads, tour operators, cruise lines, car rental companies, and other contractors providing accommodations, transportation or other suppliers ("suppliers").

All such services are furnished by suppliers that are independent and do not act for or on behalf of WTBTI, are not servants of WTBTI, and with whom WTBTI does not have a business as joint ventures or otherwise.

By utilizing the services represented by this itinerary, client agrees to the foregoing and also agrees that neither WTBTI nor its parent, affiliates, subsidiaries or Representatives (collectively "WTBTI Entities") shall be or become liable for any loss, costs, expense, injury, accident

or damage to person or property resulting directly or indirectly from (i) the acts or omissions of such suppliers, including, but not limited to, delays or cancellation of services,cessation of operations, breakdown in machinery or equipment or changes in fares,

itineraries or schedules, and/or (ii) acts of God, dangers incident to the sea, fire, acts of government or other authorities, wars, acts of terrorism, civil unrest, strikes, riots, thefts, pilferage, epidemics, quarantines, other disease, climatic aberrations, or from any other cause beyond WTBTIs control.

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers; and client also agrees to the terms and conditions set forth in any and all brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation fees. No employee of WTBTI or any of its affiliates, subsidiary companies or representatives has authority to vary the terms of these conditions.

5/15/2006



| | | |
|---|---|---|
| Room | : | 0709 |
| Folio # | : | 56484 |
| Cashier # | : | 126 |
| Page # | : | 1 of 1 |

170 SOUTH MARKET STREET
SAN JOSE, CA 95113
T 408 998 1900 F 408 287 1648

**BTI**
**Katherine Fallow**
**3612 Veazy St NW**
**Washington, DC 20008**
**US**

| | | |
|---|---|---|
| Arrival | : | 05-11-06 |
| Departure | : | 05-12-06 |

| Date | Description | Additional Information | Charges | Credits |
|---|---|---|---|---|
| 05-11-06 | In Room Internet | #709 : | 13.95 | |
| 05-11-06 | In Room Dining | #709 : CHECK #3907 | 47.62 | |
| 05-11-06 | Room Charge | | 215.10 | |
| 05-11-06 | Occupancy Tax | | 21.51 | |
| 05-11-06 | HBID Assessment | | 2.00 | |
| 05-12-06 | Business Center | #709 : CHECK #9188 | 25.90 | |
| 05-12-06 | Fountain Restaurant | #709 : CHECK #1039 | 63.28 | |
| 05-12-06 | Visa | XXXXXXXXXXX2037 XXXXX | | 389.36 |
| | **Total** | | **389.36** | **389.36** |
| | **Balance Due** | | **0.00** | |

+ $20 in
tips
(housekeeping,
bag check, etc.)

Guest signature X _____

I agree that my liability for this bill is not waived, and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. All accounts deemed delinquent may be subject to finance charges, legal fees and all other costs. Account is payable on presentation or departure.
I have requested weekday delivery of The New York Times. If refused, a credit of $0.25 will be applied to my account.

For information or reservations, visit us at
**www.fairmont.com** or call Fairmont Hotels & Resorts from:
United States or Canada    1 800 441 1414

**Thank you for choosing to stay with Fairmont Hotels & Resorts**

The Grill on the Alley
172 S. Market St.
San Jose, CA 95113
(408) 294-?244

Server: Stephanie          DOB: 05/12/200?
?2:31 PM                        05/12/200?
?able 201/1                     1/1000?

?ISA                            1048577
?ard #XXXXXXXXXXXXX2037     Exp:050?
?agnetic card present:
?pproval: 07395B

          Amount:        15.7?

        + Tip:      3.50

        = Total:   19.20

X_____
Approval: 07395B

          Guest Copy - The Gr??

---

CALL YOUR DRIVER DIRECT

05/11/06

Cab _____155_____ Driver # __5?8__

Name ___SJC to SD___

Phone ___$ 20.00___


From __Fairmont__ To __SJC__

Date __05-12-06__ Driver _____

Fee __$18__          Cab # __1403__

# JENNER & BLOCK

## TRAVEL/BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
### (See Reverse Side for Business Meals) — (Side A)

OFFICE:
- ☐ Chicago (01)
- ☒ Washington (02)
- ☐ Lake Forest (03)

FACILITY: Number _____
(CLUSTER)    Name _____

☐ Cash
☒ Check

PAY TO  _Osmio_

Travel Expenses of _____

to _____

From _____  City _____  State _____

Date __/__/__  To __/__/__  Date __/__/__

Firm Account No. _____
Client/Matter Name __ESA / California Surf__
Client/Matter No. __40507 - 10099__

Approved By _____  Date _____

Submitted By _____

Signature _Whitney - Webber_  Date _3/17/06_

Signature _____  Date _____

Purpose of Travel _____

### TRAVEL EXPENSES

| Description | Dates ▶ | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Lodging (Room Rate Including Tax) | $ | $ | $ | $ | $ | $ | $ | $ |
| Telephone | | | | | | | | |
| Other — Please Specify | | | | | | | | |
| Air or rail transportation (for out-of-pocket expenses only) | | | | | | | | |
| LOCAL TRANSPORTATION: | | | | | | | | |
| Taxi | | | | | | | | |
| Taxi | | | | | | | | |
| Taxi | | | | | | | | |
| Car rental | | | | | | | | |
| Mileage allowance for use of own car # of Miles | | | | | | | | |
| Parking | | | | | | | | |
| TOTAL TRAVEL EXPENSES | $ | $ | $ | $ | $ | $ | $ | (A) $ |

### Comments:

| | Amount |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

### ACCOUNTING USE:

| | | | Disbursement Recap |
|---|---|---|---|
| Firm Account No. | | TRAVEL EXPENSE (A) $ | — |
| Firm Account No. | | BUSINESS MEALS (B) $ | 22.00 |
| Firm Account No. | | TOTAL $ | 22.00 |
| | | LESS TRAVEL ADVANCE $ [ | ] |
| | | NET AMOUNT TO BE PAID $ | 22.00 |

Revised 1/97

# JENNER & BLOCK

## BUSINESS MEAL EXPENSE REIMBURSEMENT FORM

(See Reverse Side for Travel Expenses)

(Side B)

ATTORNEY'S NAME _____

CLIENT/MATTER NO. __ 44507 – 10099

FIRM ACCOUNT NO. _____

LOCATION WHERE EXPENSES WERE INCURRED:

CITY __Wash.,__    STATE __DC__

### BUSINESS MEALS

| Description | Dates ▶ | | | | | | Total |
|---|---|---|---|---|---|---|---|
| Breakfast | | | | | | | |
| Lunch | | | | | | | |
| Dinner | | | | | | | |
| Other - Please Specify  *dessert* | 2/21/06 | | | | | | |
| | 22. 00 | | | | | | 22. 00 |
| TOTAL | $ 22. 00 | $ | $ | $ | $ | $ | $ 22. 00 (B) |

### BUSINESS MEALS — DETAIL

| Ref. * | Amount | Date | Individuals (include self) | Firm or Company (if Appropriate) | Business Purpose of Meal |
|---|---|---|---|---|---|
| | $ 22. 00 | 2/21/06 | Katie Fallow, Matt Hellman Dimitri Williams | Jenner & Block  ESA | Mtg regarding export declaration |

$ 22. 00    Total Business Meals - To Reverse Side - Must Agree with (B)
(Attach Additional Sheet If Necessary)

* Business meal expenses recapped on the top half of the form are to be referenced
to the detail on the bottom half of the form.