ATTACHMENT A

Dockets.Justia.com

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

Federal Taxpayer ID #95-1611234

November 3, 2005

Invoice No. 2005110394

Entertainment Software Association
Gail Markels
49 West 27 Street
6th Floor
New York, NY 10001

## For Services Rendered and Costs/Charges Advanced Through October 31, 2005

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 24,051.00 | $ 2,029.28 | $ 26,080.28 |
|  | **Totals** | $ 24,051.00 | $ 2,029.28 | $ 26,080.28 |
|  | **Premium/Discount** |  |  | -1,202.55 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 24,877.73 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**November 3, 2005**

**Invoice No. 2005110394**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Entertainment Software Association
Gail Markels
49 West 27 Street
6th Floor
New York, NY  10001

**For Services Rendered and Costs/Charges Advanced Through October 31, 2005**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $  24,051.00 | $  2,029.28 | $  26,080.28 |
|  | **Totals** | $  24,051.00 | $  2,029.28 | $  26,080.28 |
|  | **Premium/Discount** |  |  | -1,202.55 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  24,877.73 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire
instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: November 3, 2005

**Due and Payable Upon Receipt**

Invoice No. 2005110394

Entertainment Software Association
Gail Markels
49 West 27 Street
6th Floor
New York, NY 10001

AB1179 LITIGATION
43206-00009

For Services Rendered Through October 31, 2005

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| THEODORE J. BOUTROUS | 4.00 | 695.00 | 2,780.00 |
| H. M. LYON | 6.30 | 570.00 | 3,591.00 |
| ETHAN D. DETTMER | 19.80 | 460.00 | 9,108.00 |
| KATHERINE A. FORTNEY | 8.50 | 275.00 | 2,337.50 |
| PERLETTE M. JURA | 16.25 | 275.00 | 4,468.75 |
| MICHAEL G. CECCHINI | 0.80 | 240.00 | 192.00 |

|  |  |  | 24,051.00 |
|------|------|------|------|
| **Discount** |  |  | -1,202.55 |
| **Total Services** |  |  | $ 22,848.45 |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 123.50 |
| OUTSIDE PROCESS SERVER | 1,878.00 |
| TELEPHONE CHARGES | 11.78 |
| TRAVEL - TAXI & OTHER MODES/MILES | 16.00 |

| **Total Costs/Charges** | 2,029.28 |
|------|------|
| **Total Services, Costs/Charges** | 24,877.73 |
| **BALANCE DUE** | $ 24,877.73 |

AB1179 LITIGATION
43206-00009

Detail Services:

10/12/05

| 0.80 | LYON, H. M | TELEPHONE CONFERENCE WITH T. BOUTROUS REGARDING NEW MATTER AND STRATEGY; REVIEW AND ANALYZE NEWS ARTICLES REGARDING SAME; REVIEW AND ANALYZE STATUTE. |
|---|---|---|
| 1.80 | DETTMER, ETHAN D | CONFER WITH T. BOUTROUS REGARDING BACKGROUND |

10/13/05

| 2.50 | LYON, H. M | TELEPHONE CONFERENCE WITH T. BOUTROUS REGARDING MATTER STRATEGY; TELEPHONE CONFERENCES WITH E. DETTMER REGARDING SAME; EMAILS REGARDING SAME; TELEPHONE CONFERENCE WITH MS. FALLOW REGARDING SAME; REVIEW AND ANALYZE DRAFT COMPLAINT. |
|---|---|---|
| 4.10 | DETTMER, ETHAN D | CONFER WITH CO-COUNSEL REGARDING VENUE ISSUES; RECEIVE AND REVIEW DRAFT COMPLAINT, EDIT SAME AND CONFORM FOR LOCAL PRACTICE; RESEARCH REGARDING PARTICULAR JUDGES AND CONFER REGARDING SAME. |

Invoice Date: November 3, 2005

**Due and Payable Upon Receipt**

Invoice No. 2005110394

| 0.75 | JURA, PERLETTE M | CONFERENCE WITH E. DETTMER REGARDING RESEARCH REQUEST |
|---|---|---|
| | | CONDUCT SEARCH REGARDING RULES AND SUMMARIZE RESULTS IN EMAIL TO E. DETTMER. |
| 2.50 | JURA, PERLETTE M | COMPILE THE INFORMATION AND EMAIL TO E. DETTMER; READ THROUGH THE LOCAL FILING RULES FOR THE NORTHERN DISTRICT OF CALIFORNIA AND SAN JOSE AND PRINT SUMMARY OF RULES FOR E. DETTMER; READ THROUGH DRAFT OF ESA COMPLAINT. |
| 5.00 | JURA, PERLETTE M | RETRIEVE VOICEMAIL FROM E. DETTMER RE: RESEARCH REQUEST |
| | | READ THROUGH RELEVANT ARTICLES AND CASES REGARDING THE SAN JOSE JUDGES AND THEIR OPINIONS ON THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION; TYPE UP SUMMARY OF FINDINGS AND EMAIL TO E. DETTMER. |

10/14/05

| 3.00 | BOUTROUS, THEODORE J | ANALYZING CHOICE OF VENUE AND JUDGES; TELEPHONE CONFERENCES REGARDING SAME; REVIEW COMPLAINT AND ISSUES; EMAILS REGARDING VENUE AND RELATED ISSUES. |
|---|---|---|
| 1.50 | LYON, H. M | TELEPHONE CONFERENCES WITH E. DETTMER REGARDING FILING STRATEGY; TELEPHONE CONFERENCE WITH T. BOUTROUS REGARDING SAME; EMAILS REGARDING SAME. |

| 2.80 | DETTMER, ETHAN D | E-MAILS AND PHONE CALLS REGARDING NORTHERN DISTRICT OF CALIFORNIA JUDGES; REVIEW DOCUMENTS IN CONNECTION WITH SAME; CONFER WITH P. JURA REGARDING STATUS OF RESEARCH; |
|---|---|---|
| 8.00 | JURA, PERLETTE M | RESEARCH SAN FRANCISCO AND OAKLAND NORTHERN DISTRICT JUDGES |
| | | DRAFT MEMORANDUM SUMMARIZING THE INFORMATION AND EMAIL TO T. BOUTROUS, M. LYON, AND E. DETTMER. |
| 0.80 | CECCHINI, MICHAEL G | RESEARCH ISSUE RELATING TO US NORTHERN DISTRICT JUDGES |

10/15/05
| 1.00 | BOUTROUS, THEODORE J | ANALYZING CHOICE OF VENUE ISSUE AND JUDGES. |
|---|---|---|

10/17/05

| 6.70 | DETTMER, ETHAN D | FINALIZE COMPLAINT AND SUPPORTING PAPERS FOR FILING AND SERVICE; RESEARCH REGARDING SAME AND E-MAILS AND PHONE CALLS REGARDING SAME. |
|---|---|---|

10/18/05
| 1.90 | DETTMER, ETHAN D | RECEIVE AND REVIEW DRAFT PRELIMINARY INJUNCTION MOTION AND PREPARE FOR FILING; E-MAILS AND PHONE CALLS WITH A. TENNEY REGARDING SAME; CONFER WITH K. FORTNEY REGARDING E-FILING ISSUES; RESEARCH REGARDING SAME; E-MAILS WITH K. FALLOW REGARDING TIMING ISSUES IN CONNECTION WITH PRELIMINARY INJUNCTION. |
|---|---|---|

| | | |
|---|---|---|
| 3.25 | FORTNEY, KATHERINE A | RESEARCH FEDERAL AND LOCAL RULES ON ELECTRONIC AND MANUAL FILING, SERVICE, AND FORMAT REQUIREMENTS; REVISE DECLARATIONS TO REFLECT LOCAL REQUIREMENTS. |

10/19/05

| | | |
|---|---|---|
| 1.00 | LYON, H. M | ATTEND TO FILING OF PRELIMINARY INJUNCTION MOTION. |
| 1.00 | DETTMER, ETHAN D | E-MAILS AND PHONE CALLS REGARDING MOTION FOR PRELIMINARY INJUNCTION, FILING AND SERVICE OF SAME. |
| 5.25 | FORTNEY, KATHERINE A | REVISE AND FILE PRELIMINARY INJUNCTION DOCUMENTS AND ATTACHMENTS. |

10/20/05

| | | |
|---|---|---|
| 0.20 | DETTMER, ETHAN D | CONFER REGARDING FILING ISSUES. |

10/25/05

| | | |
|---|---|---|
| 0.50 | LYON, H. M | TELEPHONE CONFERENCE WITH ATTORNEY GENERAL'S OFFICE REGARDING MATTER STATUS; EMAILS REGARDING SAME; CONFERENCE WITH E. DETTMER REGARDING SAME. |
| 0.40 | DETTMER, ETHAN D | REVIEW AND ORGANIZE FILED DOCUMENTS; E-MAILS REGARDING CASE STATUS. |

10/31/05

| | | |
|---|---|---|
| 0.90 | DETTMER, ETHAN D | E-MAILS REGARDING TIMING ISSUE FOR MOTION FOR PRELIMINARY INJUNCTION; RESEARCH REGARDING VENUE QUESTION FOR A. TENNEY AND E-MAIL REGARDING SAME. |

AB1179 LITIGATION
43206-00009

Detail Costs/Charges:

IN HOUSE DUPLICATION

| | | |
|---|---|---|
| 10/14/05 | 9.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/14/05 |
| 10/17/05 | 40.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/17/05 |
| 10/19/05 | 10.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/19/05 |
| 10/21/05 | 63.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/21/05 |

OUTSIDE PROCESS SERVER

| | | |
|---|---|---|
| 10/17/05 | 1,103.00 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2441748; DATE: 10/17/2005 - FILE NEW ACTION ON BEHALF OF VIDEO SOFTWARE DEALERS ASSN.; ADVANCE FILING FEE $880.00; PERSONALLY SERVE GOVERNOR SCHWARZENEGGER C/O ATTORNEY GENERAL'S SAN FRANCISCO OFFICE/E. DETTMER |
| 10/17/05 | 90.00 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2441750; DATE: 10/17/2005 - PERSONALLY SERVE CALIFORNIA ATTORNEY GENERAL BILL LOCKYER WITH NEW ACTION ON BEHALF OF VIDEO SOFTWARE DEALERS ASSN./E. DETTMER |
| 10/18/05 | 87.50 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2441892; DATE: 10/18/2005 - OBTAIN SIGNATURE PAGE FROM DOUG LOWENSTEIN AT WESTIN ST. FRANCIS HOTEL AND RETURN TO GIBSON/E. DETTMER |
| 10/19/05 | 300.00 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2441864; DATE: 10/19/2005 - SERVE RICHARD DOYLE, ANN MILLER RAVEL, GEORGE KENNEDY; FILE EXHIBITS AT USDC-SAN JOSE/E. DETTMER |
| 10/19/05 | 172.50 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2441868; DATE: 10/19/2005 - SERVE GOVERNOR SCHWARZENEGGER AND ATTONREY GENERAL BILL LOCKYER/E. DETTMER |

| 10/21/05 | 125.00 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2442021; DATE: 10/21/2005 - DOCUMENTS HAND DELIVERED TO BETTY WALTON, INTAKE CLERK, USDC/NDC-SAN JOSE/M. LYON |

**TELEPHONE CHARGES**

| 10/14/05 | 2.70 | 310-871-7093 10/14/05 BEVERLYHLS          CALIFORNIA |
| 10/19/05 | 2.43 | 202-637-6329 10/19/05 WASHINGTON          DISTRICT OF COLUMBIA |
| 10/28/05 | 6.65 | 10/13/05  ETHAN DETTMER  TO: 202 - 637 - 6329  WASHINGTON (TELEPHONE CALL) |

**TRAVEL - TAXI & OTHER MODES/MILES**

| 10/21/05 | 16.00 | VENDOR: SAN FRANCISCO PETTY CASH; INVOICE#: 370; DATE: 10/21/2005 - 10/13 & 10/14/05 V# 021615 CAB FARE HOME/P. JURA |

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**December 7, 2005**

**Invoice No. 2005121186**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

**For Services Rendered and Costs/Charges Advanced Through November 30, 2005**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $  9,106.50 | $   335.02 | $  9,441.52 |
|  | **Totals** | $  9,106.50 | $   335.02 | $  9,441.52 |
|  | **Premium/Discount** |  |  | -455.33 |
|  | **Current Balance Due** |  |  | $  8,986.19 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: December 7, 2005

**Due and Payable Upon Receipt**

Invoice No. 2005121186

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire
instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: December 7, 2005

**Due and Payable Upon Receipt**

Invoice No. 2005121186

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

Federal Taxpayer ID #95-1611234

December 7, 2005

Invoice No. 2005121186

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

<u>**For Services Rendered and Costs/Charges Advanced Through November 30, 2005**</u>

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 9,106.50 | $ 335.02 | $ 9,441.52 |
| | **Totals** | $ 9,106.50 | $ 335.02 | $ 9,441.52 |
| | **Premium/Discount** | | | -455.33 |
| | **Current Balance Due** | | | $ 8,986.19 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: December 7, 2005

**Due and Payable Upon Receipt**

Invoice No. 2005121186

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: December 7, 2005

**Due and Payable Upon Receipt**

Invoice No. 2005121186

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

AB1179 LITIGATION
43206-00009

For Services Rendered Through November 30, 2005

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ETHAN D. DETTMER | 18.90 | $ 460.00 | $   8,694.00 |
| KATHERINE A. FORTNEY | 1.50 | 275.00 | 412.50 |
| | | | 9,106.50 |

| | | |
|--|--|--|
| **Discount** | | -455.33 |
| **Total Services** | | $   8,651.17 |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| FILING FEES | $    60.00 |
| FREIGHT AND SHIPPING | 46.02 |
| IN HOUSE DUPLICATION | 68.90 |
| MESSENGER AND COURIER EXPENSE | 49.78 |
| ON-LINE RESEARCH (OTHER) | 12.16 |
| ON-LINE RESEARCH (WESTLAW) | 93.60 |
| TELEPHONE CHARGES | 4.56 |

| | |
|--|--|
| **Total Costs/Charges** | 335.02 |
| **Total Services, Costs/Charges** | 8,986.19 |
| **BALANCE DUE** | $   8,986.19 |

AB1179 LITIGATION
43206-00009

---

Detail Services:

11/01/05
1.20    DETTMER, ETHAN D    CONFER WITH K. ZOGLIN OF THE SANTA
                            CLARA COUNTY COUNSEL'S OFFICE
                            REGARDING HEARING DATES; E-MAILS
                            REGARDING SAME.

11/07/05
1.20    DETTMER, ETHAN D    CONFER WITH COUNSEL FOR COUNTY
                            REGARDING SCHEDULING AND RELATED
                            ISSUES; E-MAILS REGARDING SAME AND
                            RESEARCH REGARDING EX PARTE
                            APPLICATION; BEGIN DRAFTING OPPOSITION
                            TO EX PARTE APPLICATION.

11/08/05
3.90    DETTMER, ETHAN D    DRAFT OPPOSITION TO EX PARTE
                            APPLICATION REGARDING HEARING DATE;
                            REVIEW AND RETURN STIPULATION
                            EXTENDING TIME TO RESPOND TO
                            COMPLAINT; E-MAILS REGARDING SAME;
                            FINALIZE OPPOSITION TO EX PARTE
                            APPLICATION; E-MAILS REGARDING SAME;
                            OVERSEE FILING OF SAME.

11/09/05
0.20    DETTMER, ETHAN D    RECEIVE AND REVIEW FILINGS FROM
                            ATTORNEY GENERAL; E-MAILS REGARDING
                            SAME.

11/10/05
0.90    DETTMER, ETHAN D    RECEIVE AND REVIEW DEFENDANTS'
                            BRIEFING; E-MAILS REGARDING SAME.

11/11/05
3.70    DETTMER, ETHAN D    REVIEW AND ANALYZE, DEFENDANTS'
                            FILINGS REGARDING MOTION FOR
                            PRELIMINARY INJUNCTION AND E-MAILS
                            REGARDING SAME; RESEARCH REGARDING
                            TIMING AND FILING RULES.

11/14/05
0.50    DETTMER, ETHAN D                CONFER WITH A. TENNEY REGARDING
                                        DEFENDANTS' OPPOSITION AND
                                        SUPPORTING EXHIBITS; CALL WITH K.
                                        FORTNEY REGARDING SAME.

0.70    FORTNEY, KATHERINE A            CALL COUNSEL FOR STATE AND WORK ON
                                        OBTAINING EXHIBITS.

11/15/05
0.40    FORTNEY, KATHERINE A            CALL COUNSEL FOR STATE AGAIN AND
                                        WORK ON OBTAINING EXHIBITS.

11/16/05
0.40    DETTMER, ETHAN D                REVIEW EXHIBITS; E-MAILS WITH A. TENNEY
                                        REGARDING SAME AND PROCEDURAL
                                        ISSUES.

0.40    FORTNEY, KATHERINE A            DISCUSS STATUS OF EXHIBITS WITH
                                        COUNSEL FOR STATE AND WITH E.
                                        DETTMER; ROUTE AND ARRANGE FOR
                                        COPYING OF EXHIBITS.

11/17/05
0.30    DETTMER, ETHAN D                E-MAILS REGARDING COURT RULES AND
                                        RELATED PROCEDURAL MATTERS.

11/22/05
1.10    DETTMER, ETHAN D                RECEIVE AND REVIEW DRAFT REPLY AND
                                        EXHIBITS AND E-MAILS REGARDING SAME.

11/23/05
5.30    DETTMER, ETHAN D                REVIEW DRAFT REPLY IN SUPPORT OF
                                        MOTION FOR PRELIMINARY INJUNCTION AND
                                        EXHIBITS IN SUPPORT; PHONE CALLS AND E-
                                        MAILS REGARDING SAME; DRAFT REQUEST
                                        FOR JUDICIAL NOTICE AND LEGAL
                                        RESEARCH IN CONNECTION WITH SAME;
                                        OVERSEE FILING AND SERVICE OF REPLY
                                        BRIEF AND SUPPORTING PAPERS.

11/29/05
0.20    DETTMER, ETHAN D                    E-MAILS WITH K. FALLOW AND A. TENNEY
                                            REGARDING MOTION SCHEDULING AND
                                            RELATED ISSUES.

AB1179 LITIGATION
43206-00009

—

Detail Costs/Charges:

FILING FEES
11/30/05      60.00      PAYEE: U.S. DISTRICT COURT, NORTHERN DISTRICT OF
                         CALIFORNIA; REQUEST#: 5703785; DATE: 11/30/2005. - FILING FEE
                         APPLICATION TO APPEAR PRO HAC VICE FOR MATTHEW
                         HELLMAN/E. DETTMER

FREIGHT AND SHIPPING
11/08/05      46.02      FEDERAL EXPRESS FX1125   INVOICE 320639077  SHIP DATE
                         11/08/2005 AIRBILL NO: 827942717622 FROM: ETHAN D DETTMER,
                         GIBSON DUNN & CRUTCHER LLP, SAN FRANCISCO, CA   TO: THE
                         HONORABLE RONALD M WHYTE J, JUDGE UNITED STATES
                         DISTRICT C, SAN JOSE, CA

IN HOUSE DUPLICATION
11/08/05       2.40      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/08/05

11/10/05       4.20      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/10/05

11/22/05      15.00      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/22/05

11/23/05      47.30      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/23/05

MESSENGER AND COURIER EXPENSE
11/23/05      49.78      UNITED PARCEL SERVICE UP1126   INVOICE 0000059X811485
                         SHIP DATE 11/23/2005 TRACKING NO: 1Z59X8111590120919 FROM:
                         KENDRA NATION,  GIBSON, DUNN & CRUTCHER LL, SAN
                         FRANCISCO, CA   TO: THE HONORABLE RONALD, U.S. DISTRICT
                         COURT, N.D. , SAN JOSE, CA

ON-LINE RESEARCH (OTHER)
11/14/05      12.16      PACER, 10/05 - COURT RESEARCH

ON-LINE RESEARCH (WESTLAW)
11/23/05      93.60      DETTMER,ETHAN D        11/23/05        43206-00009:
                         WESTLAWRESEARCH AND PRINTING CHARGES

TELEPHONE CHARGES
11/11/05       3.00      TWENTY TABS @ .15 EACH, P. WICKER, 10/21/05

| 11/23/05 | 1.56 | 202-639-6097 11/23/05 WASHINGTON COLUMBIA | DISTRICT OF |
|----------|------|---------|---------|

**Due and Payable Upon Receipt**

### GIBSON, DUNN & CRUTCHER LLP
#### 1050 Connecticut Avenue, N.W.
#### Washington, D.C. 20036-5306

#### Federal Taxpayer ID #95-1611234

#### January 6, 2006

#### Invoice No. 2006010411

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

#### For Services Rendered and Costs/Charges Advanced Through December 31, 2005

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 14,297.00 | $ 920.60 | $ 15,217.60 |
|  | Totals | $ 14,297.00 | $ 920.60 | $ 15,217.60 |
|  | Premium/Discount |  |  | -714.85 |
|  | Current Balance Due |  |  | $ 14,502.75 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: January 6, 2006                                    Invoice No. 2006010411

#### Due and Payable Upon Receipt

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire
instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: January 6, 2006                                    Invoice No. 2006010411

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**January 6, 2006**

**Invoice No. 2006010411**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

| For Services Rendered and Costs/Charges Advanced Through December 31, 2005 | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $  14,297.00 | $  920.60 | $  15,217.60 |
| | **Totals** | $  14,297.00 | $  920.60 | $  15,217.60 |
| | **Premium/Discount** | | | -714.85 |
| | **Current Balance Due** | | | $  14,502.75 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: January 6, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006010411

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: January 6, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006010411

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

AB1179 LITIGATION
43206-00009

For Services Rendered Through December 31, 2005

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| THEODORE J. BOUTROUS | 1.50 | $695.00 | $ 1,042.50 |
| H. M. LYON | 9.50 | 570.00 | 5,415.00 |
| ETHAN D. DETTMER | 12.20 | 460.00 | 5,612.00 |
| KATHERINE A. FORTNEY | 8.10 | 275.00 | 2,227.50 |
| | | | 14,297.00 |

| | | |
|---|---|---|
| Discount | | -714.85 |
| Total Services | | $ 13,582.15 |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| CERTIFIED COPIES | $ 25.00 |
| FILING FEES | 150.00 |
| FREIGHT AND SHIPPING | 24.98 |
| IN HOUSE DUPLICATION | 96.90 |
| MESSENGER AND COURIER EXPENSE | 92.82 |
| ON-LINE RESEARCH (OTHER) | 19.04 |
| ON-LINE RESEARCH (WESTLAW) | 108.80 |
| OUTSIDE PROCESS SERVER | 311.00 |
| TRAVEL - PARKING | 8.00 |
| TRAVEL - TAXI & OTHER MODES/MILES | 84.06 |

| | |
|---|---|
| Total Costs/Charges | 920.60 |
| Total Services, Costs/Charges | 14,502.75 |
| BALANCE DUE | $ 14,502.75 |

Invoice Date: January 6, 2006

Due and Payable Upon Receipt

Invoice No. 2006010411

AB1179 LITIGATION
43206-00009

—

Detail Services:

12/01/05
0.40    DETTMER, ETHAN D

RECEIVE AND REVIEW OBJECTIONS TO
EVIDENCE; CONFERENCE WITH K. FORTNEY
REGARDING RESEARCH IN CONNECTION
WITH SAME.

1.20    FORTNEY, KATHERINE A

RESEARCH JUDICIAL NOTICE ISSUES FOR
PRELIMINARY INJUNCTION MOTION AND
REVIEW EARLIER FILINGS IN CASE.

12/02/05
1.10    DETTMER, ETHAN D

RESEARCH IN CONNECTION WITH REPLY IN
SUPPORT OF REQUEST FOR JUDICIAL
NOTICE AND BEGIN DRAFTING SAME.

1.00    FORTNEY, KATHERINE A

REVISE OBJECTIONS TO DOCUMENT
REQUESTS AND PREPARE FOR
PROCESSING.

4.30    FORTNEY, KATHERINE A

RESEARCH JUDICIAL NOTICE ISSUES FOR
PRELIMINARY INJUNCTION MOTION AND
SUMMARIZE FOR E. DETTMER.

12/05/05
4.90    DETTMER, ETHAN D

REVIEW FILINGS AND CONDUCT LEGAL
RESEARCH IN CONNECTION WITH REPLY IN
SUPPORT OF REQUEST FOR JUDICIAL
NOTICE, DRAFT SAME AND E-MAILS
REGARDING SAME; RECEIVE AND REVIEW
OTHER FILINGS AND E-MAILS REGARDING
SAME.

12/07/05

0.40    DETTMER, ETHAN D                REVIEW AND REVISE REPLY IN SUPPORT OF
                                        REQUEST FOR JUDICIAL NOTICE AND
                                        OVERSEE FILING OF SAME; E-MAILS
                                        REGARDING SCHEDULING ISSUES.

12/08/05

2.50    LYON, H. M                      PREPARE FOR HEARING ON MOTION FOR
                                        PRELIMINARY INJUNCTION.

12/09/05

3.00    LYON, H. M                      ATTEND HEARING ON PRELIMINARY
                                        INJUNCTION MOTION; CONFERENCE WITH E.
                                        DETTMER REGARDING SAME.


3.30    DETTMER, ETHAN D                PREPARE FOR AND ATTEND HEARING ON
                                        MOTION FOR PRELIMINARY INJUNCTION; E-
                                        MAILS REGARDING SAME AND CONFERENCE
                                        REGARDING SAME.

12/16/05

0.50    LYON, H. M                      ATTEND TO MATTERS REGARDING
                                        DISPOSITION OF MOTIONS.


0.30    DETTMER, ETHAN D                PHONE CALL WITH K. FALLOW REGARDING
                                        COURT DECISION AND E-MAILS REGARDING
                                        SAME.


12/19/05

0.50    LYON, H. M                      EMAILS REGARDING MATTER STRATEGY.


0.30    DETTMER, ETHAN D                E-MAILS REGARDING STATUS OF COURT
                                        DECISION AND STRATEGY IN CONNECTION
                                        WITH SAME.

12/20/05

0.40    DETTMER, ETHAN D                E-MAILS REGARDING STATUS OF COURT
                                        DECISION AND STRATEGY IN CONNECTION
                                        WITH SAME; PHONE CALL WITH P. SMITH AND
                                        M. LYON REGARDING SAME.

**Due and Payable Upon Receipt**

12/21/05
  1.50    BOUTROUS, THEODORE J            REVIEW AND ANALYZE OPINION; EMAILS
                                                          WITH CLIENTS RE SAME.

  2.50    LYON, H. M                                TELEPHONE CONFERENCE  WITH MR. SMITH
                                                          REGARDING MATTER STRATEGY; REVIEW
                                                          AND REVISE DRAFT NOTICE; ARRANGE FOR
                                                          FILING OF SAME; EMAILS REGARDING
                                                        MATTER STRATEGY.

  0.40    DETTMER, ETHAN D                     EMAILS REGARDING STATUS OF COURT
                                                          DECISION AND STRATEGY IN CONNECTION
                                                        WITH SAME; PHONE CALL WITH P. SMITH AND
                                                        M. LYON REGARDING SAME.

  1.60    FORTNEY, KATHERINE A              FILE EMERGENCY NOTICE OF SUBMITTED
                                                          MATERIALS; OBTAIN, REVIEW AND
                                                          DISTRIBUTE ORDER GRANTING PRELIMINARY
                                                        INJUNCTION.

12/22/05
  0.50    LYON, H. M                                EMAILS REGARDING ORDER FOR
                                                        PRELIMINARY INJUNCTION.

  0.70    DETTMER, ETHAN D                     REVIEW COURT DECISION AND EMAILS
                                                        REGARDING SAME.

AB1179 LITIGATION
43206-00009

Detail Costs/Charges:

CERTIFIED COPIES
12/05/05     25.00     PAYEE: STATE BAR OF CALIFORNIA; REQUEST#: 5704417; DATE:
                       12/5/2005. - CERTIFICATES OF GOOD STANDING- THEODORE J.
                       BOUTROUS/E. DETTMER

FILING FEES
12/07/05     210.00    PAYEE: U.S. DISTRICT COURT, NORTHERN DISTRICT OF
                       CALIFORNIA; REQUEST#: 5704815; DATE: 12/7/2005. - FILING FEE
                       APPLICATION TO APPEAR PRO HAC VICE FOR MATTHEW
                       HELLMAN/E. DETTMER

12/16/05     -60.00    CANCELLATION OF: PAYEE: U.S. DISTRICT COURT, NORTHERN
                       DISTRICT OF CALIFORNIA; REQUEST#: 5703785; DATE: 11/30/2005.
                       - FILING FEE APPLICATION TO APPEAR PRO HAC VICE FOR
                       MATTHEW HELLMAN/E. DETTMER

FREIGHT AND SHIPPING
11/30/05     12.49     FEDERAL EXPRESS FX1209    INVOICE 322815122  SHIP DATE
                       11/30/2005  AIRBILL NO: 827942717563 FROM: ETHAN D DETTMER,
                       GIBSON DUNN & CRUTCHER LLP, SAN FRANCISCO, CA    TO:
                       CLERK UNITED STATES DISTRICT C, NORTHERN DISTRICT OF
                       CALIFORNI, SAN JOSE, CA

12/05/05     12.49     FEDERAL EXPRESS FX1209    INVOICE 322815122  SHIP DATE
                       12/05/2005  AIRBILL NO: 792455166200 FROM: ROBIN BRADFORD,
                       GIBSON DUNN & CRUTCHER, LLP, SAN FRANCISCO, CA    TO:
                       COURT CLERK, U.S. NORTHERN DISTRICT COURT, SAN JOSE, CA

IN HOUSE DUPLICATION
12/01/05     0.30      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/01/05

12/05/05     10.70     IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/05/05

12/06/05     83.20     IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/06/05

12/07/05     1.80      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/07/05

| 12/15/05 | 0.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/15/05 |

MESSENGER AND COURIER EXPENSE

| 12/01/05 | 46.41 | UNITED PARCEL SERVICE UP1203   INVOICE 0000059X811495 SHIP DATE 12/01/2005 TRACKING NO: 1Z59X8111591955838 FROM: KENDRA NATION, GIBSON, DUNN & CRUTCHER LL, SAN FRANCISCO, CA   TO: THE HONORABLE RONALD, UNITED STATES DISTRICT COUR, SAN JOSE, CA |

| 12/07/05 | 46.41 | UNITED PARCEL SERVICE UP1210   INVOICE 0000059X811505 SHIP DATE 12/07/2005 TRACKING NO: 1Z59X8111590822849 FROM: KENDRA NATION, GIBSON, DUNN & CRUTCHER LL, SAN FRANCISCO, CA   TO: THE HONORABLE RONALD, UNITED STATES DISTRICT COUR, SAN JOSE, CA |

ON-LINE RESEARCH (OTHER)

| 12/15/05 | 19.04 | PACER, 11/05 - COURT RESEARCH |

ON-LINE RESEARCH (WESTLAW)

| 12/02/05 | 104.00 | FORTNEY,KATHERINE A      12/02/05      43206-00009 WESTLAWRESEARCH AND PRINTING CHARGES |

| 12/05/05 | 4.80 | DETTMER,ETHAN D      12/05/05      43206-00009: WESTLAWRESEARCH AND PRINTING CHARGES |

OUTSIDE PROCESS SERVER

| 12/16/05 | -35.00 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2444538; DATE: 12/16/2005 - OBTAIN GOOD STANDING CERITFICATES FROM STATE BAR OF CALIFORNIA FOR THEODORE BOUTROUS/E. DETTMER |

| 12/16/05 | 276.00 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2444539; DATE: 12/16/2005 - FILE APPPLICATION FEE FOR THEODORE BOUTROUS TO BE ADMITTED TO THE NORTHERN DISTRICT; ADV FEE $210.00/E. DETTMER |

TRAVEL - PARKING

| 12/09/05 | 8.00 | VENDOR: ETHAN DETTMER; INVOICE#: 12/09/05; DATE: 12/9/2005 - 12/09/05 SAN ANSELMO-PA /PARKING; TRAVEL TO PALO ALTO OFFICE, THEM SAN JOSE FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION |

TRAVEL - TAXI & OTHER MODES/MILES

| 12/09/05 | 5.00 | VENDOR: ETHAN DETTMER; INVOICE#: 12/09/05; DATE: 12/9/2005 - 12/09/05 SAN ANSELMO-PA /TOLL CHARGE; TRAVEL TO PALO ALTO OFFICE, THEM SAN JOSE FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION |

12/09/05         79.06        VENDOR: ETHAN DETTMER; INVOICE#: 12/09/05; DATE: 12/9/2005 -
                              12/09/05 SAN ANSELMO-PA/MILEAGE(163);TRAVEL TO PALO ALTO
                              OFFICE THEN SAN JOSE FOR HEARING ON MOTION FOR
                              PRELIMINARY INJUNCTION

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306

Federal Taxpayer ID #95-1611234

**February 7, 2006**

**Invoice No. 2006020756**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

| For Services Rendered and Costs/Charges Advanced Through January 31, 2006 | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 505.00 | $ 613.29 | $ 1,118.29 |
| | **Totals** | $ 505.00 | $ 613.29 | $ 1,118.29 |
| | **Premium/Discount** | | | -25.25 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $ 1,093.04 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA.  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**February 7, 2006**

**Invoice No. 2006020756**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

**For Services Rendered and Costs/Charges Advanced Through January 31, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 505.00 | $ 613.29 | $ 1,118.29 |
|  | **Totals** | $ 505.00 | $ 613.29 | $ 1,118.29 |
|  | **Premium/Discount** |  |  | -25.25 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 1,093.04 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: February 7, 2006                                    Invoice No. 2006020756

**Due and Payable Upon Receipt**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

AB1179 LITIGATION
43206-00009

For Services Rendered Through January 31, 2006

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ETHAN D. DETTMER | 1.00 | $ 505.00 | $ 505.00 |
| | | | 505.00 |
| Discount | | | -25.25 |
| Total Services | | | $    479.75 |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| FILING FEES | $   125.00 |
| IN HOUSE DUPLICATION | 392.75 |
| ON-LINE RESEARCH (OTHER) | 37.92 |
| ON-LINE RESEARCH (WESTLAW) | 56.40 |
| TELEPHONE CHARGES | 1.22 |

| | |
|---|---|
| Total Costs/Charges | 613.29 |
| Total Services, Costs/Charges | 1,093.04 |
| BALANCE DUE | $   1,093.04 |

Invoice Date: February 7, 2006          **Due and Payable Upon Receipt**          Invoice No. 2006020756

AB1179 LITIGATION
43206-00009

---

Detail Services:

01/03/06
  0.30   DETTMER, ETHAN D              REVIEW DOCUMENTS REGARDING
                                             SCHEDULING AND E-MAIL TO K. FALLOW
                                             REGARDING SAME.

01/04/06
  0.30   DETTMER, ETHAN D              E-MAILS AND CONFER REGARDING ADR
                                             STRATEGY.

01/06/06
  0.20   DETTMER, ETHAN D              E-MAILS REGARDING ALTERNATIVE DISPUTE
                                           RESOLUTION AND DISCOVERY STRATEGY.

01/10/06
  0.20   DETTMER, ETHAN D              GATHER PRELIMINARY INJUNCTION
                                           DOCUMENTS FOR T. BOUTROUS FOR
                                           FORWARDING TO LOS ANGELES COUNTY
                                           COUNSEL.

AB1179 LITIGATION
43206-00009

Detail Costs/Charges:

FILING FEES
12/21/05    125.00    VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2444812; DATE:
                      12/21/2005 - COURTESY COPY TO JUDGE WHYTE USDC SAN
                      JOSE/K FORTNEY

IN HOUSE DUPLICATION
01/03/06    1.80      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/03/06

01/04/06    103.10    IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/04/06

01/05/06    40.20     IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/05/06

01/17/06    230.55    IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/17/06

01/18/06    17.10     IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/18/06

ON-LINE RESEARCH (OTHER)
01/13/06    37.92     PACER, 12/05 - COURT RESEARCH

ON-LINE RESEARCH (WESTLAW)
01/10/06    56.40     DETTMER,ETHAN D      01/10/06    43206-00009:
                      WESTLAWRESEARCH AND PRINTING CHARGES

TELEPHONE CHARGES
01/17/06    1.22      202-639-6861 01/17/06 WASHINGTON      DISTRICT OF
                      COLUMBIA