**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C. 20036-5306**

**Federal Taxpayer ID #95-1611234**

**March 6, 2006**

**Invoice No. 2006030538**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

### For Services Rendered and Costs/Charges Advanced Through February 28, 2006

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 15,368.50 | $ 158.95 | $ 15,527.45 |
| | Totals | $ 15,368.50 | $ 158.95 | $ 15,527.45 |
| | Premium/Discount | | | -768.43 |
| | Current Balance Due | | | $ 14,759.02 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: March 6, 2006              Invoice No. 2006030538

**Due and Payable Upon Receipt**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: March 6, 2006

Invoice No. 2006030538

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**March 6, 2006**

**Invoice No. 2006030538**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

| For Services Rendered and Costs/Charges Advanced Through February 28, 2006 | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $  15,368.50 | $     158.95 | $   15,527.45 |
| | **Totals** | $   15,368.50 | $    158.95 | $  15,527.45 |
| | **Premium/Discount** | | | -768.43 |
| | **Current Balance Due** | | | $   14,759.02 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: March 6, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006030538

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: March 6, 2006                                    Invoice No. 2006030538

**Due and Payable Upon Receipt**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017


AB1179 LITIGATION
43206-00009

---

For Services Rendered Through February 28, 2006

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| H. M. LYON | 1.50 | $ 625.00 | $      937.50 |
| ETHAN D. DETTMER | 14.50 | 505.00 | 7,322.50 |
| MICHAEL G. CECCHINI | 24.40 | 290.00 | 7,076.00 |
|  |  |  | 15,368.50 |
| **Discount** |  |  | -768.43 |
| **Total Services** |  |  | $   14,600.07 |

| COSTS/CHARGES | TOTAL |  |
|---------------|-------|--|
| IN HOUSE DUPLICATION | $     4.30 |  |
| MESSENGER AND COURIER EXPENSE | 62.22 |  |
| ON-LINE RESEARCH (OTHER) | 9.76 |  |
| ON-LINE RESEARCH (WESTLAW) | 56.40 |  |
| TELEPHONE CHARGES | 9.27 |  |
| TRAVEL - TAXI & OTHER MODES/MILES | 17.00 |  |
| **Total Costs/Charges** |  | 158.95 |
| **Total Services, Costs/Charges** |  | 14,759.02 |
| **BALANCE DUE** |  | $  14,759.02 |

**Due and Payable Upon Receipt**

AB1179 LITIGATION
43206-00009

—

Detail Services:

02/01/06
   1.50   LYON, H. M                                REVIEW AND ANALYZE FILING BY COMMON
                                                  SENSE MEDIA; TELEPHONE CONFERENCE
                                                  WITH E. DETTMER REGARDING SAME; E-
                                                  MAILS REGARDING SAME.

   0.80   DETTMER, ETHAN D                    RECEIVE AND REVIEW APPLICATION TO
                                                  APPEAR AS AMICUS CURIAE; RESEARCH
                                                  REGARDING SAME AND E-MAILS REGARDING
                                                  SAME.

02/02/06
   0.80   DETTMER, ETHAN D                    REVIEW NORTHERN DISTRICT MOTION FOR
                                                    SUMMARY JUDGMENT REQUIREMENTS AND
                                                  E-MAILS REGARDING SAME; CONFER WITH M.
                                                  CECCHINI REGARDING OPPOSITION TO
                                                  AMICUS CURIAE APPLICATION.

   7.60   CECCHINI, MICHAEL G               READ E-MAILS FROM E. DETTMER; REVIEW
                                                  BACKGROUND, NEWS MATERIAL; READ
                                                  APPLICATION BY COMMON SENSE MEDIA;
                                                  READ DECL OF STEYER; MEET WITH E.
                                                  DETTMER RE RESEARCH ASSIGNMENT;

                                                  REVIEW PROPOSED AMICUS
APPLICATION;

MAKE NOTES; COMPOSE E-MAIL UPDATE TO
E. DETTMER.

**Due and Payable Upon Receipt**

02/03/06
  0.30   DETTMER, ETHAN D            E-MAILS REGARDING OPPOSITION TO
                                         APPLICATION TO PARTICIPATE REGARDING
                                         AMICUS CURIAE AND CONFER WITH M.
                                       CECCHINI REGARDING SAME.

  9.40   CECCHINI, MICHAEL G          READ           CASE; READ AND REPLY
                                           TO E-MAIL FROM E. DETTMER, AND
                                         TELECONFERENCE RE STRATEGY FOR
                                       OPPOSITION;
                                               REVIEW CASES; MAKE OUTLINE
                                       FOR OPPOSITION; BEGIN DRAFTING
                                       OPPOSITION; DRAFT OPPOSITION TO AMICUS
                                       APPLICATION.

02/04/06
  3.90   CECCHINI, MICHAEL G          CONTINUE DRAFTING OPPOSITION TO
                                         AMICUS APPLICATION; FINISH DRAFT AND E-
                                       MAIL FOR REVIEW; MAKE FINAL CHANGES TO
                                       DRAFT OPPOSITION; COMPOSE E-MAIL TO E.
                                       DETTMER, ATTACH DRAFT.

02/06/06
  7.30   DETTMER, ETHAN D            REVIEW AND REVISE DRAFT OPPOSITION TO
                                         APPLICATION TO APPEAR AS AMICUS
                                       CURIAE; LEGAL RESEARCH REGARDING
                                       SAME AND REVIEW DOCUMENTS IN
                                       CONNECTION WITH SAME; E-MAILS
                                       REGARDING SAME AND CONFER REGARDING
                                       SAME.

  3.20   CECCHINI, MICHAEL G          DISCUSS OPPOSITION WITH E. DETTMER;

                                       COMPOSE E-MAIL TO AND ANSWER E-MAIL
                                       FROM E. DETTMER; REVIEW EDITS AND NEW
                                       VERSION OF OPPOSITION;
                                       TELECONFERENCE WITH E. DETTMER.

02/07/06
1.40    DETTMER, ETHAN D            CONFER WITH K. FALLOW REGARDING
                                    OPPOSITION TO AMICUS APPLICATION AND
                                    STATUS OF DISCOVERY AND RELATED
                                    ISSUES; E-MAILS REGARDING SAME; E-MAIL
                                    TO OPPOSING COUNSEL REGARDING MEET
                                    AND CONFER SCHEDULING; OVERSEE FILING
                                    AND SERVICE OF OPPOSITION TO
                                    APPLICATION TO PARTICIPATE AS AMICUS
                                    CURIAE.

02/08/06
0.30    CECCHINI, MICHAEL G         MEET WITH E. DETTMER, DISCUSS
                                    OPPOSITION, BACKGROUND ISSUES IN CASE.

02/09/06
0.20    DETTMER, ETHAN D            E-MAILS REGARDING SCHEDULING FOR
                                    MEET AND CONFER PURSUANT TO COURT
                                    ORDER AND RELATED ISSUES.

02/10/06
0.40    DETTMER, ETHAN D            E-MAILS REGARDING MEET AND CONFER
                                    SCHEDULING, REQUIREMENTS AND RELATED
                                    ISSUES; REVIEW RULES REGARDING SAME.

0.40    DETTMER, ETHAN D            E-MAILS REGARDING MEET AND CONFER
                                    SCHEDULING, REQUIREMENTS AND RELATED
                                    ISSUES; REVIEW RULES REGARDING SAME.

02/14/06
0.20    DETTMER, ETHAN D            E-MAILS REGARDING MEET AND CONFER
                                    SCHEDULING.

02/15/06
0.30    DETTMER, ETHAN D            E-MAILS AND PHONE CALLS REGARDING
                                    MEET AND CONFER SCHEDULING.

02/16/06
0.20    DETTMER, ETHAN D            E-MAILS AND PHONE CALLS REGARDING
                                    MEET AND CONFER SCHEDULING AND
                                    STATUS.

02/17/06
0.40    DETTMER, ETHAN D            CONFER WITH K. FALLOW REGARDING MEET
                                    AND CONFER; CONFER WITH Z. MORAZZINI
                                    OF ATTORNEY GENERAL'S OFFICE
                                    REGARDING DISCOVERY AND E-MAIL
                                    REGARDING SAME.

02/21/06
  0.50    DETTMER, ETHAN D                      E-MAILS REGARDING DISCOVERY
                                                CONFERENCE CALL; CONFER WITH K.
                                                FALLOW REGARDING SAME AND
                                                PARTICIPATE IN DISCOVERY MEET AND
                                                CONFER CALL WITH COUNSEL FOR THE
                                                STATE.

02/22/06
  0.20    DETTMER, ETHAN D                      CONFER WITH K. FALLOW REGARDING
                                                DISCOVERY AND MOTION FOR SUMMARY
                                                JUDGMENT ISSUES; E-MAILS REGARDING
                                                SAME.

02/24/06
  1.10    DETTMER, ETHAN D                      E-MAILS TO DEFENDANTS' COUNSEL
                                                REGARDING DISCOVERY AND MOTION FOR
                                                SUMMARY JUDGMENT SCHEDULE; DRAFT
                                                ADR CERTIFICATION AND E-MAILS AND
                                                PHONE CALLS REGARDING SAME; RECEIVE
                                                AND REVIEW CSM REPLY BRIEF AND E-MAILS
                                                REGARDING SAME; OVERSEE FILING AND
                                                SERVICE OF SAME.

AB1179 LITIGATION
43206-00009

Detail Costs/Charges:

IN HOUSE DUPLICATION

| 02/02/06 | 2.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/02/06 |
|---|---|---|
| 02/21/06 | 1.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/21/06 |
| 02/24/06 | 0.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/24/06 |

MESSENGER AND COURIER EXPENSE

| 02/07/06 | 47.14 | UNITED PARCEL SERVICE UP0211   INVOICE 0000059X811066 SHIP DATE 02/07/2006  TRACKING NO: 1Z59X8111599225380 FROM: KENDRA NATION,  GIBSON, DUNN & CRUTCHER LL, SAN FRANCISCO, CA   TO: CLERK, USDC ND CAL., UNITED STATES DISTRICT, SAN JOSE, CA |
|---|---|---|
| 02/24/06 | 15.08 | UNITED PARCEL SERVICE UP0225   INVOICE 0000059X811086 SHIP DATE 02/24/2006  TRACKING NO: 1Z59X8110195799179 FROM: KENDRA NATION,  GIBSON, DUNN & CRUTCHER LL, SAN FRANCISCO, CA   TO: THE HONORABLE RONALD,  U.S. DISTRICT COURT, N.D. , SAN JOSE, CA |

ON-LINE RESEARCH (OTHER)

| 02/28/06 | 9.76 | PACER, COURT RESEARCH - 01/06 |
|---|---|---|

ON-LINE RESEARCH (WESTLAW)

| 02/06/06 | 56.40 | DETTMER,ETHAN D        02/06/06        43206-00009: WESTLAWRESEARCH AND PRINTING CHARGES |
|---|---|---|

TELEPHONE CHARGES

| 02/17/06 | 1.33 | 202-669-4644 02/17/06 WASHINGTON COLUMBIA | DISTRICT OF |
|---|---|---|---|
| 02/17/06 | 1.86 | 916-445-8226 02/17/06 SACRAMENTO | CALIFORNIA |
| 02/21/06 | 3.04 | 916-445-8226 02/21/06 SACRAMENTO | CALIFORNIA |
| 02/21/06 | 3.04 | 916-445-8226 02/21/06 SACRAMENTO | CALIFORNIA |

TRAVEL - TAXI & OTHER MODES/MILES
02/16/06          17.00          VENDOR: SAN FRANCISCO PETTY CASH; INVOICE#: 377; DATE:
                                 2/16/2006 - 2/2/06 V# 022305 CAB FARE HOME /M. CECCHINI

### GIBSON, DUNN & CRUTCHER LLP
### 1050 Connecticut Avenue, N.W.
### Washington, D.C. 20036-5306

### Federal Taxpayer ID #95-1611234

### April 10, 2006

### Invoice No. 2006041089

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

**For Services Rendered and Costs/Charges Advanced Through March 31, 2006**

|             |                   | Services Rendered | Costs/ Charges | Totals |
|-------------|-------------------|-------------------|----------------|--------|
| 43206-00009 | AB1179 Litigation | $ 5,281.00        | $ 552.55       | $ 5,833.55 |
|             | **Totals**        | $ 5,281.00        | $ 552.55       | $ 5,833.55 |
|             | **Premium/Discount** |                |                | -264.05 |
|             | **Current Balance Due** |             |                | $ 5,569.50 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: April 10, 2006                                        Invoice No. 2006041089

**Due and Payable Upon Receipt**

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

_____
Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

**Invoice Date: April 10, 2006**

**Invoice No. 2006041089**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**April 10, 2006**

**Invoice No. 2006041089**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

**For Services Rendered and Costs/Charges Advanced Through March 31, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 5,281.00 | $ 552.55 | $ 5,833.55 |
|  | **Totals** | $  5,281.00 | $   552.55 | $  5,833.55 |
|  | **Premium/Discount** |  |  | -264.05 |
|  | **Current Balance Due** |  |  | $  5,569.50 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

**Due and Payable Upon Receipt**

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire*
*instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: April 10, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006041089

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

AB1179 LITIGATION
43206-00009

For Services Rendered Through March 31, 2006

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| H. M. LYON | 3.00 | $ 625.00 | $   1,875.00 |
| ETHAN D. DETTMER | 5.60 | 505.00 | 2,828.00 |
| | | | 5,281.00 |
| **Discount** | | | -264.05 |
| **Total Services** | | | $   5,016.95 |

| COSTS/CHARGES | TOTAL | |
|---------------|-------|--|
| IN HOUSE DUPLICATION | $   215.30 | |
| OUTSIDE PROCESS SERVER | 330.00 | |
| TELEPHONE CHARGES | 7.25 | |
| **Total Costs/Charges** | | 552.55 |
| **Total Services, Costs/Charges** | | 5,569.50 |
| **BALANCE DUE** | | $   5,569.50 |

Invoice Date: April 10, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006041089

AB1179 LITIGATION
43206-00009

---

Detail Services:

03/03/06
0.20    DETTMER, ETHAN D              E-MAILS WITH K. FALLOW REGARDING RULE
                                      26 CASE MANAGEMENT FILINGS.

03/06/06
1.80    DETTMER, ETHAN D              DRAFT CASE MANAGEMENT STATEMENT,
                                      RULE 26(F) REPORT AND PROPOSED ORDER;
                                      REVIEW DOCUMENTS IN CONNECTION WITH
                                      SAME AND E-MAILS REGARDING SAME.

03/07/06
0.40    DETTMER, ETHAN D              PHONE CALL AND E-MAILS WITH K. FALLOW
                                      REGARDING SUMMARY JUDGMENT
                                      SCHEDULING; E-MAILS WITH OPPOSING
                                      COUNSEL REGARDING SAME; REVIEW
                                      ORDER REGARDING COMMON SENSE MEDIA
                                      AMICUS AND E-MAIL REGARDING SAME.

03/08/06
0.40    DETTMER, ETHAN D              E-MAILS REGARDING SCHEDULING ISSUES;
                                      REVIEW AND REVISE CASE MANAGEMENT
                                      STATEMENT AND E-MAILS REGARDING SAME.

03/09/06
0.40    DETTMER, ETHAN D              E-MAILS REGARDING CASE MANAGEMENT
                                      STATEMENT; REVIEW AND REVISE SAME AND
                                      PREPARE FOR FILING.

03/10/06
0.20    DETTMER, ETHAN D              OVERSEE FILING AND SERVICE OF CASE
                                      MANAGEMENT STATEMENT AND E-MAILS
                                      REGARDING SAME.

03/16/06
0.40    DETTMER, ETHAN D              CONFER WITH Z. MORAZZINI REGARDING
                                      SCHEDULING AND SUMMARY JUDGMENT
                                      ISSUES; CONFER WITH K. FALLOW
                                      REGARDING SAME.

03/29/06
0.70    DETTMER, ETHAN D              RECEIVE AND REVIEW DRAFT BRIEF;
                                      CONFER REGARDING FILING OF SAME AND
                                      E-MAILS REGARDING SAME.

Invoice Date: April 10, 2006                                    Invoice No. 2006041089

**Due and Payable Upon Receipt**

03/30/06
   2.00   LYON, H. M

REVIEW AND ANALYZE DRAFT MOTION FOR
SUMMARY JUDGMENT; REVIEW AND
ANALYZE DECLARATIONS FOR SAME;
CONFERENCE WITH E. DETTMER AND J.
MINNERY REGARDING FILING OF SAME.

   0.90   DETTMER, ETHAN D

REVIEW SUMMARY JUDGMENT MATERIALS
AND CONFER WITH M. HELLMAN REGARDING
SAME; CONFER WITH M. LYON REGARDING
SAME; CONFER WITH M. LYON REGARDING
SAME; E-MAILS AND PHONE CALLS
REGARDING SAME.

03/31/06
   1.00   LYON, H. M

ATTEND TO FILING OF MOTION FOR
SUMMARY JUDGMENT; REVIEW AND REVISE
SAME AND SUPPORTING PAPERS.

   0.20   DETTMER, ETHAN D

E-MAILS REGARDING MOTION FOR SUMMARY
JUDGMENT FILING.

AB1179 LITIGATION
43206-00009

—

Detail Costs/Charges:

IN HOUSE DUPLICATION
| 03/30/06 | 2.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/30/06 |

| 03/31/06 | 212.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/31/06 |

OUTSIDE PROCESS SERVER
| 10/17/05 | √110.00 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2441751; DATE: 10/17/2005 - PERSONALLY SERVE RICHARD DOYLE, SAN JOSE CITY ATTORNEY, WITH SUMMONS, COMPLAINT, AND COURT NOTICES/E. DETTMER |

| 10/17/05 | √110.00 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2441752; DATE: 10/17/2005 - PERSONALLY SERVE GEORGE KENNEDY, SANTA CLARA COUNTY DISTRICT ATTORNEY, WITH SUMMONS, COMPLAINT, AND COURT NOTICES/E. DETTMER |

| 10/17/05 | √110.00 | VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W24411753; DATE: 10/17/2005 - PERSONALLY SERVE ANN MILLER RAVEL, SANTA CLARA COUNTY COUNSEL, WITH SUMMONS, COMPLAINT, AND COURT NOTICES/E. DETTMER |

TELEPHONE CHARGES
| 03/07/06 | 1.25 | 202-637-6329 03/07/06 WASHINGTON          DISTRICT OF COLUMBIA |

| 03/31/06 | 6.00 | TWO BINDINGS @ 1.50 EA., TWENTY FOUR  TABS @ .15 EA., C. VIGNATI, 3/31/2006 |

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**May 3, 2006**

**Invoice No. 2006050359**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

**For Services Rendered and Costs/Charges Advanced Through April 30, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $   4,609.50 | $     184.17 | $   4,793.67 |
|  | **Totals** | $   4,609.50 | $     184.17 | $   4,793.67 |
|  | **Premium/Discount** |  |  | -230.48 |
|  | **Current Balance Due** |  |  | $   4,563.19 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: May 3, 2006                                    Invoice No. 2006050359

**Due and Payable Upon Receipt**

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire*
*instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: May 3, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006050359

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**May 3, 2006**

**Invoice No. 2006050359**

**REMITTANCE COPY**

To ensure proper crediting, please send this copy in the enclosed envelope.

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

**For Services Rendered and Costs/Charges Advanced Through April 30, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $    4,609.50 | $    184.17 | $    4,793.67 |
|  | **Totals** | $    4,609.50 | $    184.17 | $    4,793.67 |
|  | **Premium/Discount** |  |  | -230.48 |
|  | **Current Balance Due** |  |  | $    4,563.19 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA.  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: May 3, 2006

Invoice No. 2006050359

**Due and Payable Upon Receipt**

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire
instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

**Invoice Date: May 3, 2006**

**Due and Payable Upon Receipt**

**Invoice No. 2006050359**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

AB1179 LITIGATION
43206-00009

For Services Rendered Through April 30, 2006

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| H. M. LYON | 1.80 | $ 625.00 | $  1,125.00 |
| ETHAN D. DETTMER | 6.90 | 505.00 | 3,484.50 |
| | | | 4,609.50 |

| | | |
|---|---|---|
| Discount | | -230.48 |
| **Total Services** | | $  4,379.02 |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| COURT FILING CHARGE | $   125.00 |
| IN HOUSE DUPLICATION | 9.90 |
| MESSENGER AND COURIER EXPENSE | 47.14 |
| TELEPHONE CHARGES | 2.13 |

| | |
|---|---|
| **Total Costs/Charges** | 184.17 |
| **Total Services, Costs/Charges** | 4,563.19 |
| **BALANCE DUE** | $  4,563.19 |

AB1179 LITIGATION
43206-00009

--

Detail Services:

04/18/06
0.50   DETTMER, ETHAN D                    E-MAILS REGARDING OPPOSITION TO
                                           MOTION FOR SUMMARY JUDGMENT AND
                                           REVIEW DRAFT OF SAME.

04/19/06
0.70   DETTMER, ETHAN D                    E-MAILS REGARDING FILING OPPOSITION TO
                                           MOTION FOR SUMMARY JUDGMENT AND
                                           OVERSEE FILING AND SERVICE OF SAME.

04/21/06
0.90   DETTMER, ETHAN D                    E-MAILS AND PHONE CALLS REGARDING
                                           SUMMARY JUDGMENT MOTIONS AND
                                           REVIEW SAME.

04/24/06
1.80   LYON, H. M                          REVIEW AND REVISE DRAFT MOTION
                                           REGARDING AMICUS BRIEF; CONFERENCE
                                           WITH E. DETTMER REGARDING SAME.

4.10   DETTMER, ETHAN D                    RECEIVE AND REVIEW DRAFT MOTION TO
                                           STRIKE; RESEARCH REGARDING SAME AND
                                           E-MAILS REGARDING SAME; PHONE CALLS
                                           WITH D. POZZA AND WITH F. RADFORD,
                                           ATTORNEY FOR CSM; DRAFT STIPULATION
                                           TO SHORTEN TIME AND DECLARATION IN
                                           SUPPORT OF SAME; REVIEW DOCUMENTS
                                           FOR FILING AND FILE SAME.

04/28/06
0.70   DETTMER, ETHAN D                    RECEIVE AND REVIEW REPLY BRIEF IN
                                           SUPPORT OF SUMMARY JUDGMENT;
                                           PREPARE FOR FILING AND FILE SAME.

AB1179 LITIGATION
43206-00009

—

Detail Costs/Charges:

<u>COURT FILING CHARGE</u>
04/03/06        √125.00        VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2449772; DATE:
                                4/3/2006 - DELIVER DOCUMENTS TO JUDGE CHAMBER'S/H. MARK
                                LYON

<u>IN HOUSE DUPLICATION</u>
04/19/06        9.90           IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/19/06

<u>MESSENGER AND COURIER EXPENSE</u>
04/19/06        47.14          UNITED PARCEL SERVICE UP0422    INVOICE 0000059X811166
                                SHIP DATE 04/19/2006  TRACKING NO: 1Z59X8111590029411 FROM:
                                KENDRA NATION,  GIBSON, DUNN & CRUTCHER LL, SAN
                                FRANCISCO, CA    TO: THE HONORABLE RONALD, UNITED STATES
                                DISTRICT COUR, SAN JOSE, CA

<u>TELEPHONE CHARGES</u>
03/30/06        2.13           202-639-6861 03/30/06 WASHINGTON          DISTRICT OF
                                COLUMBIA

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C. 20036-5306**

**Federal Taxpayer ID #95-1611234**

**June 6, 2006**

**Invoice No. 2006060445**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

**For Services Rendered and Costs/Charges Advanced Through May 31, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 2,686.00 | $ 139.67 | $ 2,825.67 |
|  | **Totals** | $ 2,686.00 | $ 139.67 | $ 2,825.67 |
|  | **Premium/Discount** |  |  | -134.30 |
|  | **Current Balance Due** |  |  | $ 2,691.37 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

**Due and Payable Upon Receipt**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

**Invoice Date: June 6, 2006**

**Due and Payable Upon Receipt**

**Invoice No. 2006060445**

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

Federal Taxpayer ID #95-1611234

June 6, 2006

Invoice No. 2006060445

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

**For Services Rendered and Costs/Charges Advanced Through May 31, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 2,686.00 | $ 139.67 | $ 2,825.67 |
|  | **Totals** | $ 2,686.00 | $ 139.67 | $ 2,825.67 |
|  | **Premium/Discount** |  |  | -134.30 |
|  | **Current Balance Due** |  |  | $ 2,691.37 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: June 6, 2006                                        Invoice No. 2006060445

**Due and Payable Upon Receipt**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire*
*instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: June 6, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006060445

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

AB1179 LITIGATION
43206-00009

For Services Rendered Through May 31, 2006

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| H. M. LYON | 0.50 | $ 625.00 | $      312.50 |
| ETHAN D. DETTMER | 4.70 | 505.00 | 2,373.50 |
|  |  |  | 2,686.00 |
| **Discount** |  |  | -134.30 |
| **Total Services** |  |  | $   2,551.70 |

| COSTS/CHARGES | TOTAL |  |
|---------------|-------|--|
| FREIGHT AND SHIPPING | $    12.13 |  |
| IN HOUSE DUPLICATION | 4.90 |  |
| MESSENGER AND COURIER EXPENSE | 28.83 |  |
| ON-LINE RESEARCH (OTHER) | 14.32 |  |
| POSTAGE | 0.63 |  |
| TRAVEL - PARKING | 8.00 |  |
| TRAVEL - TAXI & OTHER MODES/MILES | 70.86 |  |
| **Total Costs/Charges** |  | 139.67 |
| **Total Services, Costs/Charges** |  | 2,691.37 |
| **BALANCE DUE** |  | $   2,691.37 |

Invoice Date: June 6, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006060445

AB1179 LITIGATION
43206-00009

Detail Services:

05/01/06
0.30    DETTMER, ETHAN D                    EMAILS AND TELEPHONE CALL REGARDING
                                            HEARING ON MOTIONS FOR SUMMARY
                                            JUDGMENT.

05/10/06
0.30    DETTMER, ETHAN D                    EMAILS REGARDING SUMMARY JUDGMENT
                                            HEARING; REVIEW COURT PROCEDURES
                                            AND TENTATIVE RULINGS.

05/12/06
0.50    LYON, H. M                          REVIEW AND ANALYZE CASE
                                            CORRESPONDENCE.

4.10    DETTMER, ETHAN D                    PREPARE FOR AND PARTICIPATE IN
                                            HEARING ON MOTION FOR SUMMARY
                                            JUDGMENT; CONFERENCE REGARDING
                                            SAME.

AB1179 LITIGATION
43206-00009

Detail Costs/Charges:

FREIGHT AND SHIPPING
05/05/06      12.13      FEDERAL EXPRESS FX0512   INVOICE 100356666 SHIP DATE
                        05/05/2006 AIRBILL NO: 790420381734 FROM: ROBIN BRADFORD,
                        GIBSON DUNN & CRUTCHER, LLP, SAN FRANCISCO, CA   TO: THE
                        HONORABLE RONALD M. WHYTE, UNITED STATES DISTRICT
                        COURT, SAN JOSE, CA

IN HOUSE DUPLICATION
05/03/06      4.90       IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/03/06

MESSENGER AND COURIER EXPENSE
12/15/05     √13.75      VENDOR: U.S. LEGAL MANAGEMENT SERVICES, INC.; INVOICE#:
                        18497; DATE: 12/15/2005 - 12/05/06 JOB# 6258448 TO STATE BAR
                        OF CALIFORNIA, 180 HOWARD ST., SF/M. SAAD

04/28/06     15.08       UNITED PARCEL SERVICE UP0429   INVOICE 0000059X811176
                        SHIP DATE 04/28/2006 TRACKING NO: 1Z59X8110196030504 FROM:
                        SUZANNE MARUSCHAK, GIBSON, DUNN & CRUTCHER LL, SAN
                        FRANCISCO, CA   TO: JUDGE RONALD M. WHYT, UNITED STATES
                        DISTRICT COUR, SAN JOSE,CA

ON-LINE RESEARCH (OTHER)
05/17/06     14.32       PACER, 04/06 - COMPANY RESEARCH

POSTAGE
05/31/06      0.63       5/4/06  POSTAGE  (T.ROSS)

TRAVEL - PARKING
05/12/06      8.00       VENDOR: ETHAN DETTMER; INVOICE#: 05/12/06; DATE: 5/12/2006 -
                        SF/SJ; HEARING ON MOTION FOR SUMMARY JUDGMENT

TRAVEL - TAXI & OTHER MODES/MILES
05/12/06      5.00       VENDOR: ETHAN DETTMER; INVOICE#: 05/12/06; DATE: 5/12/2006 -
                        SF/SJ; HEARING ON MOTION FOR SUMMARY JUDGMENT/TOLLS

05/12/06     65.86       VENDOR: ETHAN DETTMER; INVOICE#: 05/12/06; DATE: 5/12/2006 -
                        SF/SJ; HEARING ON MOTION FOR SUMMARY JUDGMENT/148
                        MILES

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

Federal Taxpayer ID #95-1611234

July 12, 2006

Invoice No. 2006071100

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

**For Services Rendered and Costs/Charges Advanced Through June 30, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 0.00 | $ 161.44 | $ 161.44 |
|  | **Totals** | $ 0.00 | $ 161.44 | $ 161.44 |
|  | **Current Balance Due** |  |  | $ 161.44 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: July 12, 2006                                                        Invoice No. 2006071100

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

**Federal Taxpayer ID #95-1611234**

**July 12, 2006**

**Invoice No. 2006071100**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

<u>For Services Rendered and Costs/Charges Advanced Through June 30, 2006</u>

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 0.00 | $ 161.44 | $ 161.44 |
| | **Totals** | $ 0.00 | $ 161.44 | $ 161.44 |
| | **Current Balance Due** | | | $ 161.44 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: July 12, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006071100

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire
instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: July 12, 2006

Invoice No. 2006071100

**Due and Payable Upon Receipt**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

AB1179 LITIGATION
43206-00009

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $   1.00 |
| ON-LINE RESEARCH (OTHER) | 35.44 |
| OUTSIDE PROCESS SERVER | 125.00 |
| **Total Costs/Charges** | 161.44 |
| **BALANCE DUE** | $   161.44 |

AB1179 LITIGATION
43206-00009

Detail Costs/Charges:

<u>IN HOUSE DUPLICATION</u>
06/12/06          1.00          IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/12/06

<u>ON-LINE RESEARCH (OTHER)</u>
06/15/06          35.44          PACER, 05/06 - COURT RESEARCH

<u>OUTSIDE PROCESS SERVER</u>
04/26/06          125.00          VENDOR: WHEELS OF JUSTICE, INC.; INVOICE#: W2450950; DATE:
                                        4/26/2006 - DELIVER SEALED DOCUMENTS TO JUDGE WHYTE AT
                                        USDC/NDC-SAN JOSE/E. DETTMER