**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C. 20036-5306**

**Federal Taxpayer ID #95-1611234**

**September 7, 2006**

**Invoice No. 2006090584**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

**For Services Rendered and Costs/Charges Advanced Through August 31, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 1,171.00 | $ 139.98 | $ 1,310.98 |
|  | **Totals** | $ 1,171.00 | $ 139.98 | $ 1,310.98 |
|  | **Premium/Discount** |  |  | -58.55 |
|  | **Current Balance Due** |  |  | $ 1,252.43 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire
instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: September 7, 2006                                      Invoice No. 2006090584

**Due and Payable Upon Receipt**

Dockets.Justia.com

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7628.

Invoice Date: September 7, 2006                                    Invoice No. 2006090584

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306

Federal Taxpayer ID #95-1611234

September 7, 2006

Invoice No. 2006090584

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

<u>**For Services Rendered and Costs/Charges Advanced Through August 31, 2006**</u>

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $  1,171.00 | $   139.98 | $  1,310.98 |
|  | **Totals** | $   1,171.00 | $   139.98 | $   1,310.98 |
|  | **Premium/Discount** |  |  | -58.55 |
|  | **Current Balance Due** |  |  | $   1,252.43 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA.  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: September 7, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006090584

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: September 7, 2006

Invoice No. 2006090584

**Due and Payable Upon Receipt**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017


AB1179 LITIGATION
43206-00009

___

For Services Rendered Through August 31, 2006

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| H. M. LYON | 0.50 | $ 625.00 | $    312.50 |
| ETHAN D. DETTMER | 1.70 | 505.00 | 858.50 |
|  |  |  | 1,171.00 |
| Discount |  |  | -58.55 |
| Total Services |  |  | $   1,112.45 |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $    2.20 |
| MESSENGER AND COURIER EXPENSE | 137.78 |
| Total Costs/Charges | 139.98 |
| Total Services, Costs/Charges | 1,252.43 |
| **BALANCE DUE** | $   1,252.43 |

**AB1179 LITIGATION**
43206-00009

Detail Services:

08/01/06
0.60    DETTMER, ETHAN D                    RECEIVE AND REVIEW MINNESOTA ORDER;
                                            EMAILS REGARDING SAME.

08/02/06
0.50    LYON, H. M                          EMAILS REGARDING CITATION OF
                                            AUTHORITY; REVIEW AND ANALYZE DRAFT
                                            OF SAME.

1.10    DETTMER, ETHAN D                    LEGAL RESEARCH REGARDING NOTICE OF
                                            SUPPLEMENTAL AUTHORITY AND DRAFT
                                            SAME AND REQUEST FOR LEAVE TO FILE
                                            SAME; EMAILS REGARDING SAME; OVERSEE
                                            FILING OF SAME.

AB1179 LITIGATION
43206-00009

Detail Costs/Charges:

<u>IN HOUSE DUPLICATION</u>
08/03/06          2.20          IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/03/06

<u>MESSENGER AND COURIER EXPENSE</u>
08/15/06          137.78        VENDOR: U.S. LEGAL MANAGEMENT SERVICES, INC.; INVOICE#:
                                21611; DATE: 8/15/2006 - 8/3/06 JOB# 6301972 TO USDC/NDC-SAN
                                JOSE, 280 SOUTH 1ST ST., SAN JOSE/E. DETTMER

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**October 4, 2006**

**Invoice No. 2006100596**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

**For Services Rendered and Costs/Charges Advanced Through September 30, 2006**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $    606.00 | $    144.78 | $    750.78 |
| | **Totals** | $    606.00 | $    144.78 | $    750.78 |
| | **Premium/Discount** | | | -30.30 |
| | **Current Balance Due** | | | $    720.48 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire
instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: October 4, 2006                                    Invoice No. 2006100596

**Due and Payable Upon Receipt**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire
instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: October 4, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006100596

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C. 20036-5306**

**Federal Taxpayer ID #95-1611234**

**October 4, 2006**

**Invoice No. 2006100596**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

**For Services Rendered and Costs/Charges Advanced Through September 30, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 606.00 | $ 144.78 | $ 750.78 |
|  | **Totals** | $ 606.00 | $ 144.78 | $ 750.78 |
|  | **Premium/Discount** |  |  | -30.30 |
|  | **Current Balance Due** |  |  | $ 720.48 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: October 4, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006100596

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.

If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: October 4, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006100596

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

AB1179 LITIGATION
43206-00009

For Services Rendered Through September 30, 2006

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ETHAN D. DETTMER | 1.20 | $ 505.00 | $ 606.00 |
| | | | 606.00 |
| Discount | | | -30.30 |
| Total Services | | | $ 575.70 |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 7.00 |
| MESSENGER AND COURIER EXPENSE | 137.78 |

| | |
|---|---|
| Total Costs/Charges | 144.78 |
| Total Services, Costs/Charges | 720.48 |
| BALANCE DUE | $ 720.48 |

Invoice Date: October 4, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006100596

AB1179 LITIGATION
43206-00009

—

Detail Services:

09/05/06
   0.60   DETTMER, ETHAN D                  RECEIVE AND REVIEW NEW LOUISIANA
                                                      DECISION AND EMAILS REGARDING SAME.

09/06/06
   0.60   DETTMER, ETHAN D                  DRAFT NOTICE OF SUPPLEMENTAL
                                                      AUTHORITY; EMAILS REGARDING SAME AND
                                                          OVERSEE FILING AND SERVICE OF SAME.

AB1179 LITIGATION
43206-00009

—

Detail Costs/Charges:

IN HOUSE DUPLICATION
09/06/06        7.00   . IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/06/06

MESSENGER AND COURIER EXPENSE
09/15/06      ✓137.78   . VENDOR: U.S. LEGAL MANAGEMENT SERVICES, INC.; INVOICE#:
                          21919; DATE: 9/15/2006 - 9/7/06 JOB# 6307688 TO USDC/NDC-SAN
                          JOSE, 280 S. 1ST ST., SAN JOSE, ATTN: JUDGE R. WHYTE/E.
                          DETTMER

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306

**Federal Taxpayer ID #95-1611234**

**December 6, 2006**

**Invoice No. 2006121094**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

**For Services Rendered and Costs/Charges Advanced Through November 30, 2006**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $    959.50 | $    5.30 | $    964.80 |
| | **Totals** | $    959.50 | $    5.30 | $    964.80 |
| | **Premium/Discount** | | | -47.98 |
| | **Current Balance Due** | | | $    916.82 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: December 6, 2006

Invoice No. 2006121094

**Due and Payable Upon Receipt**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA.  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire
instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: December 6, 2006                                    Invoice No. 2006121094

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**December 6, 2006**

**Invoice No. 2006121094**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

| For Services Rendered and Costs/Charges Advanced Through November 30, 2006 | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $   959.50 | $   5.30 | $   964.80 |
| | **Totals** | $   959.50 | $   5.30 | $   964.80 |
| | **Premium/Discount** | | | -47.98 |
| | **Current Balance Due** | | | $   916.82 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA.  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: December 6, 2006                                    Invoice No. 2006121094

**Due and Payable Upon Receipt**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: December 6, 2006                                      Invoice No. 2006121094

**Due and Payable Upon Receipt**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

AB1179 LITIGATION
43206-00009

For Services Rendered Through November 30, 2006

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ETHAN D. DETTMER | 1.90 | $ 505.00 | $   959.50 |
| | | | 959.50 |
| **Discount** | | | -47.98 |
| **Total Services** | | | $   911.52 |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $    5.30 |

| | |
|--|--|
| **Total Costs/Charges** | 5.30 |
| **Total Services, Costs/Charges** | 916.82 |
| **BALANCE DUE** | $   916.82 |

Invoice Date: December 6, 2006

**Due and Payable Upon Receipt**

Invoice No. 2006121094

AB1179 LITIGATION
43206-00009

---

Detail Services:

11/28/06
   1.30   DETTMER, ETHAN D            RECEIVE AND REVIEW NEW 7TH CIRCUIT CASE AND PREPARE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING SAME AND E-MAILS REGARDING SAME.

11/30/06
   0.60   DETTMER, ETHAN D            FINALIZE SUPPLEMENTAL AUTHORITY NOTICE AND OVERSEE FILING OF SAME.

AB1179 LITIGATION
43206-00009

Detail Costs/Charges:

IN HOUSE DUPLICATION
11/30/06          5.30        IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/30/06

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

**Federal Taxpayer ID #95-1611234**

**January 5, 2007**

**Invoice No. 2007010446**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

**For Services Rendered and Costs/Charges Advanced Through December 31, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 0.00 | $ 116.88 | $ 116.88 |
|  | **Totals** | $ 0.00 | $ 116.88 | $ 116.88 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 116.88 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: January 5, 2007                                    Invoice No. 2007010446

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**1050 Connecticut Avenue, N.W.**
**Washington, D.C.  20036-5306**

**Federal Taxpayer ID #95-1611234**

**January 5, 2007**

**Invoice No. 2007010446**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017

**For Services Rendered and Costs/Charges Advanced Through December 31, 2006**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 0.00 | $ 116.88 | $ 116.88 |
|  | **Totals** | $ 0.00 | $ 116.88 | $ 116.88 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 116.88 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-6206, Fax: (213) 628-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: January 5, 2007

**Due and Payable Upon Receipt**

Invoice No. 2007010446

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY  10017


AB1179 LITIGATION
43206-00009

---

COSTS/CHARGES                                          TOTAL
MESSENGER AND COURIER EXPENSE                    $     116.88

     **Total Costs/Charges**                                        116.88

     **BALANCE DUE**                                         $     116.88

AB1179 LITIGATION
43206-00009

Detail Costs/Charges:

MESSENGER AND COURIER EXPENSE

| | | |
|---|---|---|
| 11/30/06 | √16.88 | VENDOR: U.S. LEGAL MANAGEMENT SERVICES, INC.; INVOICE#: 22887; DATE: 11/30/2006 - 11/30/06 JOB# 6322186 USDC/NDC-SAN JOSE, 280 SOUTH 1ST ST., SAN JOSE, ATTN: HON. WHYTE/E. DETTMER |

Invoice Date: January 5, 2007

**Due and Payable Upon Receipt**

Invoice No. 2007010446