# ATTACHMENT C

Dockets.Justia.com

THE NATIONAL
Law Journal
IN FOCUS
S1-S12
MONDAY, DECEMBER 11, 2006

# BILLING

# Edging up again

Firms are steadily increasing hourly billing rates across the board.

By Sandhya J. Bathija
STAFF REPORTER

IT SEEMS A YEAR doesn't go by without law firms bumping up rates.

And this year isn't any different. Billing rates for law firm attorneys show a steady increase from last year for both partners and associates.

This year, 139 firms answered questions on billing rates as part of



The National Law Journal's 2006 survey of the nation's 250 largest law firms. The surveys were sent to roughly 300 firms. The firms provided low and high rates for partners and associates. Of these firms, 104 provided low and high rates last year also, with 88 increasing the partner high rate, eight decreasing it and eight keeping it the same.

Seventy of these firms increased the partner low rate, 19 decreased it and 15 kept it the same.

As for the associates, 73 firms increased the low rate, 15 decreased it and 16 kept it the same. And 77 firms increased the associate high rate, 18 decreased it and nine kept it the same.

And for the first time last year, we asked the firms to provide their average and median billing rates for partners and associates, as well as firmwide. Forty-eight firms that provided partner and associate average billing rates last year did so this year. Of those firms, 43 reported higher partner average rates this year, and 44 reported higher associate average rates.

Forty firms reported firmwide average rates this year and last. Of those, 37 reported higher averages this year.

Forty firms that reported partner and associate median billing rates last year did

so this year. Of those firms, 35 reported higher partner median rates this year, and 33 reported higher associate rates.

Thirty firms reported firmwide median rates this year and last. Of those, 23 reported higher medians this year.

The increase is partly due to inflation and supply and demand, said Joseph Altonji of the management consulting firm Hildebrandt International.

"It's the demand for a really good lawyer, and it costs to hire really good people," he said. "Since these costs are going up, the firms have to pass that cost on." And for sophisticated transactions, clients are willing to pay, Altonji said.

Washington-based McKee Nelson reported this year's highest rates across the board for partners and associates but the firm declined to comment on its rates. The highest rate billed out by a partner at the firm is $875 an hour, which is low compared to last year's $1,000 rate billed out by Benjamin Civiletti, who specializes in internal investigations and corporate defense at Venable of Washington. Venable did not participate in the billing survey this year, but last year said the rate was used only for the most "extraordinary work."

The high number this year is still very high compared with most firms, Altonji said. But in big cities like New York, Chicago and Los Angeles, there are definitely still a handful of partners billing out at $1,000 or even slightly more, he said.

McKee Nelson also reported the highest rate billed by an associate at $575 an hour, also low compared to last year's associate high at Dorsey & Whitney, a reported $835. Dorsey reported an associate high of $430 this year.

McKee Nelson further reported the highest average and median rates for partners: $725 and $720, respectively. Three firms—Curtis, Mallet-Prevost, Colt & Mosle; Schulte Roth & Zabel; and Thacher Proffitt & Wood—reported partner averages in the $600s. All three are New York-based. It should be noted, however, that many of the largest and highest-billing firms declined to participate in this year's billing survey.

Among the lowest reported partner and

associate rates this year were those at Philadelphia-based Marshall, Dennehey, Warner, Coleman & Goggin. Associates bill out at $130 to $275, and partners between $145 and $350. This is still an increase from last year, when associates billed between $130 and $230 and partners, between $140 and $275.

"The rates are increasing because we are doing more high-end work in securities and mass tort litigation," said Thomas Bond, the firm's senior partner and director of client development and relations.

The lower-end numbers at the firms are due to rates for younger lawyers and lawyers who do commodity work, such as in insurance law.

"A lot of lawyers are capable of doing that work," Altonji said. "But over time, it spreads and lawyers who are doing more sophisticated work can raise rates. For the big transactions, rates aren't going to be an issue and the best lawyers are going to get to do the deal."

Finally, some firms reported on their use of variations on the billable hour, such as discounted rates and blended rates, and on their use of alternative billing methods, such as fixed or flat fees and contingency fees. As in past years, most firms reported higher percentages of revenues obtained from variations than from alternative methods.

**The numbers**
Nationwide sampler. S2
Associate class rates. S5
Alternative methods. S9



S2        THE NATIONAL LAW JOURNAL/WWW.NLJ.COM        Monday, December 11, 2006

# Firm-by-firm sampling of billing rates nationwide

The National Law Journal asked the respondents to its 2006 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information—including some firms that are not in the NLJ 250—are listed below in alphabetical order. We also asked firms to provide average and median billing rates; several firms provided this information as well. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.

## A B C

**Adams and Reese (301)**
(New Orleans)
Partners $215-$470 (average $287)
(median $270)
Associates $165-$250 (average $191)
(median $190)
Firmwide (average $267) (median $235)

**Andrews Kurth (404)**
(Houston)
Partners $380-$745
Associates $180-$400

**Arent Fox (288)**
(Washington)
Partners $375-$610
Associates $215-$405

**Armstrong Teasdale (266)**
(St. Louis)
Partners $255-$425 (average $347)
(median $342)
Associates $135-$275 (average $227)
(median $225)
Firmwide (average $278) (median $270)

**Baker, Donelson, Bearman, Caldwell & Berkowitz (454)**
(Memphis, Tenn.)
Partners $220-$500
Associates $135-$310

**Ballard Spahr Andrews & Ingersoll (486)**
(Philadelphia)
Partners $320-$680
Associates $190-$390

**Barnes & Thornburg (421)**
(Indianapolis)
Partners $245-$455 (average $333)
Associates $170-$285 (average $212)
Firmwide (average $260)

**Bass, Berry & Sims (214)**
(Nashville, Tenn.)
Partners $230-$495
Associates $150-$245

**Bell, Boyd & Lloyd (256)**
(Chicago)
Partners $310-$690
Associates $215-$300

**Best Best & Krieger (196)**
(Riverside, Calif.)
Partners $275-$450 (median $375)
Associates $145-$335 (average $186)
(median $225)
Firmwide (average $211)
(median $240)

**Blackwell Sanders Peper Martin (310)**
(Kansas City, Mo.)
Partners $265-$395 (average $302)
(median $320)
Associates $155-$255 (average $200)
(median $195)
Firmwide (average $241)
(median $270)

**Blank Rome (460)**
(Philadelphia)
Partners $325-$735
Associates $220-$495

**Bond, Schoeneck & King (160)**
(Syracuse, N.Y.)
Partners $200-$425 (average $252)
(median $285)
Associates $140-$305 (average $177)
(median $175)
Firmwide (average $231) (median $275)

**Briggs and Morgan (165)**
(Minneapolis)
Partners $250-$475 (average $357)
(median $360)
Associates $185-$275 (average $214)
(median $205)
Firmwide (average $319) (median $325)

**Brinks Hofer Gilson & Lione (151)**
(Chicago)
Partners $275-$625 (average $465)
(median $460)
Associates $200-$390 (average $280)
(median $285)
Firmwide (average $381) (median $390)

**Broad and Cassell (173)**
(Orlando, Fla.)
Partners $235-$425 (average $339)
(median $325)
Associates $155-$295 (average $217)
(median $210)
Firmwide (average $272) (median $265)

**Brown Raysman Millstein Felder & Steiner (264)**
(New York)
Partners $450-$740 (average $495)
(median $550)
Associates $250-$400 (average $325)
(median $370)
Firmwide (average $385)
(median $465)

**Brown Rudnick Berlack Israels (208)**
(Boston)
Partners $505-$870
Associates $275-$495

**Bryan Cave (763)**
(St. Louis)
Partners $315-$665 (average $476)
Associates $150-$460 (average $289)
Firmwide (average $331)

**Buchalter Nemer (139)**
(Los Angeles)
Partners $325-$550 (average $432)
(median $445)
Associates $215-$450 (average $256)
(median $275)
Firmwide (average $344)
(median $350)

**Buchanan Ingersoll & Rooney (573)**
(Pittsburgh)
Partners $210-$750
Associates $140-$375

**Buckingham, Doolittle & Burroughs (171)**
(Akron, Ohio)
Partners $230-$425 (average $296)
(median $295)
Associates $185-$290 (average $220)
(median $215)
Firmwide (average $240)
(median $240)

**Bullivant Houser Bailey (191)**
(Portland, Ore.)
Partners $225-$450 (average $288)
(median $285)
Associates $175-$300 (average $204)
(median $195)
Firmwide (average $254)
(median $230)

**Burr & Forman (188)**
(Birmingham, Ala.)
Partners $250-$400 (average $324)
(median $325)
Associates $160-$315 (average $218)
(median $215)
Firmwide (average $234) (median $245)

**Butzel Long (217)**
(Detroit)
Partners $220-$490 (average $290)
Associates $165-$270 (average $202)
Firmwide (average $243)

**Carlton Fields (242)**
(Tampa, Fla.)
Partners $285-$545 (average $383)
(median $390)
Associates $190-$375 (average $233)
(median $233)
Firmwide (average $293) (median $290)

**Cooley Godward Kronish (541)**
(Palo Alto, Calif.)
Partners $425-$795 (average $539)
Associates $240-$585 (average $371)
Firmwide (average $431)

**Covington & Burling (645)**
(Washington)
Partners $470-$760
Associates $210-$490

**Cozen O'Connor (501)**
(Philadelphia)
Partners $185-$750 (average $325)
(median $310)
Associates $130-$495 (average $218)
(median $210)
Firmwide (average $245) (median $235)

**Curtis, Mallet-Prevost, Colt & Mosle (196)**
(New York)
Partners $570-$700 (average $625)
(median $652)
Associates $250-$510 (average $390)
(median $380)
Firmwide (average $508) (median $465)

## D E F

**Davis Wright Tremaine (405)**
(Seattle)
Partners $285-$655 (average $399.34)
(median $395)
Associates $140-$370 (average $251.72)
(median $250)
Firmwide (average $350.51) (median $350)

**Day, Berry & Howard (251)**
(Hartford, Conn.)
Partners $335-$620
Associates $200-$440

**Dickinson Wright (226)**
(Detroit)
Partners $250-$520
Associates $155-$260

**Dickstein Shapiro (360)**
(Washington)
Partners $400-$700 (average $530)
(median $535)
Associates $210-$415 (average $315)
(median $340)
Firmwide (average $300)
(median $300)

**Dinsmore & Shohl (306)**
(Cincinnati)
Partners $220-$440 (average $323)
(median $320)
Associates $145-$240 (average $185)
(median $180)
Firmwide (average $252)
(median $233)

**Dorsey & Whitney (600)**
(Minneapolis)
Partners $300-$650 (average $431)
Associates $180-$430 (average $273)
Firmwide (average $360)

**Duane Morris (581)**
(Philadelphia)
Partners $300-$705 (average $436)
(median $435)
Associates $200-$425 (average $283)
(median $279)
Firmwide (average $379) (median $374)

**Dykema Gossett (341)**
(Detroit)
Partners $235-$580
Associates $170-$330

**Eckert Seamans Cherin & Mellott (227)**
(Pittsburgh)
Partners $195-$525 (average $343)
(median $340)
Associates $145-$250 (average $190)
(median $190)
Firmwide (average $287)

**Edwards Angell Palmer & Dodge (516)**
(Boston)
Partners $300-$675
Associates $150-$440
Firmwide (average $466)

**Epstein Becker & Green (378)**
(New York)
Partners $300-$650 (average $468.29)
Associates $160-$395 (average $270.32)
(median $260)
Firmwide (average $346.34)

**Fenwick & West (234)**
(Mountain View, Calif.)
Partners $465-$750 (average $570)
(median $575)
Associates $245-$475 (average $355)
(median $395)
Firmwide (average $430) (median $450)

**Fisher & Phillips (187)**
(Atlanta)
Partners $300-$440
Associates $175-$320

**Foley & Lardner (981)**
(Milwaukee)
Partners (average $517) (median $513)
Associates (average $356) (median $360)
Firmwide $240-$810 (average $446)
(median $440)

**Ford & Harrison (171)**
(Atlanta)
Partners $290-$445
Associates $210-$370

**Fowler White Boggs Banker (227)**
(Tampa, Fla.)
Partners $280-$500 (average $350)
(median $335)
Associates $190-$275 (average $225)
(median $220)
Firmwide (average $315) (median $315)

**Fox Rothschild (381)**
(Philadelphia)
Partners $265-$525
Associates $195-$335

**Fredrikson & Byron (209)** (Minneapolis)
Partners $250-$525
Associates $175-$275

**Frost Brown Todd (378)** (Cincinnati)
Partners $205-$435 (average $287)
(median $280)
Associates $140-$280 (average $181)
(median $180)
Firmwide (average $220) (median $240)

Monday, December 11, 2006            THE NATIONAL LAW JOURNAL/WWW.NLJ.COM            S3

## G H I

**Gardere Wynne Sewell (292)**
(Dallas)
Partners $345-$665 (average $446)
(median $450)
Associates $205-$400 (average $273)
(median $270)
Firmwide (average $381) (median $345)

**Gardner Carton & Douglas (195)**
(Chicago)
Partners $275-$650 (average $433)
(median $425)
Associates $200-$350 (average $278)
(median $250)
Firmwide (average $376) (median $395)

**Gordon & Rees (309)**
(San Francisco)
Partners $325-$450
Associates $200-$325

**GrayRobinson (190)**
(Orlando, Fla.)
Partners $200-$500
Associates $140-$200

**Greenberg Traurig (1,667)** (Miami)
Partners $270-$850 (average $460)
(median $475)
Associates $160-$450 (average $289)
(median $290)
Firmwide (average $381) (median $395)

**Harris Beach (182)** (Rochester, N.Y.)
Partners $250-$425
Associates $140-$275

**Hiscock & Barclay (160)** (Syracuse, N.Y.)
Partners $220-$375 (average $269)
(median $250)
Associates $160-$250 (average $183)
(median $180)
Firmwide (average $243) (median $250)

**Hodgson Russ (229)**
(Buffalo, N.Y.)
Partners $220-$625 (average $310)
(median $315)
Associates $150-$300 (average $201)
(median $195)
Firmwide (average $272)
(median $275)

**Hogan & Hartson (1,043)**
(Washington)
Partners $300-$775 (average $550)
(median $550)
Associates $150-$485 (average $350)
(median $350)
Firmwide (average $450)
(median $475)

**Holland & Knight (1,102)**
(New York)
Partners $250-$710 (average $396)
(median $390)
Associates $165-$400 (average $232)
(median $225)
Firmwide (average $344)
(median $350)

**Holme Roberts & Owen (206)**
(Denver)
Partners $260-$575
Associates $185-$390

**Howard Rice Nemerovski Canady, Falk & Rabkin (102)**
(San Francisco)
Partners $440-$750
Associates $250-$420

**Husch & Eppenberger (331)**
(St. Louis)
Partners $200-$410 (average $285.35)
(median $275)
Associates $130-$250 (average $170.27)
(median $165)
Firmwide (average $235.18)
(median $230)

**Ice Miller (249)**
(Indianapolis)
Partners $275-$425 (average $352)
(median $345)
Associates $185-$310 (average $218)
(median $220)
Firmwide (average $293) (median $220)

## J K L

**Jackson Lewis (375)**
(White Plains, N.Y.)
Partners $290-$525
Associates $190-$395

**Jenkens & Gilchrist (268)** (Dallas)
Partners $340-$610 (average $420)
Associates $220-$390 (average $270)

**Jenner & Block (467)** (Chicago)
Partners $410-$800 (average $513)
(median $495)
Associates $320-$395 (average $292)
(median $285)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (208)** (New Orleans)
Partners $200-$425
Associates $135-$210

**Kelley Drye & Warren (375)** (New York)
Partners $375-$750
Associates $230-$475

**Knobbe Martens, Olson & Bear (193)**
(Irvine, Calif.)
Partners $335-$625
Associates $205-$340

**Lane Powell (167)** (Seattle)
Partners $275-$490 (average $328)
(median $330)
Associates $205-$295 (average $236)
(median $237)
Firmwide (average $273) (median $270)

**Lathrop & Gage (264)**
(Kansas City, Mo.)
Partners $220-$375
Associates $140-$220

**Lewis, Rice & Fingersh (165)**
(St. Louis)
Partners $225-$410
Associates $135-$290

**Littler Mendelson (527)**
(San Francisco)
Partners $205-$605
Associates $160-$400

**Locke Liddell & Sapp (370)**
(Houston)
Partners $360-$850 (average $471)
(median $460)
Associates $190-$390 (average $244)
(median $260)
Firmwide (average $373) (median $410)

**Loeb & Loeb (240)**
(Los Angeles)
Partners $425-$825
Associates $215-$475

**Lord, Bissell & Brook (328)**
(Chicago)
Partners $305-$665 (average $448)
(median $450)
Associates $200-$375 (average $272)
(median $260)
Firmwide (average $368) (median $355)

**Lowenstein Sandler (250)**
(Roseland, N.J.)
Partners $335-$645
Associates $185-$375

**Luce, Forward, Hamilton & Scripps (178)**
(San Diego)
Partners $320-$725 (average $440)
Associates $205-$425 (average $265)
SEE 'NATIONWIDE' PAGE S4



Natural selection is brutal. You don't survive without being more than a little tough and resourceful. The forces at work in complex employment litigation can be equally punishing. And when it's your brand, reputation, and bottom line at stake, you need litigators like ours with the same rare genius for success. Nowhere is that more evident than in court, where our talent for securing significant employment class and individual action victories has made us the natural choice to lead the defense for some of the nation's largest companies. **To learn more, please visit us online at www.littler.com.**

**Prickly by nature.**
(But no more than we need to be.)

**LITTLER MENDELSON, P.C.**

500 Attorneys + 38 National Offices = One Integrated Solution
www.littler.com

Employment and Class Action Litigation : Unfair Competition and Trade Secrets : Employee Benefits : Labor Management Relations
HR Risk Management and Corporate Compliance : Workplace Safety : Global Migration

S4    THE NATIONAL LAW JOURNAL/WWW.NLJ.COM    Monday, December 11, 2006

# Billing rates set by law firms across the country

'NATIONWIDE' FROM PAGE S3

## MNO

**Manatt, Phelps & Phillips (299)**
(Los Angeles)
Partners $460-$750 (average $574)
(median $560)
Associates $250-$460 (average $359)
(median $360)
Firmwide (average $490) (median $520)

**Marshall, Dennehey, Warner, Coleman & Goggin (388)** (Philadelphia)
Partners $145-$350
Associates $130-$275

**McAndrews, Held & Malloy (89)**
(Chicago)
Partners $260-$600
Associates $195-$240

**McCarter & English (407)**
(Newark, N.J.)
Partners $310-$625
Associates $190-$330

**McElroy, Deutsch, Mulvaney & Carpenter (230)**
(Morristown, N.J.)
Partners $225-$450 (average $250)
(median $235)
Associate $135-$295 (average $188)
(median $165)
Firmwide (average $195) (median $200)

**McKee Nelson (172)**
(Washington)
Partners $595-$875 (average $725)
(median $720)
Associates $355-$575 (average $436)
(median $436)

**McKenna Long & Aldridge (409)**
(Atlanta)
Partners $330-$700
Associates $175-$410

**Michael Best & Friedrich (255)**
(Milwaukee)
Partners $245-$530 (average $341)
(median $335)
Associates $175-$325 (average $225)
(median $225)
Firmwide (average $305) (median $300)

**Miles & Stockbridge (210)**
(Baltimore)
Partners $300-$475
Associates $200-$375

**Miller, Canfield, Paddock and Stone (355)**
(Detroit)
Partners $245-$540 (average $398)
(median $405)
Associates $150-$300 (average $215)
(median $210)
Firmwide (average $305)
(median $310)

**Miller & Martin (175)**
(Chattanooga, Tenn.)
Partners $210-$430 (average $313)
(median $320)
Associates $140-$280 (average $185)
(median $180)
Firmwide (average $281)
(median $300)

**Montgomery, McCracken, Walker & Rhoads (133)**
(Philadelphia)
Partners $300-$550 (average $402)
Associates $195-$315 (average $248)
Firmwide (average $338)

**Morgan, Lewis & Bockius (1,315)**
(Philadelphia)
Partners $375-$800
Associates $200-$550

**Morris, Manning & Martin (174)**
(Atlanta)
Partners $320-$530 (average $412)
(median $403)
Associates $170-$390 (average $246)
(median $290)
Firmwide (average $322) (median $350)

**Neal, Gerber & Eisenberg (170)**
(Chicago)
Partners $350-$695 (average $463)
(median $450)
Associates $230-$400 (average $300)
(median $300)
Firmwide (average $413) (median $400)

**Nelson Mullins Riley & Scarborough (579)**
(Columbia, S.C.)
Partners $215-$600
Associates $175-$300

**Ogletree, Deakins, Nash, Smoak & Stewart (331)**
(Greenville, S.C.)
Partners $250-$550 (average $328)
Associates $165-$330 (average $234)
Firmwide (average $289)

## PQR

**Patton Boggs (431)**
(Washington)
Partners $295-$850 (average $480)
(median $570)
Associates $170-$405 (average $305)
(median $325)
Firmwide (average $403) (median $510)

**Pepper Hamilton (445)**
(Philadelphia)
Partners $305-$695
Associates $190-$385

**Perkins Coie (576)**
(Seattle)
Partners $175-$650
Associates $130-$480

**Phelps Dunbar (260)**
(New Orleans)
Partners $175-$400 (average $224)
(median $323)
Associates $125-$190 (average $165)
(median $158)
Firmwide (average $191)
(median $363)

**Phillips Lytle (173)**
(Buffalo, N.Y.)
Partners $225-$410 (average $298)
(median $290)
Associates $130-$285 (average $197)
(median $185)
Firmwide (average $251)
(median $260)

**Pitney Hardin (170)**
(Florham Park, N.J.)
Partners $365-$625 (average $447)
(median $445)
Associates $210-$360 (average $269)
(median $270)
Firmwide (average $353)
(median $355)

**Polsinelli Shalton Welte Suelthaus (276)**
(Kansas City, Mo.)
Partners $225-$575
Associates $160-$225

**Powell Goldstein (282)**
(Atlanta)
Partners $300-$575 (average $435.10)
(median $435)
Associates $150-$360 (average $254.44)
(median $245)
Firmwide (average $357.88)
(median $360)

**Preston Gates & Ellis (419)**
(Seattle)
Partners $190-$635 (average $399.41)
(median $395)
Associates $100-$385 (average $236.39)
(median $230)
Firmwide (average $329) (median $325)

**Quarles & Brady (442)**
(Milwaukee)
Partners $240-$550 (average $360)
(median $310)
Associates $185-$310 (average $228)
(median $225)
Firmwide (average $306)
(median $285)

**Reed Smith (1,038)**
(Pittsburgh)
Partners $305-$725 (average $492)
(median $480)
Associates $170-$630 (average $309)
(median $295)
Firmwide (average $322)
(median $310)

**Robinson & Cole (217)**
(Hartford, Conn.)
Partners $270-$550 (average $400)
(median $400)
Associates $175-$400 (average $235)
(median $240)
Firmwide (average $316)
(median $320)

**Roetzel & Andress (208)**
(Akron, Ohio)
Partners $200-$425 (average $255)
(median $275)
Associates $150-$275 (average $180)
(median $190)
Firmwide (average $225)
(median $235)

**Rutan & Tucker (140)**
(Costa Mesa, Calif.)
Partners $310-$515
Associates $200-$335

## STU

**Saul Ewing (238)**
(Philadelphia)
Partners $290-$700 (average $402)
(median $395)
Associates $185-$440 (average $258)
(median $235)
Firmwide (average $336)
(median $345)

**Schnader Harrison Segal & Lewis (174)**
(Philadelphia)
Partners $305-$650
Associates $155-$295

**Schulte Roth & Zabel (449)**
(New York)
Partners $580-$800 (average $672)
(median $675)
Associates $225-$550 (average $410)
(median $393)

**Seward & Kissell (142)**
(New York)
Partners $460-$695 (average $589)
(median $590)
Associates $190-$460 (average $300)
(median $300)

**Sheppard, Mullin, Richter & Hampton (424)**
(Los Angeles)
Partners $415-$650 (average $504)
(median $495)
Associates $250-$410 (average $342)
(median $330)
Firmwide (average $419)
(median $420)

**Shook, Hardy & Bacon (476)**
(Kansas City, Mo.)
Partners $240-$720 (average $374)
(median $358)
Associates $190-$405 (average $238)
(median $225)
Firmwide (average $291)
(median $250)

**Shughart Thomson & Kilroy (170)**
(Kansas City, Mo.)
Partners $210-$410
Associates $165-$225

**Shumaker, Loop & Kendrick (162)**
(Toledo, Ohio)
Partners $185-$450 (average $290)
(median $290)
Associates $165-$345 (average $205)
(median $200)
Firmwide (average $270)

**Sills Cummis Epstein & Gross (180)**
(Newark, N.J.)
Partners $300-$595
Associates $185-$360

**Smith, Gambrell & Russell (181)**
(Atlanta)
Partners $275-$550
Associates $150-$330

**Snell & Wilmer (448)**
(Phoenix)
Partners $265-$625 (average $356)
Associates $160-$360 (average $205)
Firmwide (average $277)

**Steptoe & Johnson PLLC (168)**
(Clarksburg, W.Va.)
Partners $220-$300
Associates $165-$220

**Stinson Morrison Hecker (313)**
(Kansas City, Mo.)
Partners $230-$495 (average $310)
(median $310)
Associates $155-$230 (average $185)
(median $180)
Firmwide (average $274)
(median $280)

**Stoel Rives (348)**
(Portland, Ore.)
Partners $270-$475 (average $361)
(median $360)
Associates $160-$400 (average $242)
(median $230)
Firmwide (average $309)
(median $320)

**Strasburger & Price (182)**
(Dallas)
Partners $295-$525
Associates $195-$310

**Sullivan & Worcester (192)**
(Boston)
Partners $400-$650
Associates $220-$450

**Sutherland Asbill & Brennan (477)**
(Atlanta)
Partners $350-$845 (average $477)
(median $475)
Associates $220-$530 (average $270)
(median $265)
Firmwide (average $373)
(median $375)

**Thacher Proffitt & Wood (313)**
(New York)
Partners $525-$775 (average $603)
(median $575)
Associates $265-$485 (average $372)
(median $355)
Firmwide (average $430)
(median $420)

**Thompson Coburn (279)**
(St. Louis)
Partners $255-$525 (average $346)
　(median $345)
Associates $150-$345 (average $208)
　(median $215)
Firmwide (average $252) (median $255)

**Thompson & Knight (388)**
(Dallas)
Partners $330-$695 (average $428)
　(median $450)
Associates $190-$330 (average $265)
　(median $260)
Firmwide (average $360) (median $380)

**Ulmer & Berne (179)**
(Cleveland)
Partners $230-$430 (average $303)
Associates $150-$280 (average $202)
Firmwide (average $250)

# V W X Y Z

**Vedder, Price, Kaufman & Kammholz (233)**
(Chicago)
Partners $315-$560 (average $406)
　(median $400)
Associates $190-$410 (average $258)
　(median $255)
Firmwide (average $339) (median $340)

**Whiteford, Taylor & Preston (155)**
(Baltimore)
Partners $330-$480 (average $401)
　(median $400)
Associates $295-$345 (average $278)
　(median $295)
Firmwide (average $364)
　(median $370)

**Wiggin & Dana (144)**
(New Haven, Conn.)
Partners $276-$510
Associates $185-$355

**Wiley Rein & Fielding (268)**
(Washington)
Partners $375-$700 (average $475)
　(median $465)
Associates $225-$395 (average $300)
　(median $300)
Firmwide (average $395)
　(median $395)

**Williams Mullen (244)**
(Richmond, Va.)
Partners $225-$550
Associates $160-$290

**Winstead Sechrest & Minick (286)**
(Dallas)
Partners $325-$595
Associates $195-$370

**Winston & Strawn (879)**
(Chicago)
Partners $365-$800 (average $513.17)
　(median $510)
Associates $190-$605 (average $328.57)
　(median $325)
Firmwide (average $357.65)
　(median $360)

**Womble Carlyle Sandridge & Rice (520)**
(Winston-Salem, N.C.)
Partners $250-$550 (average $370)
　(median $400)
Associates $180-$340 (average $254)
　(median $250)
Firmwide (average $350)
　(median $350)

**Wyatt, Tarrant & Combs (224)**
(Louisville, Ky.)
Partners $225-$400 (average $322)
　(median $320)
Associates $170-$275 (average $207)
　(median $190)
Firmwide (average $285)
　(median $290) ◼

# Billing rates by associate classes

*The following is a sampling of hourly rates charged by law firms that establish billing rates based on associate class. The name of each law firm is followed by its number of attorneys, and the location of its principal or largest office.*

**Andrews Kurth (404) (Houston)**

| | | | |
|---|---|---|---|
| 1st | $180 | 5th | $300 |
| 2d | $235 | 6th | $305 |
| 3d | $255 | 7th | $330 |
| 4th | $275 | 8th | $365 |

**Brinks Hofer Gilson & Lione (151) (Chicago)**

| | | | |
|---|---|---|---|
| 1st | $215 | 5th | $310 |
| 2d | $240 | 6th | $335 |
| 3d | $260 | 7th | $360 |
| 4th | $285 | 8th | $375 |

**Brown Raysman Millstein Felder & Steiner (246) (New York)**

| | | | |
|---|---|---|---|
| 1st | $250 | 5th | $370 |
| 2d | $270 | 6th | $400 |
| 3d | $300 | 7th | $435 |
| 4th | $350 | 8th | $445 |

**Brown Rudnick Berlack Israels (208) (Boston)**

| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $485 |
| 2d | $360 | 6th | $510 |
| 3d | $405 | 7th | $530 |
| 4th | $455 | 8th | $540 |

**Buchalter Nemer (139) (Los Angeles)**

| | | | |
|---|---|---|---|
| 1st | $190 | 5th | $265 |
| 2d | $215 | 6th | $275 |
| 3d | $235 | 7th | $290 |
| 4th | $255 | 8th | $300 |

**Davis Wright Tremaine (405) (Seattle)**

| | | | |
|---|---|---|---|
| 1st | $175-$235 | 5th | $235-$320 |
| 2d | $190-$260 | 6th | $250-$340 |
| 3d | $205-$275 | 7th | $265-$350 |
| 4th | $220-$300 | 8th | $280-$360 |

**Day, Berry & Howard (251) (Hartford, Conn.)**

| | | | |
|---|---|---|---|
| 1st | $200-$230 | 5th | $275-$360 |
| 2d | $220-$275 | 6th | $295-$385 |
| 3d | $245-$310 | 7th | $315-$410 |
| 4th | $265-$335 | 8th | $325-$430 |

**Dickinson Wright (226) (Detroit)**

| | | | |
|---|---|---|---|
| 1st | $160 | 5th | $200 |
| 2d | $165 | 6th | $220 |
| 3d | $175 | 7th | $230 |
| 4th | $185 | 8th | $240 |

SEE 'ASSOCIATES' PAGE S6

EPSTEIN BECKER & GREEN, P.C.

# One World
# One Law Firm

Business Law

Health Care and Life Sciences

Labor and Employment

Litigation

Real Estate

ATLANTA • CHICAGO • DALLAS • HOUSTON
LOS ANGELES • MIAMI • NEWARK • NEW YORK
SAN FRANCISCO • STAMFORD • WASHINGTON, DC
WWW.EBGLAW.COM

EBG

S6
THE NATIONAL LAW JOURNAL/WWW.NLJ.COM
Monday, December 11, 2006

# Hourly billing rates for junior to senior associates

'ASSOCIATES' FROM PAGE S5

**Dinsmore & Shohl (306) (Cincinnati)**

| | | | |
|---|---|---|---|
| 1st | $160 | 5th | $200 |
| 2d | $170 | 6th | $210 |
| 3d | $180 | 7th | $215 |
| 4th | $190 | 8th | $225 |

**Fenwick & West (234) (Mountain View, Calif.)**

| | | | |
|---|---|---|---|
| 1st | $245 | 5th | $400 |
| 2d | $285 | 6th | $425 |
| 3d | $320 | 7th | $450 |
| 4th | $360 | 8th | $465 |

**Fox Rothschild (381) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $250 |
| 2d | $205 | 6th | $255 |
| 3d | $215 | 7th | $275 |
| 4th | $235 | 8th | $300 |

**Gardere Wynne Sewell (282) (Dallas)**

| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $270 |
| 2d | $205 | 6th | $290 |
| 3d | $230 | 7th | $310 |
| 4th | $250 | 8th | $330 |

**Hiscock & Barclay (160) (Syracuse, N.Y.)**

| | | | |
|---|---|---|---|
| 1st | $160 | 5th | $170 |
| 2d | $160 | 6th | $180 |
| 3d | $170 | 7th | $180 |
| 4th | $170 | 8th | $195 |

**Hogan & Hartson (1,045) (Washington)**

| | | | |
|---|---|---|---|
| 1st | $250 | 5th | $370 |
| 2d | $285 | 6th | $395 |
| 3d | $315 | 7th | $420 |
| 4th | $345 | 8th | $445 |

**Jenkens & Gilchrist (268) (Dallas)**

| | | | |
|---|---|---|---|
| 1st | $205 | 5th | $285 |
| 2d | $230 | 6th | $305 |
| 3d | $250 | 7th | $330 |
| 4th | $270 | 8th | $340 |

**Jenner & Block (467) (Chicago)**

| | | | |
|---|---|---|---|
| 1st | $230-$240 | 5th | $355-$365 |
| 2d | $250-$265 | 6th | $385-$395 |
| 3d | $285-$300 | 7th | $395-$405 |
| 4th | $325-$330 | 8th | $395-$405 |

**Kelley Drye & Warren (375) (New York)**

| | | | |
|---|---|---|---|
| 1st | $260 | 5th | $360 |
| 2d | $285 | 6th | $380 |
| 3d | $310 | 7th | $400 |
| 4th | $340 | 8th | $425 |
(These are New York rates)

**Lewis, Rice & Fingersh (165) (St. Louis)**

| | | | |
|---|---|---|---|
| 1st | $155 | 5th | $250 |
| 2d | $180 | 6th | $270 |
| 3d | $210 | 7th | $280 |
| 4th | $230 | 8th | $290 |

**Locke Liddell & Sapp (370) (Houston)**

| | | | |
|---|---|---|---|
| 1st | $190 | 5th | $280 |
| 2d | $200 | 6th | $300 |
| 3d | $240 | 7th | $320 |
| 4th | $260 | 8th | $340 |

**Loeb & Loeb (240) (Los Angeles)**

| | | | |
|---|---|---|---|
| 1st | $250-$275 | 5th | $375-$400 |
| 2d | $275-$310 | 6th | $400-$425 |
| 3d | $310-$350 | 7th | $425-$450 |
| 4th | $350-$375 | 8th | $430-$475 |

**Manatt, Phelps & Phillips (299) (Los Angeles)**

| | | | |
|---|---|---|---|
| 1st | $250 | 5th | $380 |
| 2d | $290 | 6th | $410 |
| 3d | $320 | 7th | $440 |
| 4th | $360 | 8th | $460 |

**McKee Nelson (172) (Washington)**

| | | | |
|---|---|---|---|
| 1st | $355 | 5th | $500 |
| 2d | $370 | 6th | $520 |
| 3d | $430 | 7th | $550 |
| 4th | $450 | 8th | $575 |

**Miles & Stockbridge (216) (Baltimore)**

| | | | |
|---|---|---|---|
| 1st | $200 | 5th | $240 |
| 2d | $210 | 6th | $250 |
| 3d | $220 | 7th | $260 |
| 4th | $230 | 8th | $275 |

**Montgomery, McCracken, Walker & Rhoads (133) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $260 |
| 2d | $205 | 6th | $270 |
| 3d | $225 | 7th | $280 |
| 4th | $245 | 8th | $275-$315 |

**Morris, Manning & Martin (174) (Atlanta)**

| | | | |
|---|---|---|---|
| 1st | $170 | 5th | $305 |
| 2d | $225 | 6th | $315 |
| 3d | $270 | 7th | $340 |
| 4th | $285 | 8th | $350 |

**Neal, Gerber & Eisenberg (170) (Chicago)**

| | | | |
|---|---|---|---|
| 1st | $230 | 5th | $330 |
| 2d | $260 | 6th | $360 |
| 3d | $280 | 7th | $380 |
| 4th | $300 | 8th | $400 |

**Patton Boggs (431) (Washington)**

| | | | |
|---|---|---|---|
| 1st | $200 | 5th | $320 |
| 2d | $250 | 6th | $340 |
| 3d | $265 | 7th | $360 |
| 4th | $290 | 8th | $390 |

**Phillips Lytle (173) (Buffalo, N.Y.)**

| | | | |
|---|---|---|---|
| 1st | $130 | 5th | $175 |
| 2d | $145 | 6th | $185 |
| 3d | $150 | 7th | $195 |
| 4th | $165 | 8th | $210 |

**Pitney Hardin (170) (Florham Park, N.J.)**

| | | | |
|---|---|---|---|
| 1st | $205 | 5th | $235-$265 |
| 2d | $215-$240 | 6th | $270-$285 |
| 3d | $225-$240 | 7th | $275-$290 |
| 4th | $235-$260 | 8th | $280-$325 |

**Robinson & Cole (217) (Hartford, Conn.)**

| | | | |
|---|---|---|---|
| 1st | $175 | 5th | $210 |
| 2d | $180 | 6th | $230 |
| 3d | $190 | 7th | $250 |
| 4th | $200 | 8th | $270 |

**Saul Ewing (238) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $185-$200 | 5th | $220-$265 |
| 2d | $175-$195 | 6th | $210-$310 |
| 3d | $195-$210 | 7th | $215-$270 |
| 4th | $200-$260 | 8th | $255-$290 |

**Sheppard, Mullin, Richter & Hampton (424) (Los Angeles)**

| | | | |
|---|---|---|---|
| 1st | $250 | 5th | $350 |
| 2d | $275 | 6th | $375 |
| 3d | $295 | 7th | $395 |
| 4th | $325 | 8th | $410 |

**Shumaker, Loop & Kendrick (162) (Toledo, Ohio)**

| | | | |
|---|---|---|---|
| 1st | $165 | 5th | $195 |
| 2d | $170 | 6th | $200 |
| 3d | $180 | 7th | $215 |
| 4th | $190 | 8th | $220 |

**Thacher Proffitt & Wood (313) (New York)**

| | | | |
|---|---|---|---|
| 1st | $265 | 5th | $420 |
| 2d | $315 | 6th | $445 |
| 3d | $355 | 7th | $475 |
| 4th | $385 | 8th | $485 |

**Wiley Rein & Fielding (268) (Washington)**

| | | | |
|---|---|---|---|
| 1st | $225 | 5th | $330 |
| 2d | $250 | 6th | $345 |
| 3d | $280 | 7th | $360 |
| 4th | $300 | 8th | $395 |

**Winstead Sechrest & Minick (286) (Dallas)**

| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $280 |
| 2d | $220 | 6th | $295 |
| 3d | $240 | 7th | $310 |
| 4th | $260 | 8th | $325 |



Aaron Twerski could teach anywhere. He teaches at Hofstra Law.

Dean and Professor of Law; renowned expert on Tort Law, author of leading casebooks in both Torts and Products Liability.

Author of five books and more than 70 articles in journals such as the Yale, Columbia Michigan, NYU and Cornell Law Reviews.

Co-Reporter for the American Law Institute's Restatement (Third) of Torts: Products Liability and recipient of the Institute's "R. Ammi Cutter" award for outstanding performance as a Reporter.

Consultant to numerous legislatures, law reform committees, both plaintiffs and defendants in mass tort litigation, and leading corporations.

An outstanding teacher, who has taught at Harvard, Cornell, Boston University and Michigan law schools, among others.

HOFSTRA UNIVERSITY SCHOOL OF LAW
www.law.hofstra.edu

Monday, December 11, 2006    THE NATIONAL LAW JOURNAL/WWW.NLJ.COM    S9

# Variations on, and alternatives to, billable hours

*Below is a sampling of firms that provided information about the alternative billing methods they use most often. We asked firms to differentiate between variations on the billable hour (discounted and blended hourly rates) and true alternatives to the billable hour. The percentages denote estimated portions of the firms' revenues obtained through each of these two categories. They are followed by the billing methods that the firms use within those categories. The number after a firm's name indicates its total number of attorneys.*

**Armstrong Teasdale (266).** Variations: 17%—discounted rate, blended rate. Alternatives: 17%—fixed or flat fee, contingency fee.

**Ballard Spahr Andrews & Ingersoll (485).** Variations: 37%—discounted rate, blended rate. Alternatives: 6%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Blackwell Sanders Peper Martin (310).** Variations: 25%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Bond, Schoeneck & King (160).** Variations: 4%—discounted rate, blended rate. Alternatives: 4%—fixed or flat fee, contingency fee, hybrid fee.

**Brown Raysman Millstein Felder & Steiner (246).** Variations: 10%—discounted rate, blended rate. Alternatives: 4%—fixed or flat fee, contingency fee, hybrid fee.

**Buchalter Nemer (139).** Variations: 30%—discounted rate, blended rate, other. Alternatives: 3%—fixed or flat fee.

**Bullivant Houser Bailey (191).** Variations: 5%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Burr & Forman (188).** Variations: 35%—discounted rate, other. Alternatives: 6%—fixed or flat fee, contingency fee, hybrid fee.

**Butzel Long (217).** Variations: 10%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Curtis, Mallet-Prevost, Colt & Mosle (196).** Variations: 33%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee.

**Day, Berry & Howard (251).** Variations: 77%—discounted rate, blended rate, other. Alternatives: 23%—fixed or flat fee, contingency fee, hybrid fee.

**Dorsey & Whitney (680).** Variations: 15%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Dykema Gossett (341).** Variations: 82%—discounted rate, blended rate. Alternatives: 18%—fixed or flat fee, contingency fee, hybrid fee.

**Eckert Seamans Cherin & Mellott (227).** Variations: 65%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, hybrid fee, contingency fee.

**Fenwick & West (234).** Variations: 20%—discounted rate. Alternatives: 10%—fixed or flat fee.

**Fisher & Phillips (187).** Variations: 5%—Blended rate. Alternatives: 2%—fixed or flat fee.

**Fowler White Boggs Banker (227).** Variations: 25%—discounted rate, blended rate, other. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Frost Brown Todd (376).** Variations: 72%—discounted rate, blended rate. Alternatives: 4%—fixed or flat fee, contingency fee.

**Harris Beach (182).** Variations: 20%—discounted rate, blended rate. Alternatives: 30%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Haynes and Boone (456).** Variations: 95%—discounted rate, blended rate, other. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value, other.

**Hiscock & Barclay (160).** Variations: 54%—discounted rate, blended rate. Alternatives: 23%—fixed or flat fee, contingency fee.

**Holme Roberts & Owen (206).** Variations: 5%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Husch & Eppenberger (331).** Variations: 96%—discounted rate, blended rate. Alternatives: 4%—fixed or flat fee, contingency fee.

**Jenkens & Gilchrist (268).** Variations: 10%—discounted rate, blended rate. Alternative methods: 6%—fixed or flat fee, contingency fee, hybrid fee.

**Jenner & Block (467).** Variations: 50%—discounted rate, blended rate, other. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Lane Powell (167).** Variations: 45%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Lathrop & Gage (264).** Variations: 10%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, hybrid fee, contingency fee.

**Lewis, Rice & Fingersh (165).** Variations: 35%—discounted rate, blended rate. Alternatives: 35%—fixed or flat fee, contingency fee, hybrid fee.

**Locke Liddell & Sapp (370).** Variations: 80%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Loeb & Loeb (240).** Variations: 15%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee.

SEE 'ALTERNATIVES' PAGE S11



## MORRIS DEES JUSTICE AWARD

Skadden and The University of Alabama School of Law are pleased to announce the winner of the 2006 Morris Dees Justice Award

### WILLIAM WAYNE JUSTICE
Senior Judge, U. S. District Court, Eastern District of Texas

*The Morris Dees Justice Award was established to honor Morris Dees for a lifetime of public service.*

www.MorrisDeesAward.com

 SELECTION COMMITTEE

Morris Dees, *Honorary Chair*

*Co-Chairs*

Robert C. Sheehan    Dean Kenneth Randall

*Members*

Mary Bauer    Marjorie Press Lindblom
Professor Jesse Choper    Susan Butler Plum
Professor Bryan Fair    Theodore M. Shaw
Marcia D. Greenberger    Tisha Tallman
Robert Grey    Vaughn C. Williams

The award ceremony took place in New York City, on November 16, 2006.

*The Morris Dees Justice Award is sponsored by*

**Skadden** & **THE UNIVERSITY OF ALABAMA SCHOOL OF LAW**

Monday, December 11, 2006                    THE NATIONAL LAW JOURNAL/WWW.NLJ.COM                    S11

# Law firms offer some alternative billing methods

'ALTERNATIVES' FROM PAGE S9

**Luce, Forward, Hamilton & Scripps (178).** Variations: 10%—discounted rate, blended rate, other. Alternatives: 5%—fixed or flat fee, contingency fee.

**Marshall, Dennehey, Warner, Coleman & Goggin (368).** Variations: 8%—discounted rate, blended rate. Alternatives: 12%—fixed or flat fee, contingency fee, hybrid fee.

**McCarter & English (407).** Variations: 10%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, retrospective fee.

**McElroy, Deutsch, Mulvaney & Carpenter (230).** Variations: 5%—blended rate. Alternatives: 2%—fixed or flat fee, contingency fee.

**McKenna Long & Aldridge (400).** Variations: 20%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee.

**Michael Best & Friedrich (255).** Variations: 10%—discounted rate, blended rate. Alternatives: 12%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee.

**Miller & Martin (175).** Variations 0.8%—discounted rate, blended rate. Alternatives: 3.5%—fixed or flat fee, contingency fee.

**Morris, Manning & Martin (174).** Variations: 10%—discounted rate. Alternatives: 1%—fixed or flat fee, contingency fee.

**Neal, Gerber & Eisenberg (170).** Variations: 20%—discounted rate, blended rate. Alternatives: 3%—fixed or flat fee, contingency fee.

**Nelson Mullins Riley & Scarborough (379).** Variations: 10%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Nexsen Pruet Adams Kleemeier (182).** Variations: 15%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Ogletree, Deakins, Nash, Smoak & Stewart (531).** Variations: 94%—discounted rate, blended rate. Alternatives: 6%—fixed or flat fee, contingency fee, hybrid fee.

**Patton Boggs (431).** Variations: 15%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Pepper Hamilton (445).** Variations: 5%—discounted rate, blended rate. Alternatives: 2%—fixed or flat fee, contingency fee.

**Phelps Dunbar (260).** Variations: 2.5%—discounted rate. Alternatives: 3%—fixed or flat fee, contingency fee.

**Phillips Lytle (173).** Variations: 90%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Polsinelli Shalton Welte Suelthaus (276).** Variations: 15%—discounted rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value, other.

**Powell Goldstein (282).** Variations: 2%—discounted rate, blended rate. Alternatives: 13%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Preston Gates & Ellis (419).** Variations: 62%—discounted rate. Alternatives: 19%—fixed or flat fee, contingency fee, hybrid fee, other.

**Reed Smith (1,038).** Variations: 15%—discounted rate, blended rate. Alternatives: 6%—fixed or flat fee, contingency fee, hybrid fee.

**Robinson & Cole (217).** Variations: 30%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, hybrid fee, contingency fee.

**Ruden, McClosky, Smith, Schuster & Russell (203).** Variations: 20%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee.

**Saul Ewing (238).** Variations: 57%—discounted rate, blended rate, other. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Schnader Harrison Segal & Lewis (174).** Variations 10%—discounted rate, blended rate. Alternatives: 9%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Schulte Roth & Zabel (449).** Variations: 5%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee.

**Seward & Kissel (142).** Variations: 10%—discounted rate, blended rate, other. Alternatives: 10%—fixed or flat fee, hybrid fee.

**Sheppard, Mullin, Richter & Hampton (424).** Variations: 2%—discounted rate, blended rate. Alternatives: 2%—fixed or flat fee, contingency fee.

**Shughart Thomson & Kilroy (170).** Variations: 30%—discounted rate, blended rate. Alternatives: 10%—contingency fee.

**Shumaker, Loop & Kendrick (162).** Variations: 10%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Smith, Gambrell & Russell (191).** Variations: 10%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Snell & Wilmer (448).** Variations: 20%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee.

**Stinson Morrison Hecker (313).** Variations: 10%—blended rate. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Sutherland Asbill & Brennan (477).** Variations: 2%—discounted rate, blended rate. Alternatives: 2%—fixed or flat fee, contingency fee, hybrid fee.

**Thompson & Knight (388).** Variations: 30%—discounted rate, blended rate. Alternatives: 2%—fixed or flat fee, contingency fee.

**Ulmer & Berne (179).** Variations: 40%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Vedder, Price, Kaufman & Kammholz (233).** Variations: 5%—Discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, hybrid fee, retrospective fee.

**Whiteford, Taylor & Preston (155).** Variations: 1%—discounted rate, blended rate. Alternatives: 1%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Wiley Rein & Fielding (268).** Variations: 20%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Winstead Sechrest & Minick (286).** Variations: 4%—discounted rate, blended rate. Alternatives: 7%—fixed or flat fee, contingency fee, hybrid fee.

**Womble Carlyle Sandridge & Rice (529).** Variations: 25%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.



The IRS *respects him.* M&A teams *depend on him.* Clients *place their trust in him.*

New England School of Law *prepared him.*

Kevin Kilduff
Partner, Burns & Levinson LLP
New England School of Law Class of 1993

**Kevin Kilduff** has relied on his New England School of Law education throughout his legal career, as a tax litigator for the IRS in New York, then as a partner at Schnader Harrison Segal & Lewis LLP, Philadelphia, and now as a partner at Burns & Levinson in Boston. Even today, while working with the ever-changing tax code and helping clients in the fast-paced field of mergers and acquisitions, Kevin continues to rely on New England School of Law for help—in recruiting students for positions at his firm.

 New England School of Law    *Inspired Learning*

154 Stuart Street, Boston, MA 02116 • (617) 422-7210 admit@admin.nesl.edu • www.nesl.edu

ABA-accredited        Member of the Association of American Law Schools



Does DepoNet do Electronic Data Discovery?

"Definitely!"

You can now rely on DepoNet to connect you with the highest caliber of Electronic Data Discovery providers nationwide. We've expanded our capabilities to create a single resource for all of your litigation support needs. As always, we pre-screen our providers and monitor their performance so you can be assured of excellent results.

**DEPONET**

*Your link to superior litigation support*

• Court Reporting        • Electronic Data Discovery
• Online Repository Services    • Legal Video Services
• Videoconferencing      • Process Service
• Interpretation/Translation

For more information or to find a provider, visit www.deponet.com or call 1.800.DepoNet (337.6638).