GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice*)
KATHERINE A. FALLOW (*pro hac vice*)
AMY L. TENNEY (*pro hac vice*)
MATTHEW S. HELLMAN (*pro hac vice*)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:     October 19, 2007<br>Time      9:00 a.m. |

1  Having considered the arguments and the papers filed in support of, and in opposition to, the
2  Motion for Attorneys' Fees and Costs (the "Motion") of Plaintiffs Video Software Dealers
3  Association (now known as Entertainment Merchants Association) and Entertainment Software
4  Association (the "Plaintiffs"), and good cause appearing therefor, the Court grants the Motion and
5  ORDERS that Defendants Arnold Schwarzenegger, Bill Lockyer, George Kennedy, Richard Doyle
6  and Ann Miller Ravel, in their official capacities, shall pay the Plaintiffs' attorneys' fees and costs in
7  the amount of $324,839.65.
8  **IT IS SO ORDERED.**

10  DATED:_____
                                            HONORABLE RONALD M. WHYTE
11                                          UNITED STATES DISTRICT JUDGE

12  100289856_1.DOC