1    GIBSON, DUNN & CRUTCHER LLP
     THEODORE J. BOUTROUS, JR., SBN 132099
2    H. MARK LYON, SBN 162061
     ETHAN D. DETTMER, SBN 196046
3    1881 Page Mill Road
     Palo Alto, California  94304
4    Telephone: (650) 849-5300
     Facsimile: (650) 849-5333
5
     JENNER & BLOCK LLP
6    PAUL M. SMITH (*pro hac vice*)
     KATHERINE A. FALLOW (*pro hac vice*)
7    AMY L. TENNEY (*pro hac vice*)
     MATTHEW S. HELLMAN (*pro hac vice*)
8    601 13th Street, N.W., Suite 1200
     Washington, D.C. 20005
9    Telephone:  (202) 639-6000
     Facsimile:  (202) 639-6066
10
     Attorneys for Plaintiffs
11   VIDEO SOFTWARE DEALERS ASSOCIATION
     and ENTERTAINMENT SOFTWARE ASSOCIATION
12

13                    UNITED STATES DISTRICT COURT

14             FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16
     VIDEO SOFTWARE DEALERS                    CASE NO. C 05-4188 RMW (RS)
17   ASSOCIATION and ENTERTAINMENT
     SOFTWARE ASSOCIATION,                     **[PROPOSED] ORDER GRANTING**
18                                             **PLAINTIFFS' MOTION FOR**
                    Plaintiffs,                **ATTORNEYS' FEES AND COSTS**
19
          vs.                                  Date:        October 19, 2007
20                                             Time         9:00 a.m.
     ARNOLD SCHWARZENEGGER, in his official
21   capacity as Governor of the State of California;
     BILL LOCKYER, in his official capacity as
22   Attorney General of the State of California;
     GEORGE KENNEDY, in his official capacity as
23   Santa Clara County District Attorney, RICHARD
     DOYLE, in his official capacity as City Attorney
24   for the City of San Jose,  and ANN MILLER
     RAVEL, in her official capacity as County
25   Counsel for the County of Santa Clara,

26                  Defendants.

27

28

[PROPOSED] ORDER                                       CASE NO. C 05-4188 RMW (RS)

Dockets.Justia.com

1    Having considered the arguments and the papers filed in support of, and in opposition to, the

2    Motion for Attorneys' Fees and Costs (the "Motion") of Plaintiffs Video Software Dealers

3    Association (now known as Entertainment Merchants Association) and Entertainment Software

4    Association (the "Plaintiffs"), and good cause appearing therefor, the Court grants the Motion and

5    ORDERS that Defendants Arnold Schwarzenegger, Bill Lockyer, George Kennedy, Richard Doyle

6    and Ann Miller Ravel, in their official capacities, shall pay the Plaintiffs' attorneys' fees and costs in

7    the amount of $324,839.65.

8    **IT IS SO ORDERED.**

9

10   DATED:_____

         _____

11                                           HONORABLE RONALD M. WHYTE
                                             UNITED STATES DISTRICT JUDGE

12   100289856_1.DOC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1