1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  ZACKERY P. MORAZZINI, State Bar No. 204237
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-8226
6    Fax: (916) 324-5567
     Email: Zackery.Morazzini@doj.ca.gov
7
   Attorneys for Defendants Governor Arnold
8  Schwarzenegger and Attorney General Edmund G.
   Brown Jr.
9

10

                IN THE UNITED STATES DISTRICT COURT
11
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN JOSE DIVISION
13

14  VIDEO SOFTWARE DEALERS ASSOCIATION          C 05 4188 RMW RS
    and ENTERTAINMENT SOFTWARE
15  ASSOCIATION,                                 NOTICE OF APPEAL

16                              Plaintiffs,

17            v.

18  ARNOLD SCHWARZENEGGER, in his official
    capacity as Governor of the State of California;
19  EDMUND G. BROWN JR., in his official capacity as
    Attorney General of the State of California;
20  GEORGE KENNEDY, in his official capacity as
    Santa Clara County District Attorney, RICHARD
21  DOYLE, in his official capacity as City Attorney for
    the City of San Jose, and ANN MILLER RAVEL, in
22  her official capacity as County Counsel for the
    County of Santa Clara,
23
                               Defendants.
24

25

26  ///

27  ///

28  ///

NOTICE OF APPEAL

                                1

Dockets.Justia.com

1    NOTICE IS HEREBY GIVEN that Arnold Schwarzenegger, in his official capacity as

2  Governor of the State of California, and Edmund G. Brown Jr.[1], in his official capacity as the

3  California Attorney General, defendants in the above named case, hereby appeal to the United

4  States Court of Appeals for the Ninth Circuit from the preliminary injunction entered December

5  21, 2005, and the order granting plaintiffs' motion for summary judgment entered August 6,

6  2007, and the permanent injunction and final judgement entered August 14, 2007.

7

8

9    Dated:  September 4, 2007

10                          Respectfully submitted,

11                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

12                          CHRISTOPHER E. KRUEGER
                            Senior Assistant Attorney General

13

14

                            ZACKERY P. MORAZZINI

15                          Deputy Attorney General
                            Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28       1.  Edmund G. Brown Jr. is substituted in for his predecessor, Bill Lockyer, as California
     Attorney General, pursuant to Fed. R. App. P. 43(c)(2).

NOTICE OF APPEAL

1                            **DECLARATION OF SERVICE**

2   Case Name    :    **Video Software Dealers, et al. v. Arnold Schwarzenegger, et al.**
    Case No.     :    C 05 4188 RMW RS
3   Court        :    United States District Court - Northern District

4   I declare:

5   I am employed in the Office of the Attorney General, which is the office of a member of the Bar
    of this Court at which member's direction this service is made. I am 18 years of age or older and
6   not a party to the within entitled case.

7   On the date indicated below, I served the following:

8   **NOTICE OF APPEAL**

9   Addressed as follows:

10  **Theodore J. Boutrous, Jr.**                          **Paul M. Smith**
    **H. Mark Lyon**                                       **Katherine A. Fallow**
11  **Ethan D. Dettmer**                                   **Amy L. Tenney**
    **Gibson, Dunn & Crutcher LLP**                        **Matthew S. Hellman**
12  **1881 Page Mill Road**                                **JENNER & BLOCK LLP**
    **Palo Alto, CA 94304**                                **601 13th Street**
13  **Counsel for Plaintiffs Video Software**              **Washington, D.C. 20005**
    **Dealers Association and Entertainment**              **Counsel for Plaintiffs Video Software**
14  **Software Association**                                **Dealers Association and Entertainment**
                                                            **Software Association**
15

16  **Robert R. Fabela**                                   **David M. Rollo**
    **Office of the San Jose City Attorney**               **Kathryn J. Zoglin**
17  **200 East Santa Clara Street**                        **Office of the Santa Clara County Counsel**
    **San Jose, CA**                                        **70 W. Hedding Street, East Wing 9th Fl.**
18  **Counsel for Defendant Richard Doyle, as**            **San Jose, CA 95110**
    **the San Jose City Attorney**                          **Counsel for Defendants George Kennedy,**
19                                                          **as the Santa Clara County District**
                                                            **Attorney and Ann Miller, as the Santa**
20                                                          **Clara County Counsel**

21

22  **X  U.S. MAIL:**        I am familiar with the business        ☐  **FACSIMILE TRANSMISSION:** On the date
    **X**  practice at the Office of the Attorney General for           below from facsimile machine number (916) 324-
23      collection and processing of correspondence for                5567, I personally transmitted to the above-named
        mailing with the United States Postal Service. In              person(s) to the facsimile number(s) shown above,
24      accordance with that practice, correspondence                  pursuant to California Rules of Court 2003-2008. A
        placed in the internal mail collection system at the           true copy of the above-described document(s) were
25      Office of the Attorney General is deposited with the           transmitted by facsimile transmission and the
        United States Postal Service that same day in the              transmission was reported as complete and without
26      ordinary course of business.                                   error. A copy of the transmission report issued by
                                                                       the transmitting machine is attached to this proof of
27                                                                     service.

28

1

☐  **OTHER SERVICE:**      I caused such envelope(s)       ☐  **PERSONAL SERVICE:**        By causing a
2      to be delivered to the office of the addressee(s)          true copy of the above-described documents to be
      listed above by:                                                        hand delivered to the office(s) of the addressee(s).
3           ☐   Express Mail
           ☐   Golden State Overnight
4           ☐   California Overnight
           ☐   Messenger
5
I declare under penalty of perjury that the foregoing is true and correct and that this declaration
6  was executed on **September 4, 2007**, at Sacramento, California.

7

8                                                                _____
                                                                      WANDA THISSEN
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28