RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for RICHARD DOYLE, in his official capacity
as City Attorney for the City of San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose; and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | Case Number: C05-04188 RMW<br><br>**DECLARATION OF ROBERT FABELA IN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:       October 19, 2007<br>Time:       9:00 a.m.<br>Courtroom:  6<br>Judge:      Hon. Ronald M. Whyte |

I, Robert Fabela, declare as follows:

I am an attorney licensed to practice law in the state of California and the United States District Court, Northern District of California. I am a Senior Deputy City Attorney with the City of San Jose, and represent San Jose City Attorney Richard Doyle in this matter. I have

-1-

DECLARATION OF ROBERT FABELA IN OPPOSITION
TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

C05-04188 RMW
439271

personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

1. The following is the full extent of the City Attorney's involvement and participation in the above-captioned matter:

    a. The City Attorney was named as a defendant, in his official capacity, pursuant to the provisions of Civil Code Section 1746.4, which provided that violations of the Act in question "may be prosecuted by any City Attorney" in California. (See Complaint at ¶19);

    b. The City Attorney was served with the lawsuit on or about October 18, 2005;

    c. In order to avoid having a default judgment issued against him, the City Attorney filed an Answer on November 21, 2005 (See Answer, attached hereto as Exhibit A);

    d. The City Attorney filed a one sentence Notice of Joinder in Oppositions to Motion for Preliminary Injunctions on December 2, 2005 (See Joinder, attached hereto as Exhibit B);

    e. I personally appeared on behalf of the City Attorney at the December 9, 2005 Preliminary Injunction hearing, but made no oral argument whatsoever;

    f. Since December 9, 2005, the City Attorney has made no appearance in this case at all, either through pleadings or at any subsequent hearings, until filing this opposition to attorneys' fees and costs.

I declare under penalty of perjury under the laws of the state of California and the United States of America that I have personal knowledge of the foregoing and that it is true and correct, and that this Declaration was executed on the 25th day of September, 2007, at San Jose, California.

                                                          /s/ Robert Fabela
                                                          ROBERT FABELA

**EXHIBIT A**

1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California 95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number: (408) 998-3131
5  E-Mail Address: cao.main@sanjoseca.gov

6  Attorneys for RICHARD DOYLE, in his official capacity
   as City Attorney for the City of San Jose
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12

13 | VIDEO SOFTWARE DEALERS         | Case Number: C05-04188 RMW
   | ASSOCIATION and ENTERTAINMENT  |
14 | SOFTWARE ASSOCIATION,          | ANSWER BY CITY ATTORNEY
   |                                | RICHARD DOYLE TO COMPLAINT
15 | Plaintiffs,                    | FOR DECLARATORY AND
   |                                | INJUNCTIVE RELIEF
16 | v.                             |

17 ARNOLD SCHWARZENEGGER, in his
   official capacity as Governor of the State
18 of California; BILL LOCKYER, in his
   official capacity as Attorney General of the
19 State of California; GEORGE KENNEDY,
   in his official capacity as Santa Clara
20 County District Attorney, RICHARD
   DOYLE, in his official capacity as City
21 Attorney for the City of San Jose; and
   ANN MILLER RAVEL, in her official
22 capacity as County Counsel for the
   County of Santa Clara,
23
             Defendants.
24

25
26     Defendant Richard Doyle ("Defendant"), in his official capacity as City Attorney for the
27 City of San Jose, hereby answers the Complaint ("Complaint") of Plaintiffs on file herein and
28 admits, denies, and alleges as follows:

-1-
ANSWER BY CITY ATTORNEY RICHARD DOYLE TO COMPLAINT FOR          C05-04188 RMW
DECLARATORY AND INJUNCTIVE RELIEF                                329986

1. Answering the allegations of paragraph 1 of the Complaint, Defendant has insufficient information or belief to enable him to respond and, basing his denial on that ground, denies each and every allegation contained therein.

2. Answering the allegations of paragraph 2 of the Complaint, Defendant admits the existence of the "Act," the terms of which speaks for themselves. Except as so admitted, Defendant denies the remaining allegations contained therein

3. Answering the allegations of paragraph 3 of the Complaint, Defendant denies the allegations contained therein.

4. Answering the allegations of paragraph 4 of the Complaint, Defendant acknowledges the legal arguments made therein, but has insufficient information or belief to enable him to respond and, basing his denial on that ground, denies each and every allegation contained therein.

5. Answering the allegations of paragraph 5 of the Complaint, Defendant admits the existence of the "Act," the terms of which speaks for themselves. Except as so admitted, Defendant denies the remaining allegations contained therein.

6. Answering the allegations of paragraph 6 of the Complaint, Defendant has insufficient information or belief to enable him to respond and, basing his denial on that ground, denies each and every allegation contained therein.

7. Answering the allegations of paragraph 7 of the Complaint, Defendant denies the allegations contained therein.

8. Answering the allegations of paragraph 8 of the Complaint, Defendant admits that the complaint states that the action is brought against these defendants in their official capacities. Except as so admitted, Defendant denies the remaining allegations contained therein

9. Answering the allegations of paragraph 9 of the Complaint, Defendant admits that he is employed in this judicial district, Defendant has insufficient information or belief to enable him to respond and, basing his denial on that ground, denies each and every remaining allegation contained therein.

1

2   10.   Answering the allegations of paragraph 10 of the Complaint, Defendant denies
3   the allegations contained therein.
4   11.   Answering the allegations of paragraph 11 of the Complaint, Defendant has
5   insufficient information or belief to enable him to respond and, basing his denial on that
6   ground, denies each and every allegation contained therein.
7   12.   Answering the allegations of paragraph 12 of the Complaint, Defendant has
8   insufficient information or belief to enable him to respond and, basing his denial on that
9   ground, denies each and every allegation contained therein.
10   13.   Answering the allegations of paragraph 13 of the Complaint, Defendant has
11   insufficient information or belief to enable him to respond and, basing his denial on that
12   ground, denies each and every allegation contained therein.
13   14.   Answering the allegations of paragraph 14 of the Complaint, Defendant denies
14   the allegations contained therein.
15   15.   Answering the allegations of paragraph 15 of the Complaint, Defendant denies
16   the allegations contained therein.
17   16.   Answering the allegations of paragraph 16 of the Complaint, Defendant admits
18   the allegations contained therein based on information and belief.
19   17.   Answering the allegations of paragraph 17 of the Complaint, Defendant has
20   insufficient information or belief to enable him to respond and, basing his denial on that
21   ground, denies each and every allegation contained therein.
22   18.   Answering the allegations of paragraph 18 of the Complaint Defendant has
23   insufficient information or belief to enable him to respond and, basing his denial on that
24   ground, denies each and every allegation contained therein.
25   19.   Answering the allegations of paragraph 19 of the Complaint, Defendant admits
26   that Richard Doyle is the City Attorney for the City of San Jose and that the Act exists, the
27   terms of which speak for themselves. Except as so admitted, Defendant denies the
28   remaining allegations contained therein.

1  20. Answering the allegations of paragraph 20 of the Complaint, Defendant has
2  insufficient information or belief to enable him to respond and, basing his denial on that
3  ground, denies each and every allegation contained therein.
4  21. Answering the allegations of paragraph 21 of the Complaint, Defendant denies
5  the allegations contained therein.
6  22. Answering the allegations of paragraph 22 of the Complaint, Defendant denies
7  the allegations contained therein.
8  23. Answering the allegations of paragraph 23 of the Complaint, Defendant has
9  insufficient information or belief to enable him to respond and, basing his denial on that
10  ground, denies each and every allegation contained therein.
11  24. Answering the allegations of paragraph 24 of the Complaint, Defendant admits
12  the allegations contained therein based on information and belief.
13  25. Answering the allegations of paragraph 25 of the Complaint, Defendant
14  acknowledges the legal arguments made therein, but has insufficient information or belief to
15  enable him to respond and, basing his denial on that ground, denies each and every
16  allegation contained therein.
17  26. Answering the allegations of paragraph 26 of the Complaint, Defendant
18  acknowledges the legal arguments made therein, but has insufficient information or belief to
19  enable him to respond and, basing his denial on that ground, denies each and every
20  allegation contained therein.
21  27. Answering the allegations of paragraph 27 of the Complaint, Defendant admits
22  the allegations contained therein based on information and belief.
23  28. Answering the allegations of paragraph 28 of the Complaint, Defendant denies
24  the allegations contained therein.
25  29. Answering the allegations of paragraph 29 of the Complaint, Defendant denies
26  the allegations contained therein.
27
28

1    30.  Answering the allegations of paragraph 30 of the Complaint, Defendant admits
2  the existence of the "Act," the terms of which speaks for themselves.  Except as so admitted,
3  Defendant denies the remaining allegations contained therein

4    31.  Answering the allegations of paragraph 31 of the Complaint, Defendant admits
5  the existence of the "Act," the terms of which speaks for themselves.  Except as so admitted,
6  Defendant denies the remaining allegations contained therein

7    32.  Answering the allegations of paragraph 32 of the Complaint, Defendant admits
8  the existence of the "Act," the terms of which speaks for themselves.  Except as so admitted,
9  Defendant denies the remaining allegations contained therein

10    33.  Answering the allegations of paragraph 33 of the Complaint, Defendant admits
11  the existence of the "Act," the terms of which speaks for themselves.  Except as so admitted,
12  Defendant denies the remaining allegations contained therein

13    34.  Answering the allegations of paragraph 34 of the Complaint, Defendant admits
14  the existence of the "Act," the terms of which speaks for themselves.  Except as so admitted,
15  Defendant denies the remaining allegations contained therein

16    35.  Answering the allegations of paragraph 35 of the Complaint, Defendant admits
17  the existence of the "Act," the terms of which speaks for themselves.  Except as so admitted,
18  Defendant denies the remaining allegations contained therein

19    36.  Answering the allegations of paragraph 36 of the Complaint, Defendant admits
20  the existence of the "Act," the terms of which speaks for themselves.  Except as so admitted,
21  Defendant denies the remaining allegations contained therein

22    37.  Answering the allegations of paragraph 37 of the Complaint, Defendant denies
23  the allegations contained therein.

24    38.  Answering the allegations of paragraph 38 of the Complaint, Defendant denies
25  the allegations contained therein.

26    39.  Answering the allegations of paragraph 39 of the Complaint, Defendant denies
27  the allegations contained therein.

28

1   40.   Answering the allegations of paragraph 40 of the Complaint, Defendant denies
2   the allegations contained therein.
3   41.   Answering the allegations of paragraph 41 of the Complaint, Defendant denies
4   the allegations contained therein.
5   42.   Answering the allegations of paragraph 42 of the Complaint, Defendant denies
6   the allegations contained therein.
7   43.   Answering the allegations of paragraph 43 of the Complaint, Defendant denies
8   the allegations contained therein.
9   44.   Answering the allegations of paragraph 44 of the Complaint, Defendant denies
10  the allegations contained therein.
11  45.   Answering the allegations of paragraph 45 of the Complaint, Defendant denies
12  the allegations contained therein.
13  46.   Answering the allegations of paragraph 46 of the Complaint, Defendant denies
14  the allegations contained therein.
15  47.   Answering the allegations of paragraph 47 of the Complaint, Defendant has
16  insufficient information or belief to enable him to respond and, basing his denial on that
17  ground, denies each and every allegation contained therein.
18  48.   Answering the allegations of paragraph 48 of the Complaint, Defendant denies
19  the allegations contained therein.
20  49.   Answering the allegations of paragraph 49 of the Complaint, Defendant denies
21  the allegations contained therein.
22  50.   Answering the allegations of paragraph 50 of the Complaint, Defendant
23  acknowledges the legal arguments made therein, but has insufficient information or belief to
24  enable him to respond and, basing his denial on that ground, denies each and every
25  allegation contained therein.
26  51.   Answering the allegations of paragraph 51 of the Complaint, Defendant denies
27  the allegations contained therein.
28

1  52. Answering the allegations of paragraph 52 of the Complaint, Defendant denies
2  the allegations contained therein.
3  53. Answering the allegations of paragraph 53 of the Complaint, Defendant
4  incorporates by reference its answers to paragraphs 1 through 52 of the Complaint.
5  54. Answering the allegations of paragraph 54 of the Complaint, Defendant denies
6  the allegations contained therein.
7  55. Answering the allegations of paragraph 55 of the Complaint, Defendant denies
8  the allegations contained therein.
9  56. Answering the allegations of paragraph 56 of the Complaint, Defendant denies
10  the allegations contained therein.
11  57. Answering the allegations of paragraph 57 of the Complaint, Defendant denies
12  the allegations contained therein.
13  58. Answering the allegations of paragraph 58 of the Complaint, Defendant denies
14  the allegations contained therein.
15  59. Answering the allegations of paragraph 59 of the Complaint, Answering the
16  allegations of paragraph 58 of the Complaint, Defendant incorporates by reference its
17  answers to paragraphs 1 through 58 of the Complaint.
18  60. Answering the allegations of paragraph 60 of the Complaint, Defendant denies
19  the allegations contained therein.
20  61. Answering the allegations of paragraph 61 of the Complaint, Defendant denies
21  the allegations contained therein.
22  62. Answering the allegations of paragraph 62 of the Complaint, Defendant denies
23  the allegations contained therein.
24  63. Answering the allegations of paragraph 63 of the Complaint, Defendant
25  incorporates by reference its answers to paragraphs 1 through 62 of the Complaint.
26  64. Answering the allegations of paragraph 64 of the Complaint, Defendant
27  acknowledges the legal arguments made therein, but has insufficient information or belief to
28

1  enable him to respond and, basing his denial on that ground, denies each and every
2  allegation contained therein.
3      65.   Answering the allegations of paragraph 65 of the Complaint, Defendant denies
4  the allegations contained therein.
5      66.   Answering the allegations of paragraph 66 of the Complaint, Defendant denies
6  the allegations contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint and each alleged cause of action fail to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

The injunction requested, if enforced, would compel an act contrary to public policy and harmful to the public interest.

### THIRD AFFIRMATIVE DEFENSE

All of the immunities and defenses afforded by Government Code §§800-1000, inclusive.

### FOURTH AFFIRMATIVE DEFENSE

The challenged acts are discretionary acts, and Defendant properly exercised his discretion.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to name real parties in interest and/or indispensable parties.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege a justiciable controversy.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovering from Defendant on the grounds of estoppel.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff lacks standing to bring the causes of action alleged.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from obtaining injunctive or other equitable relief by the reason of unclean hands.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's Complaint if premature and/or barred in that there is no case or controversy at this time.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff has named incorrect and improper parties as defendants in this matter.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendant's conduct was privileged and/or justified under applicable law.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's injuries and damages, if any, were proximately caused or contributed to in whole or in part by the negligence of third parties or entities not under the direction, control or authority of Defendant and for which Defendant are not responsible.

**FIFTEENTH AFFIRMATIVE DEFENSE**

All other affirmative defenses alleged by the other defendants in this action.

WHEREFORE, Defendant prays for judgment as follows:

1. That judgment be rendered in favor of Defendant and against Plaintiff;
2. That Plaintiff take nothing by reason of its Complaint on file herein;
3. That Plaintiff's request for injunctive and declaratory relief be denied;
4. That Defendant be awarded its costs, attorneys' fees, and disbursements of suit incurred herein; and

/ / /

5.  For such other and further relief as the Court may deem just and proper.

Dated: November 21, 2005

RICHARD DOYLE, City Attorney

By: /s/ Robert Fabela
    ROBERT FABELA
    Sr. Deputy City Attorney

Attorneys for RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose

**EXHIBIT B**

Case 5:05-cv-04188-RMW   Document 48   Filed 12/02/2005   Page 1 of 2

1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California 95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number: (408) 998-3131
5  E-Mail Address: cao.main@sanjoseca.gov

6  Attorneys for RICHARD DOYLE, in his official capacity
   as City Attorney for the City of San Jose
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

| | |
|---|---|
| 13  VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, | Case Number: C05-04188 RMW |
| 14 | **NOTICE OF JOINDER OF SAN JOSE CITY ATTORNEY RICK DOYLE IN OPPOSITIONS TO MOTION FOR PRELIMINARY INJUNCTIONS** |
| 15     Plaintiffs, | |
| 16  v. | |
| 17  ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose; and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, | |
| Defendants. | |

25

26    PLEASE TAKE NOTICE that Defendant Richard Doyle hereby joins in the Oppositions

27  of Defendants George Kennedy, Ann Ravel, Arnold Schwarzenegger, and Bill Lockyer to

28  Plaintiffs' Motion for Preliminary Injunction, which oppositions papers were filed on November

-1-
JOINDER OF SAN JOSE CITY ATTORNEY RICK DOYLE IN OPPOSITIONS TO          C05-04188 RMW
MOTION FOR PRELIMINARY INJUNCTIONS                                              334766

1  10, 2005.  The arguments and supporting papers included in such Oppositions are hereby
2  incorporated by reference as though fully set forth herein.
3
4  Dated:   December 2, 2005                              RICHARD DOYLE, City Attorney
5
6                                                         By:   /s/ Robert Fabela
                                                                ROBERT FABELA
7                                                               Sr. Deputy City Attorney

8                                                         Attorneys for RICHARD DOYLE, in his
                                                          official capacity as City Attorney for the City
9                                                         of San Jose

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

| JOINDER OF SAN JOSE CITY ATTORNEY RICK DOYLE IN OPPOSITIONS TO | C05-04188 RMW |
| MOTION FOR PRELIMINARY INJUNCTIONS | 334766 |