EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
JONATHAN K. RENNER
Supervising Deputy Attorney General
ZACKERY P. MORAZZINI, State Bar No. 204237
Deputy Attorney General
STEVEN M. GEVERCER, State Bar No. 112790
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-7487
 Fax: (916) 324-5567
 E-mail: Steven.Gevercer@doj.ca.gov

Attorneys for Defendants Governor Arnold
Schwarzenegger and Attorney General Bill Lockyer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | C 05 4188 RMW RS<br><br>DECLARATION OF ANTHONY WESTLAKE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS. |

Westlake Declaration    Video Software Dealers Association, et al. v. Arnold Schwarzenegger, et al.
C 05 4188 RMW RS

1

Dockets.Justia.com

I, ANTHONY WESTLAKE, declare as follows:

1. I am a Senior Accounting Officer Supervisor in the Division of Administrative Services at the Office of the Attorney General, State of California. I have personal knowledge of the following and if asked to testify thereto could do so competently.

2. At the Office of the Attorney General, attorneys and paralegals are required, for every case worked on, to enter their hours into the ProLaw case management system. The hours are entered at or near the time the services are provided in order to accurately reflect the time expended, and the nature of the legal services provided, for all open cases handled by the Office of the Attorney General.

3. Deputy Attorney General Steven M. Gevercer requested my division provide an accounting of all attorney and paralegal time entered into ProLaw prior to the commencement of work on the issue of attorneys fees in the matter of *Video Software Dealers Association and Entertainment Software Association v. Schwarzenegger et al.* In response to this request, on September 19, 2007, with the assistance of my staff, I prepared attachment 1 to this declaration.

4. Attachment 1 is a true and accurate time accounting record of all attorney and paralegal hours recorded in the Prolaw legal time reporting system for *Video Software Dealers Association and Entertainment Software Association v. Schwarzenegger et al.* as of September 19, 2007. This time accounting record lists 13 hours attributed to the litigation of attorneys fees and costs. Not including hours expended on the issue of attorney fees and costs, the ProLaw legal time reporting system record shows the Office of the Attorney General expended 838.25 hours in the defense of this action. The 838.25 hour figure accounts for the work of two assigned attorneys and the supervision by a Supervising Deputy Attorney General. No paralegal hours were expended in this action.

I declare under penalty of perjury that the foregoing is true and correct, executed this 20th day of September, 2007, at Sacramento, California.

/s/ ANTHONY WESTLAKE

ANTHONY WESTLAKE

Westlake Declaration
*Video Software Dealers Association, et al. v. Arnold Schwarzenegger, et al.*
C 05 4188 RMW RS

# ATTACHMENT I

**EDMUND G. BROWN JR.**
*Attorney General*

**State of California**
*DEPARTMENT OF JUSTICE*
1300 I Street, Sacramento, CA 95814
Billing Inquiries: (916) 324-5090

## Matter Time Activity By Professional Type

As Of 9/19/2007

**Matter ID:** SA2005104610  **Date Opened:** 10/21/2005
**Description:** Video Software Dealers Association, et al. v. Arnold Schwarzenegger, e

**Professional Type:** ATTORNEY
**Fiscal Year:** 2007-2008

**Professional: Steven M. Gevercer**

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 106056489 | 09/13/07 | CV-GOV:120 | 12101 | Attorneys Fees and Costs | 5.00 | $158.00 | $790.00 | | 07/31/07 |
| 106056491 | 09/14/07 | CV-GOV:120 | 12101 | Attorneys Fees and Costs | 8.00 | $158.00 | $1,264.00 | | 08/31/07 |

**Steven M. Gevercer Totals:** 13.00   $2,054.00

**Professional: Susan K. Leach**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 500434593 | 08/07/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 3.00 | $158.00 | $474.00 | | 08/31/07 |

**Susan K. Leach Totals:** 3.00   $474.00

**Professional: Zackery P. Morazzini**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 106017682 | 07/09/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 07/31/07 |
| 106036906 | 08/06/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 6.00 | $158.00 | $948.00 | | 08/31/07 |
| 106036917 | 08/07/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.50 | $158.00 | $395.00 | | 08/31/07 |
| 106036946 | 08/09/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.75 | $158.00 | $434.50 | | 08/31/07 |
| 106036977 | 08/10/07 | CV-GOV:120 | 12101 | Client Communication - Phone | 0.50 | $158.00 | $79.00 | | 08/31/07 |
| 106041087 | 08/13/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 3.00 | $158.00 | $474.00 | | 08/31/07 |
| 106041097 | 08/14/07 | CV-GOV:120 | 12101 | Communication with Others | 0.50 | $158.00 | $79.00 | | 08/31/07 |
| 106041103 | 08/16/07 | CV-GOV:120 | 12101 | Client Communication - Phone | 0.75 | $158.00 | $118.50 | | 08/31/07 |
| 106041112 | 08/17/07 | CV-GOV:120 | 12101 | Client Communication - Phone | 0.25 | $158.00 | $39.50 | | 08/31/07 |
| 106046129 | 08/20/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.00 | $158.00 | $316.00 | | 08/31/07 |
| 106046132 | 08/21/07 | CV-GOV:120 | 12101 | Client Communication - Phone | 0.75 | $158.00 | $118.50 | | 08/31/07 |
| 106046140 | 08/22/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.00 | $158.00 | $316.00 | | 08/31/07 |
| 106046148 | 08/23/07 | CV-GOV:120 | 12101 | Attorneys Fees and Costs | 2.25 | $158.00 | $355.50 | | 08/31/07 |
| 106046156 | 08/24/07 | CV-GOV:120 | 12101 | Client Communication - Phone | 0.25 | $158.00 | $39.50 | | 08/31/07 |
| 106051283 | 08/26/07 | CV-GOV:120 | 12101 | Client Communication - Phone | 0.25 | $158.00 | $39.50 | | 08/31/07 |
| 106051289 | 08/27/07 | CV-GOV:120 | 12101 | Communication with Opposing Party | 0.25 | $158.00 | $39.50 | | 08/31/07 |
| 106051340 | 08/28/07 | CV-GOV:120 | 12101 | Attorneys Fees and Costs | 3.00 | $158.00 | $474.00 | | 08/31/07 |
| 106051342 | 08/29/07 | CV-GOV:120 | 12101 | Attorneys Fees and Costs | 6.00 | $158.00 | $948.00 | | 08/31/07 |
| 106051351 | 08/30/07 | CV-GOV:120 | 12101 | Attorneys Fees and Costs | 3.75 | $158.00 | $592.50 | | 08/31/07 |
| 106056031 | 09/04/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 4.50 | $158.00 | $711.00 | | 08/31/07 |
| 106056055 | 09/05/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 4.75 | $158.00 | $750.50 | | 08/31/07 |

# Matter Time Activity By Professional Type

As Of 9/19/2007

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 106056064 | 09/06/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.50 | $158.00 | $79.00 | | |

**Zackery P. Morazzini Totals:** 0.50  $79.00

**2007-2008 Totals:** 46.75  $7,386.50

## Fiscal Year: 2006-2007

### Professional: Zackery P. Morazzini

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 105705276 | 07/10/06 | CV-GOV:120 | 12101 | Research | 0.25 | $158.00 | $39.50 | | 07/31/06 |
| 105705290 | 07/11/06 | CV-GOV:120 | 12101 | Client Communication - Written | 0.25 | $158.00 | $39.50 | | 07/31/06 |
| 105705293 | 07/12/06 | CV-GOV:120 | 12101 | Client Communication - Written | 0.25 | $158.00 | $39.50 | | 07/31/06 |
| 105718712 | 07/28/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.75 | $158.00 | $118.50 | | 07/31/06 |
| 105724230 | 07/31/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.00 | $158.00 | $316.00 | | 07/31/06 |
| 105724258 | 08/02/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.75 | $158.00 | $118.50 | | 08/31/06 |
| 105724272 | 08/04/06 | CV-GOV:120 | 12101 | Communication with Others | 0.25 | $158.00 | $39.50 | | 08/31/06 |
| 105727451 | 08/07/06 | CV-GOV:120 | 12101 | Communication with Others | 0.25 | $158.00 | $39.50 | | 08/31/06 |
| 105727468 | 08/10/06 | CV-GOV:120 | 12101 | Client Communication - Written | 0.25 | $158.00 | $39.50 | | 08/31/06 |
| 105727471 | 08/11/06 | CV-GOV:120 | 12101 | Communication with Others | 0.25 | $158.00 | $39.50 | | 08/31/06 |
| 105744432 | 08/28/06 | CV-GOV:120 | 12101 | Research | 2.00 | $158.00 | $316.00 | | 09/30/06 |
| 105745297 | 08/29/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.75 | $158.00 | $118.50 | | 09/30/06 |
| 105745311 | 08/30/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 1.50 | $158.00 | $237.00 | | 09/30/06 |
| 105754266 | 09/13/06 | CV-GOV:120 | 12101 | File Organization | 0.25 | $158.00 | $39.50 | | 09/30/06 |
| 105765948 | 09/28/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.50 | $158.00 | $79.00 | | 09/30/06 |
| 105765960 | 09/29/06 | CV-GOV:120 | 12101 | Research | 0.50 | $158.00 | $79.00 | | 09/30/06 |
| 105777675 | 10/13/06 | CV-GOV:120 | 12101 | Research | 2.00 | $158.00 | $316.00 | | 10/31/06 |
| 105778318 | 10/18/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 1.25 | $158.00 | $197.50 | | 10/31/06 |
| 105811148 | 11/14/06 | CV-GOV:120 | 12101 | Client Communication - Written | 0.25 | $158.00 | $39.50 | | 11/30/06 |
| 105821136 | 11/29/06 | CV-GOV:120 | 12101 | Research | 0.25 | $158.00 | $39.50 | | 12/31/06 |
| 105821150 | 11/30/06 | CV-GOV:120 | 12101 | Research | 0.75 | $158.00 | $118.50 | | 12/31/06 |
| 105821158 | 12/01/06 | CV-GOV:120 | 12101 | Research | 0.50 | $158.00 | $79.00 | | 12/31/06 |
| 105829335 | 12/15/06 | CV-GOV:120 | 12101 | Research | 0.75 | $158.00 | $118.50 | | 12/31/06 |
| 105850166 | 01/08/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 1.50 | $158.00 | $237.00 | | 01/31/07 |
| 105850197 | 01/10/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 01/31/07 |
| 105850232 | 01/12/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 01/31/07 |
| 105870514 | 02/06/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 02/28/07 |
| 105907881 | 03/19/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 03/31/07 |
| 105907926 | 03/22/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 03/31/07 |
| 105921062 | 03/29/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 04/30/07 |
| 105924893 | 04/02/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.50 | $158.00 | $79.00 | | 04/30/07 |
| 105924896 | 04/02/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 1.75 | $158.00 | $276.50 | | 04/30/07 |
| 105924918 | 04/04/07 | CV-GOV:120 | 12101 | Communication with Others | 0.50 | $158.00 | $79.00 | | 04/30/07 |
| 105924927 | 04/05/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 04/30/07 |
| 105925576 | 04/12/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.25 | $158.00 | $355.50 | | 04/30/07 |
| 105935415 | 04/16/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 04/30/07 |

# Matter Time Activity By Professional Type

As Of 9/19/2007

Date: 9/19/07  01:12PM

## Fiscal Year: 2005-2006

### Professional: Christopher E. Krueger

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 105935431 | 04/20/07 | CV-GOV:120 | 12101 | Communication with Others | 1.25 | $158.00 | $197.50 | | 04/30/07 |
| 300370718 | 05/24/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.75 | $158.00 | $118.50 | | 05/31/07 |
| 300370928 | 05/30/07 | CV-GOV:120 | 12101 | Client Communication - Written | 0.50 | $158.00 | $79.00 | | 05/31/07 |
| 300370942 | 05/31/07 | CV-GOV:120 | 12101 | Client Communication - Written | 0.50 | $158.00 | $79.00 | | 05/31/07 |
| 105976663 | 06/05/07 | CV-GOV:120 | 12101 | Communication with Others | 0.25 | $158.00 | $39.50 | | 06/30/07 |
| 106001993 | 06/25/07 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.25 | $158.00 | $39.50 | | 06/30/07 |
| 300388305 | 06/29/07 | CV-GOV:120 | 12101 | Communication with Others | 0.25 | $158.00 | $39.50 | | 06/30/07 |

Zackery P. Morazzini Totals: 28.75    $4,542.50

2006-2007 Totals: 28.75    $4,542.50

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 105507544 | 10/25/05 | CV-GOV:120 | 12101 | Strategy and Analysis | 1.75 | $146.00 | $255.50 | | 12/31/05 |
| 105507591 | 11/02/05 | CV-GOV:120 | 12101 | Supervisory Review | 0.50 | $146.00 | $73.00 | | 12/31/05 |
| 105507592 | 11/03/05 | CV-GOV:120 | 12101 | Supervisory Review | 1.75 | $146.00 | $255.50 | | 12/31/05 |

Christopher E. Krueger Totals: 4.00    $584.00

### Professional: Susan K. Leach

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 500211799 | 10/20/05 | CV-GOV:120 | 12101 | Initial Review & Evaluation | 4.00 | $146.00 | $584.00 | | 11/30/05 |
| 500207561 | 10/21/05 | CV-GOV:120 | 12101 | Initial Review & Evaluation | 4.00 | $146.00 | $584.00 | | 11/30/05 |
| 500207560 | 10/24/05 | CV-GOV:120 | 12101 | Initial Review & Evaluation | 8.00 | $146.00 | $1,168.00 | | 10/31/05 |
| 500207820 | 10/25/05 | CV-GOV:120 | 12101 | Initial Review & Evaluation | 8.00 | $146.00 | $1,168.00 | | 10/31/05 |
| 500208224 | 10/26/05 | CV-GOV:120 | 12101 | Other Motions Preparation | 3.00 | $146.00 | $438.00 | | 10/31/05 |
| 500208826 | 10/27/05 | CV-GOV:120 | 12101 | Initial Review & Evaluation | 6.00 | $146.00 | $876.00 | | 10/31/05 |
| 500208827 | 10/28/05 | CV-GOV:120 | 12101 | Initial Review & Evaluation | 7.00 | $146.00 | $1,022.00 | | 10/31/05 |
| 500209734 | 10/30/05 | CV-GOV:120 | 12101 | Research | 4.00 | $146.00 | $584.00 | | 10/31/05 |
| 500209737 | 10/31/05 | CV-GOV:120 | 12101 | Other Motions Defense | 2.50 | $146.00 | $365.00 | | 10/31/05 |
| 500209735 | 10/31/05 | CV-GOV:120 | 12101 | Research | 4.00 | $146.00 | $584.00 | | 10/31/05 |
| 500209736 | 10/31/05 | CV-GOV:120 | 12101 | Answer | 0.50 | $146.00 | $73.00 | | 10/31/05 |
| 500210103 | 11/01/05 | CV-GOV:120 | 12101 | Research | 3.50 | $146.00 | $511.00 | | 12/31/05 |
| 500210100 | 11/01/05 | CV-GOV:120 | 12101 | Answer | 3.00 | $146.00 | $438.00 | | 12/31/05 |
| 500210459 | 11/02/05 | CV-GOV:120 | 12101 | Other Motions Defense | 1.00 | $146.00 | $146.00 | | 12/31/05 |
| 500210456 | 11/02/05 | CV-GOV:120 | 12101 | Answer | 2.00 | $146.00 | $292.00 | | 12/31/05 |
| 500210457 | 11/02/05 | CV-GOV:120 | 12101 | Research | 5.00 | $146.00 | $730.00 | | 12/31/05 |
| 500210821 | 11/03/05 | CV-GOV:120 | 12101 | Communication with Others | 0.75 | $146.00 | $109.50 | | 12/31/05 |
| 500210822 | 11/03/05 | CV-GOV:120 | 12101 | Research | 8.00 | $146.00 | $1,168.00 | | 12/31/05 |
| 500210825 | 11/03/05 | CV-GOV:120 | 12101 | Communication with Others | 0.50 | $146.00 | $73.00 | | 12/31/05 |
| 500211330 | 11/04/05 | CV-GOV:120 | 12101 | Research | 2.00 | $146.00 | $292.00 | | 12/31/05 |
| 500211331 | 11/04/05 | CV-GOV:120 | 12101 | Other Motions Preparation | 8.00 | $146.00 | $1,168.00 | | 12/31/05 |
| 500211807 | 11/06/05 | CV-GOV:120 | 12101 | Other Motions Defense | 4.00 | $146.00 | $584.00 | | 11/30/05 |
| 500211805 | 11/07/05 | CV-GOV:120 | 12101 | Other Motions Defense | 8.50 | $146.00 | $1,241.00 | | 11/30/05 |
| 500212435 | 11/08/05 | CV-GOV:120 | 12101 | Other Motions Defense | 9.00 | $146.00 | $1,314.00 | | 11/30/05 |

# Matter Time Activity By Professional Type

As Of 9/19/2007

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 500212488 | 11/09/05 | CV-GOV:120 | 12101 | Other Motions Defense | 3.50 | $146.00 | $511.00 | | 11/30/05 |
| 500213104 | 11/10/05 | CV-GOV:120 | 12101 | Other Motions Defense | 1.00 | $146.00 | $146.00 | | 11/30/05 |
| 500216900 | 11/28/05 | CV-GOV:120 | 12101 | Other Motions Defense | 5.00 | $146.00 | $730.00 | | 11/30/05 |
| 500219126 | 11/29/05 | CV-GOV:120 | 12101 | Other Motions Defense | 4.00 | $146.00 | $584.00 | | 01/31/06 |
| 500219131 | 11/30/05 | CV-GOV:120 | 12101 | Other Motions Defense | 3.00 | $146.00 | $438.00 | | 01/31/06 |
| 500221155 | 12/02/05 | CV-GOV:120 | 12101 | Misc. Court Appearance | 2.00 | $146.00 | $292.00 | | 01/31/06 |
| 500221159 | 12/05/05 | CV-GOV:120 | 12101 | Misc. Pleading Preparation | 4.50 | $146.00 | $657.00 | | 12/31/05 |
| 500221161 | 12/06/05 | CV-GOV:120 | 12101 | Misc. Pleading Preparation | 4.00 | $146.00 | $584.00 | | 12/31/05 |
| 500219707 | 12/07/05 | CV-GOV:120 | 12101 | Misc. Pleading Preparation | 2.00 | $146.00 | $292.00 | | 12/31/05 |
| 500221164 | 12/08/05 | CV-GOV:120 | 12101 | Misc. Pleading Preparation | 3.50 | $146.00 | $511.00 | | 12/31/05 |
| 500221169 | 12/08/05 | CV-GOV:120 | 12101 | Travel/Travel Claim Prep. | 3.00 | $146.00 | $438.00 | | 12/31/05 |
| 500221171 | 12/09/05 | CV-GOV:120 | 12101 | Misc. Court Appearance | 3.00 | $146.00 | $438.00 | | 12/31/05 |
| 500221172 | 12/09/05 | CV-GOV:120 | 12101 | Travel/Travel Claim Prep. | 4.00 | $146.00 | $584.00 | | 12/31/05 |
| 500225454 | 12/22/05 | CV-GOV:120 | 12101 | Other Motions Defense | 1.00 | $146.00 | $146.00 | | 12/31/05 |
| 500257344 | 03/14/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 2.00 | $146.00 | $292.00 | | 03/31/06 |
| 500257340 | 03/17/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 4.00 | $146.00 | $584.00 | | 03/31/06 |
| 500259289 | 03/21/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 3.00 | $146.00 | $438.00 | | 03/31/06 |
| 500259265 | 03/22/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 2.00 | $146.00 | $292.00 | | 03/31/06 |
| 500257341 | 03/23/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 8.00 | $146.00 | $1,168.00 | | 03/31/06 |
| 500258667 | 03/24/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 2.50 | $146.00 | $365.00 | | 03/31/06 |
| 500263595 | 04/07/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 8.00 | $146.00 | $1,168.00 | | 04/30/06 |
| 500258655 | 03/27/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 6.00 | $146.00 | $876.00 | | 04/30/06 |
| 500263673 | 04/10/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 4.50 | $146.00 | $657.00 | | 04/30/06 |
| 500258662 | 03/28/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 5.00 | $146.00 | $730.00 | | 04/30/06 |
| 500263674 | 04/12/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 4.00 | $146.00 | $584.00 | | 04/30/06 |
| 500263592 | 04/04/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 4.00 | $146.00 | $584.00 | | 04/30/06 |
| 500266547 | 04/05/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 5.00 | $146.00 | $730.00 | | 04/30/06 |
| 500266547 | 04/13/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 8.00 | $146.00 | $1,168.00 | | 04/30/06 |
| 500263593 | 04/05/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 8.00 | $146.00 | $1,168.00 | | 04/30/06 |
| 500266417 | 04/14/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 6.00 | $146.00 | $876.00 | | 04/30/06 |
| 500265737 | 04/17/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 4.00 | $146.00 | $584.00 | | 04/30/06 |
| 500265741 | 04/18/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 3.00 | $146.00 | $438.00 | | 04/30/06 |
| 500266562 | 04/19/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 3.00 | $146.00 | $438.00 | | 04/30/06 |

Susan K. Leach Totals: 234.75 $34,273.50

Professional: Zackery P. Morazzini

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 105481729 | 10/24/05 | CV-GOV:120 | 12101 | Initial Review & Evaluation | 7.75 | $146.00 | $1,131.50 | | 11/30/05 |
| 105481735 | 10/25/05 | CV-GOV:120 | 12101 | Research | 9.00 | $146.00 | $1,314.00 | | 11/30/05 |
| 105481737 | 10/26/05 | CV-GOV:120 | 12101 | Research | 10.50 | $146.00 | $1,533.00 | | 11/30/05 |
| 105481738 | 10/27/05 | CV-GOV:120 | 12101 | Research | 8.50 | $146.00 | $1,241.00 | | 11/30/05 |
| 105481740 | 10/28/05 | CV-GOV:120 | 12101 | Research | 8.50 | $146.00 | $1,241.00 | | 11/30/05 |
| 105481741 | 10/29/05 | CV-GOV:120 | 12101 | Other Motions Defense | 3.00 | $146.00 | $438.00 | | 11/30/05 |
| 105481745 | 10/31/05 | CV-GOV:120 | 12101 | Other Motions Defense | 7.50 | $146.00 | $1,095.00 | | 11/30/05 |
| 105481747 | 11/01/05 | CV-GOV:120 | 12101 | Other Motions Defense | 9.00 | $146.00 | $1,314.00 | | 11/30/05 |
| 105481750 | 11/02/05 | CV-GOV:120 | 12101 | Other Motions Defense | 9.00 | $146.00 | $1,314.00 | | 11/30/05 |

# Matter Time Activity By Professional Type

As Of 9/19/2007

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 105481752 | 11/03/05 | CV-GOV:120 | 12101 | Investigation - Non Witness Evidence Rev | 1.50 | $146.00 | $219.00 | | 11/30/05 |
| 105481753 | 11/03/05 | CV-GOV:120 | 12101 | Other Motions Defense | 7.50 | $146.00 | $1,095.00 | | 11/30/05 |
| 105481755 | 11/04/05 | CV-GOV:120 | 12101 | Other Motions Defense | 9.00 | $146.00 | $1,314.00 | | 11/30/05 |
| 105481757 | 11/05/05 | CV-GOV:120 | 12101 | Other Motions Defense | 8.00 | $146.00 | $1,168.00 | | 11/30/05 |
| 105481758 | 11/06/05 | CV-GOV:120 | 12101 | Other Motions Defense | 6.00 | $146.00 | $876.00 | | 11/30/05 |
| 105486878 | 11/07/05 | CV-GOV:120 | 12101 | Answer | 8.50 | $146.00 | $1,241.00 | | 11/30/05 |
| 105486882 | 11/08/05 | CV-GOV:120 | 12101 | Other Motions Defense | 8.00 | $146.00 | $1,168.00 | | 11/30/05 |
| 105486884 | 11/09/05 | CV-GOV:120 | 12101 | Other Motions Defense | 9.00 | $146.00 | $1,314.00 | | 11/30/05 |
| 105486885 | 11/10/05 | CV-GOV:120 | 12101 | Other Motions Defense | 7.50 | $146.00 | $1,095.00 | | 11/30/05 |
| 105494674 | 11/15/05 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.75 | $146.00 | $401.50 | | 11/30/05 |
| 105494685 | 11/16/05 | CV-GOV:120 | 12101 | Research | 1.75 | $146.00 | $255.50 | | 11/30/05 |
| 105494712 | 11/21/05 | CV-GOV:120 | 12101 | Research | 1.75 | $146.00 | $255.50 | | 11/30/05 |
| 105494724 | 11/23/05 | CV-GOV:120 | 12101 | Communication with Others | 1.25 | $146.00 | $182.50 | | 11/30/05 |
| 105500678 | 11/28/05 | CV-GOV:120 | 12101 | Other Motions Defense | 8.00 | $146.00 | $1,168.00 | | 11/30/05 |
| 105500680 | 11/29/05 | CV-GOV:120 | 12101 | Other Motions Defense | 5.25 | $146.00 | $766.50 | | 11/30/05 |
| 105500682 | 11/30/05 | CV-GOV:120 | 12101 | Other Motions Defense | 3.25 | $146.00 | $474.50 | | 11/30/05 |
| 105500692 | 12/01/05 | CV-GOV:120 | 12101 | Other Motions Defense | 4.25 | $146.00 | $620.50 | | 12/31/05 |
| 105500701 | 12/02/05 | CV-GOV:120 | 12101 | Research | 1.25 | $146.00 | $182.50 | | 12/31/05 |
| 105507449 | 12/05/05 | CV-GOV:120 | 12101 | Communication with Others | 0.50 | $146.00 | $73.00 | | 12/31/05 |
| 105507668 | 12/05/05 | CV-GOV:120 | 12101 | Research | 8.50 | $146.00 | $1,241.00 | | 12/31/05 |
| 105507670 | 12/06/05 | CV-GOV:120 | 12101 | Research | 9.00 | $146.00 | $1,314.00 | | 12/31/05 |
| 105507671 | 12/07/05 | CV-GOV:120 | 12101 | Research | 8.00 | $146.00 | $1,168.00 | | 12/31/05 |
| 105507673 | 12/08/05 | CV-GOV:120 | 12101 | Travel/Travel Claim Prep. | 2.75 | $146.00 | $401.50 | | 12/31/05 |
| 105507672 | 12/08/05 | CV-GOV:120 | 12101 | Other Motions Preparation | 8.00 | $146.00 | $1,168.00 | | 12/31/05 |
| 105507678 | 12/09/05 | CV-GOV:120 | 12101 | Travel/Travel Claim Prep. | 2.75 | $146.00 | $401.50 | | 12/31/05 |
| 105507677 | 12/09/05 | CV-GOV:120 | 12101 | Other Motions Preparation | 2.50 | $146.00 | $365.00 | | 12/31/05 |
| 105507680 | 12/09/05 | CV-GOV:120 | 12101 | Research | 1.00 | $146.00 | $146.00 | | 12/31/05 |
| 105507676 | 12/09/05 | CV-GOV:120 | 12101 | Other Motions Appearance | 2.50 | $146.00 | $365.00 | | 12/31/05 |
| 105507684 | 12/13/05 | CV-GOV:120 | 12101 | Communication with Others | 1.00 | $146.00 | $146.00 | | 12/31/05 |
| 105507687 | 12/14/05 | CV-GOV:120 | 12101 | Research | 3.00 | $146.00 | $438.00 | | 12/31/05 |
| 105507700 | 12/19/05 | CV-GOV:120 | 12101 | Research | 6.00 | $146.00 | $876.00 | | 12/31/05 |
| 105515276 | 12/20/05 | CV-GOV:120 | 12101 | Research | 1.75 | $146.00 | $255.50 | | 12/31/05 |
| 105515294 | 12/21/05 | CV-GOV:120 | 12101 | Research | 2.25 | $146.00 | $328.50 | | 12/31/05 |
| 105515300 | 12/22/05 | CV-GOV:120 | 12101 | Research | 2.50 | $146.00 | $365.00 | | 12/31/05 |
| 105515308 | 12/23/05 | CV-GOV:120 | 12101 | Research | 6.00 | $146.00 | $876.00 | | 12/31/05 |
| 105515312 | 12/23/05 | CV-GOV:120 | 12101 | Research | 4.25 | $146.00 | $620.50 | | 12/31/05 |
| 105515340 | 12/27/05 | CV-GOV:120 | 12101 | Research | 2.50 | $146.00 | $365.00 | | 12/31/05 |
| 105515362 | 12/28/05 | CV-GOV:120 | 12101 | Research | 1.50 | $146.00 | $219.00 | | 12/31/05 |
| 105519150 | 01/03/06 | CV-GOV:120 | 12101 | Communication with Others | 0.75 | $146.00 | $109.50 | | 01/31/06 |
| 105519152 | 01/03/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 3.75 | $146.00 | $547.50 | | 01/31/06 |
| 105519161 | 01/04/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.00 | $146.00 | $292.00 | | 01/31/06 |
| 105519189 | 01/06/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.00 | $146.00 | $292.00 | | 01/31/06 |
| 105523263 | 01/09/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 1.75 | $146.00 | $255.50 | | 01/31/06 |
| 105523272 | 01/11/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 4.25 | $146.00 | $620.50 | | 01/31/06 |

## Matter Time Activity By Professional Type

As Of 9/19/2007

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 105523276 | 01/12/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.75 | $146.00 | $109.50 | | 01/31/06 |
| 105528626 | 01/19/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 4.00 | $146.00 | $584.00 | | 01/31/06 |
| 105528636 | 01/20/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 4.50 | $146.00 | $657.00 | | 01/31/06 |
| 105549937 | 01/24/06 | CV-GOV:120 | 12101 | Research | 2.00 | $146.00 | $292.00 | | 01/31/06 |
| 105558994 | 02/01/06 | CV-GOV:120 | 12101 | Communication with Opposing Party | 0.75 | $146.00 | $109.50 | | 02/28/06 |
| 105558995 | 02/01/06 | CV-GOV:120 | 12101 | Research | 3.50 | $146.00 | $511.00 | | 02/28/06 |
| 105559001 | 02/03/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.00 | $146.00 | $292.00 | | 02/28/06 |
| 105565873 | 02/07/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 7.50 | $146.00 | $1,095.00 | | 02/28/06 |
| 105565883 | 02/08/06 | CV-GOV:120 | 12101 | Research | 5.00 | $146.00 | $730.00 | | 02/28/06 |
| 105565897 | 02/09/06 | CV-GOV:120 | 12101 | Research | 1.50 | $146.00 | $219.00 | | 02/28/06 |
| 105565910 | 02/10/06 | CV-GOV:120 | 12101 | Research | 1.50 | $146.00 | $219.00 | | 02/28/06 |
| 105565940 | 02/03/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 2.00 | $146.00 | $292.00 | | 02/28/06 |
| 105565941 | 02/15/06 | CV-GOV:120 | 12101 | Research | 2.75 | $146.00 | $401.50 | | 02/28/06 |
| 105565961 | 02/16/06 | CV-GOV:120 | 12101 | Communication with Opposing Party | 1.75 | $146.00 | $255.50 | | 02/28/06 |
| 105565969 | 02/17/06 | CV-GOV:120 | 12101 | Communication with Opposing Party | 1.50 | $146.00 | $219.00 | | 02/28/06 |
| 105576130 | 02/21/06 | CV-GOV:120 | 12101 | Communication with Opposing Party | 0.25 | $146.00 | $36.50 | | 02/28/06 |
| 105576133 | 02/21/06 | CV-GOV:120 | 12101 | Research | 0.75 | $146.00 | $109.50 | | 02/28/06 |
| 105576141 | 02/22/06 | CV-GOV:120 | 12101 | Communication with Opposing Party | 0.75 | $146.00 | $109.50 | | 02/28/06 |
| 105576158 | 02/24/06 | CV-GOV:120 | 12101 | Research | 1.25 | $146.00 | $182.50 | | 02/28/06 |
| 105577067 | 02/27/06 | CV-GOV:120 | 12101 | Communication with Others | 0.50 | $146.00 | $73.00 | | 02/28/06 |
| 105582044 | 03/06/06 | CV-GOV:120 | 12101 | Communication with Opposing Party | 0.25 | $146.00 | $36.50 | | 03/31/06 |
| 105582055 | 03/07/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 1.25 | $146.00 | $182.50 | | 03/31/06 |
| 105582062 | 03/08/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 4.75 | $146.00 | $693.50 | | 03/31/06 |
| 105582067 | 03/09/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 0.50 | $146.00 | $73.00 | | 03/31/06 |
| 105582072 | 03/10/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 4.00 | $146.00 | $584.00 | | 03/31/06 |
| 105587333 | 03/13/06 | CV-GOV:120 | 12101 | Communication with Others | 8.00 | $146.00 | $1,168.00 | | 03/31/06 |
| 105587337 | 03/14/06 | CV-GOV:120 | 12101 | Research | 10.00 | $146.00 | $1,460.00 | | 03/31/06 |
| 105587339 | 03/15/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 9.50 | $146.00 | $1,387.00 | | 03/31/06 |
| 105587343 | 03/16/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 6.50 | $146.00 | $949.00 | | 03/31/06 |
| 105587349 | 03/17/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 6.00 | $146.00 | $876.00 | | 03/31/06 |
| 105591615 | 03/20/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 5.00 | $146.00 | $730.00 | | 03/31/06 |
| 105591616 | 03/21/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 6.00 | $146.00 | $876.00 | | 03/31/06 |
| 105591620 | 03/22/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 5.00 | $146.00 | $730.00 | | 03/31/06 |
| 105591621 | 03/23/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 8.00 | $146.00 | $1,168.00 | | 03/31/06 |
| 105591623 | 03/24/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 10.00 | $146.00 | $1,460.00 | | 03/31/06 |
| 105591631 | 03/25/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 9.50 | $146.00 | $1,387.00 | | 03/31/06 |
| 105598047 | 03/27/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 4.50 | $146.00 | $657.00 | | 03/31/06 |
| 105598050 | 03/28/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 9.00 | $146.00 | $1,314.00 | | 03/31/06 |
| 105598052 | 03/29/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 9.00 | $146.00 | $1,314.00 | | 03/31/06 |
| 105598053 | 03/30/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 8.50 | $146.00 | $1,241.00 | | 03/31/06 |
| 105602540 | 04/03/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 5.50 | $146.00 | $803.00 | | 04/30/06 |
| 105602574 | 04/04/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 7.25 | $146.00 | $1,058.50 | | 04/30/06 |
| 105607524 | 04/11/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 1.25 | $146.00 | $182.50 | | 04/30/06 |
| 105607527 | 04/12/06 | CV-GOV:120 | 12101 | Defense of Motions Attacking the Pleadin | 3.50 | $146.00 | $511.00 | | 04/30/06 |
| | | | | Research | 3.50 | $146.00 | $511.00 | | 04/30/06 |

# Matter Time Activity By Professional Type

As Of 9/19/2007

| Trans # | Date | Section | Client | Task | Hours Worked | Rate | Amount | Adj? | Stmn Date |
|---|---|---|---|---|---|---|---|---|---|
| 105607528 | 04/12/06 | CV-GOV:120 | 12101 | Communication with Others | 0.25 | $146.00 | $36.50 | | 04/30/06 |
| 105607537 | 04/13/06 | CV-GOV:120 | 12101 | Defense of Motions Attacking the Pleadin | 5.00 | $146.00 | $730.00 | | 04/30/06 |
| 105607539 | 04/14/06 | CV-GOV:120 | 12101 | Defense of Motions Attacking the Pleadin | 7.75 | $146.00 | $1,131.50 | | 04/30/06 |
| 105607543 | 04/15/06 | CV-GOV:120 | 12101 | Defense of Motions Attacking the Pleadin | 4.00 | $146.00 | $584.00 | | 04/30/06 |
| 105619132 | 04/17/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 4.75 | $146.00 | $693.50 | | 04/30/06 |
| 105619137 | 04/18/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 6.75 | $146.00 | $985.50 | | 04/30/06 |
| 105619141 | 04/19/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 6.25 | $146.00 | $912.50 | | 04/30/06 |
| 105619147 | 04/20/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 6.00 | $146.00 | $876.00 | | 04/30/06 |
| 105619151 | 04/21/06 | CV-GOV:120 | 12101 | Research | 5.25 | $146.00 | $766.50 | | 04/30/06 |
| 105629214 | 04/24/06 | CV-GOV:120 | 12101 | Research | 4.75 | $146.00 | $693.50 | | 04/30/06 |
| 105629219 | 04/25/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 4.75 | $146.00 | $693.50 | | 05/31/06 |
| 105629221 | 04/26/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 3.75 | $146.00 | $547.50 | | 05/31/06 |
| 105629222 | 04/26/06 | CV-GOV:120 | 12101 | Investigation - Witness Interviews | 4.00 | $146.00 | $584.00 | | 05/31/06 |
| 105629226 | 04/27/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 7.00 | $146.00 | $1,022.00 | | 05/31/06 |
| 105629231 | 04/28/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 2.50 | $146.00 | $365.00 | | 05/31/06 |
| 105629237 | 05/01/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Defense | 1.00 | $146.00 | $146.00 | | 05/31/06 |
| 105629250 | 05/03/06 | CV-GOV:120 | 12101 | Communication with Others | 0.25 | $146.00 | $36.50 | | 05/31/06 |
| 105629254 | 05/05/06 | CV-GOV:120 | 12101 | Research | 0.75 | $146.00 | $109.50 | | 05/31/06 |
| 105658539 | 05/05/06 | CV-GOV:120 | 12101 | Client Communication - Written | 0.50 | $146.00 | $73.00 | | 05/31/06 |
| 105658547 | 05/10/06 | CV-GOV:120 | 12101 | Strategy and Analysis | 1.50 | $146.00 | $219.00 | | 05/31/06 |
| 105658561 | 05/11/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 8.00 | $146.00 | $1,168.00 | | 05/31/06 |
| 105658570 | 05/12/06 | CV-GOV:120 | 12101 | Motion for Summary Judgment Prep/Filing | 9.00 | $146.00 | $1,314.00 | | 05/31/06 |
| 105658586 | 05/15/06 | CV-GOV:120 | 12101 | File Organization | 0.25 | $146.00 | $36.50 | | 05/31/06 |
| 105669102 | 05/25/06 | CV-GOV:120 | 12101 | Research | 1.50 | $146.00 | $219.00 | | 05/31/06 |
| 105689623 | 06/26/06 | CV-GOV:120 | 12101 | Research | 1.25 | $146.00 | $182.50 | | 06/30/06 |

Zackery P. Morazzini Totals: 521.00 $76,066.00

2005-2006 Totals: 759.75 $110,923.50

ATTORNEY Totals: 851.25 $125,380.50

SA2005104610 Totals: 851.25 $125,380.50