1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  JONATHAN K. RENNER
   Supervising Deputy Attorney General
4  ZACKERY P. MORAZZINI, State Bar No. 204237
   Deputy Attorney General
5  STEVEN M. GEVERCER, State Bar No. 112790
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 322-7487
8   Fax: (916) 324-5567
    Email: Steven.Gevercer@doj.ca.gov
9
   Attorneys for Defendants Governor Arnold
10 Schwarzenegger and Attorney General Bill Lockyer

11

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | C 05 4188 RMW RS<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS FEES AND COSTS.<br><br>[Fed. R. Evid. § 201]<br><br>Hearing:    October 19, 2007<br>Time:       9:00 a.m.<br>Courtroom:  6<br>Judge:      The Honorable Ronald<br>            M. Whyte |

Request for Judicial Notice                     Video Software Dealers Association, et al. v. Arnold Schwarzenegger, et al.
                                                                                         C 05 4188 RMW RS

1

1  Pursuant to Federal Rule of Evidence 201(b)(2) the state defendants hereby request that this Court take judicial notice of United States District Court documents attached as Exhibits A through F to the supporting declaration of Michelle Levy. Federal Rule of Evidence 201(b)(2) permits judicial notice of a fact that is "not subject to reasonable dispute in that it is ... (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." A court may take judicial notice of its own records and matters of public record outside the pleadings. See generally, 9 Wright and Miller, Federal Practice and Procedure: Evidence 2d, §5106.4, at 228-232 (1994); *MGIC Indem. Co. v. Weisman,* 803 F.2d 500, 505 (9th Cir.1986).

Attached to the supporting declaration of Michelle Levy are true and correct copies of the following documents for which judicial notice is requested:

Exhibit A: Plaintiffs' Notice of Motion and Motion for a Preliminary Injunction (Document No. 5) and Plaintiffs' Notice of Motion and Motion For Summary Judgement (Document No. 74) filed in the present case.

Exhibit B: Plaintiffs' Motion for a Preliminary Injunction (Document No. 9); Plaintiffs' Motion For Summary Judgement (Document No. 41); and Order Granting Plaintiffs' Motion For Attorneys Fees and Costs (Document No.75) in *Entertainment Software Association v. Granholm,* (E.D.Mich).

Exhibit C: Plaintiffs' Memorandum in Support of Motion for a Temporary Restraining Order and/or a Preliminary Injunction filed in *Entertainment Software Association v. Hatch,* (D. Minn 2006).

Exhibit D: Plaintiffs' Memorandum in Support of Application for a Temporary Restraining Order; and Plaintiffs' Memorandum in Support of Motion For Summary Judgement filed in *Entertainment Software Association v. Foti* (M.D. La).

Exhibit E: Plaintiffs' Memorandum in Support of Motion for a Preliminary Injunction filed in *Entertainment Software Association v. Blagojevich* (N.D. Ill.)

Exhibit F: Plaintiffs' Motion for a Preliminary Injunction; and Plaintiffs' Motion For Summary Judgement filed in *Video Software Dealers Association v Maleng* (W.D. Wash.)

| | |
|---|---|
| Dated: September 26, 2007 | |
| | Respectfully submitted, |
| | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| | CHRISTOPHER E. KRUEGER<br>Senior Assistant Attorney General |
| | JONATHAN K. RENNER<br>Supervising Deputy Attorney General |
| | /s/ STEVEN M. GEVERCER |
| | STEVEN M. GEVERCER<br>Deputy Attorney General<br>Attorneys for Defendants |

10378731.wpd
SA2005104610

Request for Judicial Notice     Video Software Dealers Association, et al. v. Arnold Schwarzenegger, et al.
C 05 4188 RMW RS

3