1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  JONATHAN K. RENNER
   Supervising Deputy Attorney General
4  ZACKERY P. MORAZZINI, State Bar No. 204237
   Deputy Attorney General
5  STEVEN M. GEVERCER, State Bar No. 112790
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 322-7487
8   Fax: (916) 324-5567
    E-mail: Steven.Gevercer@doj.ca.gov

Attorneys for Defendants Governor Arnold
Schwarzenegger and Attorney General Bill Lockyer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | C 05 4188 RMW RS<br><br>DECLARATION OF MICHELE LEVY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE |

LEVY DECLARATION                 *Video Software Dealers Association, et al. v. Arnold Schwarzenegger, et al.*
                                                                               C 05 4188 RMW RS

1

1    I, MICHELLE LEVY, declare as follows:

2    1.   I am a Senior Legal Analyst in the Government Law Section of the Attorney General's Office. I have personal knowledge of the following and if asked to testify thereto could do so competently.

3    2.   On Friday, September 21, 2007, I downloaded from the Administrative Office of the U.S. Courts PACER Service Center website (https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?1009354920991142-L_353_0-1) the Plaintiffs' Notice of Motion and Motion for a Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof, Document No. 5; and Plaintiffs' Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof, Document No. 74 in *Video Software Dealers Association et al. v. Schwarzenegger et al.*, Case No. 5:05-cv-04188-RMW. Attached as exhibit "A" are the true and accurate copies of these pleadings.

4    3.   On Tuesday, September 18, 2007, I downloaded from the Administrative Office of the U.S. Courts PACER Service Center website (https://ecf.mied.uscourts.gov/cgi-bin/DktRpt.pl?546833367549841-L_353_0-1) the Plaintiffs' Motion for a Preliminary Injunction, Document No. 9; Plaintiffs' Motion for Summary Judgment, Document No. 41; and Order Granting Plaintiffs' Motion for Attorney Fees and Costs, Document No. 75 in *Entertainment Software Association et al. v. Granholm et al*, Case No. 2:05-cv-73634-GCS-SDP. Attached as exhibit "B" are the true and accurate copies of these documents.

5    4.   On Wednesday, September 19, 2007, I downloaded from the Administrative Office of the U.S. Courts PACER Service Center website (https://ecf.mnd.uscourts.gov/cgi-bin/DktRpt.pl?544474937939973-L_353_0-1) the Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order and/or a Preliminary Injunction, Document No. 9 in *Entertainment Software Association et al. v. Hatch*, Case No. 0:06-cv-02268-JMR-FLN. Attached as exhibit "C" are the true and accurate copies of this pleading.

6    5.   On Wednesday, September 19, 2007, I downloaded from the Administrative Office of the U.S. Courts PACER Service Center website (https://ecf.lamd.uscourts.gov/cgi-bin/DktRpt.pl?115516405034216-L_353_0-1) the Memorandum in Support of Plaintiffs' Application

1 for a Temporary Restraining Order, Document No. 5; and Memorandum in Support of Plaintiffs'
2 Motion for Summary Judgment, Document No. 42 in *Entertainment Software Association et al. v.*
3 *Foti et al*, Case No. 3:06-cv-00431-JJB-CN. Attached as exhibit "D" are the true and accurate copies
4 of these pleadings.

5       6. On Thursday, September 20, 2007, I downloaded from the Administrative Office of
6 the U.S. Courts PACER Service Center website (https://ecf.ilnd.uscourts.gov/cgi-bin/
7 DktRpt.pl?107901189539469-L_353_0-1) Memorandum in Support of Plaintiffs' Motion for a
8 Preliminary Injunction, Document No. 29 in *Entertainment Software Association et al. v.*
9 *Blagojevich et al.*, Case No. 1:05-cv-04265. Attached as exhibit "E" are the true and accurate copies
10 of this pleading.

11       7. On Thursday, September 20, 2007, I downloaded from the Administrative Office of
12 the U.S. Courts PACER Service Center website (https://ecf.wawd.uscourts.gov/cgi-bin/
13 DktRpt.pl?369736883620614-L_353_0-1) Plaintiffs' Motion for Preliminary Injunction, Document
14 No. 2; and Plaintiffs' Motion for Summary Judgment (Noting Date October 10, 2003), Document
15 No. 48 in *Video Software Dealers Association et al. v. Maleng et al.*, Case No. 2:03-cv-01245-RSL.
16 Attached as exhibit "F" are the true and accurate copies of these pleadings.

17     I declare under penalty of perjury under the laws of the State of California that the
18 foregoing is true and correct that the foregoing is true and correct.

19     Executed this 26th day of September, 2007, at Sacramento, California.

21                                 /s/ MICHELLE LEVY

22                                 MICHELLE LEVY

LEVY DECLARATION         *Video Software Dealers Association, et al. v. Arnold Schwarzenegger, et al.*
                                                                C 05 4188 RMW RS