1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  JONATHAN K. RENNER
   Supervising Deputy Attorney General
4  ZACKERY P. MORAZZINI, State Bar No. 204237
   Deputy Attorney General
5  STEVEN M. GEVERCER, State Bar No. 112790
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 322-7487
8   Fax: (916) 324-5567
    E-mail: Steven.Gevercer@doj.ca.gov
9
   Attorneys for Defendants
10 Governor Arnold Schwarzenegger and
   Attorney General Bill Lockyer
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIDEO SOFTWARE DEALERS and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05 4188 RMW RS<br><br>**DECLARATION OF SERVICE BY U.S. MAIL**<br><br>Hearing: October 19, 2007<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Judge: The Honorable Ronald M. Whyte |

Declaration of Service by U.S. Mail

VSDA v. Schwarzenegger, et al.
Case No. C 05 4188 RMW RS

1

Dockets.Justia.com

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Video Software Dealers Association, et al. v. Arnold Schwarzenegger, et al.**

No.:  **C 05 4188 RMW RS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On September 28, 2007, I served the attached

1. **State Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs**
2. **Declaration of Anthony Westlake in Support of Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs**
3. **Declaration of Michele Levy in Support of Request for Judicial Notice**
4. **Request for Judicial Notice in Support of Opposition to Plaintiffs' Motion for Attorneys Fees and Costs**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Common Sense Media
c/o Goodin, MacBride, Squeri, Ritchie & Day, LLP
505 Sansome Street, Suite 900
San Francisco, CA 94111

Katherine A. Fallow
Jenner & Block LLP
601 13th Street, N.W.
Suite 1200
Washington, DC 20005

Paul M. Smith
Jenner & Block LLP
601 13th Street, N.W.
Suite 1200
Washington, DC 20005

Amy L. Tenney
Jenner & Block LLP
601 13th Street, N.W.
Suite 1200
Washington, DC 20005

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 28, 2007, at Sacramento, California.

|  Susan Razzano  |  /s/ Susan Razzano  |
|---|---|
|  Declarant  |  Signature  |