GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice*)
KATHERINE A. FALLOW (*pro hac vice*)
AMY L. TENNEY (*pro hac vice*)
MATTHEW S. HELLMAN (*pro hac vice*)
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Plaintiffs
VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br><br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>**SUPPLEMENTAL DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: October 19, 2007<br>Time  9:00 a.m. |

---

SUPPLEMENTAL DECLARATION OF ETHAN D. DETTMER IN
SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS            CASE NO. C 05-4188 RMW (RS)

I, ETHAN D. DETTMER, declare as follows:

I am a partner in the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn" or the "Firm"), and I am an attorney for plaintiffs Video Software Dealers Association and Entertainment Software Association (collectively, the "Plaintiffs") in this action. I submit this supplemental declaration in further support of Plaintiffs' Application for Attorneys' Fees and Costs, made pursuant to 28 U.S.C. § 1920, 42 U.S.C. § 1988, Fed. R. Civ. P. 54(d), and Northern District Civil Local Rule 54-6. The facts stated in this declaration are based on my personal knowledge, and if called to testify, I could and would testify competently thereto.

1. Since filing the Motion for Attorneys' Fees and Costs in August 2007, the Plaintiffs have incurred additional costs and attorneys' fees in this action. These fees and costs relate to the bringing of the Motion for Attorneys' Fees and Costs.

**Experience of Gibson, Dunn & Crutcher LLP Attorneys**

2. Joseph W. Guzzetta is an associate of Gibson Dunn, resident in the Firm's Palo Alto office. He currently practices in the Firm's litigation department. Prior to joining the Firm, Mr. Guzzetta was an associate of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP resident in that Firm's the Palo Alto office. Mr. Guzzetta received his law degree from New York University School of Law in 2004. Mr. Guzzetta earned his undergraduate degree with highest honors from the University of California at Santa Cruz. During the relevant time period, Mr. Guzzetta's billing rate was $410 per hour.

3. Additionally, as reflected below, I expended additional time in the month of August 2007. As noted in my previous declaration, the billing rates that Gibson, Dunn charges its clients change periodically. During the relevant time period, my billing rate was $555 per hour.

4. These hourly rates are the same rates customarily charged clients for services by the listed attorneys and staff at the time when these services were rendered on behalf of Plaintiffs in this case. These are also the same rates the Firm charged to clients in other cases at the time. These hourly rates are commensurate with the rates charged at that time by other comparable law firms in the San Francisco Bay Area for services by attorneys with similar levels of experience. See

1

1  Declaration of Ethan D. Dettmer in Support of Motion for Attorneys' Fees and Costs ¶ 16;
Attachment C.

**Attorneys' Fees And Costs Incurred By Plaintiffs**

5.  Since the filing of the fee application, the plaintiffs have incurred additional attorneys' fees in the amount of $9,897.35 for services rendered by Gibson Dunn attorneys. I prepared Attachment A to this fee application along with Mr. Guzzetta, which includes an itemized list of the time expended and services rendered in this case in the month of August 2007. Attachment A is comprised of the legal bills for services rendered by Gibson Dunn attorneys in this matter.

6  The time entries listed in Attachment A were recorded by the listed attorneys on or near the date on which the services were rendered in this proceeding, and submitted contemporaneously for entry into the Firm's timekeeping system. The time entries have more recently been edited to protect privileged communications with the client, or to protect aspects of litigation strategy or attorney mental impressions that are protected by the attorney work product doctrine and to remove entries for which we are not seeking reimbursement (note that the figures representing the total billings in Attachment A have not been altered, but the total amount of fees we are seeking, which is less than the amounts shown in Attachment A, is set forth in ¶ 5 above). As reflected in Attachment A, after considering a variety of factors specific to this litigation, the Firm reduced the attorneys fees we charged to the Plaintiffs in this matter. Unredacted copies of these bills are available for the Court's *in camera* review pursuant to Civil Local Rule 54-6(b)(2) should the Court desire to review that information.

7.  I have reviewed the time records summarized above and reprinted in Attachment A. The hours were reasonably expended to accomplish the tasks necessary for this litigation. The following table summarizes the hours spent by each Gibson Dunn attorney on this case since the Motion for Attorneys' Fees and Costs was submitted:

| ATTORNEYS | TOTAL HOURS |
|---|---|
| Ethan D. Dettmer | 4.1 ($555) |
| Joseph W. Guzzetta | 20.1 ($410) |

2

8. Attachment A to this fee application also contains all disbursements that Gibson Dunn made in furtherance of this case. The disbursements total $154.76. Mr. Guzzetta and I have reviewed the costs and expenses listed as disbursements in Attachment A, and have verified their accuracy. Attachment B to this fee application contains copies of invoices and other proof of such costs.

9. Based on my familiarity with the facts and issues in this litigation, I believe that the hours and expenses itemized in Attachment A were reasonably and necessarily incurred on behalf of the Plaintiffs.

I declare penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed at San Francisco, California on October 5, 2007.

/s/
Ethan D. Dettmer

100311898_1.DOC

3

# ATTACHMENT A

Case 5:05-cv-04188-RMW   Document 130   Filed 10/05/2007   Page 5 of 20

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

Federal Taxpayer ID #95-1611234

September 10, 2007

Invoice No. 2007091084

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

**For Services Rendered and Costs/Charges Advanced Through August 31, 2007**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 12,383.00 | $ 154.76 | $ 12,537.76 |
|  | **Totals** | $ 12,383.00 | $ 154.76 | $ 12,537.76 |
|  | Premium/Discount |  |  | -619.15 |
|  | **Current Balance Due** |  |  | $ 11,918.61 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Attn: Raquel Ramirez, Telephone: (213) 253-6200, Fax: (213) 626-1415
*Please include the client number and the proper attorney to notify in the wire instructions.*

**REDACTED**

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: September 10, 2007          **Due and Payable Upon Receipt**          Invoice No. 2007091084

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

Federal Taxpayer ID #95-1611234

September 10, 2007

Invoice No. 2007091084

**REMITTANCE COPY**

To ensure proper crediting, please send this copy in the enclosed envelope.

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017

For Services Rendered and Costs/Charges Advanced Through August 31, 2007

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 43206-00009 | AB1179 Litigation | $ 12,383.00 | $ 154.76 | $ 12,537.76 |
|  | Totals | $ 12,383.00 | $ 154.76 | $ 12,537.76 |
|  | Premium/Discount |  |  | -619.15 |
|  | Current Balance Due |  |  | $ 11,918.61 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA. 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP

Attn: Raquel Ramirez, Telephone: (213) 253-0200, Fax: (213) 620-1405
Please include the client number and the proper attorney to notify in the wire instructions.

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
Department 0723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
If you have any questions, please call Terri Bono, GD&C at 213-229-7528.

Invoice Date: September 10, 2007

Due and Payable Upon Receipt

Invoice No. 2007091084

Gail Markels
Entertainment Software Association
317 Madison Avenue
22nd Floor
New York, NY 10017


AB1179 LITIGATION
43206-00009

---

For Services Rendered Through August 31, 2007

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| **REDACTED** | | | |
| ETHAN D. DETTMER | 4.90 | 555.00 | 2,719.50 |
| JOSEPH W. GUZZETTA | 21.10 | 410.00 | 8,651.00 |
| | | | 12,383.00 |
| **Discount** | | | -619.15 |
| **Total Services** | | | $ 11,763.85 |

| COSTS/CHARGES | TOTAL | |
|---|---|---|
| FREIGHT AND SHIPPING | $ 33.06 | |
| IN HOUSE DUPLICATION | 105.70 | |
| TELEPHONE CHARGES | 16.00 | |
| **Total Costs/Charges** | | 154.76 |
| **Total Services, Costs/Charges** | | 11,918.61 |
| **BALANCE DUE** | | $ 11,918.61 |

Invoice Date: September 10, 2007                     Invoice No. 2007091084
              Due and Payable Upon Receipt

AB1179 LITIGATION
43206-00009

Detail Services:

REDACTED

   0.60   GUZZETTA, JOSEPH W   CALL WITH M. LYON REGARDING FEE PETITION; LEGAL RESEARCH REGARDING REQUESTS FOR ATTORNEYS' FEES IN FEDERAL COURT; EMAILS WITH M. LYON; CALL TO M. HELLMAN REGARDING SAME.

08/10/07

REDACTED

   0.90   GUZZETTA, JOSEPH W   LEGAL RESEARCH REGARDING PROCEDURAL REQUIREMENTS FOR PETITIONS FOR ATTORNEYS FEES; CALL WITH M. HELLMAN REGARDING FEE PETITION; RESEARCH REDACTED , EMAIL TO M. LYON REGARDING SAME; EMAIL TO CALIFORNIA ATTORNEYS REGARDING SECTION 1983 FEE PETITIONS.

08/12/07
   0.50   GUZZETTA, JOSEPH W   REVIEW SAMPLE FEE PETITIONS RECEIVED FROM LA ATTORNEYS; REVIEW CASE LAW CITED THEREIN.

Invoice Date: September 10, 2007                Invoice No. 2007091084
Due and Payable Upon Receipt

| Date | Hours | Timekeeper | Description |
|---|---|---|---|
| 08/14/07 | 0.80 | GUZZETTA, JOSEPH W | EMAILS WITH M. HELLMAN REGARDING SAMPLE FEE PETITIONS; REVIEW AND SEND JUDGMENT TO JENNER ATTORNEYS; EMAILS WITH M. LYON REGARDING NOTICE OF ENTRY OF JUDGMENT; PROCEDURAL RESEARCH REGARDING SAME. |

**REDACTED**

| Date | Hours | Timekeeper | Description |
|---|---|---|---|
| 08/17/07 | 0.50 | GUZZETTA, JOSEPH W | VOICE MAIL FROM D. POZZA REGARDING FEE PETITION; CALL WITH M. LYON AND EMAILS WITH M. LYON AND E. DETTMER REGARDING MEET AND CONFER ISSUE; REVIEW SAMPLE DECLARATIONS RECEIVED FROM JENNER. |
| 08/20/07 | 0.70 | GUZZETTA, JOSEPH W | CALL WITH D. POZZA REGARDING FEE PETITION STRATEGY AND LOGISTICS; REVIEW LOCAL RULES AND STANDING ORDERS REGARDING FEE REQUESTS AND NOTICE OF MOTIONS; EMAIL TO D. POZZA REGARDING SAME. |
| 08/22/07 | 0.80 | DETTMER, ETHAN D | CONFERENCE WITH J. GUZZETTA REGARDING COSTS AND FEES MOTION; REVIEW AND REVISE DRAFT DECLARATION AND EMAILS REGARDING SAME. |

| | | | |
|---|---|---|---|
| | 3.70 | GUZZETTA, JOSEPH W | CALLS WITH D. POZZA REGARDING FEE PETITION STRATEGY AND LOGISTICS; EMAILS TO D. POZZA REGARDING SAME AND REGARDING FEES; CALL WITH E. DETTMER REGARDING DECLARATION, APPROPRIATE FEES AND LOGISTICS; DRAFT AND REVISE DECLARATION OF E. DETTMER; REVIEW LEGAL BILLS RELATING TO SAME; RETRIEVE VOICE-MAIL FROM E. DETTMER **REDACTED**; RECEIVE AND REVIEW COMMENTS FROM E. DETTMER ON DECLARATION; INCORPORATE CHANGES INTO DECLARATION AND REVISE SAME; EMAIL SAME TO E. DETTMER; LEGAL RESEARCH REGARDING FEE PETITION PROCEDURE. |
| 08/23/07 | 1.30 | DETTMER, ETHAN D | FURTHER REVIEW AND REVISE COSTS AND FEES DECLARATION AND EMAILS REGARDING SAME AND CONFERENCE REGARDING SAME; PREPARE FOR AND PARTICIPATE IN MEET AND CONFER CALL WITH OTHER PARTIES REGARDING SAME. |

| | | | |
|---|---|---|---|
| | 5.80 | GUZZETTA, JOSEPH W | EMAILS WITH E. DETTMER AND D. POZZA REGARDING MEET AND CONFER CALL WITH PLAINTIFFS' COUNSEL AND FEE PETITION GENERALLY; CALL WITH E. DETTMER REDACTED RECEIVE, REVIEW AND INCORPORATE COMMENTS OF E. DETTMER AND T. BOUTROUS INTO DECLARATION; DISCUSSIONS WITH E. DETTMER AND S. PATEL REGARDING PREVAILING FEES ISSUE AND EMAILS TO ALL ATTORNEYS REGARDING SAME; REVIEW CHART, PLEADINGS AND ARTICLES RECEIVED IN RESPONSE TO INQUIRIES; EMAILS WITH E. DETTMER REGARDING SAME; EMAIL DRAFT DECLARATION TO D. POZZA; CALL WITH D. POZZA AND E. DETTMER IN PREPARATION FOR MEET AND CONFER CALL WITH PLAINTIFFS' COUNSEL; PARTICIPATE IN MEET AND CONFER CALL; CALL WITH D. POZZA REGARDING SUBMISSION OF LEGAL BILLS TO COURT; REVIEW RULES REGARDING SAME; REDACTIONS TO LEGAL BILLS. |
| 08/24/07 | 0.80 | DETTMER, ETHAN D | REVIEW REDACTED BILLS FOR FILING WITH MOTION FOR FEES AND COSTS; EMAILS REGARDING SAME AND CONFERENCE WITH J. GUZZETTA REGARDING SAME. |
| | 1.70 | GUZZETTA, JOSEPH W | ATTENTION TO REDACTION OF LEGAL BILLS; REVIEW SAME AND EMAIL SAME TO E. DETTMER; RECEIVE AND REVIEW ATTORNEYS' FEES BRIEF FROM D. POZZA; RESEARCH REGARDING COMPARABLE LAW FIRM RATES FOR DECLARATION; EMAILS TO E. DETTMER REGARDING SAME; EMAIL ARTICLE AND SUMMARY OF ARGUMENT TO D. POZZA; |
| 08/27/07 | 1.20 | DETTMER, ETHAN D | REVIEW, ANALYZE AND REVISE DECLARATION IN SUPPORT OF COSTS MOTION AND EMAILS IN CONNECTION WITH SAME; EMAILS REGARDING COSTS MOTION AND RELATED MATTERS. |

| | | | |
|---|---|---|---|
| | 2.50 | GUZZETTA, JOSEPH W | REVIEW LEGAL BILLS; ATTENTION TO ISSUE OF RETRIEVING COSTS INVOICES FOR SUBMISSION TO THE COURT; REVIEW DETTMER DECLARATION; CALL WITH E. DETTMER REGARDING DECLARATION, INVOICES AND FILING LOGISTICS; CALL WITH D. POZZA REGARDING COSTS ISSUE; REVIEW PRACTICE GUIDE REGARDING COSTS; REVIEW LOCAL RULES REGARDING SIGNATURES IN RESPONSE TO QUESTION FROM D. POZZA; EMAILS WITH M. LYON REGARDING FILING. |
| 08/28/07 | 2.40 | GUZZETTA, JOSEPH W | EMAILS FROM AND CALLS WITH D. POZZA REGARDING FILING ISSUES; EMAILS WITH E. DETTMER REGARDING CHANGES TO DECLARATION; REVIEW LOCAL RULES; DRAFT AND REVISE PROPOSED ORDER; CALL WITH M. LYON REGARDING SAME; ATTENTION TO FILING ISSUES REGARDING SAME. |

AB1179 LITIGATION
43206-00009

---

Detail Costs/Charges:

FREIGHT AND SHIPPING
08/15/07      16.53      FEDERAL EXPRESS FX0824   INVOICE 222363786  SHIP DATE 08/15/2007 AIRBILL NO: 792540755871 FROM: KAREN LEONARD, GIBSON DUNN & CRUTCHER, LLP, PALO ALTO, CA   TO: JUDGE WHYTE (COURTSEY COPY), USDC NORTHERN DISTRICT, SAN JOSE, CA

08/28/07      16.53      FEDERAL EXPRESS FX0831   INVOICE 223598318  SHIP DATE 08/28/2007 AIRBILL NO: 799703531830 FROM: KAREN LEONARD, GIBSON DUNN & CRUTCHER, LLP, PALO ALTO, CA   TO: JUDGE WHYTE (COURTSEY COPY), USDC NORTHERN DISTRICT, SAN JOSE, CA

IN HOUSE DUPLICATION
08/08/07      3.40       IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/08/07

08/15/07      12.40      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/15/07

08/23/07      10.80      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/23/07

08/24/07      10.80      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/24/07

08/27/07      4.70       IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/27/07

08/28/07      0.10       IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/28/07

08/29/07      29.50      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/29/07

08/30/07      34.00      IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/30/07

TELEPHONE CHARGES
08/09/07      2.74       202-639-6861 08/09/07 WASHINGTON           DISTRICT OF COLUMBIA

08/10/07      3.50       202-639-6861 08/10/07 WASHINGTON           DISTRICT OF COLUMBIA

Invoice Date: September 10, 2007                                    Invoice No. 2007091084
                          Due and Payable Upon Receipt

| Date | Amount | Number | Location |
|---|---|---|---|
| 08/23/07 | 2.66 | 202-639-6027 08/23/07 WASHINGTON | DISTRICT OF COLUMBIA |
| 08/24/07 | 1.71 | 202-639-6027 08/24/07 WASHINGTON | DISTRICT OF COLUMBIA |
| 08/27/07 | 3.95 | 202-639-6027 08/27/07 WASHINGTON | DISTRICT OF COLUMBIA |
| 08/28/07 | 1.44 | 202-639-6027 08/28/07 WASHINGTON | DISTRICT OF COLUMBIA |

# ATTACHMENT B

**Leonard, Karen**

---

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, August 29, 2007 10:00 AM
**To:** Leonard, Karen
**Subject:** FedEx Shipment 799703531830 Delivered

---

This tracking update has been requested by:

Company Name: Gibson Dunn & Crutcher, LLP

Name:  Karen Leonard

E-mail:  kleonard@gibsondunn.com

---

Our records indicate that the following shipment has been delivered:

```
Tracking number:              799703531830
Reference:                    43206-00009
Ship (P/U) date:              Aug 29, 2007
Delivery date:                Aug 29, 2007 9:55 AM
Sign for by:                  T.HARWELL
Delivered to:                 Receptionist/Front Desk
Service type:                 FedEx Priority Overnight
Packaging type:               FedEx Envelope
Number of pieces:             1
Weight:                       0.50 lb.

Shipper Information           Recipient Information
Karen Leonard                 Judge Whyte (Courtsey Copy)
Gibson Dunn & Crutcher, LLP   USDC Northern District
1881 Page Mill Road           280 S. First Street
Palo Alto                     San Jose
CA                            CA
US                            US
94304                         95113

Special handling/Services:
Deliver Weekday
```

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:00 PM  CDT on 08/29/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

10/2/2007

10/2/2007

**Leonard, Karen**

---

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, August 16, 2007 10:08 AM
**To:** Leonard, Karen
**Subject:** FedEx Shipment 792540755871 Delivered

---

This tracking update has been requested by:

Company Name: Gibson Dunn & Crutcher, LLP

Name: Karen Leonard

E-mail: kleonard@gibsondunn.com

---

Our records indicate that the following shipment has been delivered:

Tracking number:            792540755871
Reference:                  43206-00009
Ship (P/U) date:            Aug 16, 2007
Delivery date:              Aug 16, 2007 10:05 AM
Sign for by:                S.MORRIS
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.

Shipper Information              Recipient Information
Karen Leonard                    Judge Whyte (Courtsey Copy)
Gibson Dunn & Crutcher, LLP      USDC Northern District
1881 Page Mill Road              280 S. First Street
Palo Alto                        San Jose
CA                               CA
US                               US
94304                            95113

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:08 PM  CDT
on 08/16/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

10/2/2007

Case 5:05-cv-04188-RMW   Document 130   Filed 10/05/2007   Page 20 of 20   Page 2 of 2

10/2/2007