GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300  Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice*)
KATHERINE A. FALLOW (*pro hac vice*)
MATTHEW S. HELLMAN (*pro hac vice*)
DUANE C. POZZA, SBN 225933
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000 Facsimile: (202) 639-6066
Attorneys for Plaintiffs VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

EDMUND G. BROWN JR.
CHRISTOPHER E. KRUEGER
JONATHAN K. RENNER
ZACKERY P. MORAZZINI, SBN 204237
STEVEN M. GEVERCER, SBN 112790
1300 I Street, Suite 125, P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916)322-7487 Facsimile: (916) 324-5567
E-mail: Steven.Gevercer@doj.ca.gov
Attorneys for Defendants SCHWARZENEGGER and LOCKYER

*E-FILED - 10/18/07*

Additional counsel for Defendants RICHARD DOYLE, GEORGE
KENNEDY, and ANN MILLER RAVEL listed on signature page

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION, <br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara, <br> Defendants. | CASE NO. C 05-4188 RMW (RS) <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR ATTORNEYS' FEES AND COSTS <br><br> Date: November 30, 2007 <br> Time: 9:00 a.m. |

1  WHEREAS, on August 28, 2007, Plaintiffs filed a Motion for Attorneys' Fees and Costs in the above-captioned case ("Plaintiffs' Motion"); and

WHEREAS, a hearing is currently scheduled on Plaintiffs' Motion on October 19, 2007; and

WHEREAS, the parties have not previously stipulated to moving the hearing date on Plaintiffs' Motion; and

WHEREAS, the parties are engaged in ongoing settlement negotiations in attempt to resolve Plaintiffs' Motion; and

WHEREAS, for the convenience of the parties and to conserve the resources of the Court, the parties have agreed to continue the hearing on Plaintiffs' Motion to November 30, 2007;

NOW THEREFORE, subject to the approval of the Court, pursuant to Civil Local Rule 7-7(b)(1) IT IS HEREBY STIPULATED THAT :

The Court shall hear oral argument on Plaintiffs' Motion for Attorneys' Fees and Costs on November 30, 2007.

DATED: October 16, 2007

GIBSON, DUNN & CRUTCHER LLP
JENNER & BLOCK LLP

By: _____
Katherine A. Fallow

Attorneys for Plaintiffs VIDEO SOFTWARE DEALERS ASSOCIATION (now known as the Entertainment Merchants Association) and ENTERTAINMENT SOFTWARE ASSOCIATION

DATED: October 16, 2007

OFFICE OF THE ATTORNEY GENERAL

By: _____
Zackery P. Morazzini
Deputy Attorney General

Attorneys for Defendants SCHWARZENEGGER and LOCKYER

WHEREAS, on August 28, 2007, Plaintiffs filed a Motion for Attorneys' Fees and Costs in the above-captioned case ("Plaintiffs' Motion"); and

WHEREAS, a hearing is currently scheduled on Plaintiffs' Motion on October 19, 2007; and

WHEREAS, the parties have not previously stipulated to moving the hearing date on Plaintiffs' Motion; and

WHEREAS, the parties are engaged in ongoing settlement negotiations in attempt to resolve Plaintiffs' Motion; and

WHEREAS, for the convenience of the parties and to conserve the resources of the Court, the parties have agreed to continue the hearing on Plaintiffs' Motion to November 30, 2007;

NOW THEREFORE, subject to the approval of the Court, pursuant to Civil Local Rule 7-7(b)(1) IT IS HEREBY STIPULATED THAT :

The Court shall hear oral argument on Plaintiffs' Motion for Attorneys' Fees and Costs on November 30, 2007.

DATED: October 16, 2007

GIBSON, DUNN & CRUTCHER LLP
JENNER & BLOCK LLP

By:_____
Katherine A. Fallow

Attorneys for Plaintiffs VIDEO SOFTWARE DEALERS ASSOCIATION (now known as the Entertainment Merchants Association) and ENTERTAINMENT SOFTWARE ASSOCIATION

DATED: October 16, 2007

OFFICE OF THE ATTORNEY GENERAL

By:_____
Zackery P. Morazzini
Deputy Attorney General

Attorneys for Defendants SCHWARZENEGGER and LOCKYER

| | |
|---|---|
| DATED: October 16, 2007 | OFFICE OF THE CITY ATTORNEY<br>RICHARD DOYLE, SBN 88625<br>GEORGE RIOS, SBN 77908<br>ROBERT FABELA, SBN 148098<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>Telephone: (408) 535-1900 Facsimile: (408) 998-3131<br>E-mail address: cao.main@sanjoseca.gov<br><br>By: /s/ Robert Fabela<br>Robert Fabela<br>Sr. Deputy City Attorney<br><br>Attorneys for Defendant RICHARD DOYLE |
| DATED: October 16, 2007 | OFFICE OF THE CITY ATTORNEY<br>ANN MILLER RAVEL, SBN 62139<br>DAVID M. ROLLO, SBN 111998<br>Office of the County Counsel<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110-7240<br>Telephone: (408) 299-5900 Facsimile: (408) 292-7240<br><br>By:_____<br>David M. Rollo<br>Deputy County Counsel<br><br>Attorneys for Defendants GEORGE KENNEDY and ANN MILLER RAVEL |

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court shall hear oral argument on Plaintiffs' Motion for Attorneys' Fees and Costs on November 30, 2007.

DATED: 10/18/07

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Court Judge

2

Stipulation and [~~Proposed~~] Order to Continue Hearing on
Plaintiffs' Motion for Attorneys' Fees and Costs                    Case No. C 05-4188 RMW (RS)

DATED: October 16, 2007

OFFICE OF THE CITY ATTORNEY
RICHARD DOYLE, SBN 88625
GEORGE RIOS, SBN 77908
ROBERT FABELA, SBN 148098
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113-1905
Telephone: (408) 535-1900 Facsimile: (408) 998-3131
E-mail address: cao.main@sanjoseca.gov

By: _____
Robert Fabela
Sr. Deputy City Attorney

Attorneys for Defendant RICHARD DOYLE

DATED: October 16, 2007

OFFICE OF THE CITY ATTORNEY
ANN MILLER RAVEL, SBN 62139
DAVID M. ROLLO, SBN 111998
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110-7240
Telephone: (408) 299-5900 Facsimile: (408) 292-7240

By: _____
David M. Rollo
Deputy County Counsel

Attorneys for Defendants GEORGE KENNEDY and ANN MILLER RAVEL

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court shall hear oral argument on Plaintiffs' Motion for Attorneys' Fees and Costs on November 30, 2007.

DATED: _____

_____
Honorable Ronald M. Whyte
United States District Court Judge

2

Stipulation and [Proposed] Order to Continue Hearing on
Plaintiffs' Motion for Attorneys' Fees and Costs                                    Case No. C 05-4188 RMW (RS)