GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
H. MARK LYON, SBN 162061
ETHAN D. DETTMER, SBN 196046
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300 Facsimile: (650) 849-5333

JENNER & BLOCK LLP
PAUL M. SMITH (*pro hac vice*)
KATHERINE A. FALLOW (*pro hac vice*)
MATTHEW S. HELLMAN (*pro hac vice*)
DUANE C. POZZA, SBN 225933
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 639-6000 Facsimile: (202) 639-6066
Attorneys for Plaintiffs VIDEO SOFTWARE DEALERS ASSOCIATION
and ENTERTAINMENT SOFTWARE ASSOCIATION

EDMUND G. BROWN JR.
CHRISTOPHER E. KRUEGER
JONATHAN K. RENNER
ZACKERY P. MORAZZINI, SBN 204237
STEVEN M. GEVERCER, SBN 112790
1300 I Street, Suite 125, P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916)322-7487 Facsimile: (916) 324-5567
E-mail: Steven.Gevercer@doj.ca.gov
Attorneys for Defendants SCHWARZENEGGER and LOCKYER

Additional counsel for Defendants RICHARD DOYLE, GEORGE KENNEDY, and ANN MILLER RAVEL listed on signature page

*E-FILED - 11/29/07*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO SOFTWARE DEALERS ASSOCIATION and ENTERTAINMENT SOFTWARE ASSOCIATION,<br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California; BILL LOCKYER, in his official capacity as Attorney General of the State of California; GEORGE KENNEDY, in his official capacity as Santa Clara County District Attorney, RICHARD DOYLE, in his official capacity as City Attorney for the City of San Jose, and ANN MILLER RAVEL, in her official capacity as County Counsel for the County of Santa Clara,<br>Defendants. | CASE NO. C 05-4188 RMW (RS)<br><br>STIPULATION AND xxxxxxxxxxxx ORDER |

---

Stipulation and xxxxxxxxx Order                                    Case No. C 05-4188 RMW (RS)

WHEREAS, the Court granted summary judgment in favor of plaintiffs and permanently enjoined enforcement of the portion of California Civil Code §§ 1746-1746.5 ("the Act"), holding that the Act violated the United States Constitution, and, on August 14, 2007, entered its Final Judgment ("the Judgment");

WHEREAS, on August 28, 2007, plaintiffs timely filed a Motion for Attorneys' Fees and Costs (the "Motion"), seeking reimbursement of the attorneys' fees and costs they incurred as a result of their successful constitutional challenge to the Act, pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d), and Local Rule 54-6, currently notice for hearing on November 30, 2007;

WHEREAS, the parties have agreed to resolve plaintiffs' fee petition without further litigation;

NOW THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT :

1. By no later than November 15, 2008, Arnold Schwarzenneger and Bill Lockyer ("State Defendants") shall pay plaintiffs, and plaintiffs shall accept, $276,000.00 plus interest calculated at the statutory rate under 28 U.S.C. § 1961 running from the date that this stipulation is executed by the parties to the date of payment in full. Such payment shall be made in full satisfaction of plaintiffs' claims for attorneys' fees and costs against all defendants associated with litigating this case prior to entry of the Judgment and with preparation of the pending Motion.

2. The State Defendants shall, no later than April 15, 2008, request the introduction in the 2008 California legislative session of an Attorney General Claims Bill for payment of the amount stipulated in paragraph 1 and shall request the expedited consideration of the measure.

3. Subject to payment in full of the amount stipulated in paragraph 1, plaintiffs, for themselves and their successors and assigns, release and forever discharge the defendants, their respective predecessors, successors, assigns, employees, attorneys, agents, and officers from any and all claims for attorneys' fees and costs associated with litigating this case prior to entry of the Judgment and with preparation of the Motion.

1

Stipulation and XXXXXXXX Order to Continue Hearing on
Plaintiffs' Motion for Attorneys' Fees and Costs                    Case No. C 05-4188 RMW (RS)

4. Without limiting in any way plaintiffs' rights to enforce the terms of this Order or to seek attorneys' fees and costs associated with any appeal or other further proceedings, plaintiffs' Motion for Attorneys' Fees and Costs is dismissed with prejudice.

5. If, after all appeals have been exhausted or the time for all remaining appeals has expired, plaintiffs are no longer the prevailing party in this case, the plaintiffs shall pay back the amount stipulated in paragraph 1 within thirty (30) days of the disposition of the final appeal or the expiration of time for all remaining appeals.

6. This Court shall retain jurisdiction to hear any motion to enforce the terms of this Stipulated Order. Plaintiffs are authorized to seek to enforce the terms of this Stipulated Order and seek immediate payment by the State Defendants of the amount stipulated in paragraph 1 (including interest accruing until the date that the amount is paid in full), if payment in full is not made by November 15, 2008. Plaintiffs shall be entitled to their reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Order based on the State Defendants' failure to comply, in any way, with their obligations in paragraph 1 above.

DATED: November __, 2007

GIBSON, DUNN & CRUTCHER LLP
JENNER & BLOCK LLP

By: _____
    Paul M. Smith

Attorneys for Plaintiffs VIDEO SOFTWARE DEALERS ASSOCIATION (now known as the Entertainment Merchants Association) and ENTERTAINMENT SOFTWARE ASSOCIATION

DATED: November 21, 2007

OFFICE OF THE ATTORNEY GENERAL

By: _____
    Steven M. Gevercer
    Deputy Attorney General

Attorneys for Defendants SCHWARZENEGGER and LOCKYER

| | |
|---|---|
| DATED: November __, 2007 | OFFICE OF THE CITY ATTORNEY<br>RICHARD DOYLE, SBN 88625<br>GEORGE RIOS, SBN 77908<br>ROBERT FABELA, SBN 148098<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>Telephone: (408) 535-1900 Facsimile: (408) 998-3131<br>E-mail address: cao.main@sanjoseca.gov<br><br>By:_____<br>Robert Fabela<br>Sr. Deputy City Attorney<br><br>Attorneys for Defendant RICHARD DOYLE |
| DATED: November 21, 2007 | OFFICE OF THE CITY ATTORNEY<br>ANN MILLER RAVEL, SBN 62139<br>DAVID M. ROLLO, SBN 111998<br>Office of the County Counsel<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110-7240<br>Telephone: (408) 299-5900 Facsimile: (408) 292-7240<br><br>By:_/s/ David M. Rollo_____<br>David M. Rollo<br>Deputy County Counsel<br><br>Attorneys for Defendants GEORGE KENNEDY and ANN MILLER RAVEL |

[xxxxxxxxxx] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Honorable Ronald M. Whyte
United States District Court Judge

---

Stipulation and xxxxxxxxx Order to Continue Hearing on
Plaintiffs' Motion for Attorneys' Fees and Costs                    Case No. C 05-4188 RMW (RS)

| | |
|---|---|
| DATED: November 21, 2007 | OFFICE OF THE CITY ATTORNEY<br>RICHARD DOYLE, SBN 88625<br>GEORGE RIOS, SBN 77908<br>ROBERT FABELA, SBN 148098<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>Telephone: (408) 535-1900 Facsimile: (408) 998-3131<br>E-mail address: cao.main@sanjoseca.gov<br><br>By: /s/ Robert Fabela<br>Robert Fabela<br>Sr. Deputy City Attorney<br><br>Attorneys for Defendant RICHARD DOYLE |
| DATED: November __, 2007 | OFFICE OF THE CITY ATTORNEY<br>ANN MILLER RAVEL, SBN 62139<br>DAVID M. ROLLO, SBN 111998<br>Office of the County Counsel<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110-7240<br>Telephone: (408) 299-5900 Facsimile: (408) 292-7240<br><br>By:_____<br>David M. Rollo<br>Deputy County Counsel<br><br>Attorneys for Defendants GEORGE KENNEDY and ANN MILLER RAVEL |

[XXXXXXXXXXXX] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/29/07

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Court Judge

3